# EXHIBIT A

**Canisius**

OFFICE OF THE VICE PRESIDENT FOR ACADEMIC AFFAIRS
phone 716.888.2120 | fax 716.888.2125
acafmail@canisius.edu

February 21, 2019

Dr. Michael Noonan
66 Meadow Road
Orchard Park, NY 14127

Dear Dr. Noonan:

This letter is to inform you that you are being suspended with pay, effective immediately and until further notice, as the investigation into student complaints of your statements and conduct continues. Please be advised that you are not permitted to communicate with students. You are not permitted to travel with students or to be in any direct contact with them during this suspension. If the need arises, you may communicate with members of the campus community through your department chairs, Drs. Sue Margulis and Liz Hogan, by phone.

Please note that retaliation is prohibited and anyone who engages in such retaliation will be subject to disciplinary action, up to and including immediate termination. For your information and as a reminder, I quote here the language from the Anti-Discrimination and Harassment Policy: *Retaliation means any action taken against a person who has filed a complaint under the College's policy, or who has participated in or cooperated with an investigation.*

If you have any questions regarding this matter, please contact Linda Walleshauser at 888-2244.

Sincerely,

Margaret C. McCarthy, PhD
Vice President for Academic Affairs

cc: Linda Walleshauser, AVP Human Resources & Compliance
    and Title IX Coordinator