# EXHIBIT B

| | |
|---|---|
| From: | Walleshauser, Linda M |
| Sent: | Tuesday, June 11, 2019 8:16 AM |
| To: | Engebrecht, Lily Alice |
| Subject: | Update |

Good morning-I write to bring you up to date on the matters involving Dr. Noonan.  Effective June 1, 2019, Dr. Noonan has retired from the College, and he will not be returning to campus as a result of that retirement.  He also has resigned from any administrative positions held here at Canisius.

With respect to Project Tiger, you will be afforded access to the film or video work that was created, for use in creating your own finished work.  Should you wish to access this material, please let me know and I can see that appropriate arrangements are made.  Dr. Noonan also is editing the raw footage over the summer to create his own finished work, and you have the option of requesting that your names and images *not* be included in any of his finished work; if you elect this option, we will communicate with Dr. Noonan and inform him of your choice.  Please note that if you elect to have your names and images removed from Dr. Noonan's finished work, he will also need to remove reference to you in any credits listed in that finished work.

In closing, I want to thank you for alerting me to your concerns, and your willingness to meet with me to share the information you did.  As always, the College and I are here to provide any needed support.  Thanks again.

Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu