# EXHIBIT C

(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu


**From:** Sierra Boucher <bouchers@canisius.edu>
**Sent:** Friday, June 21, 2019 1:54 PM
**To:** Walleshauser, Linda M <walleshl@canisius.edu>
**Subject:** Re: Update

Linda,

Thank you for your help along this process. We really appreciate the work you and Canisius College have put in regarding our concerns. I would like to access the footage, if possible over the summer. I am so excited to be able to work on this film. Thank you.

-Sierra Boucher

On Tue, Jun 11, 2019 at 8:17 AM Walleshauser, Linda M <walleshl@canisius.edu> wrote:

```
Good morning-I write to bring you up to date on the matters involving Dr.
Noonan.  Effective June 1, 2019, Dr. Noonan has retired from the College,
and he will not be returning to campus as a result of that retirement.  He
also has resigned from any administrative positions held here at
Canisius.




With respect to Project Tiger, you will be afforded access to the film or
video work that was created, for use in creating your own finished
work.  Should you wish to access this material, please let me know and I
can see that appropriate arrangements are made.  Dr. Noonan also is
editing the raw footage over the summer to create his own finished work,
and you have the option of requesting that your names and images not be
included in any of his finished work; if you elect this option, we will
communicate with Dr. Noonan and inform him of your choice.  Please note
that if you elect to have your names and images removed from Dr. Noonan's
finished work, he will also need to remove reference to you in any credits
listed in that finished work.




In closing, I want to thank you for alerting me to your concerns, and your
willingness to meet with me to share the information you did.  As always,
the College and I are here to provide any needed support.  Thanks again.
```

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP

Associate Vice President for Human Resources & Compliance

Interim Title IX Coordinator

Canisius College

2001 Main Street

100 Old Main

Buffalo, NY 14208

(Work) 716-888-2244

(Fax)-716-888-2233

(Cell)-716-949-9936

walleshl@canisius.edu