UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN,
and CASSIDY WOOD,                                                    Civil Action No. 1:11-cv-00381-CCR

        Plaintiffs,

-against-

TRUSTEES OF CANISIUS COLLEGE,

        Defendants.

---

### NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant Canisius College (sued here as "Trustees of Canisius College") respectfully seeks a brief extension of the filing date for its Reply, to be submitted in further support of the College's Motion to Dismiss and for Summary Judgment. That Reply currently is due to be filed on September 15, 2022; the extension sought is up to and including Monday, September 26, 2022. Plaintiffs do not oppose this application.

The extension is requested due to current work demands arising from three unrelated cases, as well as a long-planned overseas vacation taken by one of the two lawyers assigned to this case, from which she will not return until late next week.

Should the Court have any questions or should it need any further information, the undersigned is available at the Court's convenience.

1

Dated: September 14, 2022

Respectfully submitted,

WARD GREENBERG HELLER & REIDY LLP

By: _____s/Thomas S. D'Antonio_____
       Thomas S. D'Antonio

1800 Bausch & Lomb Place
Rochester, New York  14604
(585) 454-0700
tdantonio@wardgreenberg.com

*Attorneys for defendant Canisius College*

To:    Daniel Nanau, Esq.
       LAW OFFICE OF DANIELA NANAU, P.C.
       89-03 Rutledge Avenue
       Glendale, New York  11385
       (888) 404-4975
       dn@danielananau.com

       *Attorney for plaintiffs*