UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN,
and, CASSIDY WOOD,

      PLAINTIFFS,    CASE NO. 1:22-CV-00381-CCR

 -against-

TRUSTEES OF CANISIUS COLLEGE,

      DEFENDANTS.
-------------------------------------------------------------------X

## PROPOSED CASE MANAGEMENT ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16, and a conference with counsel having been held on <u>August 14, 2023</u>, it is ORDERED that:

1. In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution ("ADR"), this case has been referred to mediation.

2. Motions to opt out of ADR shall be filed by no later than: <u>not applicable as the parties engaged in a full-day in-person mediation session on July 6, 2023.</u>

3. Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) will be accomplished by no later than <u>August 31, 2023</u>.

4. The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the court by no later than: <u>not applicable as the parties engaged in a full-day in-person mediation session on July 6, 2023</u>. If the parties do not file a stipulation confirming their selection of a mediator by this deadline, the court will select a mediator in accordance with 5.4(C)(2) of the ADR Plan.

5. All motions to join other parties and to amend the pleadings shall be filed by no later than <u>September 15, 2023</u>.

6. The initial mediation session shall be held by no later than: <u>not applicable as the parties engaged in a full-day in-person mediation session on July 6, 2023</u>.

7. All fact discovery shall be completed by no later than <u>July 12, 2024</u>. If discovery disputes arise, the parties shall initially advise the court of the dispute via formal motion (with service on opposing counsel). Upon review of the motion, the court will generally schedule a conference with the parties to attempt to resolve the issue.

8. Each party intending to offer the testimony of an expert in connection with any issue as to which it bears the burden of proof (including claims, counterclaims, cross-claims or affirmative defenses) shall identify such expert(s) and provide reports pursuant to Rule 26 by no later than <u>June 5, 2024</u>. Each party intending to offer other expert testimony (i.e., testimony in response to expert testimony previously designated by an opposing party, or in support of an issue as to which the offering party does not bear the burden of proof), shall identify such expert(s) and provide reports pursuant to Rule 26 by no later than <u>June 26, 2024</u>.

9. All expert depositions shall be completed by no later than <u>July 12, 2024</u>.

10. Pretrial dispositive motions, if any, shall be filed by no later than <u>August 13, 2024</u>. The parties are directed to provide a courtesy copy of all motion papers to the court.

11. If no pretrial dispositive motions are filed, the parties shall contact the court by <u>August 13, 2024</u> to schedule a trial date.

12. Mediation sessions may continue, in accordance with Section 5.11 of the ADR Plan, until <u>September 29, 2023</u>. The continuation of mediation sessions shall not delay or defer other dates set forth in this Case Management Order.

No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing good cause for the extension. Absent truly exceptional circumstances, any application for an extension shall be made at least one week prior to the deadline sought to be extended. The parties are reminded that "a finding of 'good cause' depends on the diligence of the moving party." *Parker v. Columbia Pictures Indus.*, 204 F.3d 326, 340 (2d Cir. 2000).

SO ORDERED.

Dated this \_\_\_\_ day of _____, 2023.

                                              _____
The Honorable Christina Reiss, District Judge
United States District Court