# EXHIBIT 1

From: **Naassana, Christine M.** CNaassana@wardgreenberg.com 
Subject: RE: Boucher, et al. v. Canisius--Confidentiality Agreement
Date: December 20, 2023 at 5:37 PM
To: Daniela Nanau dn@danielananau.com
Cc: D'Antonio, Tom TDAntonio@wardgreenberg.com

Hi Daniela,

Thanks for letting us know your planned timeline. We have no problem with an approach that serves objections and calls for production thereafter, but it would be helpful to have some sense as to when you think you'll produce plaintiffs' responsive documents. Please get back to me on that issue when you can.

In terms of the service of objections, we'll plan to serve ours within a week of receipt of yours, given the week's difference in service of the RFPs. Similarly, we will make defendants' initial production one week after your production.

This also gives us time to get a confidentiality agreement in place. I realize you said you won't need that, but we will. I'll plan to get you the draft of that agreement shortly. Please give me a call if you have any questions. Best wishes for the holidays.

Thank you,
Christine

**Christine M. Naassana** | WARD GREENBERG HELLER & REIDY LLP

1800 BAUSCH & LOMB PLACE | ROCHESTER, NY 14604 | T. 585 454 0758 | F. 585 423 5910 | WARDGREENBERG.COM


NEW YORK    PENNSYLVANIA    NEW JERSEY    DELAWARE

**From:** Daniela Nanau <dn@danielananau.com>
**Sent:** Wednesday, December 20, 2023 4:25 PM
**To:** Naassana, Christine M. <CNaassana@wardgreenberg.com>
**Cc:** D'Antonio, Tom <TDAntonio@wardgreenberg.com>
**Subject:** Re: Boucher, et al. v. Canisius--Confidentiality Agreement

**[USE CAUTION: This email originated from outside of the organization]**

Hi Christine,

I am going to produce objections and then additional responsive documents in a few weeks. I do not need a confidentiality for my document production.

When do you anticipate producing Defendant's discovery responses?

Thank you.

Daniela

Daniela Nanau
Law Office of Daniela Nanau, P.C.
89-03 Rutledge Avenue
Glendale, New York 11385

Telephone: (888) 404-4975
Facsimile: (718) 998-6916
E-Mail: dn@danielananau.com

Confidentiality Notice:
This communication constitutes an electronic communication and its disclosure is
strictly limited to the recipient intended by the sender of this message.
This transmission, and any attachments, may contain confidential attorney-
client privileged information and attorney work product. If you are not the intended
recipient, any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmission is strictly prohibited. Please contact
me immediately by return e-mail or at (888) 404-4975 and destroy the
original transmission and its attachments without reading or saving in any manner.

On Dec 20, 2023, at 3:55 PM, Naassana, Christine M.
<CNaassana@wardgreenberg.com> wrote:

Hi Daniela,

I hope all is well. I know your document production is approaching, and we
have not yet discussed a confidentiality agreement. Should I put together a
confidentiality agreement? Please let us know.

Thank you,
Christine

**Christine M. Naassana** | Ward Greenberg Heller & Reidy LLP
1800 Bausch & Lomb Place | ROCHESTER, NY 14604 | T. 585 454 0758 | F. 585 423 5910
| WardGreenberg.com