# Exhibit 8

**SUSAN MARGULIS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                         Plaintiffs,

            - against -        Case No.
                               1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                         Defendant.
----------------------------------------


            Examination before trial of **SUSAN

MARGULIS**, Defendant, taken pursuant to the Federal

Rules of Civil Procedure, in the offices of JACK W.

HUNT & ASSOCIATES, INC., 1120 Liberty Building,

Buffalo, New York, on September 19, 2024,

commencing at 12:00 p.m., before MEGAN TITUS,

Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1   APPEARANCES:       LAW OFFICE OF DANIELA NANAU, P.C.,
                        By DANIELA NANAU, ESQ.,
 2                      89-03 Rutledge Avenue,
                        Glendale, New York  11385-7935,
 3                      (888) 404-4975,
                        dn@danielananau.com,
 4                      Appearing for the Plaintiffs.

 5                      HODGSON RUSS LLP,
                        By THOMAS S. D'ANTONIO, ESQ.,
 6                      1800 Bausch & Lomb Place,
                        Rochester, New York  14604,
 7                      (585) 454-0700,
                        tdantonio@hodgsonruss.com,
 8                      Appearing for the Defendant.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

| | | |
|---|---|---|
| 12:36:40 | 1 | **A.**   I believe so. |
| 12:36:40 | 2 | **Q.**   Okay.  Did Dr. Waldau ever tell you |
| 12:36:43 | 3 | that he made a complaint to Ms. Mangione regarding |
| 12:36:48 | 4 | Dr. Noonan? |
| 12:36:49 | 5 | **A.**   No. |
| 12:36:49 | 6 | **Q.**   How often did you talk to Dr. Waldau? |
| 12:36:54 | 7 | **A.**   He was usually on campus only a couple |
| 12:36:57 | 8 | of days a week.  During department meetings maybe. |
| 12:37:01 | 9 | **Q.**   Okay.  And Dr. Waldau -- did he teach |
| 12:37:05 | 10 | undergraduate classes or was it only graduate |
| 12:37:08 | 11 | classes in the anthrozoology master's program? |
| 12:37:12 | 12 | **A.**   He taught both. |
| 12:37:15 | 13 | **Q.**   Okay.  Did there come a time when a |
| 12:37:31 | 14 | student at Canisius by the name of Natassia Tuhovak |
| 12:37:37 | 15 | came to you to complain about Dr. Noonan's conduct? |
| 12:37:40 | 16 | **MR. D'ANTONIO:**  Objection to form. |
| 12:37:42 | 17 | **THE WITNESS:**  She came to talk to me.  It |
| 12:37:44 | 18 | wasn't about his conduct. |
| 12:37:46 | 19 | **BY MS. NANAU:** |
| 12:37:46 | 20 | **Q.**   Okay.  What was the meeting about? |
| 12:37:48 | 21 | **A.**   She wanted to leave his research team |
| 12:37:52 | 22 | because she was too overwhelmed.  She was a triple |
| 12:37:55 | 23 | major.  She was overwhelmed with school work.  And |

12:38:00  1  she was concerned about how he would react.

12:38:03  2        Q.   Okay.  And what did you tell

12:38:09  3  Ms. Tuhovak in response to her concerns that she

12:38:13  4  raised regarding Dr. Noonan?

12:38:15  5        A.   I told her a lot of students leave

12:38:18  6  research teams.  He probably wouldn't be happy.  He

12:38:23  7  might yell, but to just tell him that she doesn't

12:38:25  8  have the time to put into him -- to put into it.

12:38:27  9  To thank him and leave.

12:38:29 10        Q.   Okay.  And did you memorialize that

12:38:32 11  conversation anywhere?

12:38:33 12        A.   Just when I tried to summarize events

12:38:37 13  for the purposes of this proceeding.

12:38:39 14        Q.   Do you know when this meeting with

12:38:44 15  Ms. Tuhovak took place?

12:38:45 16        A.   2018-2019.  The dates are there, I just

12:38:54 17  don't recall --

12:38:55 18        Q.   Okay.

