# Exhibit 12

**VIDEO TELECONFERENCE DEPOSITION**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                Plaintiffs,

   - against -    Case No.
                      1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                Defendant.
------------------------------------------

      Video teleconference deposition of ▮▮▮▮▮▮ ▮▮▮▮▮▮ present at 151 Washington Highway, Amherst, New York, taken pursuant to Subpoena, connecting to various locations on October 7, 2024, commencing at 12:02 p.m., before KELLY K. FRICANO, Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

```
                                                                        2

 1   APPEARANCES:      LAW OFFICE OF DANIELA NANAU, P.C.,
                       By DANIELA NANAU, ESQ.,
 2                     89-03 Rutledge Avenue,
                       Glendale, New York  11385-7935,
 3                     (888) 404-4975,
                       dn@danielananau.com,
 4                     Appearing for the Plaintiffs,
                       via Zoom.
 5
                       HODGSON RUSS LLP,
 6                     By CHRISTINE M. NAASSANA, ESQ.,
                       1800 Bausch & Lomb Place,
 7                     Rochester, New York  14604,
                       (585) 454-0700,
 8                     cnaassana@hodgsonruss.com,
                       Appearing for the Defendant,
 9                     via Zoom.

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

```
12:04:33   1   you calling for your attendance at today's
12:04:35   2   deposition?
12:04:35   3          A.   Yes, ma'am.
12:04:36   4          Q.   Okay.  Great.  So ▮▮▮▮▮▮▮ was there
12:04:43   5   a time when you attended Canisius College as an
12:04:48   6   undergraduate student?
12:04:50   7          A.   Yes, ma'am.
12:04:51   8          Q.   And When was that?
12:04:52   9          A.   2010.  I believe I transferred from
12:05:02  10   another college in 2010.  It could --
12:05:03  11          Q.   Okay.  And -- go ahead, I'm sorry.  I
12:05:09  12   don't want to cut you off.
12:05:09  13          A.   It could have been 2011.  I'm pretty
12:05:14  14   sure it was 2010.
12:05:15  15          Q.   Okay.  Was there a specific reason why
12:05:19  16   you transferred to Canisius?
12:05:23  17          A.   Yes, I had learned of the ABEC Program
12:05:29  18   and I had done a tour with Dr. Michael Noonan where
12:05:36  19   he encouraged me to become a part of his personal
12:05:41  20   research team and I was very exited about the
12:05:45  21   prospects of actually specifically not having to
12:05:54  22   experiment with animals.
12:05:56  23          He promised me that that would not be part
```

12:16:13  1  his female student's hair, taking their hair out of
12:16:17  2  whatever they had come to class with their hair
12:16:20  3  style in, coming behind them and taking it out and
12:16:24  4  then, you know, running his hands through their
12:16:30  5  hair and braiding it for them and redoing it the
12:16:33  6  way he liked.  And often times he would do it in
12:16:36  7  really silly ways as a -- it was very humiliating
12:16:40  8  the ways that he would make their hair look.
12:16:43  9          But he was always -- I mean, I don't
12:16:47 10  exaggerate, it was every day I would see him
12:16:49 11  touching his student's hair, the females, the days
12:16:52 12  that I would have his class which I believe was two
12:16:57 13  or three times a week.  And the one time, I -- you
12:17:02 14  know, he would do this to me as well, he did this
12:17:05 15  to me.
12:17:08 16          And then, also, this was on the bus, we were
12:17:11 17  going to Pittsburgh Zoo and I was sitting across
12:17:16 18  from my friend ███ or ████████ [phonetic],
12:17:20 19  who is now like a PhD candidate and doing great as
12:17:24 20  a primatologist.  But she -- originally she
12:17:28 21  couldn't stand Noonan, but she ended up on this bus
12:17:35 22  trip, she's sitting across from me in the seat in
12:17:40 23  the school bus and Noonan comes down the hallway,

| | | |
|---|---|---|
| 12:17:45 | 1 | like the walkway in the middle between the seats |
