# Exhibit 30

Message

**From:** Suchak, Malini C [suchakm@canisius.edu]
**Sent:** 4/14/2022 6:26:51 PM
**To:** Natassia Tuhovak [ntuhovak@lclark.edu]
**Subject:** Re: Character Reference

Hi Natassia,

Absolutely! If you need a phone number you can use ███

Good luck with the Bar!

Dr. S

--
Malini Suchak, Ph.D.
Associate Professor
Animal Behavior, Ecology, and Conservation
Canisius College, Buffalo NY 14208

---

**From:** Natassia Tuhovak <ntuhovak@lclark.edu>
**Date:** Wednesday, April 13, 2022 at 5:10 PM
**To:** "Suchak, Malini C" <suchakm@canisius.edu>
**Subject:** Character Reference

**CAUTION: This email was sent from outside of Canisius College.
Do not open attachments or click on links from unknown senders or unexpected emails.**

Hi Dr. Suchak,

I hope you are doing well. I am currently applying to the Oregon Bar and it requires me to list references who can attest to my character and fitness. Would I be able to use you as a reference? You don't have to fill out any paperwork. I would just need to provide your contact information so that the Bar Examiners can contact you.

Thank you,
Natassia

--
Natassia Tuhovak
JD Candidate, 2022
Lewis & Clark Law School
ntuhovak@lclark.edu