# Exhibit 32



Date: 5/16/2020 8:50:00 PM
Source: Facebook[3]

**CiCi Wood** is with **Grace Elizabeth** and 2 others.
May 16, 2020

The past four years have whizzed by and I am incredibly grateful for my professors, family, and friends who have supported me on my journey to getting my BS in Animal Behavior, Ecology, and Conservation. I couldn't have asked for a better college experience, even if it ended with bathrobes and paper caps. Now onto the next chapter



80    13 comments

Like    Comment    Copy    Share

