# Exhibit 33

Friday, July 28, 2023 at 16:54:31 Eastern Daylight Time

**Subject:** Re: ABEC Scholarship Donation
**Date:** Monday, June 14, 2021 at 11:13:43 PM Eastern Daylight Time
**From:** Russell, Joshua J
**To:** Margulis, Susan W

EXHIBIT AK

Wow! Wonderful.

On 6/14/21, 8:09 PM, "owner-abec_fac@canisius.edu on behalf of Margulis, Susan W" <owner-abec_fac@canisius.edu on behalf of margulis@canisius.edu> wrote:

Hi all,

I wanted to share this wonderful news from ABEC grad CiCi Wood. She has landed a fabulous job and wants to give back.

Sue

---

Sue Margulis, PhD
Professor and Chair, Animal Behavior, Ecology, and Conservation
Professor, Biology
Canisius College
2001 Main St
Buffalo, NY 14208
716.888.2773
margulis@canisius.edu


-----Original Message-----
From: Cassidy Wood <wood26@canisius.edu>
Sent: Monday, June 14, 2021 7:01 PM
To: Margulis, Susan W <margulis@canisius.edu>
Subject: ABEC Scholarship Donation

Hello Dr. Margulis,

I hope you made it through another year of virtual teaching unscathed and are enjoying the summer! It was great to see you and the ANAW folks at last month's webinar.

I am emailing with both a life update and a related question. I just accepted a position at The Nature Conservancy working within the office of the CEO at their global headquarters. While I am incredibly excited for the opportunity, I was struck by how much my experiences traveling through ABEC put me at a distinct advantage. I have my time with ANAW on my resume, as well as my role in Project Tiger. This actually sparked a conversation with the chief of staff about Mama Simba (!!!) which I feel gave me a huge leg up in the hiring process. As a whole, I recognize the ways these have experiences have been integral in shaping me both personally and professionally.

I also recognize the way my own racial and financial privilege allowed me to take advantage of these experiences more than many of my peers. My new role comes with a hefty salary - more than I ever anticipated making with an ABEC degree - and I want to give back. I know ABEC has a few need-based scholarships for trips and I am wondering if it would be possible for me to contribute financially to creating a similar scholarship, or adding to the existing scholarships in order to help more ABECs. In an ideal world, I'd love to contribute at least $1000 a year for a scholarship (or maybe 2 $500 scholarships?) going to a student/students from backgrounds underrepresented in the

Page 1 of 2

CANISIUS 02433

conservation field (BIPOC,LGBTQIA+, etc.). I anticipate this amount growing as I progress professionally. If this is a possibility, I would love to find out how to go about making this happen.

Thanks!
CiCi Wood