UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SIERRA BOUCHER, LILY ENGEBRECHT, NATASSIA TUHOVAK, HANNAH WHELAN, and CASSIDY WOOD,<br><br>      Plaintiffs,<br><br> -against-<br><br>TRUSTEES OF CANISIUS COLLEGE,<br><br>      Defendants. | **DECLARATION OF LAUREN YOUNG**<br><br>Case No. 1:22-cv-00381-CCR |

---

Lauren Young, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that:

1. I am the Director of Institutional Research and Effectiveness at Canisius University, and I have held this position since September 2016.

2. I submit this Declaration based on my personal knowledge.

***The Course Evaluation System at Canisius***

3. As Director of Institutional Research and Effectiveness, I manage the course evaluation system at Canisius, through which students may submit feedback and comments regarding courses they have completed at the end of a semester.

4. By default, full-time faculty, regardless of tenure, status or rank, are opted into the course evaluation system, and automatically receive student feedback at the end of a semester.

5. The collection of student course evaluations, however, is not required, and full-time faculty may opt out of receiving student evaluations.

6. If a professor chooses to receive student feedback via the course evaluation system, the feedback becomes available for the professor's review at the end of the semester, after the submission of student grades.

1

7. Student course evaluations are only available for access by the full-time faculty member. The evaluations are not available for access by other Canisius employees and administrators, including Department Chairs or the Dean of the College of Arts & Sciences.

8. Student course evaluations would only become available to a Department Chair or the Dean of the College of Arts & Sciences if a professor chose to submit the evaluations in support of his or her annual performance review.

### *Dr. Noonan's Student Course Evaluations in December 2018*

9. Dr. Michael Noonan, a former tenured Professor in the Biology and Animal Behavior, Ecology, and Conservation Departments at Canisius, taught BIO 317: Sex, Evolution, and Behavior and BIO 355: Behavioral Neuroscience during the Fall 2018 semester.

10. Dr. Noonan opted to receive student evaluations for these two courses at the end of the Fall 2018 semester. Professors were required to submit student grades by Wednesday, December 19, 2018.

11. Students' comments and feedback from these course evaluations were only available for Dr. Noonan's review at the end of the semester, and became available to Dr. Noonan sometime after December 19, 2018.

12. Aside from Dr. Noonan, Canisius employees and administrators did not have access to Dr. Noonan's student course evaluations submitted at the end of the Fall 2018 semester.

Dated: December 16, 2024/s/ Lauren Young
Lauren Young