UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN,
and CASSIDY WOOD,

                    **Plaintiffs,**                Case No. 1:22-cv-00381-CCR

-against-

TRUSTEES OF CANISIUS COLLEGE,

                    **Defendants.**

---

## JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER

Defendant Canisius University and Plaintiffs jointly request an amendment of the Case Management Order dated August 17, 2023 (Docket No. 21), which was modified by Court Order on November 15, 2024 (Docket No. 32). We respectfully seek a brief enlargement of the dispositive motion deadline.

This is the fourth time the parties have requested a brief enlargement of time. This Motion, which seeks a one-week adjournment of the remaining pretrial dispositive motion deadlines, is necessitated by the fact Plaintiffs' counsel is unwell. She was just diagnosed with conjunctivitis, which prevents her from seeing with her left eye, and also suffers from related migraine headache, which makes completing Plaintiffs' opposition papers by this Thursday untenable.

Therefore, the parties respectfully request the following enlargement of time:

- Plaintiffs' opposition shall be filed by no later than **February 6, 2025**; and,

- Defendant's reply shall be filed no later than **February 20, 2025**

The parties appreciate the Court's continued time and attention to this mater, and if these enlarged deadlines are acceptable to the Court, we respectfully request that they be So Ordered.

1

Dated: January 27, 2025

| **LAW OFFICE OF DANIELA NANAU, P.C.** | **HODGSON RUSS LLP** |
|---|---|
| _/s/ Daniela Nanau_ | _/s/ Christine Naassana_ |
| Daniela Nanau | Thomas S. D'Antonio |
| | Christine M. Naassana |
| 89-03 Rutledge Avenue | 1800 Bausch & Lomb Place |
| Glendale, New York 11385 | Rochester, New York 14604 |
| (888) 404-4975 | (585) 454-0758 |
| _Attorneys for Plaintiffs_ | _Attorneys for Defendants_ |

**SO ORDERED.**

Dated: Jan. 27, 2025

_____
The Honorable Christina Reiss
    United States District Judge

2