**Plaintiffs' Exhibit A**

**ELIZABETH ANN HOGAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, AND
CASSIDY WOOD,

                     Plaintiffs,

      - against -     Case No.
                     1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                     Defendant.
----------------------------------------


        Examination before trial of **ELIZABETH ANN HOGAN**, taken pursuant to Subpoena, in the offices of JACK W. HUNT & ASSOCIATES, INC., 1120 Liberty Building, Buffalo, New York, on June 19, 2024, commencing at 9:23 a.m., before LYNNE E. DIMARCO, Notary Public.

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

5

09:24:50   1   **The following was marked for Identification:**

         2    **PLAINTIFF EXH. 12    Subpoena**

09:24:50   3        **BY MS. NANAU:**

09:24:53   4        **Q.**   Is this the Subpoena that you were

09:24:55   5   provided before today?

09:24:58   6        **A.**   Yes.

09:24:58   7        **Q.**   Okay.  And the Subpoena requests the

09:25:03   8   production of documents, including any notes or any

09:25:07   9   other information regarding complaints about

09:25:11  10   Dr. Michael Noonan; do you see that?

09:25:14  11        **A.**   Yes.

09:25:14  12        **Q.**   Have you provided any notes that you

09:25:18  13   have in your possession to counsel?

09:25:19  14        **A.**   I have, yes.

09:25:19  15        **Q.**   I'm going to provide you with a witness

09:25:23  16   fee, which was not provided at the same time as the

09:25:24  17   Subpoena, and that is for you, Dr. Hogan.

09:25:27  18        **A.**   Okay.

09:25:28  19        **Q.**   Okay.  So what is your position at

09:25:36  20   Canisius College or University rather?

09:25:39  21        **A.**   My position is associate professor in

09:25:43  22   the biology department.

09:25:44  23        **Q.**   Okay.  Are you chair of the department

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

6

09:25:46  1  now?

09:25:46  2  **A.**    No.

09:25:47  3  **Q.**    Okay.  Was there a time when you were

09:25:49  4  chair of the department?

09:25:50  5  **A.**    Yes.

09:25:50  6  **Q.**    And when was that?

09:25:55  7  **A.**    So that began in I believe it was

09:26:00  8  March 2016 after our chair at that time died

09:26:04  9  suddenly.  And then I became chair along with my

09:26:08 10  colleague Bob Grebenok.

09:26:10 11         So that began I believe it was in March

09:26:12 12  2016.  And then for the next three years 2016-2017,

09:26:18 13  2017-2018 and then in 2018 Bob Grebenok stepped

09:26:22 14  down as chair so I was the only chair from 2018 to

09:26:27 15  2019.

09:26:27 16  **Q.**    Okay.  What is the biology department's

09:26:32 17  relationship to the ABEC department?

09:26:36 18  **A.**    So originally the ABEC department was

09:26:40 19  part of the biology department, I don't remember

09:26:43 20  the exact date of when that happened, but Mike

09:26:46 21  Noonan and along with Sarah Morris in our

09:26:51 22  department were sort of instrumental in starting

09:26:54 23  this program.

09:26:55  1        And then as always was the plan as they

09:26:58  2  started to hire more faculty, they then separated

09:27:02  3  from the biology department.

09:27:04  4        Q.   Okay.  So is it fair to say that in

09:27:07  5  2019 you didn't have any supervisory role over

09:27:12  6  Dr. Noonan then?

09:27:13  7        A.   In 2019 he was still a member of the

09:27:16  8  biology department, so he was a member of both ABEC

09:27:19  9  and biology, which is unusual, but that's the way

09:27:23  10  it was set up.  So I did have a supervisory role in

09:27:28  11  that aspect.

09:27:29  12        Q.   Got it.  How long have you been

09:27:34  13  teaching at Canisius?

09:27:37  14        A.   I began in 1999.

09:27:40  15        Q.   And have you always been in the biology

09:27:43  16  department?

09:27:43  17        A.   Yes.

09:27:44  18        Q.   Okay.  When you started first working

09:27:49  19  at Canisius, was Dr. Noonan part of the biology

09:27:56  20  department?

09:27:56  21        A.   He was.

09:27:56  22        Q.   Okay.  My understanding is that

09:27:59  23  previously he was a faculty member in the

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

8

| | |
|---|---|
| 09:28:02 | 1 |

psychology department; is that true?

09:28:04  2      **A.**   That's my understanding as well, yes.

09:28:06  3      **Q.**   Okay.  Do you have any understanding

09:28:08  4  about why he stopped being a psychology department

09:28:13  5  faculty member and became a biology faculty member?

09:28:16  6      **A.**   I don't, I believe a lot of that

09:28:18  7  happened before I was -- before I started or when I

09:28:24  8  wasn't really that involved in the situation.

09:28:27  9      So I really I believe there was

09:28:30  10  disagreements between his philosophies and others

09:28:35  11  in the department.  I believe there was mediation

09:28:37  12  is what I've heard indirectly from colleagues that

09:28:41  13  are in the psychology department, but I don't know

09:28:44  14  any of the details.

09:28:46  15      **Q.**   Okay.  Which administrators at Canisius

09:28:53  16  College would know about Dr. Noonan's transfer from

09:28:57  17  the psychology department to biology?

