**Plaintiffs' Exhibit B**

**TANYA LOUGHEAD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                         Plaintiffs,

           - against -        Case No.
                              1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                         Defendant.
----------------------------------------


           Examination before trial of **TANYA
LOUGHEAD**, taken pursuant to the Federal Rules of
Civil Procedure, in the offices of JACK W. HUNT &
ASSOCIATES, INC., 1120 Liberty Building, Buffalo,
New York, on September 26, 2024, commencing at
2:52 p.m., before LORI K. BECK, CSR, CM, Notary
Public.

*Tanya Loughead - Ms. Nanau - 09/26/2024*

5

14:54:14  1  way we're not talking on top of one another, which

14:54:17  2  happens in normal conversation, but here we'll just

14:54:21  3  make the court reporter's job more difficult.

14:54:22  4         And finally, while I don't think we will be

14:54:25  5  here very long today, I'm open to take a break at

14:54:29  6  any time.  I just ask that if a question is

14:54:31  7  pending, if it's out there, that you answer the

14:54:34  8  question and then we take a break, okay?

14:54:36  9         **A.**   Okay.

14:54:39 10         **Q.**   So Dr. Loughead, my understanding is

14:54:42 11  that you are a professor at Canisius University,

14:54:47 12  correct?

14:54:47 13         **A.**   Yes.

14:54:48 14         **Q.**   And how long have you worked for

14:54:52 15  Canisius?

14:54:52 16         **A.**   This is my 19th year.

14:54:55 17         **Q.**   Wow.  And what department are you a

14:54:59 18  faculty member in?

14:55:01 19         **A.**   Department of philosophy.

14:55:03 20         **Q.**   And are you a tenured professor?

14:55:06 21         **A.**   Yes.

14:55:08 22         **Q.**   Okay.  When did you receive tenure?

14:55:12 23         **A.**   I think 2010.

*Tanya Loughead - Ms. Nanau - 09/26/2024*

19

15:11:04  1        **Q.**    How did you respond to -- to Morgan

15:11:07  2    when she came to you with her concerns about what

15:11:12  3    Noonan expected the students to do with their rats

15:11:16  4    at the end of that class?

15:11:17  5        **A.**    I found her concern to be valid, and I

15:11:22  6    found her solution to be reasonable, so when she

15:11:27  7    asked me to speak with Dr. Noonan, I said that I

15:11:31  8    would.

15:11:31  9        I had only positive experiences with

15:11:35 10    Dr. Noonan up until that point, so when she asked

15:11:38 11    me to speak with him, I said that I would.

15:11:41 12        **Q.**    Okay.  And did there come a time when

15:11:44 13    you and Dr. Noonan had a conversation about

15:11:49 14    Morgan's concerns about the disposal of the rats in

15:11:52 15    that class that she was taking with him?

15:11:54 16        **A.**    Yes.  I don't recall whether I phoned

15:11:58 17    him or emailed him, but I asked him if I could meet

15:12:02 18    him in his office, and I specifically mentioned

15:12:06 19    that this is what I would be coming to talk with

15:12:08 20    him about, about this course.

15:12:12 21        And I went to his office in his department.

15:12:22 22    Small detail:  His office was three or four times

15:12:26 23    as large of any other professor's office that I had

20

15:12:30  1  been in, and I was a bit surprised by that.

15:12:33  2       I went to his office, and I sat down.  He

15:12:35  3  had quite a large desk.  The room -- the office was

15:12:38  4  about as big as this room.  He was sitting behind

15:12:41  5  the desk at one end of the room, and I sat in a

15:12:44  6  chair on the other side, and I asked him if I could

15:12:48  7  speak with him about Morgan's request and about

15:12:51  8  this class.

15:12:52  9       And I wouldn't say we had a conversation.

15:12:58  10  He stood up from his desk and started pacing in the

15:13:01  11  back of the room and yelling.

15:13:06  12       And I was a bit confused.  I had expected a

15:13:09  13  rational discussion and a solution.  I was a bit

15:13:12  14  confused at his behavior, that he was pacing and

15:13:15  15  yelling and acting erratic.  And I was a little bit

15:13:21  16  scared, to be frank, because I had never seen

15:13:24  17  someone behave like this.

15:13:26  18       And I kept telling him, you know, "Let's

15:13:28  19  have a discussion.  I think we can have a solution

15:13:31  20  to this.  I think Morgan's solution is a good one.

15:13:34  21  Let's sit down, let's relax, let's take a breather,

15:13:38  22  let's try to come up with a rational response to

15:13:40  23  this."

