**Plaintiffs' Exhibit C**

**VIDEO TELECONFERENCE DEPOSITION**
**SIERRA ELIZABETH BOUCHER**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                    Plaintiffs,

      - against -     Case No.
                     1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                    Defendant.
----------------------------------------


        Video teleconference deposition of **SIERRA ELIZABETH BOUCHER**, Plaintiff, present at HODGSON RUSS LLP, The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, New York, taken pursuant to the Federal Rules of Civil Procedure, connecting to various locations on September 18, 2024, commencing at 9:35 a.m., before ANDREA J. DEMYAN, Notary Public.

10:07:14 1      **Q.**    And when was that trip?

10:07:15 2      **A.**    So that trip was in February of 2018.

10:07:18 3      **Q.**    So you would have been a spring

10:07:20 4  semester freshman?

10:07:21 5      **A.**    Yes, correct.

10:07:24 6      **Q.**    Okay.  And it sounds like that's about

10:07:28 7  the time that you left the crew team?

10:07:29 8      **A.**    I left the crew team maybe a month

10:07:34 9  after the Project Wolf trip to Yellowstone

10:07:40 10 Colorado.  I can't remember exactly, but it was not

10:07:42 11 long after Project Wolf.

10:07:43 12     **Q.**    Did you receive any scholarships from

10:07:52 13 Canisius, either academic or merit -- merit or

10:07:56 14 need?

10:07:56 15     **A.**    Yes.  I don't remember the exact

10:07:59 16 breakdown.  I did get some need based scholarship,

10:08:07 17 maybe also some merit based scholarship.

10:08:09 18     I got a small scholarship from the crew team

10:08:12 19 when I was on it and then my sophomore year I think

10:08:21 20 I joined the science scholars program which also

10:08:25 21 gave me a little bit of funding.

10:08:29 22     **Q.**    And can you tell me what the science

10:08:31 23 scholars program is?

10:08:34  1          **A.**    Yeah.  So it was a program designed

10:08:39  2   for -- pardon me --

10:08:41  3          **Q.**    It's okay.

10:08:41  4          **A.**    A program designed to mentor ABEC and

10:08:47  5   biology students who intended to go on to Ph.D

10:08:51  6   programs.  It was run to my knowledge by

10:08:58  7   Dr. Andrew Stuart, he was kind of the coordinator

10:09:00  8   at least.

10:09:00  9          And to my understanding, like kind of the

10:09:03 10   intention of the program as a whole was almost a

10:09:06 11   experiment to see if Ph.D students are given some

10:09:10 12   mentorship and some like socializing, like we would

10:09:15 13   go and have like parties together and meet up to

10:09:17 14   study and stuff, if that would help them in their

10:09:21 15   pursuit of a Ph.D.  If they would go on -- if

10:09:24 16   they're more likely to go on to have a Ph.D.

10:09:26 17          **Q.**    To participate in the science scholars

10:09:31 18   program, did you have to express an interest in

10:09:37 19   potentially moving -- moving toward a Ph.D?

10:09:40 20          **A.**    Yes.

10:09:40 21          **Q.**    Okay.

10:09:40 22          **A.**    I did.

10:09:41 23          **Q.**    Okay.

| | | |
|---|---|---|
| 10:11:45 | 1 | **A.**    I believe so.  I think it was, but |
| 10:11:49 | 2 | don't know -- |
| 10:11:49 | 3 | **Q.**    Okay. |
| 10:11:49 | 4 | **A.**    -- what the -- |
| 10:11:51 | 5 | **Q.**    Only tell me what you know.  That's |
| 10:11:53 | 6 | fine.  Did you have any -- did you get any academic |
| 10:12:01 | 7 | honors at graduation? |
| 10:12:03 | 8 | **A.**    No. |
| 10:12:04 | 9 | **Q.**    Any Latin honors?  You know, |
| 10:12:07 | 10 | sometimes -- do they have cum laude, magna cum |
| 10:12:11 | 11 | laude, summa cum laude at Canisius? |
| 10:12:12 | 12 | **A.**    I'm not sure and honestly I wasn't |
| 10:12:17 | 13 | paying a lot of attention to my graduation.  I felt |
| 10:12:23 | 14 | kind of just ready to get out of there, very done |
| 10:12:29 | 15 | with Canisius.  So I didn't attend graduation and |
| 10:12:35 | 16 | I -- I honestly don't remember if I got any |
| 10:12:39 | 17 | academic honors. |
| 10:12:40 | 18 | **Q.**    Was there -- so you attended Canisius |
| 10:12:49 | 19 | during COVID, right? |
| 10:12:51 | 20 | **A.**    Correct.  There was -- |
| 10:12:54 | 21 | **Q.**    Was there a live graduation for your |
| 10:12:56 | 22 | class? |
| 10:12:56 | 23 | **A.**    There was, yeah. |

10:43:14 1     **A.**    Yes.

10:43:14 2     **Q.**    -- with Dr. Noonan?

10:43:21 3     **A.**    Yes.

10:43:21 4     **Q.**    Okay.  Other than your encounter when

10:43:23 5 you were in high school, do you believe you had

10:43:27 6 interacted with Dr. Noonan prior to sending this

10:43:32 7 October 2017 e-mail?