12:38:56 19        A.   -- approximate dates.

         20  **The following was marked for Identification:**

         21   PLAINTIFF'S EXH.    Calendar appointment with

         22   **37**                Natassia Tuhovak, 3/13/18

         23

*Susan Margulis - Ms. Nanau - 09/19/2024*

41

12:40:53  1       **Q.**   Okay.  But other than this document,

12:40:57  2  you don't have anything in your possession that

12:41:00  3  reflects what was discussed with Ms. Tuhovak during

12:41:05  4  the meetings other than the document that you've

12:41:08  5  described already, right?

12:41:10  6       **A.**   That is correct.

12:41:10  7       **Q.**   Okay.  In 2018, do you recall anyone

12:41:16  8  else coming to you -- any student at Canisius to

12:41:20  9  complain about Dr. Noonan's conduct?

12:41:22 10       **A.**   The academic year or the calendar year?

12:41:27 11       **Q.**   It can be either the academic year or

12:41:30 12  the calendar year.  I'm specifically interested in

12:41:34 13  2018.

12:41:35 14       **A.**   I believe it was 2018, end of the year

12:41:38 15  that I had another student come to me.

12:41:40 16       **Q.**   And who was that student?

12:41:44 17       **A.**   ▮▮▮▮▮▮▮▮▮▮

12:41:47 18       **Q.**   What did ▮▮▮▮▮▮▮ complain to you

12:41:50 19  about?

12:41:50 20       **A.**   She had some complaints about certain

12:41:53 21  topics that Dr. Noonan lectured on in his class Sex

12:41:58 22  Evolution and Behavior.

12:41:59 23       **Q.**   Okay.  And so what was the concern

12:42:03  1   regarding the topics that Dr. Noonan discussed in

12:42:06  2   Sex Evolution and Behavior that ██████████

12:42:13  3   complained to you about?

12:42:14  4         **A.**   She felt that they were a little

12:42:16  5   intrusive and personal.

12:42:17  6         **Q.**   Did she explain what she meant by

12:42:21  7   intrusive and personal?

12:42:23  8         **A.**   She explained what the lesson was

12:42:26  9   about.

12:42:26 10         **Q.**   Okay.   Do you recall what she told you?

12:42:28 11         **A.**   Dr. Noonan was showing pictures of men

12:42:31 12   and women.   I don't believe they were naked

12:42:36 13   pictures.   They were just men and women, like,

12:42:39 14   models and asking students to rate them, how

12:42:44 15   attractive they thought they were.

12:42:46 16         **Q.**   Is there anything else that

12:42:51 17   ██████████ shared with you regarding her

12:42:54 18   complaint that Dr. Noonan engaged in conduct that

12:42:58 19   was intrusive and personal?

12:42:59 20         **A.**   She felt that it targeted LGBTQ

12:43:06 21   students more so than it should have.

12:43:08 22         **Q.**   Did she explain to you how Dr. Noonan

12:43:13 23   targeted LGBTQ students?

| | | |
|---|---|---|
| 12:43:17 | 1 | **A.**    Asking specific students what they |
| 12:43:20 | 2 | thought of pictures. |
| 12:43:22 | 3 | **Q.**    Did ████████ share with you that |
| 12:43:25 | 4 | Dr. Noonan conducted a survey on the sexual history |
| 12:43:31 | 5 | and sexual practices of students in the class? |
| 12:43:35 | 6 | **A.**    I believe she did. |
| 12:43:40 | 7 | **Q.**    Is that the first time you heard about |
| 12:43:44 | 8 | the survey -- the sex survey in the Sex Evolution |
| 12:43:48 | 9 | class? |
| 12:43:49 | 10 | **A.**    I believe he had been doing that every |
| 12:43:52 | 11 | year. |
| 12:43:52 | 12 | **Q.**    And how do you know that? |
| 12:43:52 | 13 | **A.**    Other students -- well, we had faculty |
| 12:43:54 | 14 | that were students in that class years before. |
| 12:43:57 | 15 | **Q.**    Okay.  So is that Dr. Suchak and |
| 12:43:59 | 16 | Dr. Russell? |
| 12:43:59 | 17 | **A.**    Probably. |
| 12:44:00 | 18 | **Q.**    Do you have a recollection of |
| 12:44:03 | 19 | Dr. Suchak sharing with you information about the |
| 12:44:06 | 20 | sex survey in Dr. Noonan's Sex Evolution and |
| 12:44:11 | 21 | Behavior class? |
| 12:44:11 | 22 | **A.**    I believe she said nobody really filled |
| 12:44:15 | 23 | it out seriously. |

13:18:30  1  yelling and hostility.