| 12:17:49 | 2 | and he stands over -- she was -- I think she was |
| 12:17:54 | 3 | laying down in the seat with her legs in the aisle. |
| 12:17:59 | 4 | Yes, she was sitting -- she was sitting -- |
| 12:18:03 | 5 | she was definitely laying down with her legs in the |
| 12:18:06 | 6 | aisle and he walked over to her and I and he took |
| 12:18:11 | 7 | her legs and he put them up over her head. Like I |
| 12:18:20 | 8 | can't -- I was just like shocked, and he stood |
| 12:18:24 | 9 | there in like a clear sexual position. It was just |
| 12:18:29 | 10 | unreal and I don't think she like allowed him to do |
| 12:18:31 | 11 | that for very long, maybe like five or ten seconds. |
| 12:18:36 | 12 | But I mean, that was shocking to me. |
| 12:18:40 | 13 | The things that -- the things that he would |
| 12:18:43 | 14 | get away with, I think were just always so shocking |
| 12:18:49 | 15 | and appalling to me and I think it was because his |
| 12:18:54 | 16 | students were so young. The young women didn't |
| 12:18:58 | 17 | know any better or thought that like they were |
| 12:19:01 | 18 | excited to be his chosen ones so they would let him |
| | 19 | do this stuff sometimes. I mean, that's what I |
| 12:19:06 | 20 | observed. |
| 12:19:06 | 21 | **BY MS. NANAU:** |
| 12:19:06 | 22 | **Q.** Is there -- so aside from, you know, |
| 12:19:12 | 23 | the braiding hair, the comment about kissing the |

12:22:14  1  it wasn't going -- it wasn't going to be like this
12:22:18  2  torturous experience.
12:22:18  3         So he would make me wait for like three
12:22:22  4  hours where I was only -- I was only required to
12:22:25  5  spend an hour a day sitting and observing the
12:22:28  6  torture of the animals, but because I wanted him to
12:22:33  7  come and help the animals who were acutely
12:22:36  8  suffering under my observation, he would have me
12:22:40  9  wait and I would have to watch that for like three
12:22:44 10  hours while he took his time coming down.
12:22:47 11         And then his suggestion -- solution would be
12:22:50 12  that he would just take them out in front of me and
12:22:54 13  break their necks, which I of course said, no, no,
12:22:58 14  don't do that.  So they would just stay and remain
12:23:01 15  being attacked and it was just terrible.
12:23:06 16         I would take pictures of the animals -- I
12:23:09 17  would take pictures of the animals' injuries and he
12:23:15 18  would try -- he would try to get me to delete the
12:23:20 19  pictures on my phone and make me go through and
12:23:25 20  delete -- and actually, yeah, that's what -- sorry.
12:23:26 21  I completely forgot, but that's when he -- I took a
12:23:31 22  picture of him standing over ▮▮▮▮▮▮▮▮▮▮ on the
12:23:37 23  bus with her legs up over her head.

| | | |
|--|--|--|
| 12:24:52 | 1 | or the morning of the field trip.  He said that |
| 12:24:55 | 2 | they had all been exterminated or all dispatched, |
| 12:25:01 | 3 | some -- some clinical term.  He just snapped their |
| | 4 | necks. |
| 12:25:07 | 5 | And that was upsetting to me, but I -- but I |
| 12:25:09 | 6 | just didn't let it show because I wanted to be on |
| 12:25:13 | 7 | his side, like I wanted to be a part of his |
| 12:25:16 | 8 | research team, I wanted him to like me.  So I just |
| 12:25:20 | 9 | kind of made it look like it didn't bother me, but |
| 12:25:24 | 10 | he did it to upset me for sure.  I know that that |
| 12:25:28 | 11 | was true. |
| 12:25:29 | 12 | And then, later on he did end up allowing an |
| 12:25:32 | 13 | adoption program to happen.  So -- I mean, he was |
| 12:25:36 | 14 | fully capable of doing things more humanely and |
| 12:25:42 | 15 | chose not to, I believe to desensitize his students |
| 12:25:51 | 16 | of the pain and suffering of the animals that they |
| 12:25:55 | 17 | came into the program to help. |
| 12:25:55 | 18 | **BY MS. NANAU:** |
| 12:25:56 | 19 | **Q.**          other than the Social Org |
| 12:26:00 | 20 | class and the lab, did you take any other classes |
| 12:26:03 | 21 | with Dr. Noonan? |
| 12:26:05 | 22 | **A.**   I did not.  I -- I don't believe so. |
| 12:26:10 | 23 | No, I just took that one class. |