09:29:01  18      **A.**   I'm trying to think who was dean at

09:29:04  19  that point.  We've gone through so many deans.  The

09:29:10  20  chairs of the psychology department are now

09:29:13  21  retired.  Harvey Pines I believe was the chair at

09:29:16  22  that point.

09:29:16  23      **Q.**   Okay.  Who was the chair of the biology

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

9

09:29:24  1    department at that time, do you know?

09:29:26  2         A.    Yes, Paula Den, and she's no longer

09:29:30  3    with the college.

09:29:31  4         Q.    Okay.  Did you ever have an opportunity

09:29:38  5    to observe Dr. Noonan in class?

09:29:46  6         A.    No.

09:29:47  7         Q.    Okay.  Did you ever go on any trips

09:29:53  8    with Dr. Noonan?

09:29:54  9         A.    No.

09:29:55  10        Q.    Okay.  As a member of the biology

09:30:03  11   department faculty, did you ever review

09:30:08  12   Dr. Noonan's performance?

09:30:09  13        A.    Yes.

09:30:10  14        Q.    And when would you do that, would you

09:30:14  15   do it on a cyclical basis or some other time?

09:30:18  16        A.    Yeah, so at that -- so the things have

09:30:25  17   changed over the years how we do reviews, but

09:30:29  18   initially every year faculty were required to

09:30:33  19   submit an annual report documenting their

09:30:36  20   scholarship, their teaching and any service.

09:30:40  21        The format of that report has changed as

09:30:44  22   deans have come and gone, but initially every year

09:30:47  23   every faculty was required to submit a report.

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

10

09:30:50  1          And then at the department level in my -- in

09:30:55  2   the biology department there's a committee called

09:30:58  3   the FEC, Faculty Evaluation Committee, that is made

09:31:03  4   up of tenured faculty.  And they will review

09:31:06  5   everybody's report and evaluate and usually submit

09:31:12  6   a one to two page summary evaluation of the report.

09:31:17  7          And then from there it would go to the dean.

09:31:21  8   And so as a member of the Faculty Evaluation

09:31:25  9   Committee irregardless of whether I was chair or

09:31:28  10  not, that would be the times when I would be able

09:31:33  11  to evaluate an annual report that Mike submitted.

09:31:36  12         Q.   Okay.  To your knowledge, was

09:31:38  13  Dr. Noonan ever exempt from any annual report

09:31:43  14  documentation requirements?

09:31:49  15         A.   As far as I can recall when I was on

09:31:51  16  the FEC, he always submitted a report.

09:31:54  17         Q.   When did you serve on the FEC?

09:31:57  18         A.   Well, it would not have been until I

09:32:01  19  had tenure.

09:32:02  20         Q.   Okay.  When did you get tenure?

09:32:04  21         A.   I should know this, I think 2006.

09:32:08  22         Q.   Okay.

09:32:10  23         A.   And then we sort of rotate through, so

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

16

09:40:32  1  this time period?

09:40:34  2       **A.**   I believe at that point they were

09:40:36  3  submitted electronically, so, yes, he would have

09:40:40  4  submitted a report.

09:40:41  5       **Q.**   Okay.  Do you have copies of that in

09:40:44  6  your possession?

09:40:46  7       **A.**   In my possession right now?

09:40:48  8       **Q.**   Well, no, not right now, but in your

09:40:51  9  capacity as a former or current FEC member for the

09:40:56 10  biology department, do you retain those records?

09:40:59 11       **A.**   Yes.

09:41:00 12       **Q.**   Okay.  Because I don't have it.  So I'm

09:41:04 13  just wondering, you know, what is the basis for

09:41:07 14  this report?

09:41:09 15       **A.**   Right.

09:41:13 16       **Q.**   When a faculty member like Dr. Noonan

09:41:16 17  provides their annual or now every three years

09:41:20 18  evaluation report, what does it consist of?

09:41:32 19       **A.**   At that time period?

09:41:33 20       **Q.**   Yes, 2016.

09:41:34 21       **A.**   It has changed since then.

09:41:36 22       **Q.**   Got it.  So, yeah, I'm interested in

09:41:38 23  the 2016-2017 time period.

| | | |
|---|---|---|
| 09:41:40 | 1 | **A.**    Typically there's three sections. |
| 09:41:40 | 2 | **Q.**    Okay. |
| 09:41:43 | 3 | **A.**    And you're supposed to summarize any |
| 09:41:46 | 4 | changes that you made to the courses that you |
| 09:41:48 | 5 | taught during that process, comment on any student |
| 09:41:52 | 6 | feedback and also comment on any changes that you |
| 09:41:59 | 7 | plan to instill the next time you teach the class |
| 09:42:04 | 8 | based on feedback. |
| 09:42:06 | 9 | So one section is teaching, the second |
| 09:42:08 | 10 | section is scholarship where typically the faculty |
| 09:42:12 | 11 | member will discuss the basis of their research, |
| 09:42:16 | 12 | any outcomes, whether it be presentation or paper |
| 09:42:19 | 13 | published. |
| 09:42:19 | 14 | And then the third section is service.  And |
| 09:42:22 | 15 | so usually that's just a bullets of all the |
| 09:42:26 | 16 | committees that they've served on either within the |
| 09:42:30 | 17 | department, campus wide, or if they are doing |
| 09:42:33 | 18 | outside service. |
| 09:42:35 | 19 | **Q.**    Okay.  I took the deposition of |
| 09:42:41 | 20 | Dr. Joshua Russell yesterday who is a member of the |
| 09:42:44 | 21 | ABEC department.  And Dr. Russell told me that |
| 09:42:50 | 22 | obtaining student feedback is optional for |
| 09:42:56 | 23 | professors; is that true? |

09:58:15  1        **Q.**   Now, not hypothetically, did you ever

09:58:20  2  direct a student to the biology department chair

09:58:23  3  where a student raised a concern with you about

09:58:27  4  Dr. Noonan; do you recall that?