15:13:42  1          And he wouldn't sit down, and he wouldn't

15:13:45  2  stop yelling.  He was threatening Morgan in front

15:13:50  3  of me, and he was threatening me.  At the time I

15:13:54  4  did not have tenure, and he was threatening me as

15:13:56  5  well, implying that he would somehow harm my tenure

15:14:01  6  case or harm my name or in some way punish me.

15:14:05  7          And he kept pacing, and he wasn't listening

15:14:11  8  to me, so at one point I said, "You really need to

15:14:14  9  sit down.  You really need to calm down."

15:14:18  10         And he had like a tall glass filled with

15:14:21  11  pens and pencils in the front of his desk, and as

15:14:26  12  he was pacing, he grabbed a big handful of them and

15:14:29  13  threw them at my head as I was sitting there.

15:14:33  14         And I was utterly shocked, and I said, "This

15:14:38  15  is not professional behavior," and I said, you

15:14:45  16  know, "If you're going to discuss this in a

15:14:47  17  rational manner, I'm happy to discuss it again, but

15:14:51  18  I'm going to end this discussion and leave now."

15:14:53  19         And he kept yelling at me and threatening me

15:14:56  20  that he was going to do something to me, and I left

15:14:58  21  his office.

15:14:59  22         And it was soon after that that I found out

15:15:03  23  that he actually had kicked me off the IACUC as

*Tanya Loughead - Ms. Nanau - 09/26/2024*

22

15:15:10 1 | well.

15:15:19 2 | **Q.**   How long do you think that meeting

15:15:22 3 | lasted with Dr. Noonan?

15:15:25 4 | **A.**   I don't recall, but my guess would be

15:15:28 5 | 15 minutes.

15:15:29 6 | **Q.**   And did you ever get a sense from

15:15:35 7 | Dr. Noonan what his objection was to Noonan's [sic]

15:15:40 8 | suggestion about permitting the students to adopt

15:15:45 9 | the rats at the end of the class?

15:15:46 10 | **MR. D'ANTONIO:**   Form.

15:15:48 11 | **THE WITNESS:**   So to ⊠ suggestion.

15:15:51 12 | **BY MS. NANAU:**

15:15:51 13 | **Q.**   Yes.

15:15:51 14 | **A.**   Yes, exactly.  I -- I -- I don't want

15:15:54 15 | to imply that I know his objections, but I will say

15:15:57 16 | that his response seemed outsized and irrational in

15:16:01 17 | a way that made me think he wasn't really seeking

15:16:05 18 | solutions at all, that he objected to people

15:16:09 19 | questioning his power and perhaps in particular

15:16:13 20 | women questioning his question -- his position of

15:16:16 21 | power.

15:16:17 22 | Because the solution was rational and

15:16:20 23 | wouldn't have harmed him in any way, either his

15:16:23  1  money or his job or his reputation in any way, so I

15:16:28  2  don't understand what his objection to the proposal

15:16:30  3  was, and that seemed irrational to me.

15:16:35  4      So my impression was that he simply didn't

15:16:38  5  like women questioning his judgment.

15:16:40  6      **Q.**   Was there anything else that he said or

15:16:45  7  did -- well, strike that.

15:16:47  8      Was there anything that Noonan said during

15:16:51  9  the meeting that you've just recounted that

15:16:54 10  suggested to you that he was made so upset because,

15:17:02 11  as a woman, you were questioning his authority?

15:17:05 12      **MR. D'ANTONIO:**   Objection to form.

15:17:09 13      **THE WITNESS:**   I would just say the -- his

15:17:12 14  response was not a rational response to a solution.

15:17:20 15      And I would say, given that both ████ and

15:17:23 16  I are women and that he was acting so irrationally

15:17:29 17  not against the solution itself but against us

15:17:32 18  questioning his authority, I presumed that it had

15:17:36 19  something to do with the fact that we questioned

15:17:40 20  his authority in any way.

15:17:46 21      **BY MS. NANAU:**

15:17:47 22      **Q.**   When do you believe that this meeting

15:17:49 23  took place with Dr. Noonan?

*Tanya Loughead - Ms. Nanau - 09/26/2024*

24

15:17:51  1          **A.**    I do not recall.

15:17:52  2          **Q.**    Would it be fair to say that you had

15:17:54  3    been at Canisius for at least five years?

15:17:59  4          **MR. D'ANTONIO:**  Objection to form.

15:18:00  5          **THE WITNESS:**  I don't believe so.  If I had

15:18:03  6    to guess, I would say it was about three years

15:18:07  7    after I joined Canisius, which would make it 2008

15:18:10  8    or 2009.