10:43:34 8     **A.**    He was also my academic advisor so I

10:43:42 9 imagine that I did, but my first remembrances of

10:43:47 10 interacting with him after junior year of high

10:43:50 11 school --

10:43:50 12     **Q.**    Right.

10:43:50 13     **A.**    -- was about Project Wolf --

10:43:52 14     **Q.**    Okay.

10:43:52 15     **A.**    -- and the application process.

10:43:55 16     **Q.**    The -- the assignment of you to

10:43:58 17 Dr. Noonan for academic advisement, was that

10:44:02 18 random, did you ask, how did that work, if you

10:44:04 19 know?

10:44:04 20     **A.**    I don't know how it worked.

10:44:05 21     **Q.**    Okay.  You didn't pick him to the best

10:44:07 22 of your recollection?

10:44:07 23     **A.**    No, I did not pick him.

11:12:09  1        **A.**    No.

11:12:10  2        **Q.**    Okay.

11:12:10  3        **A.**    I did not report that to anyone at

11:12:14  4   Canisius.  Again, it really felt like this was

11:12:17  5   something that I just had to deal with in order to

11:12:21  6   get towards my goals.

11:12:23  7        **Q.**    Sure.  Okay.  I understand.  Other

11:12:32  8   behaviors, comments, concerns about Dr. Noonan or

11:12:38  9   by Dr. Noonan in connection with the Project Wolf

11:12:43 10   trip that you recall?

11:12:44 11        **A.**    Yeah.  I mean, there was a lot of girl

11:12:52 12   talk.  Like I said, you know, the lead into the

11:12:54 13   conversation where he mentioned wanting to date my

11:12:57 14   mom, that started with him talking about dating

11:13:00 15   younger women and how he'd done that many times

11:13:03 16   before and it wasn't that strange for him to do

11:13:06 17   that.

11:13:08 18        **Q.**    Did he raise those concerns,

11:13:09 19   Ms. Boucher, kind of -- or did he raise those

11:13:12 20   issues kind of out of the blue or randomly or was

11:13:15 21   it part of a discussion with -- with others about

11:13:19 22   their experiences?

11:13:20 23        **A.**    No.  It was never something that -- in

11:13:24 1 my memory, it was never something that we brought

11:13:26 2 up first.  It was always something that he --

11:13:29 3 because he -- he talked a lot about himself and

11:13:33 4 kind of his -- his life and his escapades, right?

11:13:39 5      And sometimes that would be about, you know,

11:13:40 6 professional things that he had done that he felt

11:13:42 7 was very impressive and that would lead into other

11:13:46 8 things that he has done that he has -- felt is

11:13:50 9 impressive, right?

11:13:52 10      Talking about dating younger women a lot and

11:13:56 11 then asking us about our, you know, romantic and

11:14:01 12 sexual lives, you know, who are you dating, stuff

11:14:06 13 like that.  And that was, you know, not just on the

11:14:10 14 bus on the way to Cleveland, but throughout the

11:14:12 15 entire Project Wolf trip it was brought up a lot.

11:14:16 16      **Q.**   More -- more than one occasion?

11:14:18 17      **A.**   Absolutely.

11:14:18 18      **Q.**   Okay.  And that was typically in a

11:14:22 19 group?

11:14:23 20      **A.**   Typically, but not always.  I mean, I

11:14:27 21 spent a lot of time with him alone at his lab

11:14:32 22 editing and working on the video and he would talk

11:14:35 23 about it then too.

14:20:07 1  not check in at all.  He didn't check in with any

14:20:11 2  of us about this like emotionally difficult

14:20:13 3  situation.

14:20:14 4       And when I refused to do something that he

14:20:21 5  wanted me to do for I think maybe the first time

14:20:28 6  ever, his only response was, okay, you have no use

14:20:33 7  anymore, give me the camera, I will do it.

14:20:42 8       And that felt different to what had -- you

14:20:49 9  know, the -- the relationship that I had thought

14:20:50 10  that we had maybe built.  You know, any good that I

14:20:54 11  thought maybe we had there, any trust that he

14:20:58 12  actually had in me or care that he had in me, it --

14:21:03 13  gone, not there.

14:21:05 14       Q.   Did you do -- did you take any more

14:21:09 15  video shots while you were in India after that?

14:21:13 16       A.   Yes, I did.  Just not in that

14:21:17 17  interview.

14:21:18 18       Q.   Okay.  While you were in India -- and I

14:21:28 19  think I know the answer to this because you told me

14:21:30 20  about the kitchen table conversation you had with

14:21:32 21  your family in 2019 -- did you talk to your parents

14:21:40 22  about the way in which Dr. Noonan was behaving?

14:21:44 23       A.   No, I did not.  I honestly don't even

14:21:50  1 know if I had a way to contact them.  I mean, we

14:21:53  2 were in another country.  I didn't have -- I didn't

14:21:55  3 get like an additional SIM card.  My phone wasn't

14:21:58  4 working.

14:21:59  5         Q.    Did you have internet capability?

14:22:01  6         A.    Not that I remember.  I mean, I

14:22:05  7 remember going dark for two weeks.  Whether that

14:22:09  8 was just from how much we were working or just

14:22:14  9 complete inability, I don't recall.

14:22:15 10         Q.    And I take it then you didn't contact

14:22:17 11 anybody at Canisius faculty or staff about the way

14:22:21 12 Dr. Noonan was behaving while you were in India?