13:18:32  2         Did I read that correctly?

13:18:34  3         **A.**   Yes.

13:18:34  4         **Q.**   What does hearsay mean in this context?

13:18:37  5  What are you trying to convey?

13:18:39  6         **A.**   The student never came and talked to me

13:18:42  7  about what happened.  I think one of the other

13:18:44  8  students on the research team might have said, oh,

13:18:48  9  yeah; I heard that he yelled, but I don't recall.

13:18:50 10         **Q.**   So someone -- so another student other

13:18:51 11  than Natassia Tuhovak told you that Dr. Noonan

13:18:56 12  yelled at Natassia Tuhovak when she said she didn't

13:18:59 13  want to be on his research team anymore?

13:18:59 14         **A.**   That is correct.  However, she never

13:19:03 15  left his research team.

13:19:06 16         **Q.**   Okay.  What is the point that you

13:19:09 17  wanted to make with that statement?

13:19:13 18         **MR. D'ANTONIO:**  Other than what she just

13:19:16 19  said?

13:19:16 20         **MS. NANAU:**  Yes.  I want to know --

13:19:16 21         **THE WITNESS:**  She never left the research

13:19:19 22  team even though I advised her to do so.

13:19:21 23         **BY MS. NANAU:**

14:01:01  1  Dr. Noonan was removed from campus and you had to

14:01:09  2  make decisions regarding coverage of his classes?

14:01:13  3     **A.**   Yes.

14:01:13  4     **Q.**   Okay.  You were tasked with making

14:01:19  5  decisions regarding coverage because you were the

14:01:22  6  chair of the ABEC department at that time?

14:01:23  7     **A.**   Yes.

14:01:24  8     **Q.**   What was the coverage that you were

14:01:35  9  responsible for after Noonan was removed from

14:01:39 10  campus?

14:01:39 11     **A.**   At the time, he was teaching Social

14:01:44 12  Organization of Mammals with lab and the CAC course

14:01:49 13  Project Tiger.  I think that was all he was

14:01:52 14  teaching.

14:01:52 15     **Q.**   Okay.  Who was the professor or

14:01:57 16  professors who received overload pay for Social

14:02:02 17  Organization of Mammals and the lab?

14:02:04 18     **A.**   Dr. Suchak covered the class.  And

14:02:09 19  Dr. Suchak and I split coverage of the lab.

14:02:11 20     **Q.**   When you and Dr. Suchak took over

14:02:17 21  Social Organization of Mammals, did you have to

14:02:22 22  amend the course syllabus in any way?  Or did you

14:02:25 23  just take over from where Dr. Noonan left off?

14:02:30  1          **A.**    We amended it significantly.

14:02:32  2          **Q.**    Why did you do that?

14:02:33  3          **A.**    The syllabus was pretty bare bones and

14:02:37  4    the coverage across the -- the class mammal was

14:02:43  5    not -- was not adequately distributed across all of

14:02:48  6    the families within that order, within that class.

14:02:52  7          **Q.**    So is it fair to say that you thought

14:02:54  8    the syllabus wasn't sufficient?

14:02:56  9          **A.**    Yes, that is correct.

14:02:57 10          **Q.**    And then, you and Dr. Suchak worked to

14:03:00 11    improve it?

14:03:00 12          **A.**    She handled the lecture.  We

14:03:04 13    collectively divvied up the labs.

14:03:08 14          **Q.**    With regard to the lecture component of

14:03:11 15    Social Organization of Mammals, was that a class

14:03:14 16    that met twice a week or more?