```
12:29:06   1   captivity and it was big news all over the world, I
12:29:10   2   think, and he was called to comment on it and he
12:29:13   3   refused and he was like -- he told us, yeah, they
12:29:17   4   called me and I told them no.
12:29:20   5            So he was just not -- he was not ever there
12:29:22   6   to help the animals.  It was always the animals
12:29:26   7   were there as a means to him.  And his persona as a
12:29:33   8   researcher, he just exploited every animal and
12:29:39   9   human and non-human and human alike in his mitts to
12:29:45  10   get what it was that he wanted.  That's my personal
12:29:50  11   perspective.
12:29:50  12            BY MS. NANAU:
12:29:50  13       Q.   ▉▉▉▉▉▉▉▉ with regard to the
12:29:52  14   treatment of the rats during the Social Org lab,
12:29:57  15   did you ever discuss your concerns with a faculty
12:30:02  16   member at Canisius or an administrator?
12:30:06  17       A.   Yes, I would share my feelings about
12:30:11  18   the rat torture.  I talked at length to
12:30:20  19   Dr. Margulis, who was his right hand man.  I mean,
12:30:24  20   she was just no better than he, but like she -- I
12:30:30  21   felt she was intimidated by him and I just wanted
12:30:34  22   somebody to help.
12:30:35  23            So I would try to reach out to her and have
```

|  |  |  |
|---|---|---|
| 12:30:38 | 1 | her come and help the animals and she would |
| 12:30:44 | 2 | just -- she was -- acted completely, whatever the |
| 12:30:51 | 3 | word is.  I can't recall -- I can't remember what |
| 12:30:55 | 4 | word I'm trying to use, but basically -- |
| 12:30:58 | 5 | inadequate.  She couldn't do anything about it. |
| 12:31:00 | 6 | She was just so meek, it was pathetic. |
| 12:31:04 | 7 |         Q.   Anyone other than Dr. Margulis that you |
| 12:31:09 | 8 | raised your concerns about Dr. Noonan's treatment |
| 12:31:13 | 9 | of the rats during the Social Org lab? |
| 12:31:16 | 10 |         **MS. NAASSANA:**  Form. |
| 12:31:17 | 11 |         **THE WITNESS:**  I reached out to the college |
| 12:31:20 | 12 | newspaper and they did an investigation of some |
| 12:31:23 | 13 | manner.  They did an article where they interviewed |
| 12:31:31 | 14 | me, they tried to interview Noonan about the rat |
| 12:31:32 | 15 | torture and I believe that was published in one of |
| 12:31:36 | 16 | the newspapers.  I can't -- I can't remember |
| 12:31:38 | 17 | exactly. |
| 12:31:40 | 18 |         I -- no, I think it was a video.  They |
| 12:31:43 | 19 | did -- there may have been a written component, |
| 12:31:46 | 20 | like a written article, but it was actually a |
| 12:31:50 | 21 | video.  It was a video -- what's it called -- a |
| 12:31:57 | 22 | video by the reporter. |
| 12:32:00 | 23 |         And he showed like the laboratory where it |