09:58:28  5        **A.**   I don't recall.

09:58:29  6        **Q.**   Okay.  So can you tell me when is the

09:58:37  7  first time a student came to you with concerns

09:58:40  8  about Dr. Noonan?

09:58:44  9        **A.**   Yes, it was after a faculty member in

09:58:52 10  my department raised concerns about a student and

09:58:57 11  her interactions with Dr. Noonan.

09:58:59 12        That student -- I told the faculty members

09:59:04 13  to tell the student to make an appointment to see

09:59:08 14  me so we could discuss the situation, so that would

09:59:12 15  be January 2019.

09:59:13 16        **Q.**   Okay.  So who was the faculty member

09:59:16 17  that brought this concern of the students to your

09:59:19 18  attention?

09:59:19 19        **A.**   Dr. Daniel Hauser.

09:59:22 20        **Q.**   So what did Dr. Hauser tell you?

09:59:26 21        **A.**   He told me that he was concerned about

09:59:30 22  a student in his lab who was doing a research

09:59:34 23  project that was involving both Dr. Noonan and

| | | |
|---|---|---|
| 09:59:39 | 1 | himself. |
| 09:59:40 | 2 | And that the student seemed very upset about |
| 09:59:46 | 3 | a conversation she had with Dr. Noonan and was |
| 09:59:50 | 4 | ready to quit research because of this stress that |
| 09:59:55 | 5 | she felt. |
| 09:59:56 | 6 | **Q.**   Did Dr. Hauser provide you anymore |
| 10:00:00 | 7 | specific information about the nature of the |
| 10:00:04 | 8 | conversations with Dr. Noonan that made her so |
| 10:00:06 | 9 | upset? |
| 10:00:08 | 10 | **A.**   He did not. |
| 10:00:10 | 11 | **Q.**   Okay.  So ultimately the student, |
| 10:00:17 | 12 | did she come to meet with you? |
| 10:00:18 | 13 | **A.**   Yes. |
| 10:00:19 | 14 | **MS. NANAU:**  Okay.  I'm going to show you |
| 10:00:25 | 15 | what we are going to mark as Plaintiff's |
| 10:00:29 | 16 | Exhibit 15. |
| 10:00:29 | 17 | **The following was marked for Identification:** |
| | 18 |  **PLAINTIFF EXH. 15**    **E-mail Chain - Bates stamped** |
| | 19 | **Canisius 1519 to 1520** |
| 10:00:36 | 20 | **BY MS. NANAU:** |
| 10:00:41 | 21 | **Q.**   Plaintiff's Exhibit 15 is a two-page |
| 10:00:43 | 22 | document, the Bates stamp is Canisius 1519 to 1520. |
| 10:01:15 | 23 | So starting with the second page of this |

10:01:18  1  exhibit -- or actually the bottom of the first

10:01:22  2  page, there's an e-mail from the student to you

10:01:25  3  dated January 24th, 2019, correct?

10:01:28  4      **A.**   Correct.

10:01:29  5      **Q.**   Okay.  And in the body of the e-mail,

10:01:33  6  which is on the second page, the student reports to

10:01:38  7  you that Dr. Hauser reached out to her and said

10:01:42  8  that you would like to talk to her about the

10:01:46  9  combined research with Dr. Hauser and Dr. Noonan,

10:01:49 10  correct?

10:01:49 11      **A.**   Correct.

10:01:49 12      **Q.**   And did such a meeting take place?

10:01:53 13      **A.**   Yes.

10:01:54 14      **Q.**   Okay.  And who was at the meeting

10:01:56 15  besides you and the student?

10:02:00 16      **A.**   No one else.

10:02:02 17      **Q.**   Did you take notes during that meeting?

10:02:05 18      **A.**   I did.

10:02:05 19      **Q.**   Okay.  What did the student tell you?

10:02:13 20      **A.**   She explained why she decided to stop

10:02:18 21  doing research with Dr. Noonan.  She described

10:02:24 22  conversations that she had with Dr. Noonan that

10:02:26 23  left her in tears.

10:02:30  1        She described that it was a very stressful

10:02:33  2    situation and she thought it was best to cut ties

10:02:40  3    with him and that it would be unfair for her to

10:02:46  4    continue.

10:02:46  5        Because we discussed the option of her doing

10:02:49  6    research solely with Dr. Hauser without any contact

10:02:54  7    with Dr. Noonan, but she felt that would be unfair

10:02:59  8    to Dr. Hauser.  So she felt her best option was to

10:03:03  9    walk away from the project.

10:03:05  10        Q.   Did the student raise any concerns with

10:03:09  11    you about, you know, the impact on her educational

10:03:14  12    life with this decision to cut ties and walk away

10:03:19  13    from the project?

10:03:20  14        A.   Yeah.

10:03:21  15        Q.   What did she say?