15:18:12  9          **BY MS. NANAU:**

15:18:12 10          **Q.**    Okay.  Had you seen -- other than your

15:18:23 11    tenure on the IACUC, had you seen Dr. Noonan engage

15:18:28 12    with other faculty members in other -- in another

15:18:34 13    capacity?

15:18:36 14          **A.**    Many times.  He was chair of the

15:18:42 15    Faculty Senate for two terms while I was a Faculty

15:18:47 16    Senator, and it's a small campus with a small

15:18:50 17    faculty.

15:18:51 18          I would say it's fair to say that on

15:18:53 19    average, I saw Dr. Noonan or spoke to him in some

15:18:55 20    way at least once a week either because there was a

15:18:59 21    Senate meeting or just because I ran into him on

15:19:03 22    campus.

15:19:03 23          **Q.**    Let's take your time with Dr. Noonan in

15:19:16  1  the Faculty Senate.

15:19:17  2        Did Dr. Noonan engage with other faculty

15:19:21  3  members in an appropriate manner as you observed

15:19:28  4  him?

15:19:30  5        **A.**   He was a terrible Faculty Senate chair.

15:19:35  6  He was very sadistic and mean to anyone he had

15:19:42  7  power over.

15:19:49  8        **Q.**   Can you give me an example of

15:19:51  9  Dr. Noonan's sadistic or mean behavior towards

15:19:55 10  someone who he had power over?

15:19:58 11        **A.**   I would say it was common in almost

15:20:00 12  every Faculty Senate meeting that he showed this

15:20:03 13  behavior.

15:20:05 14        One occasion that stands out to me, for

15:20:09 15  which I reported him, is an occasion on which we

15:20:12 16  had a Faculty Senate meeting where we had invited

15:20:17 17  the woman who ran our service learning office, who

15:20:22 18  was a nun in her 70s, Sister Pat.

15:20:29 19        And she was a very meek, shy, obviously holy

15:20:36 20  woman, very meek, very quiet, and she ran the

15:20:41 21  office that helped students find volunteer

15:20:45 22  opportunities, like soup kitchens.

15:20:47 23        And she was invited to a Faculty Senate

*Tanya Loughead - Ms. Nanau - 09/26/2024*

26

15:20:50  1  meeting merely to talk about service learning,

15:20:53  2  opportunities she was offering, nothing

15:20:56  3  controversial.

15:20:58  4       And Dr. Noonan was unbelievably sadistic to

15:21:08  5  her, cruel, yelling at her.  Once again I saw this

15:21:11  6  pacing behavior of him, standing up, pacing,

15:21:16  7  yelling at people.

15:21:16  8       And again I didn't understand why, because

15:21:20  9  the content of what she was saying did not threaten

15:21:25  10 him in any way.  She was -- he doesn't do service

15:21:28  11 learning, and she was talking about places that she

15:21:34  12 offers service learning, and I was struck by a

15:21:37  13 mismatch between what was at stake for Dr. Noonan

15:21:41  14 and why he was so angry and pacing and yelling.

15:21:45  15      And it went on for about 30 minutes that he

15:21:48  16 was acting in a sadistic way towards her, and

15:21:53  17 eventually, myself and a couple of others in the

15:21:56  18 meeting -- it was a Senate meeting, so there were

15:21:58  19 approximately 15 people in the room -- repeatedly

15:22:02  20 said to Dr. Noonan, "Let's end this conversation.

15:22:04  21 Let's move on.  Let's -- let's wrap this up."

15:22:08  22      I could tell that Sister Pat was flustered

15:22:13  23 and close to tears, and I was really disturbed

*Tanya Loughead - Ms. Nanau - 09/26/2024*

27

15:22:18  1  after the Senate meeting, to such a degree that the

15:22:21  2  next day I contacted my dean and reported the

15:22:25  3  incident to her.

15:22:27  4          **Q.**    Who was the dean who you reported this

15:22:32  5  incident with Noonan and Sister Pat to?

15:22:37  6          **A.**    Pat Erickson.

15:22:39  7          **Q.**    Is it Dr. Erickson?

15:22:41  8          **A.**    Yes.

15:22:42  9          **Q.**    Was Dr. Erickson the dean of the

15:22:44  10  college of arts and sciences?

15:22:47  11          **A.**    Yes.

15:22:47  12          **Q.**    And when do you think this was that you

15:22:50  13  went to Dean Erickson?