14:22:23 13         A.    No, I did not.

14:22:23 14         Q.    Okay.  Did you -- when you left India,

14:22:39 15 was it -- you have to forgive me, I've never been

14:22:41 16 to India, but when you left, was that January 12th

14:22:47 17 or January 13th?  Because you landed in Buffalo on

14:22:50 18 January 13th.

14:22:52 19         A.    I mean, it's like a 16-hour flight so

14:22:59 20 I'm willing to bet we left the 12th, but I don't

14:23:02 21 remember exactly.

14:23:05 22         Q.    After you landed in Buffalo, did you go

14:23:07 23 home from the rest of the break, did you stay in

15:16:31  1          **A.**   I don't remember.

15:16:33  2          **Q.**   Do you think it was the morning, the

15:16:34  3   afternoon?

15:16:35  4          **A.**   I -- I don't know.

15:16:36  5          **Q.**   Okay.

15:16:37  6          **A.**   I -- I don't remember.

15:16:38  7          **Q.**   That's fine.  If you look at the second

15:16:40  8   page of Exhibit -- is it BG for identification --

15:16:47  9   it looks as if you sent a personal statement to her

15:16:55 10   February 11th at 9:04 a.m.?

15:16:58 11          **A.**   Yes.

15:16:58 12          **Q.**   Do you remember when you prepared that

15:17:02 13   personal statement which is Exhibit BH for

15:17:06 14   identification?

15:17:06 15          **A.**   I do not remember specifically when I

15:17:10 16   prepared it.  I -- it -- what I do remember is that

15:17:14 17   we met with them initially as a group and we met

15:17:17 18   with Linda initially as a group and then she

15:17:20 19   instructed us that she wanted us to do individual

15:17:23 20   statements and have individual meetings with her.

15:17:26 21   So --

15:17:30 22          **Q.**   Was this the statement Exhibit BH, was

15:17:32 23   that the statement that Linda had requested?

15:17:37  1        **A.**    Yes.  After -- this is the statement

15:17:38  2    that I prepared after her instruction to do so

15:17:43  3    after our initial meeting.

15:17:44  4        **Q.**    Do you think you prepared this

15:17:47  5    statement before you met with Linda Walleshauser or

15:17:51  6    after?

15:17:51  7        **A.**    I remember it being after.  So it's

15:17:54  8    possible that we met with her as a group before

15:17:58  9    February 11th, but I remember preparing this after

15:18:01 10    our initial group meeting.

15:18:03 11        **Q.**    And I -- and if you would just take a

15:18:06 12    quick read through it, I think we've talked about

15:18:11 13    most, if not all, of these particular concerns.

15:18:17 14        My question to you will be whether you

15:18:21 15    believe that this statement is a comprehensive

15:18:25 16    statement of the issues of concern that you wanted

15:18:27 17    to bring to the college's attention on

15:18:31 18    February 11th of 2019.

15:18:42 19        **A.**    No, I do not believe this is a

15:18:44 20    comprehensive statement.

15:18:46 21        **Q.**    Okay.  What's missing from it?

15:18:47 22        **A.**    So one specific instance that I think

15:18:51 23    is missing is the experience that I mentioned about

15:18:56  1  me standing up for ██████████ and insisting that I

15:18:59  2  be there as Noonan tries to interact with her.

15:19:02  3        Q.   Okay.  Let me ask -- okay.  So on that

15:19:04  4  one, did you ultimately discuss that issue, do you

15:19:07  5  recall, with Ms. Walleshauser?

15:19:09  6        A.   No, I did not.  What I remember is that

15:19:16  7  at the time with a, you know, lack of instruction

15:19:20  8  from Ms. Walleshauser as to what was relevant, what

15:19:25  9  sort of situations we should bring up to her, I at

15:19:32 10  the time considered that kind of a part of Emily's

15:19:37 11  statement and her experience so I didn't bring it

15:19:43 12  up.

15:19:43 13        Q.   And do you know if Emily reported that

15:19:46 14  to Ms. Walleshauser?

15:19:46 15        A.   I don't know.

15:19:47 16        Q.   Okay.  Were you present at the meeting

15:19:48 17  with Ms. Walleshauser where ██████ was also there?

15:19:51 18        A.   No, I was not.

15:19:52 19        Q.   Okay.  Were you present at the group

15:19:54 20  meeting when Hannah Whelan was there?

15:19:57 21        A.   I was present at the group meeting that

15:20:01 22  everyone was at.

15:20:02 23        Q.   Okay.  Do you know if Hannah Whelan

15:20:05  1  related the episode involving ████, Hannah, and

15:20:12  2  Professor Noonan to Ms. Walleshauser, do you

15:20:15  3  remember hearing that when you were at the meeting?

15:20:19  4       **A.**    Yes, I do.  But what I remember is them

15:20:22  5  talking about their specific interaction with

15:20:25  6  Noonan initially talking to them about

15:20:27  7  suppositories, but that wasn't the only thing they

15:20:31  8  brought up.  But I do not recall them talking about

15:20:36  9  me, ████ and Noonan in that interaction.

15:20:39 10       **Q.**    Okay.  Is there any other concern or

15:20:46 11  behavior that you feel that you did not include in

15:20:53 12  your statement that you prepared for

15:20:57 13  Ms. Walleshauser?