14:03:17 17          **A.**    Twice a week.

14:03:18 18          **Q.**    Okay.  And with regard to the labs, how

14:03:21 19    often did the lab meet?

14:03:24 20          **A.**    Every week.  Every Saturday.

14:03:26 21          **Q.**    Every Saturday.

14:03:29 22          Was it normal for ABEC department classes to

14:03:32 23    occur on the weekends?  Or is that something that

*Susan Margulis - Ms. Nanau - 09/19/2024*

123

| | | |
|---|---|---|
| 14:21:14 | 1 | **Q.**   How did you know that most of their |
| 14:21:16 | 2 | data was on videotape? |
| 14:21:18 | 3 | **A.**   That's how Dr. Noonan collected data. |
| 14:21:20 | 4 | **Q.**   And how was that communicated to you? |
| 14:21:23 | 5 | **A.**   We talk about our research with our |
| 14:21:26 | 6 | colleagues all the time.  I knew what he was doing. |
| 14:21:29 | 7 | **Q.**   Did you assign faculty to -- specific |
| 14:21:33 | 8 | faculty to specific students to ensure that they |
| 14:21:37 | 9 | could complete their research? |
| 14:21:38 | 10 | **A.**   We assigned one faculty member to |
| 14:21:41 | 11 | assist with data analysis for students who were |
| 14:21:47 | 12 | completing projects. |
| 14:21:48 | 13 | **Q.**   And who was that? |
| 14:21:49 | 14 | **A.**   Dr. Christy Hoffman. |
| 14:21:51 | 15 | **Q.**   And was that communicated to the |
| 14:21:54 | 16 | students? |
| 14:21:54 | 17 | **A.**   Yes. |
| 14:21:54 | 18 | **Q.**   How was it communicated? |
| 14:21:56 | 19 | **A.**   It was either via e-mail or I did have |
| 14:21:59 | 20 | meetings with them so I could let them know. |
| 14:22:02 | 21 | **Q.**   When did you have meetings with |
| 14:22:04 | 22 | Dr. Noonan's research students? |
| 14:22:06 | 23 | **A.**   Oh, probably within the week or so |

*Susan Margulis - Ms. Nanau - 09/19/2024*

131

14:37:18  1          A.    Yes.

14:37:18  2          Q.    Okay.  Were you aware that the Project

14:37:25  3   Tiger students who came forward to complain about

14:37:29  4   Dr. Noonan in early 2019, expressed a concern

14:37:34  5   regarding their ability to complete the Project

14:37:38  6   Tiger documentary?

14:37:38  7          A.    Yes.

14:37:38  8          Q.    Okay.  So what was done to address that

14:37:44  9   concern?

14:37:45 10          A.    We met with the students -- Dr. Russell

14:37:49 11   and I, who took over oversight of Project Tiger --

14:37:53 12   and made it clear that we did not have the skills

14:37:56 13   to complete a video.  So we would come up with an

14:38:01 14   alternative culminating project for the class.  And

14:38:04 15   we recommended podcasting, which the students were

14:38:08 16   extremely excited about.

14:38:10 17          Q.    Okay.  Who was excited about the

14:38:13 18   podcasting?

14:38:13 19          A.    All of the students in the class.

14:38:16 20          Q.    And how did they express their

14:38:20 21   excitement?

14:38:20 22          A.    They were very enthusiastic about the

14:38:23 23   idea.  We planned what the podcasts would be.  We

14:38:27  1   identified two students who would host the

14:38:31  2   podcasts, which we called Canisius Conservation

14:38:36  3   Conversations.  And that was Sierra Boucher and

14:38:41  4   ███████████████

        5        They were the hosts and engineers of the

14:38:42  6   podcasts.  And they did interviews with the other

14:38:45  7   students.  It was very successful.  We even

14:38:46  8   continued it for another year afterwards and hired

14:38:50  9   Sierra and ██████ as the hosts.

14:38:53 10        Q.   Was the decision to make podcasts

14:38:57 11   instead of the documentary based on your ability to

14:39:03 12   make podcasts?