```
12:32:04  1  happened.  He couldn't get into the lab, but I took
12:32:07  2  him up and showed him where it -- where the
12:32:11  3  laboratory was on the third floor of the science
12:32:16  4  complex and yeah.
12:32:20  5          And then also, so -- so I mean everybody on
12:32:25  6  the campus became aware after that, you know,
12:32:29  7  anybody who had seen that video that was made by
12:32:32  8  the newspaper team for the college, everybody was
12:32:38  9  aware of what was going on.
12:32:40 10          And I know I had mentioned the Social Org
12:32:47 11  class with the rat situation.  I made like a
12:32:52 12  Facebook page about it so people would have known
12:32:55 13  through that.  And then also, I think I -- I
12:32:57 14  definitely mentioned just the torture of the
12:33:01 15  animals and the way that he was so proud of hurting
12:33:05 16  animals and desensitizing students.
12:33:08 17          I know I told that to the Dean of Students,
12:33:13 18  doctor -- gosh, I can't remember her name right
12:33:18 19  now.  Shit.  But, yeah.
12:33:20 20          BY MS. NANAU:
12:33:20 21      Q.  Was it Dr. Erickson who you spoke to?
12:33:24 22      A.  No, I don't think so.  That
12:33:27 23  doesn't -- that could have been -- that could have
```

```
12:33:30  1  been the man that I talked to.  I talked to a man
12:33:34  2  once and then I talked to -- after my arrest at the
12:33:36  3  college, I also spoke to a woman dean.
12:33:41  4         Q.    Pat Erickson, I believe, was a woman.
12:33:45  5         A.    Oh, is it?
12:33:46  6         Q.    Yeah.
12:33:47  7         A.    Yeah, that wasn't the name of the woman
12:33:49  8  that I met with, I don't -- I don't believe.  I
12:33:53  9  mean it wasn't.  I can't remember her name right
12:33:55 10  now.
12:33:57 11         Q.    Did anything come of the newspaper
12:34:00 12  article regarding the poor treatment of the rats in
12:34:06 13  the Social Org lab; do you know?
12:34:07 14         A.    Yeah, the -- because of the amount of
12:34:11 15  pressure I put on him, he did discontinue that
12:34:17 16  experiment after 30 years of doing it every other
12:34:20 17  semester.  He just, he stopped doing it.
12:34:25 18         Q.    Did there come a time when you
12:34:28 19  complained to any faculty member or Canisius
12:34:33 20  administrator about Dr. Noonan's claim that he
12:34:36 21  kissed a woman student on the mouth or his
12:34:40 22  treatment of ███████████ during the trip to the
12:34:46 23  Pittsburgh Zoo?
```

```
12:34:48   1         A.   Yes, I recall mentioning that to the
12:34:51   2    woman dean when -- after my arrest, they were going
12:34:58   3    to be doing an investigation to see if they wanted
12:35:02   4    to pursue further -- I don't know, like just to see
12:35:05   5    what happened on that date.
12:35:06   6              And that was -- I definitely told them then.
12:35:11   7    I told them in like -- that was probably 2011, and
12:35:16   8    I told them months prior -- or no, I'm sorry.
12:35:22   9    Months after I stopped being in his program at all,
12:35:26  10    so that would have been like 20 -- late 2011 or
12:35:32  11    2012, if I was still at that school.
12:35:34  12              I was not there for very long.  Maybe like a
12:35:37  13    year or two.  But yeah, I told two different -- two
12:35:42  14    different school officials and both of them, I
12:35:43  15    believe, were deans.  One was a male and one was a
12:35:46  16    female.
12:35:46  17         Q.   And do you remember what specifically
12:35:48  18    you told them about Noonan's comments about kissing
12:35:52  19    a student or his treatment of ▬▬▬▬▬▬▬ during
12:35:56  20    that school trip?
12:35:57  21         A.   Yeah, I just told him like that there
12:36:01  22    were -- I said that they were worried about the
12:36:01  23    wrong things when they were reprimanding me for
```

58

1  STATE OF NEW YORK )
2                    ss:
3  COUNTY OF ERIE    )
4
5       I DO HEREBY CERTIFY as a Notary Public in and
6  for the State of New York, that I did attend and
7  report the foregoing deposition, which was taken
8  down by me in a verbatim manner by means of machine
9  shorthand.  Further, that the deposition was then
10 reduced to writing in my presence and under my
11 direction.  That the deposition was taken to be
12 used in the foregoing entitled action.  That the
13 said deponent, before examination, was duly sworn
14 to testify to the truth, the whole truth and
15 nothing but the truth, relative to said action.
16
17
18
19 _____
      KELLY K. FRICANO,
20    Notary Public.
21
22
23