10:03:23  16        A.   She had intended to go to vet school

10:03:27  17    and she felt that the stress of the situation that

10:03:32  18    she's been in at Canisius and working with

10:03:35  19    Dr. Noonan had made her re-think that of trying to

10:03:41  20    go on with another four years of school at that

10:03:45  21    point.

10:03:47  22        Q.   Okay.  Is there anything else that the

10:03:53  23    student said to you during the meeting that you had

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

35

10:03:56  1  with her following this January 24th, 2019 e-mail?

10:04:08  2        **A.**    I'm just trying to recall what I wrote

10:04:12  3  down in my notes.

10:04:14  4        **Q.**    Yeah, well, let's -- if you -- this is

10:04:16  5  not like a test of memory.

10:04:16  6        **A.**    Yeah.

10:04:18  7        **Q.**    Although I'm not really sure if these

10:04:21  8  are your notes or not, so you're going to have to

10:04:25  9  tell me.

10:04:26  10       So we're going to mark this as Plaintiff's

10:04:29  11  Exhibit 16.

10:04:29  12  **The following was marked for Identification:**

          13   **PLAINTIFF EXH. 16    Notes - Bates stamped**

          14                          **Canisius 569 to 598**

10:04:29  15       **THE WITNESS:**  Yes, these are my notes.

10:04:33  16       **BY MS. NANAU:**

10:04:34  17       **Q.**    I'm glad I intuited that this was your

10:04:38  18  handwriting.  So this document was produced by

10:04:41  19  defendant, the Bates stamp range is Canisius 569 to

10:04:48  20  598.

10:04:51  21       So these are your notes.  So I'm going to

10:04:59  22  let you tell me what we're looking at on the first

10:05:03  23  page.

10:10:39    1          **A.**    Correct.

10:10:39    2          **Q.**    Okay.  The student told you in addition

10:10:48    3    to the fact that she was no longer going to

10:10:52    4    veterinarian school that she was worried that

10:10:58    5    Dr. Noonan would have a negative impact on her

10:11:03    6    application?

10:11:04    7          **A.**    Yes.

10:11:06    8          **Q.**    Can you tell me a little bit more about

10:11:08    9    that concern of the student.  What exactly was the

10:11:12    10    concern that she wouldn't get a recommendation or

10:11:15    11    that he would write something that wasn't positive

10:11:18    12    for her?

10:11:20    13          **A.**    As best as I can recall, she felt that

10:11:24    14    because she terminated her research project with

10:11:27    15    Dr. Noonan he would not write a letter of

10:11:31    16    recommendation for her for vet school.

10:11:34    17          She also seemed to be under the impression

10:11:37    18    that he had many contacts at vet school, so even if

10:11:42    19    she didn't ask him to write a letter of

10:11:44    20    recommendation, he would be able to influence that

10:11:47    21    process.

10:11:52    22          **Q.**    Did you ask the student where she got

10:11:55    23    that understanding about Dr. Noonan's influence at

10:19:14   1   committee in a respectful way as you observed?

10:19:19   2        A.   Yeah, because I was part of the

10:19:21   3   executive committee at that point.  There was

10:19:24   4   another female that was vice president from the

10:19:29   5   chemistry department.  But, yes, I had no

10:19:31   6   perceptions of him being disrespectful to anybody

10:19:36   7   on the committee.

10:19:36   8        Q.   Okay.  So getting back to the

10:19:42   9   January 25th meeting, how did you leave it with the

10:19:50  10   student at the end of the meeting, what were next

10:19:54  11   steps?

10:19:54  12        A.   So I was clearly alarmed at the details

10:19:59  13   she was revealing to me at that point.  I

10:20:02  14   understood that this was a situation that required

10:20:05  15   me reporting it to -- at that point we only had one

10:20:10  16   Title IX officer, so I let her know that I would be

10:20:16  17   reporting this.

10:20:17  18        And I just went through with her the

10:20:21  19   different options.  I said that I'm obligated to

10:20:26  20   report this without using your name, but I have to

10:20:29  21   report what you said to the Title IX officer, but I

10:20:33  22   went through some of the other options she could

10:20:35  23   have.

10:20:36   1      She could meet directly with the Title IX

10:20:38   2  officer, I believe there's also an online anonymous

10:20:43   3  one that she could submit a complaint as well.

10:20:49   4      So I went through all of those options,

10:20:55   5  yeah.

10:20:55   6      Q.   Okay. During the course of this

10:20:57   7  meeting, this student also informed you that there

10:21:02   8  was another woman on the team who felt similarly

10:21:06   9  about Dr. Noonan and wanted to come forward,

10:21:08 10  correct?

10:21:08 11      A.   Yes.

10:21:10 12      Q.   And that student was Natassia Tuhovak,

10:21:15 13  correct?

10:21:15 14      A.   I believe so. The name is blocked out

10:21:19 15  here, but I believe that was Natassia.

10:21:21 16      Q.   Okay. Did there ever come a time where

10:21:22 17  you met with Natassia?

10:21:25 18      A.   Yes.

10:21:27 19      Q.   Okay. So I'm turning now to the next

10:21:34 20  page, Canisius573. And before I ask you any

10:21:38 21  questions, I just want to make sure your meeting,

10:21:43 22  it seems like there are a couple memorialized on

10:21:48 23  this page, but maybe not.