15:22:53  14          **A.**    I do not recall, but I just looked in

15:22:58  15  my old email to see the years when Dr. Noonan was

15:23:02  16  chair of the Faculty Senate, and it seems like

15:23:05  17  those years were 2014, 2015.

15:23:11  18          So I am guessing that the meeting with

15:23:14  19  Sister Pat took place sometime in 2014, 2015, and

15:23:19  20  that thus my report to the dean took place in 2014,

15:23:24  21  '15.

15:23:24  22          **Q.**    So you went to Dr. Erickson after you

15:23:27  23  had -- or years after you had this disconcerting

*Tanya Loughead - Ms. Nanau - 09/26/2024*

28

15:23:33  1  meeting with Dr. Noonan about ▨ request.

15:23:35  2      **A.**    Right.  I did not go to the dean at

15:23:37  3  that time.  I told my chair of my department about

15:23:39  4  the meeting.

15:23:40  5      **Q.**    Okay.  Who was the chair?

15:23:42  6      **A.**    George Boger, B-O-G-E-R.

15:23:48  7      **Q.**    So when did you tell Dr. Boger about

15:23:52  8  the meeting that you had with Dr. Noonan regarding

15:23:55  9  Morgan's concern and his behavior towards you?

15:23:59  10      **A.**    On two occasions.  The week that it

15:24:02  11  happened I gave him the basic outline of the

15:24:08  12  meeting, and I said -- because he was my chair, I

15:24:15  13  said, "He said disconcerting things, threatened me,

15:24:19  14  threatened my tenure, threatened my success at

15:24:24  15  Canisius, and as my chair, I want you to know that

15:24:27  16  Dr. Noonan said this."

15:24:28  17      And then I had a second conversation with

15:24:30  18  him probably two or three weeks later that he --

15:24:38  19  that is, Dr. Boger -- instigated, and Dr. Boger

15:24:44  20  contacted me in my office.  He came to my office

15:24:50  21  and said could he shut the door, which was odd,

15:24:53  22  because we have an open-door policy in our

15:24:55  23  department.  We talk, and all of us keep our office

*Tanya Loughead - Ms. Nanau - 09/26/2024*

29

15:24:58  1    doors open.

15:24:59  2        He came into my office and said, "Can I shut

15:25:02  3    the door?"  And I said yes, and he said, "I need to

15:25:06  4    tell you something very troubling, and I'm actually

15:25:09  5    not supposed to tell you this.  I was instructed

15:25:11  6    not to tell you this, but I'm going to tell you

15:25:14  7    because I'm worried about you."

15:25:16  8        And I said okay, and he said, "Campus

15:25:21  9    security has contacted me and told me that you are

15:25:27 10    a possible terrorist and that you are a threat

15:25:34 11    because you are an animal rights activist and a

15:25:38 12    terrorist and that he believes you should be on the

15:25:42 13    FBI watch list and that campus security has been

15:25:46 14    notified about you perhaps being on the FBI watch

15:25:50 15    list."

15:25:51 16        And I knew immediately where this came from,

15:25:55 17    and I said, "Do you remember the conversation that

15:25:58 18    I said to you a week ago about Dr. Noonan

15:26:00 19    threatening me?"  And he said yes, and I said,

15:26:04 20    "That's where this is coming from."

15:26:06 21        Now, of course, we had no proof that

15:26:10 22    Dr. Noonan called campus security, to be clear.  We

15:26:17 23    had no proof of that, but he did threaten me in the

*Tanya Loughead - Ms. Nanau - 09/26/2024*

30

15:26:20  1  meeting and said that he intended to harm me or my

15:26:24  2  tenure case in some way, and it was probably two

15:26:28  3  weeks after that that he contacted campus security

15:26:34  4  and told them that I was a terrorist and dangerous

15:26:40  5  and who then contacted the chair of my department

15:26:43  6  and told him that.

15:26:45  7        **Q.**   Do you recall, during that meeting that

15:26:48  8  you described previously with Dr. Noonan when you

15:26:51  9  were trying to discuss ▨▨▨▨▨ proposal, the words

15:26:55  10 that he used to threaten you or your tenure

15:27:00  11 application at Canisius?

15:27:02  12       **A.**   I don't remember the exact words, but I

15:27:04  13 was quite flustered.  He was yelling and pacing and

15:27:09  14 very angry, and frankly, I was just trying to calm

15:27:14  15 him down, get him to sit in his chair and talk

15:27:17  16 rationally.

15:27:18  17       And I do not recall the exact words that he

15:27:22  18 used, but he did threaten me.