15:21:06 14       **MS. NANAU:**  I'm going to just object to the

15:21:08 15  form of the question.  You can answer.

15:21:16 16       **THE WITNESS:**  I mean, I think -- I think

15:21:27 17  what I left out and what I would -- you know, if I

15:21:30 18  were to write this now --

15:21:32 19       **BY MR. D'ANTONIO:**

15:21:32 20       **Q.**    Yeah.

15:21:32 21       **A.**    -- which is kind of what this is --

15:21:35 22       **Q.**    Well, not really, but if you were to

15:21:37 23  write it now, what would you include?

15:21:44 1      **A.**   I would be much more specific and

15:21:49 2 overarching in explaining that these behaviors were

15:21:55 3 really constant.

15:21:56 4      I think I hit a lot of, you know, specific

15:21:59 5 points or mentioned offhand asks for dating advice

15:22:05 6 when one-on-one with female students, but this was

15:22:11 7 written by someone who did not at all understand

15:22:16 8 what the Title IX office would be looking for.

15:22:21 9      Or what would have been helpful for the

15:22:25 10 Title IX office or to our case as -- as people

15:22:30 11 trying to explain to the Title IX office what was

15:22:33 12 happening.  Yeah.

15:22:37 13      **Q.**   All right.

15:22:38 14      **MS. NANAU:**  Were you done with your answer?

15:22:41 15      **THE WITNESS:**  Yes.

15:22:41 16      **MS. NANAU:**  Okay.

15:22:42 17      **BY MR. D'ANTONIO:**

15:22:50 18      **Q.**   Did you at any point after

15:22:56 19 February 11th of 2019, have any interaction with

15:23:03 20 Michael Noonan?

15:23:05 21      **A.**   Yes.

15:23:05 22      **Q.**   When?

15:23:06 23      **A.**   I was working with him almost every day

15:23:10  1  in his lab until he -- I think there was a period

15:23:14  2  of time before he was actually removed from campus

15:23:17  3  where he was off on a trip.

15:23:21  4      He wasn't on campus, but until he left which

15:23:28  5  I think was like at least a week, if not more, I

15:23:31  6  was working with him in his office -- office often.

15:23:35  7      Q.   When did you meet with Ms. Walleshauser

15:23:38  8  one-on-one, February 11th, February 12th,

15:23:41  9  February 13th?

15:23:42 10      A.   I don't remember specifically.  I think

15:23:46 11  in this e-mail it indicates that we met Wednesday,

15:23:52 12  but I don't specifically remember what day.

15:23:54 13      Q.   So Wednesday would have been the 13th?

15:23:56 14      A.   Yes, it would have been.

15:23:57 15      Q.   Okay.  Okay.  Are you aware that

15:24:02 16  Dr. Noonan was out of the state beginning on

15:24:07 17  February 14th?

15:24:08 18      A.   Like I said, I think I remember him

15:24:11 19  being on a trip or something, but I -- between when

15:24:17 20  we went to the Title IX office as the group and

15:24:20 21  that, I interacted with him.

15:24:23 22      Q.   Okay.  Did you -- did any aspect of

15:24:29 23  that interaction with Dr. Noonan, result in a

15:24:37 1  further complaint to the Title IX office?

15:24:40 2      In other words, is there anything about the

15:24:42 3  behaviors that were manifested in whatever

15:24:46 4  additional contact you claim to have had with

15:24:49 5  Dr. Noonan between February 11th and February 14th,

15:24:54 6  did you complain about that to the Title IX office?

15:24:59 7      **MS. NANAU:**  Objection to form.  You may

15:25:00 8  answer.

15:25:01 9      **THE WITNESS:**  So in this complaint, like I

15:25:06 10  said, there's some language about just his kind of

15:25:13 11  overall behavior, how he exists on a day-to-day and

15:25:17 12  interacts with us on a day-to-day.

15:25:19 13      **BY MR. D'ANTONIO:**

15:25:19 14      **Q.**   Right.

15:25:19 15      **A.**   And that was what I was experiencing.

15:25:22 16  You know, the -- the control, the talk about our

15:25:26 17  bodies.

15:25:27 18      **Q.**   Did he talk about your body at some

15:25:29 19  point between February 11th and February 14th to

15:25:31 20  the best of your recollection?

15:25:33 21      **A.**   Not to my recollection, no.

15:25:37 22      **Q.**   Did he talk about his personal life at

15:25:43 23  any point between February 11th and February 14th

15:25:46 1 to the best of your recollection?

15:25:48 2          **MS. NANAU:**  Objection to form.  You can

15:25:49 3 answer.

15:25:49 4          **THE WITNESS:**  He talked to me one-on-one

15:25:54 5 about the fact that he felt like he was losing the

15:25:59 6 girls, but I don't recall specifically if that was

15:26:02 7 before or after we reported him to Title IX.

15:26:05 8          **BY MR. D'ANTONIO:**

15:26:06 9          **Q.**   I thought you said it was before?

15:26:08 10          **MS. NANAU:**  Objection.

15:26:08 11          **THE WITNESS:**  I said I don't remember.

15:26:09 12          **BY MR. D'ANTONIO:**

15:26:09 13          **Q.**   You don't remember one way or the

15:26:11 14 other?