14:39:05 13        A.   I personally do not have that skill

14:39:09 14   set, but we knew that ██████ and Sierra did.  And

14:39:13 15   Dr. Russell had some experience doing that.

14:39:16 16        Q.   Okay.  And you knew that Sierra and

14:39:19 17   ██████ had podcast development experience based on

14:39:24 18   what?

14:39:24 19        A.   Conversations with them during -- in

14:39:27 20   the context of the Project Tiger meetings.

14:39:28 21        Q.   Okay.  Is any -- is that memorialized

14:39:34 22   anywhere in writing?

14:39:36 23        A.   We probably have some course-related

*Susan Margulis - Ms. Nanau - 09/19/2024*

146

| | | |
|---|---|---|
| 14:54:41 | 1 | **Q.**   You know that employers where you've |
| 14:54:44 | 2 | left the position backed up your computers? |
| 14:54:47 | 3 | **A.**   They retain the records. |
| 14:54:48 | 4 | **Q.**   Okay. |
| 14:54:48 | 5 | **A.**   A copy of the records. |
| 14:54:50 | 6 | **Q.**   So will you agree with me then that by |
| 14:54:58 | 7 | February 20th, 2019, Canisius had a fully backed up |
| 14:55:06 | 8 | version of Project Tiger files, correct? |
| 14:55:09 | 9 | **A.**   Yes. |
| 14:55:09 | 10 | **Q.**   You wrote to Dr. McCarthy that it was |
| 14:55:19 | 11 | your decision that the students made podcasts |
| 14:55:25 | 12 | rather than complete the documentary, which was the |
| 14:55:29 | 13 | original aim of that class, correct? |
| 14:55:30 | 14 | **A.**   Yes. |
| 14:55:30 | 15 | **Q.**   And why did you make that decision? |
| 14:55:35 | 16 | **A.**   Two reasons.  One, I did not have the |
| 14:55:39 | 17 | skill set to help with video editing.  And two, the |
| 14:55:45 | 18 | video files that is the data belong to the -- the |
| 14:55:51 | 19 | principal investigator on a research project.  So |
| 14:55:55 | 20 | they belonged to Dr. Noonan. |
| 14:55:56 | 21 | **Q.**   You also didn't have the skill set to |
| 14:55:59 | 22 | make a podcast, correct? |
| 14:56:02 | 23 | **A.**   This is true, but Canisius had support |

*Susan Margulis - Ms. Nanau - 09/19/2024*

159

15:14:52  1        **THE WITNESS:**  That is not what it says.

15:14:55  2  That's correct.

15:14:55  3        **BY MS. NANAU:**

15:14:55  4        **Q.**  It says:  The college does technically

15:14:58  5  own it, correct?

15:14:58  6        **A.**  It says:  Even if the college

15:15:00  7  technically owns it.  It was not clear who owned

15:15:04  8  the rights to it.  And I also want to point out

15:15:07  9  that this -- the intellectual property rights is

15:15:10  10  dated the same as this event.  So this policy

15:15:14  11  wasn't even in effect officially three days before.

15:15:17  12        **Q.**  Okay, Dr. Margulis.  I don't have

15:15:20  13  another property rights policy for Canisius.

15:15:23  14        **A.**  Yes.

15:15:23  15        **Q.**  So I'm just going with what I've been

15:15:26  16  provided.

15:15:26  17        **A.**  Yes.  There wasn't one.

15:15:28  18        **Q.**  Okay.  So if there wasn't one, then who

15:15:31  19  did -- who owned the -- the footage?

15:15:36  20        **MR. D'ANTONIO:**  Objection.  Asked and

15:15:37  21  answered.  You may answer.

15:15:39  22        **THE WITNESS:**  The -- the owner of any

15:15:43  23  scholarly work is the researcher.  That is the norm

*Susan Margulis - Ms. Nanau - 09/19/2024*

160

15:15:47  1  in academia.  Therefore, Dr. Noonan owned the

15:15:50  2  footage.