54

10:29:02  1        **BY MS. NANAU:**

10:29:02  2        Q.   Okay.  That's helpful.  I'm

10:29:04  3  wondering --

10:29:06  4        **MR. D'ANTONIO:**  That's how I read it, but

10:29:06  5  you should talk to Liz obviously, I wasn't there.

10:29:09  6        **BY MS. NANAU:**

10:29:09  7        Q.   Yeah.  Okay.  So prior to this meeting

10:29:12  8  with Ms. Walleshauser regarding Natassia Tuhovak's

10:29:16  9  concerns and the initial student, did you have any

10:29:22 10  conversations with anyone else at Canisius about

10:29:25 11  these concerns that were being raised regarding

10:29:28 12  Dr. Noonan?

10:29:34 13        A.   So I believe that after I first met

10:29:37 14  with the student's name who was redacted, I called

10:29:43 15  Linda Walleshauser to discuss the situation.

10:29:47 16        Q.   Okay.

10:29:47 17        A.   Or sent an e-mail, something.

10:29:50 18        Q.   Okay.  So you had a conversation with

10:29:52 19  Ms. Walleshauser.  And what did you convey to her

10:29:54 20  during that initial conversation?

10:29:56 21        A.   Just repeated the information that the

10:29:58 22  student conveyed to me and what -- again, we just

10:30:02 23  reiterated the options that she had.  She

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

55

| | | |
|---|---|---|
| 10:30:05 | 1 | encouraged the student to come forward and meet |
| 10:30:08 | 2 | with her. |
| 10:30:10 | 3 | **Q.**   Okay.  And the information that you got |
| 10:30:13 | 4 | from Ms. Walleshauser is essentially memorialized |
| 10:30:16 | 5 | in Plaintiff's 15, she could either meet with |
| 10:30:20 | 6 | Walleshauser, alternatively she could use Callisto |
| 10:30:24 | 7 | to report it, correct? |
| 10:30:25 | 8 | **A.**   Correct. |
| 10:30:26 | 9 | **Q.**   Okay.  Did there ever come a time when |
| 10:30:32 | 10 | you met with anyone else to discuss the situation, |
| 10:30:34 | 11 | other than Ms. Walleshauser before this |
| 10:30:37 | 12 | February 6th meeting? |
| 10:30:42 | 13 | **A.**   Yeah, so I have here in my notes that |
| 10:30:47 | 14 | Sue Margulis, Dr. Margulis and I met with the dean. |
| 10:30:50 | 15 | **Q.**   Where are you looking at now? |
| 10:30:52 | 16 | **A.**   I'm looking at document 572. |
| 10:30:55 | 17 | **Q.**   Okay.  That's the last line? |
| 10:30:57 | 18 | **A.**   Yeah. |
| 10:30:57 | 19 | **Q.**   Okay.  And so who is the dean |
| 10:31:00 | 20 | referenced here? |
| 10:31:00 | 21 | **A.**   Dr. Schaver. |
| 10:31:02 | 22 | **Q.**   Okay.  So let's -- |
| 10:31:05 | 23 | **MR. D'ANTONIO:**  S-C-H-A-V-E-R. |

| | | |
|---|---|---|
| 10:31:14 | 1 | **MS. NANAU:**  We're up to 18? |
| 10:31:16 | 2 | **MR. D'ANTONIO:**  Yes. |
| 10:31:18 | 3 | **MS. NANAU:**  Thanks.  So this is going to be |
| 10:31:21 | 4 | Plaintiff's Exhibit 18, Plaintiff's 18 is Bates |
| 10:31:23 | 5 | stamp Canisius 1522. |
| 10:31:23 | 6 | **The following was marked for Identification:** |
| | 7 | **PLAINTIFF EXH. 18    Bates stamped Canisius 1522** |
| 10:31:23 | 8 | **BY MS. NANAU:** |
| 10:31:46 | 9 | **Q.**  So there are two e-mails on this |
| 10:31:48 | 10 | document.  The one dated January 29th, 2019 at 4:46 |
| 10:32:00 | 11 | is from Dr. Margulis.  And she wrote, dear Linda, |
| 10:32:05 | 12 | Liz Hogan and I met with dean Peter Schaver this |
| 10:32:09 | 13 | afternoon so he is up to speed on the issues we |
| 10:32:12 | 14 | discussed yesterday.  He said he would be in touch |
| 10:32:15 | 15 | with you.  And Ms. Walleshauser confirmed that she |
| 10:32:18 | 16 | had received her update, correct? |
| 10:32:20 | 17 | **A.**   Correct. |
| 10:32:21 | 18 | **MR. D'ANTONIO:**  Objection, form, her update. |
| 10:32:23 | 19 | I think it's Sue Margulis' update. |
| 10:32:24 | 20 | **MS. NANAU:**  She's thanking her for this |
| 10:32:27 | 21 | update. |
| 10:32:28 | 22 | **MR. D'ANTONIO:**  Right, but you said your |
| 10:32:30 | 23 | update.  I don't think it's hers. |

10:32:32  1          BY MS. NANAU:

10:32:33  2          Q.   Okay.  It's Dr. Margulis' update.

10:32:35  3   Thank you.

10:32:35  4          So what was discussed at this meeting with

10:32:39  5   dean Schaver?

10:32:42  6          A.   So we relayed to him the information.