15:27:27  19       **Q.**   When Dr. -- when you went to Dr. Boger

15:27:31  20 the first time to describe this meeting that you

15:27:34  21 had with Dr. Noonan, what was Dr. Boger's response?

15:27:41  22       **A.**   He was surprised, of course, that

15:27:45  23 Dr. Noonan was so angry and threw pens at my head.

*Tanya Loughead - Ms. Nanau - 09/26/2024*

31

15:27:55  1      He didn't seem entirely surprised -- he was
15:28:03  2  surprised at the extent to which Dr. Noonan was
15:28:06  3  angry, but he wasn't surprised at the sadistic
15:28:11  4  behavior.  He said, "That sounds like something he
15:28:15  5  would do," and -- yeah.
15:28:23  6      Q.   Did Dr. Boger suggest that you go to
15:28:25  7  human resources to report Dr. Noonan?
15:28:29  8      A.   He did.  I was untenured and did not
15:28:34  9  want to risk that.
15:28:38 10      Q.   Had anyone suggested going to -- maybe
15:28:43 11  not Dr. Boger, but had anyone suggested to you that
15:28:48 12  going to human resources could put your tenure
15:28:50 13  application at risk?
15:28:53 14      A.   No one said that to me, no.
15:28:56 15      Q.   But you were -- you were afraid that
15:28:58 16  going to human resources --
15:29:00 17      A.   Yes.
15:29:00 18      Q.   -- could have repercussions?
15:29:04 19      A.   I was aware that Dr. Noonan is a very
15:29:05 20  powerful professor on campus, maybe the most
15:29:09 21  powerful professor on campus, and that if me as a
15:29:13 22  young woman professor questioned his authority, the
15:29:18 23  person who would suffer would be me, not him.

15:29:22  1          Q.    How was it made clear to you that

15:29:24  2   Dr. Noonan was a powerful professor on campus?

15:29:29  3          A.    At that time it was the fastest growing

15:29:32  4   major on our campus.

15:29:34  5          Q.    The ABEC?

15:29:35  6          A.    The ABEC major.  It was also the major

15:29:39  7   for which the majority of the students in that

15:29:42  8   department came from out of state or even out of

15:29:45  9   the nation.

15:29:46 10          So most of our students at Canisius at that

15:29:50 11   time were local or at least in Western New York,

15:29:52 12   but this was the hot new program.  It was getting

15:29:58 13   students from around the nation.

15:30:03 14          And he pretty much got what he wanted from

15:30:05 15   the president and the vice-president, and we all

15:30:10 16   saw it.

15:30:11 17          Q.    Can you provide me with an example of

15:30:15 18   what Dr. Noonan would get from the president or

15:30:18 19   vice-president?

15:30:20 20          Like what did they afford him that gave you

15:30:25 21   the idea that he was a very powerful professor on

15:30:28 22   campus?

15:30:29 23          A.    First of all, that they allowed him to

15:30:30  1  start this new department.  That's not his area of

15:30:33  2  expertise.  His background is actually in

15:30:39  3  psychology, and they allowed him, frankly without

15:30:42  4  qualifications really, to start this new major and

15:30:45  5  this new program and to be the chair of it.

15:30:49  6       And they gave him a lot of startup money to

15:30:52  7  start this new program, and not a lot of us in a

15:30:56  8  small college get money to start a new program.

15:31:01  9       Q.   Were you privy to the funding that

15:31:05 10  Dr. Noonan received to start the ABEC program

15:31:10 11  because of your position on the Faculty Senate?

15:31:13 12       A.   No.  I don't know how much funding he

15:31:15 13  got.  I know that it does take a lot of funding to

15:31:17 14  hire faculty and set up a new program, and I know

15:31:22 15  that he got that funding.  I don't know the amount.

15:31:25 16       Q.   Got it.  So by virtue of the fact that

15:31:28 17  Dr. Noonan was permitted to start the ABEC major --

15:31:32 18  or program major and then hire faculty for it, that

15:31:36 19  demonstrated that the Canisius senior

15:31:38 20  administrators were supporting him --

15:31:39 21       A.   Yes.

15:31:40 22       Q.   -- in that endeavor.

15:31:42 23       **MR. D'ANTONIO:**  Form.

15:31:42  1          **THE WITNESS:**  Yes.  That and he would

15:31:48  2   receive a lot of travel funding from the senior

15:31:50  3   administration for his various trips, research

15:31:54  4   proposals, a lot of funding from senior

15:31:57  5   administrators that the rest of us did not get.