15:26:11 15          **A.**   Yeah.  I know it was after --

15:26:12 16          **Q.**   I'm trying to --

15:26:13 17          **A.**    Yeah, yeah.  I know it was after we

15:26:14 18 came back from India and before he was removed, but

15:26:17 19 I don't remember if it was after we reported him.

15:26:19 20          **Q.**   Okay.  Between February 14th and today,

15:26:24 21 have you had any contact with Michael Noonan?

15:26:26 22          **A.**   No, I have not.

15:26:27 23          **Q.**   Okay.  Has he communicated with you in

15:45:08  1  actually, we really need this piece in the film.

15:45:11  2         So it was kind of cobbled together, you

15:45:14  3  know, in we would have the initial trip where a

15:45:16  4  majority I would say of the filming would take

15:45:19  5  place and then for Project Wolf, you know, Noonan

15:45:23  6  would kind of keep calling different on screen

15:45:28  7  personalities in to record this bit that we forgot

15:45:30  8  or this bit that we forgot, et cetera.  And it

15:45:33  9  appeared that Project Tiger would have been about

15:45:38 10  the same.

15:45:38 11         **Q.**   Kind of a similar thing?

15:45:40 12         **A.**   Yeah.

15:45:40 13         **Q.**   When you got back to the U.S., at some

15:45:54 14  point in time, Dr. Noonan was not available to you?

15:45:59 15  Certainly after February 21st, he had been removed

15:46:01 16  from campus, right?

15:46:02 17         **A.**   Yes.

15:46:03 18         **Q.**   Okay.  And who took on the

15:46:07 19  responsibility for completing the Project Tiger

15:46:13 20  work, if you know?

15:46:15 21         **A.**   So Dr. Margulis took on the class.

15:46:27 22         **Q.**   Okay.  So let me stop you there.  So

15:46:30 23  after you got back from the India trip, there was a

15:46:34  1  class that would meet?

15:46:36  2       **A.**   Yes.  So we were enrolled in CAC.

15:46:46  3  Pardon me.

15:46:48  4       **Q.**   Yeah, that's okay.  And Dr. Noonan

15:46:50  5  would have ordinarily been the moderator or the

15:46:53  6  instructor for that class?

15:46:54  7       **MS. NANAU:**  Objection to form.  You can

15:46:55  8  answer.

15:46:56  9       **THE WITNESS:**  Assumedly, yes.

15:47:00  10      **BY MR. D'ANTONIO:**

15:47:00  11      **Q.**   Okay.  And if I'm looking correctly at

15:47:03  12  your transcript which is --

15:47:06  13      **MS. NANAU:**  AW.

15:47:07  14      **BY MR. D'ANTONIO:**

15:47:08  15      **Q.**   -- Exhibit AW for identification, in

15:47:11  16  the -- on the first page the second -- the

15:47:15  17  right-hand column under spring 2019 it says ABEC

15:47:20  18  490 Canisius Ambassadors For Conservation?

15:47:24  19      **A.**   Yes.

15:47:25  20      **Q.**   Is that the class that would have

15:47:26  21  followed your Project Tiger trip?

15:47:27  22      **A.**   Yes, it is.

15:47:30  23      **Q.**   Okay.  And it looks like you got -- you

15:47:33  1 | got three credits?

15:47:36  2 | **A.**    Correct.

15:47:37  3 | **Q.**    And you got an A in the course?

15:47:40  4 | **A.**    Correct.

15:47:41  5 | **Q.**    All right.  In addition to the

15:47:49  6 | classroom work that Dr. Margulis took on, was there

15:47:53  7 | additional work that was to be done for the course

15:47:58  8 | when you got back?

15:47:59  9 | **A.**    So the film was the class work.

15:48:03 10 | **Q.**    I see.

15:48:03 11 | **A.**    There wasn't additional -- for the on

15:48:07 12 | screen personalities, that was a credit that they

15:48:10 13 | got for doing the project, being a part of the

15:48:14 14 | film, and continuing to be available for additional

15:48:17 15 | interviews.

15:48:18 16 | **Q.**    You say on screen personnel, you're

15:48:21 17 | talking about some of the students?

15:48:22 18 | **A.**    Yeah.  All of the students except for

15:48:25 19 | me and Hannah.

15:48:25 20 | **Q.**    Except for you and Hannah?

15:48:27 21 | **A.**    Yes.

15:48:27 22 | **Q.**    Okay.  Got it.  Thank you.

15:48:29 23 | **A.**    Yes.

15:48:30  1      **Q.**   You didn't as a group ultimately

15:48:32  2  produce a film that semester, correct?

15:48:34  3      **A.**   We have --

15:48:37  4      **MS. NANAU:**  Objection to form.  You can

15:48:37  5  answer.

15:48:37  6      **THE WITNESS:**  We have not produced a film at

15:48:39  7  all.

15:48:39  8          **BY MR. D'ANTONIO:**

15:48:44  9      **Q.**   Okay.  Did Dr. Margulis explain to you

15:48:48  10  why she did not feel that a film could be produced?

15:48:56  11      **MS. NANAU:**  Objection to form.  You can

15:48:57  12  answer.

15:48:57  13      **THE WITNESS:**  No.  The only conversation

15:49:01  14  that she had with us about it was that there was

15:49:07  15  some sort of legal trouble that wasn't described to

15:49:10  16  us in any specificity as to why we could not have

15:49:16  17  the film at that time.  But she didn't discuss why

15:49:21  18  the film couldn't be produced at all past that

15:49:24  19  class period.