15:15:50  3       **BY MS. NANAU:**

15:15:50  4       **Q.**   Okay.  But there was no policy in place

15:15:54  5  to memorialize this norm that you're talking about,

15:16:00  6  correct?

15:16:01  7       **A.**   Correct.

15:16:01  8       **Q.**   And Canisius paid for the trip,

15:16:09  9  correct?

15:16:10 10       **MR. D'ANTONIO:**  Objection.

15:16:11 11       **THE WITNESS:**  No.

15:16:12 12       **MR. D'ANTONIO:**  Form.

15:16:13 13       **BY MS. NANAU:**

15:16:13 14       **Q.**   Okay.  Well, it was a Canisius College

15:16:15 15  trip, correct?

15:16:16 16       **A.**   Correct.

15:16:16 17       **Q.**   It was -- the Project Tiger video was

15:16:20 18  supposed to be the product of a Canisius class,

15:16:23 19  correct?

15:16:24 20       **A.**   Correct.

15:16:24 21       **Q.**   And there was no policy that afforded

15:16:29 22  Dr. Noonan intellectual property rights over that

         23  footage at that time, correct?

15:19:55  1        **A.**   Yes.

15:19:56  2        **MR. D'ANTONIO:**  Film meaning the video?

15:20:02  3        **THE WITNESS:**  The footage.

        4        **MS. NANAU:**  The footage.

        5        **MR. D'ANTONIO:**  Yes.

        6        **BY MS. NANAU:**

15:20:05  7        **Q.**   When was that?

15:20:05  8        **A.**   I don't recall.  I think it was

15:20:08  9   probably fall -- or -- yeah, fall 2019.

15:20:12  10       **Q.**   What happened between your e-mail to

15:20:41  11  Dr. McCarthy in March of 2019, where you expressed

15:20:48  12  that you are uncomfortable with the students using

15:20:53  13  any of the video to the time when the students were

15:20:58  14  afforded the footage?

15:21:00  15       **A.**   To be clear, I was uncomfortable with

15:21:03  16  them using the footage in the context of the class.

15:21:07  17  They also were not able to present it or sell it in

15:21:11  18  any formal way.  But if they wanted to use it for

15:21:15  19  their own purposes, like for a digital media arts

15:21:20  20  project, that was fine.  And I encouraged Sierra to

15:21:25  21  do that.

15:21:25  22       **Q.**   You were uncomfortable with the

15:21:29  23  students of the Project Tiger class using the video

*Susan Margulis - Ms. Nanau - 09/19/2024*

165

15:21:33  1  footage for that class?

15:21:34  2           **A.**   Yes.

15:21:35  3           **Q.**   Why?

15:21:36  4           **A.**   They wouldn't be able to share it

15:21:38  5  widely.

15:21:39  6           **Q.**   And why is that?

15:21:40  7           **A.**   Because they didn't own it.  It was

15:21:43  8  Dr. Noonan's intellectual property.

15:21:46  9           **Q.**   Okay.  So if they used it for any other

15:21:49 10  purpose, then that was okay?

15:21:51 11           **A.**   They could use it for personal

15:21:54 12  purposes.  For example, for a portfolio.

15:21:57 13           **Q.**   And again, this was based on what?

15:22:01 14  Your -- this -- your view of what they could and

15:22:05 15  could not use the video footage was -- what was

15:22:09 16  that based on?

15:22:09 17           **A.**   The standard academic principal of

15:22:13 18  ownership of one's data.

15:22:15 19           **Q.**   Which is memorialized where?

15:22:17 20           **A.**   I own my data.  If I leave Canisius, my

15:22:20 21  data comes with me.

15:22:21 22           **Q.**   Okay.  I understand.  But I am --

15:22:25 23  that's not my question.  My question is:  Where is

*Susan Margulis - Ms. Nanau - 09/19/2024*

225

16:33:00  1  having to pay extra.

16:33:01  2        I informed her that while I could not do

16:33:02  3  that, I would be able to -- I would be willing to

16:33:05  4  count a one-credit seminar that she took to fulfill

16:33:10  5  that remaining one ABEC elective credit so she

16:33:12  6  could complete both majors and remain under that

16:33:16  7  credit limit cap.  So I met her requirement.