10:32:47  7   At that point I had only met with the first

10:32:51  8   student, relayed to him the situation of him being

10:32:55  9   disrespectful to the students, the impact that he

10:32:59 10   had on her in terms of the type of conversations so

10:33:04 11   he was aware of that.

10:33:06 12          I believe at that point he may have

10:33:08 13   suggested that either myself or Dr. Margulis should

10:33:14 14   have a discussion directly with Mike Noonan about

10:33:19 15   the situation.

10:33:19 16          Q.   Okay.  And did anyone have a

10:33:23 17   conversation with Dr. Noonan at that time?

10:33:27 18          A.   Not that I can remember.

10:33:28 19          Q.   Okay.

10:33:29 20          A.   And can I just back up there for a

10:33:32 21   second?

10:33:32 22          Q.   Please.

10:33:33 23          A.   So I think we were waiting to make sure

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

58

10:33:41  1  that Linda was involved in the situation before we

10:33:45  2  went further to see how it should be resolved.

10:33:48  3       Q.   Okay.  How did it come to be that

10:33:53  4  Dr. Margulis got involved in the situation?

10:33:56  5       A.   I believe that after -- because she's

10:34:01  6  chair of the ABEC department at some point after I

10:34:05  7  met with the first student, I talked with her and

10:34:08  8  let her know what was going on.

10:34:10  9       Q.   Okay.  What was Dr. Margulis' reaction

10:34:15 10  to this information that you provided her with

10:34:19 11  regard to your meeting with the first student?

10:34:28 12       A.   She was concerned.  I believe that she

10:34:37 13  had heard other comments from perhaps students,

10:34:41 14  other students besides this one, but she was I

10:34:46 15  would say concerned.

10:34:47 16       Q.   Did Dr. Margulis tell you that she had

10:34:52 17  received comments from other students expressing

10:34:54 18  concern about Dr. Noonan?

10:34:58 19       A.   I'm not sure if it was at this meeting

10:35:02 20  or a subsequent meeting.

10:35:03 21       Q.   Okay.  Do you remember the sum and

10:35:05 22  substance of what she told you about those other

10:35:08 23  comments?

| | | |
|---|---|---|
| 11:25:03 | 1 | with. |
| 11:25:04 | 2 | Also, students were doing research with |
| 11:25:06 | 3 | Dr. Noonan and that counted as credit, so we needed |
| 11:25:10 | 4 | to figure out a way that they could continue to do |
| 11:25:14 | 5 | research if Dr. Noonan were to leave Canisius. |
| 11:25:19 | 6 | So we've already talked about the class |
| 11:25:22 | 7 | social organization of mammals, different options, |
| 11:25:24 | 8 | can somebody else teach the class or another option |
| 11:25:29 | 9 | was to have the students transfer into a different |
| 11:25:32 | 10 | class if Dr. Noonan did not leave the institute, |
| 11:25:35 | 11 | but I think everybody agreed that these |
| 11:25:38 | 12 | students -- any student who filed a complaint or |
| 11:25:41 | 13 | was part of this team should not be in the |
| 11:25:45 | 14 | classroom with Dr. Noonan at the same time. |
| 11:25:48 | 15 | And then there's various options that were |
| 11:25:51 | 16 | discussed, a complete suspension, a no contact |
| 11:25:55 | 17 | clause. I believe we were also concerned that if |
| 11:26:07 | 18 | there was a suspension that there may be some |
| 11:26:14 | 19 | psychological effect on Dr. Noonan and that we |
| 11:26:16 | 20 | should be aware of that. |
| 11:26:17 | 21 | Q. What kind of psychological effect? |
| 11:26:21 | 22 | A. Depression, you know, any -- that |
| 11:26:26 | 23 | clearly would be devastating to him to be removed |

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

87

11:26:29  1  from the college, so making sure that he had access

11:26:32  2  to counseling if need be.

11:26:38  3        Some of the questions that needed to be

11:26:41  4  discerned I think is what I have listed next.

11:26:45  5  Question of whether or not there was any -- while

11:26:47  6  the students were in India, was there any local

11:26:53  7  health care facility that could have facilitated or

11:26:59  8  helped them with their health issues.

11:27:02  9        I have something down here I believe it was

11:27:07 10  a -- seems like it says these women have it out for

11:27:10 11  me.  So I don't know if that was a statement from

11:27:15 12  Dr. Noonan that was said previously.

11:27:21 13        Then there's a question of whether there

11:27:24 14  were any men on the trip.

11:27:27 15        Q.   And then you have notes process of

11:27:29 16  suspension and then signed contract to give him

11:27:33 17  medical, what does that mean?

11:27:37 18        A.   If he was to be suspended to ensure

11:27:40 19  that he still had access to medical care if needed.

11:27:44 20        Q.   Okay.  Were you discussing these issues

11:27:51 21  with Dr. McCarthy because you were ultimately going

11:27:54 22  to be part of the group of people making

11:27:58 23  determinations regarding how Dr. Noonan would be

12:26:24  1        **A.**   I believe this would have been a

12:26:26  2   meeting, yes.

12:26:28  3        **MR. D'ANTONIO:**   Okay.

12:26:28  4        **BY MS. NANAU:**

12:26:29  5        **Q.**   Okay.  On February 22nd, 2019 had

12:26:33  6   Ms. Boucher to your knowledge already gone to

12:26:36  7   Ms. Walleshauser to make a statement or had she

12:26:40  8   not?