15:32:08  6          **BY MS. NANAU:**

15:32:09  7      Q.   The Faculty Senate, is that where the

15:32:14  8   faculty discusses issues with regard to, I guess,

15:32:28  9   faculty life on campus?  Is that -- is that a fair

15:32:31 10   approximation of what that body does?

15:32:36 11          **MR. D'ANTONIO:**  Form.

15:32:37 12          **THE WITNESS:**  It's a body that discusses

15:32:39 13   many issues, some of which are curricular, so

15:32:43 14   courses, course structure, general education

15:32:47 15   requirements, but also pay, budget, benefits.

15:32:59 16          Really everything is supposed to go through

15:33:02 17   the Faculty Senate, whether it has to do with

15:33:05 18   workload, pay, and benefits or whether it has to do

15:33:08 19   with curricular and educational matters.

15:33:10 20          Everything is supposed to go through the

15:33:11 21   Senate.

15:33:11 22          **BY MS. NANAU:**

15:33:13 23      Q.    Is the Faculty Senate the body that

15:33:15    1    represents the faculty in discussion -- in

15:33:19    2    discussions with the senior administration about

15:33:21    3    pay and benefits for the faculty?

15:33:24    4         **A.**    Yes.

15:33:25    5         **Q.**    And is the Faculty Senate also the body

15:33:29    6    that represents the faculty in discussions with

15:33:34    7    Canisius senior administration about issues related

15:33:38    8    to educational programs?

15:33:43    9         **A.**    Yes.

15:33:43   10         **Q.**    Okay.  So in the Faculty Senate, were

15:33:47   11    there any faculty members who complained about the

15:33:50   12    amount of funding that Canisius administration was

15:33:55   13    affording Dr. Noonan at any time that you're aware

15:33:58   14    of?

15:33:58   15         **A.**    Not that I'm aware.

15:34:00   16         **Q.**    Okay.  So let's go back to, then, this

15:34:16   17    situation with Sister Pat.

15:34:18   18         **A.**    Right.

15:34:21   19         **Q.**    Did you -- did you go to Dr. Erickson

15:34:24   20    with Sister Pat or on behalf of her or just on your

15:34:28   21    own initiative?

15:34:29   22         **A.**    On my own initiative.

15:34:30   23         **Q.**    Okay.  And did you go more than once,

*Tanya Loughead - Ms. Nanau - 09/26/2024*

36

15:34:35  1    or was it just one meeting?

15:34:36  2        **A.**    One meeting.

15:34:37  3        **Q.**    And did you make an appointment with

15:34:40  4    Dr. Erickson?

15:34:45  5        **A.**    I do not recall, although I believe I

15:34:49  6    phoned her and asked if I could come over the very

15:34:53  7    next day after the occasion.

15:34:54  8        **Q.**    Okay.  And by this time, the time of

15:34:57  9    this meeting, were you a tenured faculty member --

15:35:01  10        **A.**    Yes.

15:35:01  11        **Q.**    -- at Canisius?

15:35:04  12        And had there -- had Dr. -- other than this

15:35:10  13    information that you got from Dr. Boger about a

15:35:15  14    phone call that he got from Canisius campus

15:35:18  15    security alerting him to the fact that you were a

15:35:22  16    terrorist and an animal rights activist, was

15:35:29  17    there -- did Dr. Noonan have any impact on your

15:35:32  18    tenure application or -- or that process at all

15:35:36  19    that you're aware of?

15:35:37  20        **A.**    He had no impact on my tenure

15:35:39  21    application.

15:35:39  22        **Q.**    Okay.

15:35:41  23        **A.**    Although to be fair, I did twice as

*Tanya Loughead - Ms. Nanau - 09/26/2024*

39

| | | |
|---|---|---|
| 15:38:15 | 1 | obviously given to the campus security? |
| 15:38:17 | 2 | **A.**    No. |
| 15:38:18 | 3 | **MR. D'ANTONIO:**   Objection to form. |
| 15:38:18 | 4 | **BY MS. NANAU:** |
| 15:38:19 | 5 | **Q.**   So you went to Dr. Erickson's office, |
| 15:38:29 | 6 | and what did you tell her? |
| 15:38:30 | 7 | **A.**    I explained to Dr. Erickson what had |
| 15:38:32 | 8 | happened at the Faculty Senate meeting, and I |
| 15:38:37 | 9 | explained in detail Dr. Noonan's behavior and how |
| 15:38:46 | 10 | rude he was to Sister Pat and how sadistic he was |
| 15:38:50 | 11 | to Sister Pat and said that somebody needed to talk |
| 15:38:55 | 12 | with Dr. Noonan, whether it be HR or the counseling |
| 15:39:03 | 13 | department or -- somebody needed to speak with him, |
| 15:39:09 | 14 | because he had anger problems and was a sadistic |
| 15:39:13 | 15 | person. |
| 15:39:14 | 16 |     And I also told her that this is not the |
| 15:39:18 | 17 | first time that I had seen him act like that.  I |
| 15:39:20 | 18 | did not go into detail with her, but I said the way |
| 15:39:23 | 19 | that I saw him act -- angry and irrationally |
| 15:39:31 | 20 | sadistic -- against Sister Pat, he had also acted |
| 15:39:33 | 21 | towards me. |
| 15:39:34 | 22 | **Q.**   And how did Dr. Erickson respond to |
| 15:39:37 | 23 | this information? |