15:49:25  20          **BY MR. D'ANTONIO:**

15:49:25  21      **Q.**   Got it.  Was there a product, some sort

15:49:32  22  of a product that was produced after you got back

15:49:36  23  to the United States with respect to the Project

15:49:41 1  Tiger class?

15:49:42 2          **A.**   So after getting back and Margulis

15:49:50 3  saying that for some reason we couldn't have access

15:49:57 4  to the film to complete, she suggested that we make

15:50:03 5  a podcast about the experiences that we had had and

15:50:08 6  we ended up producing a -- three podcast episodes

15:50:15 7  all about 45 minutes long.

15:50:16 8          **Q.**   Three or four?

15:50:17 9          **A.**   I remember it being three.  It might

15:50:20 10  have been four.  I don't remember.  It's been a

15:50:22 11  long time.

15:50:23 12          **Q.**   Okay.  Were you involved in creating

15:50:26 13  the podcasts?

15:50:28 14          **A.**   Yes.  I was one of the hosts and

15:50:30 15  editors of the podcast.  The other was XXXXXXXXX

15:50:34 16          **Q.**   The two of you were a team?

15:50:38 17          **A.**   Correct.

15:50:38 18          **Q.**   Okay.

15:50:38 19          **A.**   We -- we hosted and kind of engaged in

15:50:42 20  the interviews with the other students to create

15:50:45 21  the audio material and then edited that afterwards

15:50:48 22  to create a finished product.

15:50:55 23          **Q.**   Okay.  And do you remember receiving

15:54:03 1  much for the warm congratulations.  We really

15:54:06 2  enjoyed making the podcasts and I'm so glad to be

15:54:09 3  able to share our amazing experience thanks to

15:54:13 4  Canisius College with others.

15:54:14 5          **A.**    Yes.

15:54:15 6          **Q.**    Okay.  I read that correctly as well?

15:54:16 7          **A.**    Yes.

15:54:17 8          **Q.**    Okay.  Did you in fact ultimately make

15:54:23 9  additional podcasts?

15:54:24 10         **A.**    Yes.  So not under the Project Tiger

15:54:27 11 banner or the CAC banner even.  But in conjunction

15:54:35 12 with 500 Women Scientists which was a -- the

15:54:41 13 Buffalo pod of 500 Women Scientists which is an

15:54:45 14 organization a lot of the ABEC professors were a

15:54:48 15 part of, they worked with us to -- or they wanted

15:54:56 16 us to produce a few podcast episodes about climate

15:55:04 17 change stories, local climate change stories.

15:55:12 18         **MR. D'ANTONIO:**  BL.

         19 **The following was marked for Identification:**

         20   **EXH. BL**              E-mail dated 7/15/19.

15:55:32 21         **BY MR. D'ANTONIO:**

15:55:42 22         **Q.**    I've handed you Exhibit BL for

15:55:44 23 identification.  After you read that, let me know

15:55:52  1  and I have a question or two.

15:56:05  2          **A.**    Okay.

15:56:05  3          **Q.**    Ms. Boucher, did you create podcasts

15:56:24  4  with respect to work that Professor Margulis had

15:56:31  5  done with students in Kenya, if you remember?

15:56:33  6          **A.**    Yes.

15:56:39  7          **Q.**    Okay.

15:56:39  8          **A.**    I think I remember that now.

15:56:40  9          **Q.**    How about work that Professor Russell

15:56:45 10  had done with students who had accompanied him to

15:56:47 11  Costa Rica?

15:56:48 12          **A.**    Yes.  That one I remember a little

15:56:49 13  better.

15:56:50 14          **Q.**    Okay.

15:56:51 15          **A.**    Yeah.

15:56:51 16          **Q.**    Were you paid for the work that you put

15:56:54 17  in on those podcasts?

15:56:56 18          **A.**    I don't remember that, but it seems

15:57:02 19  like I maybe was.

15:57:06 20          **Q.**    Looking at the -- looking at the

15:57:07 21  last --

15:57:08 22          **A.**    Yeah.

15:57:08 23          **Q.**    -- looking at the last sentence where

16:07:23 1    **A.**    Yes.

16:07:24 2    **Q.**    Okay.  In the second sentence, you said

16:07:27 3  we really appreciate the work you and Canisius

16:07:30 4  College have put in regarding our concerns.

16:07:33 5        Who's the we?

16:07:34 6    **A.**    So the we is me talking about the group

16:07:49 7  as a whole and -- but I would not at all say that

16:07:52 8  this represents how the group was feeling.

16:07:58 9    **Q.**    Hold on.  And so our concerns would be

16:08:05 10  the concerns of the group?

16:08:06 11    **MS. NANAU:**  Objection to the form of the

16:08:07 12  question.

16:08:07 13    **THE WITNESS:**  I mean, that's how I was

16:08:12 14  phrasing this, but, again, I would not say that

16:08:15 15  this accurately reflects the feelings that we were

16:08:18 16  having at the time.

16:08:19 17    **BY MR. D'ANTONIO:**

16:08:20 18    **Q.**    So you wrote something that you knew

16:08:22 19  was false, sent to Ms. Walleshauser?

16:08:24 20    **MS. NANAU:**  Objection to the form of the

16:08:26 21  question.