16:33:21  8        Q.   Okay.  Well, she was -- she was asking

16:33:24  9  actually for credit for the anthrozoology class so

16:33:30 10  she wouldn't have to make up additional -- she

16:33:35 11  wouldn't have to take additional classes to meet

16:33:38 12  the ABEC elective credits requirements, correct?

16:33:40 13        A.   No.  She would still have had to have

16:33:44 14  completed at least four credits.  And since classes

16:33:45 15  are three credits, that means six credits.  She

16:33:50 16  needed seven more credits in ABEC.

16:33:53 17        Q.   Right, right.  She needed seven more

16:33:56 18  credits and she was asking for you to give her

16:33:59 19  credit for the anthrozoology class, which was three

16:34:02 20  credits --

          21        A.   Three credits.

16:34:02 22        Q.   -- so then she would have only had to

16:34:03 23  do four credits?

16:49:27  1  covered his classes.  Canceling only one class in

16:49:32  2  that time period was a monumental undertaking.

16:49:35  3       As far as his research students go, I met

16:49:38  4  with every one of them.  And we did our best to

16:49:42  5  find ways for them to either complete the research

16:49:45  6  that they were doing or switch their research to

16:49:48  7  something that would be equally beneficial to them.

16:49:51  8       That includes one student who had planned an

16:49:56  9  independent study at Marineland.  And I was able to

16:50:00 10  arrange for her to be able to do that at the

16:50:03 11  Aquarium of Niagara instead if she so chose.  She

16:50:06 12  chose not to, but the Aquarium was willing to make

16:50:10 13  exceptions and allow her to do that.

16:50:10 14       We connected all of research students with

16:50:14 15  Dr. Hoffman for advice with analyzing their data so

16:50:19 16  all of them could present it at Ignatian

16:50:21 17  Scholarship Day.

16:50:22 18       For the Project Tiger students, we again met

16:50:25 19  with them as quickly as possible, so they really

16:50:29 20  didn't miss a beat other than switching what the

16:50:33 21  culminating project would be.  And they certainly

16:50:35 22  seemed amendable to that decision at the time.

16:50:37 23       We reassigned all the Dr. Noonan's advisees

*Susan Margulis - Mr. D'Antonio - 09/19/2024*

237

16:50:42  1  within a day such that they always had an advisor.

16:50:45  2  They could look in the Canisius portal who their

16:50:48  3  advisor was.  And it was no longer listed as

16:50:51  4  Dr. Noonan.

16:50:51  5      So there was never a reason for anyone to

16:50:52  6  say that they did not have an advisor in the ABEC

16:50:54  7  department.  They always did.

16:50:56  8      And because of our open-door policy, they

16:51:00  9  could come talk to any of us if they needed help

16:51:03 10  with courses, with graduation requirements, and so

16:51:07 11  on.

16:51:09 12      **Q.**   Did you provide or arrange to provide

16:51:13 13  letters of recommendation if the students needed

16:51:16 14  them?

16:51:16 15      **A.**   Oh, absolutely.

16:51:17 16      **Q.**   Okay.  As far as you know, did any

16:51:19 17  student in the ABEC department ever request a

16:51:22 18  letter of recommendation and not get one?

16:51:25 19      **A.**   Sometimes, a student will ask me for a

16:51:30 20  letter and it might be a student I had in one class

16:51:33 21  and don't know very well.  So I'll often say, well,

16:51:36 22  I can write it for you, but if there's someone who

16:51:39 23  knows you better, that would be a better option.

239

```
1   STATE OF NEW YORK  )

2                      ss:

3   COUNTY OF WYOMING  )

4

5        I DO HEREBY CERTIFY as a Notary Public in and

6   for the State of New York, that I did attend and

7   report the foregoing deposition, which was taken

8   down by me in a verbatim manner by means of machine

9   shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18                     _____

19                     MEGAN TITUS,

20                     Notary Public.

21

22

23
```