12:26:42  9        **A.**   I don't know.  I wasn't given a list of

12:26:46 10   the students who gave statements to Linda.

12:26:49 11        **MS. NANAU:**   Okay.  I'm just going to show

12:26:53 12   you this e-mail.  This is going to be

12:26:58 13   Plaintiff's 23.

12:26:58 14   **The following was marked for Identification:**

        15    **PLAINTIFF EXH. 23    Bates stamped Canisius 1660**

12:27:05 16        **BY MS. NANAU:**

12:27:06 17        **Q.**   Plaintiff's 23 is a one-page document,

12:27:09 18   the Bates stamp is Canisius 1660.  So this is an

12:27:35 19   e-mail from Ms. Walleshauser to you dated

12:27:38 20   February 14th, 2019, correct?

12:27:40 21        **A.**   Yes.

12:27:41 22        **Q.**   And she's reporting to you -- well, the

12:27:44 23   subject is student meetings, correct?

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

122

| | | |
|---|---|---|
| 12:27:47 | 1 | **A.**    Yes. |
| 12:27:47 | 2 | **Q.**    And in this e-mail Ms. Walleshauser is |
| 12:27:51 | 3 | reporting to you the students she has met with this |
| 12:27:56 | 4 | week and there's a list of students, correct? |
| 12:27:57 | 5 | **A.**    Correct. |
| 12:28:00 | 6 | **Q.**    And I assume that this list of students |
| 12:28:03 | 7 | relates to students who went to her to make |
| 12:28:06 | 8 | statements about Dr. Noonan's misconduct, correct? |
| 12:28:11 | 9 | **A.**    I assume that, yes. |
| 12:28:12 | 10 | **Q.**    Okay.  And then she reports to you two |
| 12:28:16 | 11 | anonymous bias reports filed specifically regarding |
| 12:28:21 | 12 | Dr. Noonan, both sophomores.  Please let me know if |
| 12:28:25 | 13 | you have any questions.  Thank you for all of your |
| 12:28:28 | 14 | assistance; did I read that correctly? |
| 12:28:30 | 15 | **A.**    Correct. |
| 12:28:31 | 16 | **Q.**    Did Ms. Walleshauser ever give you the |
| 12:28:33 | 17 | bias, the anonymous bias reports to review? |
| 12:28:36 | 18 | **A.**    No. |
| 12:28:37 | 19 | **Q.**    Okay.  Do you know if Ms. Walleshauser |
| 12:28:40 | 20 | ever was able to determine who the students were |
| 12:28:45 | 21 | who filed the anonymous bias reports? |
| 12:28:49 | 22 | **A.**    I don't know. |
| 12:28:50 | 23 | **Q.**    Okay.  Ms. Boucher is on the list of |

*Elizabeth Ann Hogan - Ms. Nanau - 06/19/2024*

123

12:28:58  1  students that Ms. Walleshauser reported she met

12:29:02  2  with on February 14th, 2019, correct?

12:29:05  3      **A.**   Correct.

12:29:06  4      **Q.**   And so after this Ms. Boucher met with

12:29:10  5  you at some point or not at some point, on

12:29:12  6  February 22nd, 2019, correct?

12:29:15  7      **A.**   Correct.

12:29:15  8      **Q.**   Okay.  And I'm wondering, do the notes

12:29:23  9  reflect your recollection as to the purpose of the

12:29:26 10  meeting with Ms. Boucher?

12:29:30 11      **MR. D'ANTONIO:**  Objection to form, you can

12:29:32 12  answer, if you know.

12:29:35 13      **THE WITNESS:**  I just need a moment to review

12:29:39 14  these.

12:29:39 15      **BY MS. NANAU:**

12:29:42 16      **Q.**   Go ahead.

12:29:54 17      **A.**   Okay.

12:29:55 18      **Q.**   So do the notes refresh your

12:29:57 19  recollection as to the purpose of the meeting with

12:30:00 20  Ms. Boucher on February 22nd, 2019?

12:30:03 21      **A.**   Yes.

12:30:05 22      **Q.**   Tell me what the purpose was.

12:30:08 23      **A.**   She was concerned about not hearing

| | | |
|---|---|---|
| 12:30:12 | 1 | anything from Canisius about what was going on with |
| 12:30:19 | 2 | the investigation. |
| 12:30:20 | 3 | So I believe the investigation |
| 12:30:25 | 4 | started -- Dr. Noonan's suspension began on 2/15 |
| 12:30:28 | 5 | and they were not getting any updates and she was |
| 12:30:32 | 6 | concerned about that. |
| 12:30:33 | 7 | Q.   Okay.  So you have a note here out of |
| 12:30:38 | 8 | the loop and then better communication, correct? |
| 12:30:40 | 9 | A.   Correct. |
| 12:30:41 | 10 | Q.   And then in quotes you have legally |
| 12:30:45 | 11 | unable to discuss output; is that correct? |
| 12:30:49 | 12 | A.   Correct. |
| 12:30:50 | 13 | Q.   Okay.  Is that what Ms. Boucher |
| 12:30:56 | 14 | reported to you just because it's in quotes, so I'm |
| 12:31:00 | 15 | wondering? |
| 12:31:01 | 16 | A.   Yeah, no, I believe that that was what |
| 12:31:05 | 17 | she was told via somebody else in the |
| 12:31:08 | 18 | investigation. |
| 12:31:08 | 19 | Q.   Okay.  Did that bother Ms. Boucher, is |
| 12:31:12 | 20 | that why she told you that, do you recall? |
| 12:31:17 | 21 | A.   My general impression is that they were |
| 12:31:20 | 22 | concerned about not hearing any updates during that |
| 12:31:23 | 23 | period when the investigation started and it ended. |

12:31:27  1         Q.    Okay.   So Ms. Boucher expressed to you

12:31:31  2    her concern and the concern of the other students

12:31:34  3    who came forward to say that they were concerned

12:31:38  4    about the lack of communication, right?