*Tanya Loughead - Ms. Nanau - 09/26/2024*

40

15:39:38 1          **A.**    She said -- she laughed, and she said,

15:39:44 2    "We all know what Dr. Noonan is like, and you are

15:39:48 3    not the first person to make a report against him."

15:39:55 4          And I remember that she put her hands on her

15:39:58 5    desk and went something like this, and she said,

15:40:02 6    "There are complaints against this man this high.

15:40:04 7    Nothing is going to happen to him.  He's too

15:40:06 8    powerful."

15:40:10 9          **Q.**    Just for the record, Dr. Loughead, do

15:40:15 10   you agree that you -- you used your hands to show

15:40:17 11   me --

15:40:18 12         **A.**    Yes.  She said she -- I don't know, ten

15:40:23 13   inches or so.  She motioned with her hands and

15:40:26 14   said, "There are complaints with him that high,"

15:40:29 15   about ten inches or so between her two hands, and

15:40:33 16   said, "There are complaints with him that many,

15:40:36 17   that high, and nothing ever -- is ever going to

15:40:39 18   happen to him, because he's too powerful."

15:40:41 19         **Q.**    How did you respond when Dr. Erickson

15:40:44 20   said this?

15:40:44 21         **A.**    I mean, I was flabbergasted, but I

15:40:55 22   said, "I can't imagine that there's not something

15:40:58 23   that could be done, that HR could speak with him or

15:41:01  1  they could require him to do anger management or

15:41:04  2  some kind of training."

15:41:09  3      I was a bit flabbergasted that the college

15:41:12  4  would be aware of his behavior and not do something

15:41:15  5  about it, according to her.

15:41:17  6      Q.   Were you concerned about going to

15:41:30  7  Dr. Erickson about Dr. Noonan's misconduct after

15:41:34  8  you received this kind of response from her?

15:41:39  9      Were you afraid of retaliation from

15:41:41 10  Dr. Noonan?

15:41:42 11      **MR. D'ANTONIO:**  Objection to form.

15:41:44 12      **THE WITNESS:**  No, I trusted Dr. Erickson.

15:41:57 13      **BY MS. NANAU:**

15:41:57 14      Q.   Had you ever witnessed Dr. Noonan

15:42:00 15  engage in the kind of misconduct that he directed

15:42:04 16  at you and Sister Pat -- did he ever direct that

15:42:10 17  against -- that kind of misconduct towards any male

15:42:12 18  faculty members that you're aware of or that you

15:42:15 19  observed?

15:42:17 20      A.   I would say it's a matter of degree.

15:42:24 21  In general, I would characterize him as a bully,

15:42:31 22  and he showed his bullying behavior to everyone who

15:42:35 23  was junior to him.

*Tanya Loughead - Ms. Nanau - 09/26/2024*

42

15:42:38  1        On the other hand, the two times that I saw
15:42:40  2  him really lose his cool, it was with women, but I
15:42:48  3  have seen that bullying behavior as typical
15:42:52  4  behavior of him in the Faculty Senate, against men
15:42:56  5  and women alike.  Not to that degree.
15:42:58  6        **Q.**   Okay.  So in your opinion, this kind of
15:43:05  7  unhinged misconduct that he engaged in with you and
15:43:10  8  with Dr. [sic] Pat, you believe he engaged in that
15:43:13  9  kind of misconduct because you're women.
15:43:18 10        **MR. D'ANTONIO:**  Objection to form.
15:43:18 11        **THE WITNESS:**  Yes.  I would say to Sister
15:43:20 12  Pat, I believe you meant --
15:43:22 13        **BY MS. NANAU:**
15:43:22 14        **Q.**   Sorry.
15:43:22 15        **A.**    -- but yes.  Yes, based on my
15:43:25 16  experience, he was always a bully, but particularly
15:43:30 17  sadistic with women.  That's my experience.
15:43:36 18        **Q.**   Is it fair for me to conclude that
15:43:45 19  after this one report to Dr. Erickson, you did not
15:43:48 20  report Dr. Noonan's misconduct either with you or
15:43:53 21  with Sister Pat in the Faculty Senate to anyone
15:43:58 22  else in the senior administration?
15:43:59 23        **MR. D'ANTONIO:**  Objection to form.