16:08:38 22    **THE WITNESS:**  I wrote an e-mail using -- how

16:08:40 23  do I phrase this?

16:08:42  1          **BY MR. D'ANTONIO:**

16:08:42  2          **Q.**    I don't know.

16:08:42  3          **A.**    So -- yeah, I'm working on it.  At this

16:08:46  4   time, I had just come out of spending almost two

16:08:49  5   years with someone who would not respond to me,

16:08:53  6   interact with me, unless I was as nice as possible

16:08:59  7   and exactly how he wanted me to do everything.

16:09:02  8          And so when we began having difficulties

16:09:07  9   with the Title IX office, when we weren't getting

16:09:13 10   responses from them, when we weren't being

16:09:15 11   communicated to about, you know, specifics

16:09:19 12   regarding the case or the accommodations that we

16:09:21 13   could ask for, my response to that because of the

16:09:27 14   way that I was conditioned by Noonan, was to double

16:09:31 15   down on the niceties.

16:09:33 16          And in this interaction specifically talking

16:09:35 17   about the film, I really wanted that film.  I

16:09:40 18   really, really wanted to be able to work on that

16:09:42 19   project and I was hoping if I keep being nice --

16:09:44 20   you know, at 20 years old this was my belief -- if

16:09:48 21   I keep being nice, hopefully I'll get the result

16:09:51 22   that I want.

16:09:52 23          So, you know, me saying we, our, that was me

16:13:20  1  other files such as the podcast potentially.

16:13:24  2          **BY MR. D'ANTONIO:**

16:13:24  3          **Q.**   You just don't know one way or the

16:13:26  4  other?

16:13:26  5          **A.**   No.  I -- I did not have access to the

16:13:28  6  footage until July.  So, you know, there -- I'm not

16:13:36  7  sure what this is.  I would imagine it was for the

16:13:39  8  podcast, but it wasn't the footage.

16:13:44  9          **Q.**   Okay.  Ms. Boucher, ultimately, did you

16:14:02 10  have access to the footage that was created in

16:14:06 11  India on -- for Project Tiger?

16:14:08 12          **A.**   I received the footage in July of 2019,

16:14:20 13  yes.

16:14:20 14          **Q.**   Okay.  Within about 10 days of the date

16:14:22 15  that you sent your e-mail off to

16:14:25 16  Ms. Walleshauser --

16:14:27 17          **MS. NANAU:**  Objection to form of the

16:14:28 18  question.

16:14:28 19          **BY MR. D'ANTONIO:**

16:14:28 20          **Q.**   -- that was June 21?

16:14:30 21          **MS. NANAU:**  Are you referring to BN?

16:14:32 22          **MR. D'ANTONIO:**  I am.

16:14:33 23          **MS. NANAU:**  Okay.

16:14:37 1          **THE WITNESS:**  Yes.

16:14:40 2          **BY MR. D'ANTONIO:**

16:14:41 3     **Q.**   Okay.  And by the way, did you tell any

16:14:44 4 of the other Project Tiger participants that you

16:14:48 5 had been given access to those images or to that

16:14:51 6 footage?

16:14:51 7     **A.**   Yes.  If I recall correctly, I told

16:14:54 8 them that I had been given access.

16:14:57 9     **Q.**   Okay.  Did any of them express interest

16:15:03 10 in assisting you in creating some sort of a product

16:15:06 11 from that footage?

16:15:07 12    **A.**   No.  I mean, none of them other than

16:15:13 13 ████████████ had the capability to do so and

16:15:18 14 ██████ was graduated.

16:15:19 15    **Q.**   Did you ultimately create some sort of

16:15:33 16 product from the images?

16:15:36 17    **MS. NANAU:**  Objection to form.  You can

16:15:38 18 answer.

16:15:38 19    **THE WITNESS:**  My senior year I created a

16:15:48 20 trailer for Project Tiger using some of the video.

16:15:54 21    **BY MR. D'ANTONIO:**

16:15:54 22    **Q.**   And what is a trailer?

16:15:55 23    **A.**   So it was --

16:25:29  1    done that so we're going to make a demand for that.

16:25:32  2         **MS. NANAU:**  We've produced a bunch of photos

16:25:34  3    and I recently got a few more and I will produce

16:25:36  4    them.

16:25:38  5         **MR. D'ANTONIO:**  Okay.  Whatever the footage

16:25:40  6    is that you've got from the Project Tiger

16:25:42  7    experience or any others.

16:25:43  8         **MS. NANAU:**  Of course.

          9         **MR. D'ANTONIO:**  Thank you.

16:25:43 10         **MS. NANAU:**  That's all responsive.

         11         **MR. D'ANTONIO:**  We're in agreement.

         12         **BY MR. D'ANTONIO:**

16:25:52 13         **Q.**  Okay.  Do you remember, Ms. Boucher,

16:26:02 14    speaking with Dr. Margulis about a potential issue

16:26:14 15    related to your ability to fulfill your graduation

16:26:20 16    requirements?

16:26:23 17         **A.**  I'm sorry, can you restate the question

16:26:26 18    again?

16:26:27 19         **Q.**  Yeah, sure.  I'm not sure I can, but

16:26:29 20    I'll try it.

16:26:33 21         Did there come a time when you reached out

16:26:40 22    to Dr. Margulis asking her to make an exception so

16:26:49 23    that you could complete the degree requirements for

16:26:52  1 | your double major?