12:31:40  5         A.    Yes.

12:31:40  6         Q.    Okay.   And then it looks like you

12:31:43  7    discussed Project Tiger a little bit?

12:31:45  8         A.    Right, I believe she gave me more

12:31:48  9    detail on what the intended outcome of the project

12:31:54 10    was.   And as I said previously, I really had no

12:31:59 11    understanding of what this project was up to that

12:32:02 12    point.

12:32:02 13         Q.    Because it was an ABEC department

12:32:06 14    project?

12:32:07 15         A.    Correct.

12:32:08 16         Q.    And so it looks like Ms. Boucher

12:32:12 17    explained to you that there was going to be two

12:32:15 18    documentaries?

12:32:17 19         A.    Correct.

12:32:17 20         Q.    And two video series; is that fair?

12:32:20 21         A.    Yes.

12:32:20 22         Q.    Okay.   And then it looks like under two

12:32:32 23    video series you wrote You Tube video 10, two

12:32:36  1  minutes and something else that I can't make out.

12:32:36  2  Can you tell me what that means, or what that says

12:32:36  3  rather?

12:32:39  4      **A.**    I think it says one month after

12:32:41  5  graduation was when they were intending to complete

12:32:45  6  that.

12:32:45  7      **Q.**    Okay.  So at the outset they already

12:32:49  8  knew that they couldn't complete all of this work

12:32:52  9  before graduation?

12:33:02  10     **A.**    Yeah, I don't know if that was after

12:33:04  11 these events occurred or if that was the plan ahead

12:33:07  12 of time.

12:33:07  13     **Q.**    Got it.  Then underneath the Project

12:33:11  14 Tiger heading there is a heading mentorship.  And

12:33:16  15 then it says with plan Margulis mentorship, digital

12:33:24  16 media, digital institute, correct?

12:33:26  17     **A.**    Correct.

12:33:27  18     **Q.**    Do you recall what was being discussed

12:33:29  19 and why you took those notes?

12:33:38  20     **A.**    Well, I believe the idea was that

12:33:41  21 Dr. Margulis being more familiar with the project

12:33:46  22 would try to come up with some sort of plan to

12:33:50  23 complete it.

12:39:17  1  her meeting pushed back to 3/24.  So I believe this

12:39:22  2  is referring to the final meeting after the

12:39:28  3  investigation concluded where Mike was informed

12:39:34  4  that he was to -- well, that he was terminated, I

12:39:41  5  believe.

12:39:42  6          **Q.**   So on March 4th, 2019 you already knew

12:39:46  7  that professor Noonan's employment with Canisius

12:39:49  8  was going to be terminated?

12:39:51  9          **A.**   No, I did not know that.  I did not

12:39:54  10  know the outcome of the meeting at that point.

12:39:54  11          **Q.**   Okay.

12:39:57  12          **A.**   Or I had no contact with the

12:39:58  13  investigation, but I believe that meeting is where

12:40:01  14  that may have occurred.

12:40:02  15          **Q.**   Okay.  And then the next point it reads

12:40:09  16  concerned with lack of communication with students?

12:40:12  17          **A.**   Yes.

12:40:13  18          **Q.**   And then the next point is -- could you

12:40:17  19  read that, please?

12:40:18  20          **A.**   Sure.  Feels like the students aren't

12:40:21  21  protected.

12:40:21  22          **Q.**   Okay.  Is there anything that

12:40:26  23  Ms. Tuhovak informed you to amplify that comment

12:40:36 1  for you?

12:40:42 2          **A.**    I don't recall like the specific

12:40:45 3  examples that she gave me, but...

12:40:47 4          **Q.**    Okay.  Is it fair to say that not the

12:40:52 5  next point but the one under that may exemplify

12:40:59 6  Ms. Tuhovak's point?  It seems like this note says

12:41:03 7  HR should have contacted students prior to first

12:41:05 8  meeting with Mike to let them know that they should

12:41:10 9  not be in the lab?

12:41:12 10         **A.**    Yes, to let them know when they should

12:41:15 11 not be in the lab.

12:41:17 12         **Q.**    So Ms. Tuhovak had a complaint about a

12:41:25 13 lack of notice regarding the first meeting with

12:41:29 14 Dr. Noonan and Dr. McCarthy and Ms. Walleshauser?

12:41:34 15         **A.**    I don't know the details of who was at

12:41:37 16 that meeting.  I know Dr. McCarthy was there.

12:41:39 17         **Q.**    Okay.

12:41:40 18         **A.**    But, yes, she was definitely upset that

12:41:45 19 she didn't know about the meeting ahead of time.

12:41:49 20         **Q.**    And could have been in the lab,

12:41:51 21 correct?

12:41:51 22         **A.**    Correct.

12:41:52 23         **MR. D'ANTONIO:**  Object to the form.