15:48:27  1          **Q.**    That there was this quid pro quo

15:48:30  2    between Noonan and Hurley?

15:48:31  3          **MR. D'ANTONIO:**  Objection.

15:48:32  4          **THE WITNESS:**  Yes.

15:48:32  5          **BY MS. NANAU:**

15:48:33  6          **Q.**    Tell me:  What was the -- what was

15:48:35  7    President Hurley's conduct that suggested to you

15:48:37  8    that there was some kind of quid quo pro going on?

15:48:40  9          **MR. D'ANTONIO:**  Form.

15:48:41 10          **THE WITNESS:**  There were many occasions

15:48:43 11    where the Faculty Senate would decide on an issue

15:48:53 12    and Dr. Noonan would have private one-on-one

15:48:57 13    meetings with Hurley and what came out of those

15:49:02 14    meetings was not what the Senate had discussed.

15:49:07 15          At the same time, Dr. Noonan continued to

15:49:13 16    get more funding for his program and his research

15:49:16 17    than any other professor was getting, so while I

15:49:22 18    don't have proof that this was a quid quo pro, it

15:49:25 19    seemed as if Dr. Noonan was selling the faculty and

15:49:31 20    their desire short in order to stay on President

15:49:36 21    Hurley's good side and continue to get funding from

15:49:39 22    him.

15:49:39 23          **BY MS. NANAU:**

15:49:39   1           **Q.**    As the chair of the Senate, what --

15:49:46   2   Dr. Noonan's role was to deliver positions from the

15:49:53   3   Faculty Senate and convey it to President Hurley or

15:49:56   4   the Canisius administration; is that right?

15:49:59   5           **A.**    The role of the Senate chair is to

15:50:02   6   represent the will of the faculty.

15:50:04   7           **Q.**    So your testimony is that he -- that

15:50:06   8   was his job, to express the will of the faculty,

15:50:11   9   and he did not do that.

15:50:12  10           **A.**    Exactly.

15:50:19  11           **Q.**    Were there any other ABEC department

15:50:24  12   faculty members in the Faculty Senate when you were

15:50:26  13   serving?

15:50:29  14           **A.**    Not that I recall.

15:50:29  15           **Q.**    Okay.  I guess I'm just wondering:

15:50:33  16           Were you aware of other faculty in the ABEC

15:50:37  17   department who took issue to the fact that

15:50:44  18   Dr. Noonan was getting funding for his research and

15:50:49  19   his trips in a way that perhaps they were not?

15:50:53  20           Were you ever privy to any of those kind of

15:50:55  21   complaints?

15:50:57  22           **A.**    I recall a conversation that I had with

15:51:01  23   Paul Waldau.  I think it's W-A-L-D-A-U.  I'm

15:51:11  1  unclear.

15:51:13  2         Q.    That's correct.  Professors Waldau --

15:51:16  3  or Dr. Waldau, he was the chair of the graduate

15:51:20  4  program, correct?

15:51:24  5         A.    Eventually, yes.

15:51:25  6         Q.    And what did Dr. Waldau tell you?

15:51:30  7         A.    He told me that he did not get along

15:51:32  8  with Dr. Noonan, that they had many disagreements

15:51:39  9  on everything from course design to trips to --

15:51:53 10  really everything, and that -- Paul said -- or

15:51:59 11  Dr. Waldau said that he was not getting the funding

15:52:01 12  for his research and trips to the degree that

15:52:03 13  Dr. Noonan was.

15:52:08 14         And also that Dr. Noonan had a kind of "my

15:52:15 15  way or the highway" attitude in running the

15:52:17 16  department.  I believe he referred to it as "It's

15:52:24 17  his kingdom in his mind, and you don't step on his

15:52:29 18  kingdom."

15:52:30 19         Q.    Do you recall the year when you had

15:52:32 20  this discussion with Dr. Waldau?

15:52:35 21         A.    I do not.

15:52:36 22         Q.    Okay.  Do you know if Dr. Waldau ever

15:52:41 23  went to human resources to complain about the fact