16:26:53  2 |     **MS. NANAU:**  Objection to the form.  You can

16:26:55  3 | answer.

16:26:56  4 |     **THE WITNESS:**  I asked Dr. Margulis for an

16:27:00  5 | accomodation based on the fact that this class I

16:27:06  6 | mistakenly took my junior year that I registered

16:27:11  7 | for while we were in active conversation with the

16:27:15  8 | Title IX office, I thought when I registered for

16:27:18  9 | it, that it was a class that would count towards my

16:27:21 10 | ABEC major.

16:27:24 11 |     Because I didn't have an advisor at the

16:27:27 12 | time, Dr. Noonan was my advisor and then he was

16:27:28 13 | gone, and so I registered with -- registered for

16:27:32 14 | classes with only Dr. Dunkle who was my film

16:27:37 15 | advisor as my advisor for classes overall.

16:27:40 16 |     So I asked Dr. Margulis when I realized that

16:27:44 17 | it was not a class that I could count towards my

16:27:48 18 | ABEC degree --

16:27:48 19 |     **BY MR. D'ANTONIO:**

16:27:49 20 |     **Q.**   Yep.

16:27:49 21 |     **A.**   -- I asked her to make an accomodation

16:27:51 22 | for me because of the timeline.  I registered for

16:27:54 23 | that class while we were going through the

16:27:57 1 situation with Dr. Noonan and the Title IX office

16:28:00 2 and I asked her if since she knew how difficult

16:28:03 3 that situation was, hopefully, if she could make an

16:28:11 4 exception for me with that class.

16:28:13 5       The class was anthrozoology and it was

16:28:18 6 taught by an ABEC professor and it was -- surprised

16:28:21 7 it wasn't considered an ABEC class, but --

16:28:23 8       **Q.**   And actually, I think Dr. Dunkle was

16:28:28 9 the one that gave you the advice that it would

16:28:31 10 count towards your --

16:28:32 11       **A.**   I believe so, yes.

16:28:33 12       **Q.**   Okay.  And Dr. -- Dr. Margulis, did she

16:28:36 13 ultimately grant the exception you requested?

16:28:39 14       **A.**   No, she --

16:28:39 15       **MS. NANAU:**  Objection to form.

16:28:41 16       **THE WITNESS:**  She did not.

16:28:41 17       **BY MR. D'ANTONIO:**

16:28:42 18       **Q.**   Did she offer an exception that would

16:28:44 19 have allowed you to graduate on time --

16:28:47 20       **MS. NANAU:**  Objection.

16:28:48 21       **BY MR. D'ANTONIO:**

16:28:48 22       **Q.**   -- a different exception?

16:28:49 23       **A.**   No.  We figured out through, as I

16:35:21 1   be happy with you about that.  She's really

16:35:25 2   frustrated with the fact that people keep asking

16:35:27 3   her to count this class as a credit.

16:35:29 4           **Q.**   Well --

16:35:31 5           **A.**   So that in combination with this

16:35:35 6   language, my answer has always been no, don't

16:35:38 7   assume every course, I would never give you advice

16:35:46 8   on what DMA courses you should take, that was

16:35:50 9   colder than I had recalled her being previously.

16:35:55 10          **Q.**   Did you ever speak with her about it?

16:35:59 11  I mean speak --

16:36:00 12          **A.**   In person?

16:36:01 13          **Q.**   -- did you ever actually show up in her

16:36:03 14  office and talk it -- talk it through?

16:36:04 15          **A.**   Not that I recall, no.

16:36:09 16          **Q.**   Okay.  At this point, you were a

16:36:10 17  senior, right?

16:36:11 18          **A.**   Yes.

16:36:11 19          **Q.**   You'd been an ABEC major for four

16:36:15 20  years?

16:36:15 21          **A.**   Yes.

16:36:15 22          **Q.**   You had taken Dr. Margulis in courses?

16:36:19 23          **A.**   I mean, with -- I guess as my CAC

17:06:17 1    You know, especially working at the fish and

17:06:20 2 wildlife service, it should have been on paper like

17:06:24 3 the perfect job, right?  I mean, it was --

17:06:27 4        **Q.**    Yeah.

17:06:28 5        **A.**    The fish and wildlife service I was

17:06:32 6 doing science communication which at that point I

17:06:35 7 had decided was the career path I -- I needed to go

17:06:39 8 after because I didn't think that a Ph.D was in the

17:06:42 9 cards.

17:06:46 10    But at the U.S. Fish and Wildlife Service, I

17:06:52 11 felt like I was missing something.  Like, you know,

17:06:57 12 college was supposed to teach me about my career

17:07:03 13 and I felt like I didn't get that.

17:07:05 14    And then at the U.S. Fish and Wildlife

17:07:09 15 Service, I felt completely lost because I was not

17:07:15 16 enjoying what I was doing at all.  And the -- I was

17:07:24 17 hoping -- I took a gap year to do the fish and

17:07:29 18 wildlife service job hoping to gain some sort of

17:07:32 19 key that I did not get in college, right?

17:07:35 20    Some knowledge that I felt I was lacking

17:07:39 21 because I felt like I didn't understand how to

17:07:52 22 function in my career at all and so I talked about

17:07:59 23 that with her.