**Plaintiffs' Exhibit D**

**LILY ENGEBRECHT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                    Plaintiffs,

        - against -      Case No.
                         1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                    Defendant.
----------------------------------------


        Examination before trial of **LILY
ENGEBRECHT**, Plaintiff, taken pursuant to the
Federal Rules of Civil Procedure, in the law
offices of HODGSON RUSS LLP, The Guaranty Building,
140 Pearl Street, Suite 100, Buffalo, New York, on
August 22, 2024, commencing at 9:40 a.m., before
LYNNE E. DIMARCO, Notary Public.

10:07:48  1          **Q.**    What's next?

10:07:48  2          **A.**    Next I tried working as a program

10:07:53  3   manager for a company called LE3 Incorporated.  It

10:07:59  4   was a before and after school program for child

10:08:03  5   care.  And I only worked there till October.

10:08:12  6          **Q.**    Of '22?

10:08:13  7          **A.**    Of '22.

10:08:15  8          **Q.**    So from August or so?

10:08:18  9          **A.**    August to October.  And I left because

10:08:22 10   the hours and distance away were not convenient for

10:08:27 11   me.

10:08:27 12          **Q.**    Was this not in Buffalo this company?

10:08:29 13          **A.**    It was like a half hour drive outside

10:08:32 14   of Buffalo.

10:08:32 15          **Q.**    Okay.  Where was it?

10:08:34 16          **A.**    Orchard Park.

10:08:36 17          **Q.**    Over near where the Bills play?

10:08:39 18          **A.**    Yeah.

10:08:47 19          **MR. D'ANTONIO:**  Off the record.

10:08:48 20              (Discussion off the record: 10:08 a.m.)

10:09:35 21          **BY MR. D'ANTONIO:**

10:09:36 22          **Q.**    So after LE3?

10:09:38 23          **A.**    I started working at Roswell Park.

10:09:41  1       **Q.**    The cancer institute?

10:09:42  2       **A.**    Yes.

10:09:43  3       **Q.**    Okay.  Doing what?

10:09:44  4       **A.**    I was in the bone marrow laboratory as

10:09:49  5   a clinical lab assistant.  I wanted to try using my

10:09:53  6   biology degree.

10:09:55  7       **Q.**    When did you start there?

10:09:57  8       **A.**    October.

10:09:57  9       **Q.**    Of 2022?

10:09:59 10       **A.**    Yes.

10:09:59 11       **Q.**    And how long did you stay at Roswell?

10:10:03 12       **A.**    I stayed there until August.

10:10:05 13       **Q.**    Of '23?

10:10:06 14       **A.**    Of '23.

10:10:08 15       **Q.**    Okay.  Was that a full-time job?

10:10:13 16       **A.**    Yes.

10:10:14 17       **Q.**    And as a clinical lab assistant, what

10:10:16 18   did you do?

10:10:16 19       **A.**    I went on bone marrow procedures and

10:10:20 20   collected blood samples.

10:10:22 21       **Q.**    So when they aspirated the bone?

10:10:25 22       **A.**    Exactly.  Then I would take the samples

10:10:29 23   back to the lab, accession them and make stains for

10:10:35 1  the hematopathologist to read the cells to

10:10:41 2  diagnose.

10:10:42 3      This was not high paying and didn't require

10:10:46 4  my bio degree actually.  It was actually graded as

10:10:52 5  a high school GED level job, so I was hoping to

10:10:56 6  move into another position, but I didn't qualify

10:10:59 7  for any.

10:11:01 8      **Q.**   So when you say you didn't qualify, in

10:11:04 9  other words, the job that you had it sounds like

10:11:07 10 was below your skill set in terms of your

10:11:09 11 educational accomplishments?

10:11:13 12     **A.**   Yes.

10:11:13 13     **Q.**   And you were looking for something

10:11:15 14 where an entry level -- or a position that would

10:11:20 15 require a bachelor's in biology?

10:11:23 16     **A.**   Yeah.

10:11:24 17     **Q.**   All right.  And there was nothing

10:11:27 18 available there is that what you're saying?

10:11:29 19     **A.**   I would have needed a master's or

10:11:32 20 special degree in like clinical lab technology, but

10:11:38 21 as I like looked throughout the campus and asked

10:11:43 22 people my bio degree meant nothing pretty much.

10:11:46 23     **Q.**   Meant nothing because you needed a

10:11:51  1  master's to do most of what they do over there?

10:11:51  2        **MS. NANAU:**  Objection to form, you may

10:11:52  3  answer.

10:11:52  4        **BY MR. D'ANTONIO:**

10:11:53  5        **Q.**   Yeah, if you know.

10:11:54  6        **A.**   I don't totally know.  I was hoping

10:11:57  7  that my bio degree would qualify for something in

10:12:03  8  the biology field that could pay me more.

10:12:05  9        And I felt like I had a lot more to give

10:12:08 10  than just running around and doing grunt lab work,

10:12:14 11  but, yeah, I don't know.

10:12:16 12        **Q.**   Okay.  Did you at that time or any

10:12:21 13  other time think about going to grad school?

10:12:24 14        **A.**   I thought about going to grad school

10:12:28 15  when I was at Canisius.  And before I went to

10:12:31 16  Canisius, that was my main goal.

10:12:34 17        I have thought about it, but haven't really

10:12:39 18  fully considered going to grad school.  I have a

10:12:42 19  stack of GRE books underneath my bed that I've

10:12:47 20  opened once or twice and I just don't even know

10:12:52 21  what to pursue anymore, I feel very lost.

10:12:56 22        **Q.**   The grad school that you were thinking

10:12:59 23  about, Ms. Engebrecht, what was -- what would that

13:27:31   1     **THE WITNESS:**   He said something, I don't

13:27:33   2   remember if it was praise or critiques or what,

13:27:36   3   or --

13:27:36   4     **BY MR. D'ANTONIO:**

13:27:36   5     **Q.**   It could've been both?

13:27:37   6     **A.**   I remember the conversations about

13:27:39   7   asking dating questions, those are the only things

13:27:44   8   in my memory.

13:27:46   9     **Q.**   All right.   Did Dr. Noonan ever ask you

13:27:49 10   out on a date?

13:27:52 11     **A.**   Not in a very direct way.   He said that

13:27:57 12   we would climb mountains together and I would carry

13:28:00 13   him up the mountain because his legs would be dead

13:28:04 14   by then.

13:28:05 15     **Q.**   So that would have been at least as I'm

13:28:08 16   understanding it at some point well into the

13:28:10 17   future?

13:28:10 18     **A.**   After I graduated.

13:28:12 19     **Q.**   Did he ask you, for example, to go to

13:28:16 20   dinner?   And I don't mean dinner with a group of

13:28:21 21   students.   Did he ask you out one-on-one, you know,

13:28:25 22   candlelight, tablecloths, that kind of stuff?

13:28:28 23     **MS. NANAU:**   Objection to form, you may

13:35:18  1          **A.**    Yes.

13:35:24  2          **MR. D'ANTONIO:**  I know you provided a

13:35:26  3  statement ultimately to Canisius about the

13:35:33  4  behaviors that you had concerns about.  In fact,

13:35:38  5  maybe we should -- let's mark this I think it's B.

13:35:38  6  **The following was marked for Identification:**

      7   **EXH. B**              **Bates stamped Canisius 01631**

      8                           **through 01634**

13:36:30  9          **BY MR. D'ANTONIO:**

13:36:31 10          **Q.**    Ms. Engebrecht, that's a

13:36:36 11  four-page document, flip through it and take your

13:36:40 12  time, and then when you're ready, let me know.

13:36:42 13          **MS. NANAU:**  Feel free to review the entire

13:36:45 14  document.  This is off the record.

13:37:34 15          (Discussion off the record: 1:37 p.m.)

13:40:05 16          **BY MR. D'ANTONIO:**

13:40:06 17          **Q.**    You all set?

13:40:07 18          **A.**    Uh-huh.

13:40:08 19          **Q.**    So, Ms. Engebrecht, I've handed you a

13:40:11 20  four-page document, which is Bates numbered

13:40:14 21  Canisius 01631 to 01634 inclusive.  Your numbers

13:40:24 22  may have been cut off at the bottom, you can

13:40:27 23  probably see about half of them, but those are the

13:40:31 1  numbers and they begin with the -- the first two

13:40:33 2  pages constitute an e-mail chain between you and

13:40:37 3  Linda Walleshauser.  Is that correct?

13:40:40 4      **A.**   Yes.

13:40:40 5      **Q.**   Okay.  And then the last two constitute

13:40:45 6  what you've labeled as your Title IX account.  Is

13:40:49 7  that right?

13:40:49 8      **A.**   Yes.

13:40:49 9      **Q.**   Okay.  So first of all, do you remember

13:40:57 10 the date that you first spoke with Ms. Walleshauser

13:41:02 11 about issues related to Dr. Noonan?

13:41:08 12     **A.**   No, not off the top of my head.

13:41:13 13     **Q.**   You'll see there's a -- on the very

13:41:17 14 first page, Canisius 01631, there's an exchange

13:41:23 15 that happened between you and Ms. Walleshauser on

13:41:27 16 February 11th in the morning.  Do you see that?

13:41:29 17     **A.**   Yes.

13:41:29 18     **Q.**   Okay.  And that's a Monday?

13:41:34 19     **A.**   Yes.

13:41:35 20     **Q.**   Do you remember that your meeting with

13:41:38 21 Ms. Walleshauser happened on a Monday?

13:41:42 22     **A.**   I don't remember.  This also was my

13:41:46 23 individual meeting with her.  We came forward as a

13:41:50 1  group together beforehand.

13:41:51 2      **Q.**   Actually, if you look at the middle of

13:41:54 3  the first page, I think maybe your individual

13:41:57 4  meeting would have happened that Wednesday.  I'm

13:42:00 5  going to read this.

13:42:01 6      On Monday, February 11 at 9:12

13:42:04 7  Ms. Walleshauser wrote, Lily, let's plan to meet on

13:42:09 8  Wednesday morning 9:00 a.m. in my office, please

13:42:13 9  plan to e-mail your documentation as well as your

13:42:15 10 individual issues.  Thank you.

13:42:16 11     And that's in response if you go to the

13:42:18 12 second page of the exhibit to an e-mail from you at

13:42:25 13 9:07 a.m. on February 11, hi, Linda, I am one of

13:42:29 14 the girls that was in the meeting this morning.

13:42:31 15     Unfortunately, my schedule Tuesday is

13:42:35 16 completely full from 7:00 a.m. to 9:00 p.m., so

13:42:37 17 would you be available Wednesday before my class at

13:42:41 18 9:30 or between 1:00 and 3:30 p.m.

13:42:45 19     First of the all, did I read those entries

13:42:48 20 correctly?

13:42:48 21     **A.**   Yes.

13:42:48 22     **Q.**   Does that refresh your recollection as

13:42:50 23 to when the group meeting occurred and when your

13:42:53 1 individual meeting occurred?

13:42:53 2          **A.**    Yes.

13:42:54 3          **Q.**    And your individual meeting occurred on

13:42:56 4 Wednesday, February 13th?

13:42:58 5          **A.**    Yes.

13:42:58 6          **Q.**    And the group meeting with the women

13:43:01 7 who came forward with you February 11th?

13:43:05 8          **A.**    I suppose, I don't know.

13:43:07 9          **Q.**    Seems right?

13:43:08 10          **A.**    Yes.

13:43:09 11          **MS. NANAU:**  Objection to form.

13:43:11 12          **THE WITNESS:**  Based on the documents.

13:43:12 13          **BY MR. D'ANTONIO:**

13:43:13 14          **Q.**    Okay.  So the meeting -- the initial

13:43:19 15 meeting where there were -- how many women came

13:43:23 16 forward with you, if you remember?

13:43:26 17          **A.**    I think 10.

13:43:29 18          **Q.**    Is that roughly the number, around 10?

13:43:32 19          **A.**    Yes, roughly.

13:43:34 20          **Q.**    Okay.  If I told you eight, would that

13:43:37 21 seem right to you?

13:43:38 22          **MS. NANAU:**  Objection to form, you may

13:43:40 23 answer.

13:43:44  1      **THE WITNESS:**  I could count if you want the

13:43:46  2  number?

13:43:47  3      **BY MR. D'ANTONIO:**

13:43:47  4      **Q.**   Sure.

13:43:49  5      **A.**   It was me, ███████████████████████

13:43:54  6  Hannah Whelan, Cassidy Wood, Natassia Tuhovak,

13:44:05  7  Sierra.  And I don't know if Leanne ended up

13:44:23  8  following through or is just doing her own.  Yeah,

13:44:32  9  so maybe eight.

13:44:33 10      **Q.**   Okay.  Tell me what you remember about

13:44:37 11  that meeting, who spoke, what did they say?  And,

13:44:43 12  again, to the extent that you don't have a

13:44:45 13  recollection, that's fine, you'll just tell me

13:44:48 14  that.

13:44:48 15      **A.**   Well, first, before the meeting we as a

13:44:56 16  group of girls like that were on the India trip and

13:45:00 17  then including the research girls, Leanne and

13:45:06 18  Natassia, had a lot of meetings before we even

13:45:10 19  decided to go to Title IX to discuss whether or not

13:45:13 20  we wanted to do it.

13:45:15 21      We wanted to make sure it was a unanimous

13:45:19 22  vote and that everyone wanted to do it.  We had at

13:45:23 23  least two or three group discussions about whether

13:45:25 1 or not we were going to go to Title IX to make sure

13:45:29 2 everyone was comfortable with it.

13:45:31 3      Q.   I don't mean to interrupt you, but did

13:45:34 4 those discussions occur while you were on the trip

13:45:37 5 or after you got back?

13:45:38 6      A.   There was one discussion while we were

13:45:41 7 in India where we were discussing how uncomfortable

13:45:47 8 we all were.  And that was when we were like trying

13:45:52 9 to work with Dr. Noonan, telling him that we were

13:45:56 10 uncomfortable, that he needed to change his

13:46:02 11 behavior.

13:46:03 12      And he had a few different mood swings where

13:46:08 13 he was like his old self and like was goofing

13:46:14 14 around with us and it felt more lighthearted, but

13:46:18 15 then he would like blow up at us and specifically

13:46:21 16 like at Abbie a lot.

13:46:23 17      Q.   Blow up meaning yell at her?

13:46:25 18      A.   Yeah, yeah, and he would embarrass her

13:46:33 19 in front of like different interviewees and ▮▮▮▮▮

13:46:39 20 Oh, ▮▮▮▮ also came forward with us.  Let's see.

13:46:44 21      Q.   This is ▮▮▮▮▮▮▮▮▮

13:46:45 22      A.   Yes.

13:46:46 23      Q.   Okay.  So Dr. Noonan is exhibiting

13:56:36  1    more than talk to him or please do nothing at all.

13:56:40  2    It will make our situation of being around him much

13:56:43  3    more dangerous slash toxic.  Correct, I read that

13:56:47  4    correctly?

13:56:48  5          **A.**    Correct.

13:56:48  6          **Q.**    And that was a concern of yours?

13:56:50  7          **A.**    Very much so.

13:56:51  8          **Q.**    And that actually relates to the second

13:56:54  9    concern listed, right, will you have to see him and

13:56:57 10    talk to him after something is said?

13:56:59 11          **A.**    Yes.

13:56:59 12          **Q.**    Okay.  And then the last is can we have

13:57:03 13    a non-contact clause until a decision is made?

13:57:08 14          **A.**    Yes.

13:57:23 15          **Q.**    Did you see Dr. Noonan at any point on

13:57:30 16    February 11, the day you came to talk to

13:57:34 17    Ms. Walleshauser?

13:57:35 18          **A.**    I don't remember.

13:57:36 19          **Q.**    Did you see him at any point after you

13:57:40 20    submitted the statement to Ms. Walleshauser on

13:57:42 21    February 13th?

13:57:44 22          **A.**    I saw his office open and thought he

13:57:49 23    was on campus.

14:01:02 1      **Q.**   Okay.  Did you ever speak with Sierra

14:01:12 2  Boucher about her having access to the film

14:01:14 3  footage?

14:01:15 4      **A.**   Yeah, she made a mini film from some of

14:01:19 5  the footage, I don't know, like that was after I

14:01:22 6  had graduated, so I lost like touch with any of

14:01:25 7  that.

14:01:28 8      **Q.**   You think the film footage was made

14:01:32 9  available at some point after May of 2020?

14:01:36 10      **A.**   I don't know.

14:01:36 11      **Q.**   Okay.  Could it have been before you

14:01:39 12  graduated?

14:01:39 13      **MS. NANAU:**  Objection to form, you may

14:01:42 14  answer.

14:01:42 15      **THE WITNESS:**  I don't know.

14:01:43 16      **BY MR. D'ANTONIO:**

14:01:43 17      **Q.**   Was it to the best of your recollection

14:01:45 18  sometime over the summer of 2019 that she was given

14:01:49 19  access to the film footage?

14:01:51 20      **A.**   I don't think so.

14:01:53 21      **Q.**   Okay.  And do you think you were

14:01:57 22  notified that the footage was available at some

14:02:00 23  point over the summer of 2019?

14:02:02  1          **MS. NANAU:**  Objection to form, you may

14:02:04  2  answer.

14:02:04  3          **THE WITNESS:**  I remember them asking us if

14:02:07  4  we were okay with being in the footage that was

14:02:10  5  available to Dr. Noonan, but I don't remember

14:02:12  6  having access to the footage.

14:02:39  7          **BY MR. D'ANTONIO:**

14:02:39  8          Q.   Ms. Engebrecht, when did you see the

14:02:43  9  door to Dr. Noonan's office open?

14:02:50 10          A.   Sometime after we had reported in

14:02:53 11  February before we had heard anything more about

14:02:58 12  the case, so maybe March, it was spring.

14:03:02 13          **MR. D'ANTONIO:**  Okay.  You say before you

14:03:04 14  heard anything more about the case.  So let's make

14:03:20 15  that C.

         16  **The following were marked for Identification:**

         17   **EXH. C**              **Bates stamped Canisius 01667**

         18   **EXH. D**              **Bates stamped Canisius 01798**

         19   **EXH. E**              **Bates stamped Canisius 01823**

         20   **EXH. F**              **Bates stamped Canisius 02038**

14:04:55 21          **BY MR. D'ANTONIO:**

14:05:05 22          Q.   Ms. Engebrecht, I'm handing you what's

14:05:07 23  been marked as Exhibit C for identification.  Take

14:37:31  1  did I read that correctly?

14:37:34  2          **A.**    Yes.

14:37:34  3          **Q.**    And the second paragraph, with respect

14:37:35  4  to Project Tiger, you will be afforded access to

14:37:39  5  the film or video work that was created for use in

14:37:39  6  creating your own finished work.

14:37:43  7          Should you wish to access this material,

14:37:45  8  please let me know, and I can see that appropriate

14:37:48  9  arrangements are made.  Did I read that correctly?

14:37:51 10          **A.**    Yes.

14:37:51 11          **Q.**    Okay.  Did you ever contact

14:37:57 12  Ms. Walleshauser on or after June 11, 2019 to seek

14:38:04 13  access to the video footage that she references?

14:38:08 14          **A.**    No, because I wasn't a film student.

14:38:12 15          **Q.**    Okay.  So you anticipated my next

14:38:16 16  question, which is why not.  So your position is

14:38:20 17  that because you weren't a film student you were

14:38:23 18  not interested in contacting her about the video

14:38:26 19  footage, right?

14:38:29 20          **A.**    The Project Tiger film was intended to

14:38:33 21  be a group project with a lot of us having

14:38:37 22  graduated at this point, not me, but others in our

14:38:42 23  group.

14:38:43  1          It just at this point the project felt just

14:38:48  2    like it didn't have any -- like it was just too

14:38:54  3    late.  They didn't give it to us soon enough for us

14:38:58  4    to do anything with it.

14:39:01  5          **Q.**   Okay.  So in terms of my direct

14:39:02  6    question, your answer is, no, you didn't contact

14:39:02  7    Ms. Walleshauser at any point on or after June 11,

14:39:05  8    2019?

14:39:05  9          **MS. NANAU:**  Objection, asked and answered,

14:39:07  10   you may answer.

14:39:08  11         **THE WITNESS:**  I did not ask about the

14:39:10  12   footage after June 11.

14:39:12  13         **BY MR. D'ANTONIO:**

14:39:12  14         **Q.**   Did you ever speak with Sierra Boucher

14:39:15  15   about her having requested and gotten access to the

14:39:20  16   video footage for Project Tiger?

14:39:22  17         **A.**   She sent us her little mini documentary

14:39:26  18   that she made, but I didn't ask about it.

14:39:29  19         **Q.**   Okay.  Did she send it to you via

14:39:32  20   e-mail or what?

14:39:34  21         **A.**   I can't remember.

14:39:35  22         **Q.**   Okay.  Did you retain that

14:39:41  23   communication?

14:39:44  1      **A.**   I don't know where the communication

14:39:47  2  was and I didn't find it anywhere.

14:39:51  3      **Q.**   Did you ever respond to Ms. Boucher?

14:39:56  4      **A.**   I can't remember.

14:39:58  5      **Q.**   Okay.  Do you think you responded to

14:40:00  6  her?

14:40:00  7      **MS. NANAU:**  Objection to form, you may

14:40:03  8  answer.

14:40:03  9      **THE WITNESS:**  I don't know.

14:40:08 10      **BY MR. D'ANTONIO:**

14:40:08 11      **Q.**   Okay.  I'm handing you what's been

14:40:31 12  marked as Exhibit I for identification.  Take your

14:40:33 13  time, Ms. Engebrecht, and read through that.  I'm

14:40:36 14  only going to focus on the first page, but you

14:40:42 15  should obviously take your time.

14:42:03 16      **A.**   Okay.

14:42:03 17      **Q.**   Okay.  Exhibit I for identification is

14:42:10 18  a series of e-mails, are they not, dated July 1

14:42:15 19  and 2, 2019?

14:42:18 20      **A.**   Yes.

14:42:18 21      **Q.**   Okay.  And for the record, the document

14:42:22 22  is Canisius 02365 to 02370 inclusive.  The e-mail

14:42:36 23  on the first page of Exhibit I for identification

14:42:39  1  Canisius 02365, is an e-mail from Dr. Margulis to

14:42:47  2  Sierra Boucher, correct?

14:42:48  3       **A.**   Yes.

14:42:49  4       **Q.**   And it reflects her potential access to

14:42:57  5  the Project Tiger footage as well as editing

14:43:02  6  stations.  Is that right?

14:43:05  7       **A.**   Yes.

14:43:05  8       **Q.**   Okay.  And it also indicates that if

14:43:11  9  Sierra wanted to edit the footage with a Mac using

14:43:16 10  Final Cut Pro, that's available in the DMA lab in

14:43:22 11  Lion's Hall 413?

14:43:23 12       **A.**   Yes.

14:43:23 13       **Q.**   Okay.  Did you ever talk with Sierra

14:43:26 14  Boucher about potentially working with her on this

14:43:31 15  project?

14:43:31 16       **A.**   Not that I remember.

14:43:32 17       **Q.**   Okay.  Do you know if anyone else

14:43:35 18  talked with Sierra Boucher about working with her

14:43:37 19  on this project?

14:43:38 20       **A.**   Not that I know of.

14:43:39 21       **Q.**   Okay.  All right.  You mentioned there

14:43:42 22  were some folks on the Project Tiger trip who

14:43:47 23  graduated?

14:43:48  1        **A.**    Yes.

14:43:48  2        **Q.**    Okay.  Who would those have been?

14:43:52  3        **A.**    ~~████████████████████~~  I

14:43:59  4  think that's it.

14:44:00  5        **Q.**    So two people?

14:44:01  6        **A.**    I think so.

14:44:03  7        **Q.**    Okay.  And did either ~~████████~~

14:44:11  8  ever tell you that they were not interested in

14:44:14  9  working on video -- on the video or a video project

14:44:18 10  for Project Tiger?

14:44:23 11        **A.**    Not directly.

14:44:26 12        **Q.**    Okay.  So they never said anything to

14:44:29 13  you one way or the other?

14:44:30 14        **A.**    Not that I remember.

14:44:31 15        **Q.**    Okay.  Now, you did not as far as I'm

14:44:41 16  understanding you work on a video project for

14:44:47 17  Project Tiger after you got back from India?

14:44:52 18        **A.**    Right.

14:44:52 19        **Q.**    Okay.  And do you have an understanding

14:44:58 20  as to why that didn't occur?

14:45:00 21        **A.**    Because we couldn't get the footage.

14:45:03 22        **Q.**    Were you also told that no one in the

14:45:09 23  ABEC department given Dr. Noonan's absence from it

14:45:16  1  had the technical skill set to be able to produce

14:45:20  2  or create a video?

14:45:24  3      **A.**   We had film students that were going to

14:45:27  4  be doing that, ████ and Sierra.  They just needed

14:45:31  5  the footage, they didn't need technical skills from

14:45:36  6  another professor.

14:45:38  7      **MR. D'ANTONIO:**  Let me try my question

14:45:39  8  again.

14:45:40  9          (The above-requested question was then

14:45:55 10  read by the reporter.)

14:45:55 11      **BY MR. D'ANTONIO:**

14:45:56 12      **Q.**   So my question is, was that told you to

14:46:00 13  you by Dr. Margulis or Dr. Russell?

14:46:03 14      **MS. NANAU:**  Objection to the form of the

14:46:05 15  question, asked and answered, you may answer.

14:46:12 16      **THE WITNESS:**  I don't understand what you're

14:46:13 17  asking.

14:46:13 18      **BY MR. D'ANTONIO:**

14:46:14 19      **Q.**   Did there come a time after Dr. Noonan

14:46:16 20  was placed on involuntary leave in February of 2019

14:46:21 21  that you met with Dr. Margulis and Dr. Russell?

14:46:26 22      **A.**   Yes.

14:46:26 23      **Q.**   Okay.  And did the meeting include a

14:46:31  1  discussion of options for producing some sort of

14:46:44  2  finished product based on the information and the

14:46:49  3  documentation and the footage that you had gathered

14:46:52  4  when you went to India?

14:46:53  5       **MS. NANAU:**  Objection to form, you may

14:46:55  6  answer.

14:46:55  7       **THE WITNESS:**  We discussed options of what

14:47:00  8  we could do.

14:47:01  9       **BY MR. D'ANTONIO:**

14:47:01 10       **Q.**   Okay.  And did they tell you that they

14:47:03 11  couldn't do a film?

14:47:06 12       **A.**   Yes, because we didn't have the

14:47:08 13  footage.

14:47:09 14       **Q.**   They never told you that they couldn't

14:47:11 15  do the film because they didn't feel they had the

14:47:14 16  technical skill to oversee the work, they never

14:47:18 17  told you that?

14:47:19 18       **A.**   I don't remember anyone saying that.

14:47:20 19       **Q.**   Did they suggest to the students a

14:47:24 20  podcast?

14:47:24 21       **A.**   Yes.

14:47:25 22       **Q.**   Did the students ultimately perform a

14:47:27 23  podcast?

14:56:21 1          **BY MR. D'ANTONIO:**

14:56:22 2          **Q.**    Okay.  And did you have a problem with

14:56:24 3    Dr. Margulis or did you just find you were doing

14:56:26 4    more work with Professor Suchak, what was the

14:56:29 5    reason for switching?

14:56:29 6          **A.**    When I went to my advisement meeting

14:56:33 7    with Dr. Margulis, she advised me incorrectly with

14:56:36 8    what classes I needed to take.  And then I just

14:56:37 9    felt like she didn't care about helping me with my

14:56:40 10   class load.

14:56:41 11         **Q.**    When was that?

14:56:42 12         **A.**    I think my freshman year.

14:56:45 13         **Q.**    And is that when you switched to

14:56:47 14   Dr. Suchak?

14:56:48 15         **A.**    Yes.

14:56:48 16         **Q.**    Did you get any pushback on that or is

14:56:52 17   that something that just happened?

14:56:53 18         **MS. NANAU:**  Objection to form, you may

14:56:54 19   answer.

14:56:54 20         **THE WITNESS:**  I think because I was her

14:56:57 21   research student it made sense.

14:56:58 22         **BY MR. D'ANTONIO:**

14:56:59 23         **Q.**    Okay.  So you didn't get pushback?

14:57:01  1       **A.**    No.

14:57:02  2       **MS. NANAU:**  Objection to form.

14:57:03  3       **BY MR. D'ANTONIO:**

14:57:03  4       **Q.**    So when Dr. Noonan was placed on

14:57:06  5  involuntary leave, my understanding is that your

14:57:10  6  academic advisor didn't formally change.  Is that

14:57:15  7  right, it remained Dr. Suchak?

14:57:16  8       **A.**    Formally, yes, it was Dr. Suchak.

14:57:19  9  Although Dr. Noonan I used as an advisor.

14:57:24 10       **Q.**    I was going to get to the next

14:57:25 11  question.  My understanding is that even though

14:57:28 12  Dr. Suchak remained your advisor, you lost a

14:57:32 13  resource, my words, tell me if I'm wrong, in

14:57:37 14  Dr. Noonan and his counseling of you?

14:57:38 15       **A.**    Yes, I had -- I was under the

14:57:40 16  impression that he was going to get me into a grad

14:57:44 17  school program that would have helped me.

14:57:52 18       **Q.**    I take it given the list of questions

14:57:57 19  that you had in your statement to Linda

14:58:01 20  Walleshauser on February 13th that as of that point

14:58:06 21  you were no longer interested in having a

14:58:09 22  relationship with Dr. Noonan, correct?

14:58:11 23       **A.**    Correct.

15:02:31  1         **Q.**    Are you talking about in India?

15:02:33  2         **A.**    Yes, and during her research.

15:02:36  3         **Q.**    Okay.  So did anybody ever follow up

15:02:41  4    with Emily and ask whatever happened with regard to

15:02:46  5    her research or her letters of recommendation?

15:02:48  6         **MS. NANAU:**  Objection to form, you may

15:02:50  7    answer.

15:02:50  8         **THE WITNESS:**  I was personally not close

15:02:52  9    with Emily, we never really became close friends.

15:02:58 10    She's a very quiet person.  I think her and Cici

15:03:02 11    were roommates and she was very close with Leanne

15:03:05 12    Walker.

15:03:06 13         **BY MR. D'ANTONIO:**

15:03:06 14         **Q.**    Did Cici ever tell you what happened

15:03:08 15    with Emily Bacon?

15:03:11 16         **A.**    I don't recall.

15:03:11 17         **Q.**    Okay.  How about letters of

15:03:19 18    recommendation, did you ever go to anybody in the

15:03:24 19    ABEC or the biology faculty and ask for letters of

15:03:27 20    recommendation?

15:03:27 21         **A.**    No, because I gave up on grad school.

15:03:30 22         **Q.**    Did you ever get a letter or a

15:03:34 23    reference from anybody in ABEC or in biology for

15:43:53  1      **Q.**   Do you remember posting about that on

15:43:55  2   your social media, on your Facebook page?

15:43:58  3      **A.**   No.

15:44:25  4      **Q.**   Do you remember posting anything about

15:44:28  5   Canisius on your Facebook page?

15:44:31  6      **A.**   I reposted about the NCAA incident on

15:44:36  7   the track team, with the sexual assault cases that

15:44:41  8   were happening on the track team.

15:44:44  9      **Q.**   Do you remember posting anything else?

15:44:48 10      **A.**   Maybe about my trips, the different

15:44:51 11   trips I went on.

15:44:58 12      **Q.**   In terms of your personal viewpoint, do

15:45:06 13   you feel that your Canisius degree is of value?

15:45:14 14      **MS. NANAU:**   I'm going to object to the form

15:45:17 15   of the question, you can answer.

15:45:18 16      **THE WITNESS:**   No, I don't think it's of any

15:45:21 17   value.

15:45:28 18      **MR. D'ANTONIO:**   Okay.  Is that N?  O, sorry.

15:45:28 19   **The following was marked for Identification:**

         20    **EXH. O              Facebook Post**

15:45:56 21      **BY MR. D'ANTONIO:**

15:45:56 22      **Q.**   Okay.  Here you are, your very own.

15:46:06 23   I'm handing you what's been marked as Exhibit O for

15:46:13  1  identification.  Can you take a look at that?

15:46:15  2        **MS. NANAU:**  Is there a Bates stamp?

15:46:18  3        **MR. D'ANTONIO:**  There is not.

15:46:19  4        **MS. NANAU:**  So this was not previously

15:46:21  5  produced, right?

15:46:22  6        **MR. D'ANTONIO:**  It was not.  I don't think

15:46:24  7  we were asked for anything from her social media.

15:46:28  8        **MS. NANAU:**  Well, I would disagree with

15:46:31  9  that, but in any event, I'm just wondering where

15:46:36 10  this is from.

15:46:37 11        **BY MR. D'ANTONIO:**

15:46:38 12      **Q.**  Let me ask a couple of questions.

15:46:41 13      Is your identification name on Facebook Lily

15:46:48 14  Alice?

15:46:49 15      **A.**  Yes.

15:46:49 16      **Q.**  Okay.  So is the July 18, 2020 post on

15:46:56 17  the left-hand side of Exhibit O for identification

15:46:59 18  something you posted?

15:47:00 19      **A.**  Yes.

15:47:01 20      **Q.**  Okay.  And did you write it?

15:47:04 21      **A.**  Yes, I remember Mary Fiorella was

15:47:08 22  removed from campus and I was really upset about

15:47:12 23  it, so I was trying to help.

| | | |
|---|---|---|
| 15:47:14 | 1 | **Q.**   As a recent alum of Canisius College |
| 15:47:17 | 2 | who benefitted from all of the wonderful mentors |
| 15:47:21 | 3 | and faculty during my years there, I am |
| 15:47:24 | 4 | disappointed in Canisius's administration decisions |
| 15:47:28 | 5 | during this time. |
| 15:47:29 | 6 | Please sign this petition to protect our |
| 15:47:33 | 7 | professors for fostering our education and the |
| 15:47:37 | 8 | heart of what the college experience is.  Did I |
| 15:47:39 | 9 | read that correctly? |
| 15:47:40 | 10 | **A.**   Yes. |
| 15:47:40 | 11 | **Q.**   And you wrote that? |
| 15:47:42 | 12 | **A.**   Yes. |
| 15:47:42 | 13 | **Q.**   Nobody forced you to write that? |
| 15:47:45 | 14 | **MS. NANAU:**  Objection to form, you may |
| 15:47:46 | 15 | answer. |
| 15:47:46 | 16 | **THE WITNESS:**  Nobody forced me and it's |
| 15:47:48 | 17 | true.  I loved a lot of my professors, not all of |
| 15:47:51 | 18 | them.  I loved a lot of my mentors, not all of |
| 15:47:51 | 19 | them. |
| 15:47:54 | 20 | And I am mostly disappointed in Canisius's |
| 15:47:59 | 21 | administration with the Title IX case and the |
| 15:48:01 | 22 | sexual assault cases that happened. |
| 15:48:05 | 23 | **MR. D'ANTONIO:**  Since I didn't ask a |

15:48:07   1  question after that, I think I'll move to strike

15:48:10   2  that answer.

15:48:41   3          I'm going to have to get a couple

15:48:49   4  photocopies of this, it came in recently.

15:48:54   5          Off the record.

15:48:55   6               (Discussion off the record: 3:48 p.m.)

15:48:55   7  **The following was marked for Identification:**

           8    **EXH. P                    Progress Note - Karie Gower**

15:50:34   9               (A recess was then taken at 3:50 p.m.)

16:04:18  10       **BY MR. D'ANTONIO:**

16:04:22  11       **Q.**   Ms. Engebrecht, I've handed you

16:04:25  12  Exhibit P for identification.  And the record is

16:04:30  13  number P0001709.  You didn't write this, correct?

16:04:39  14       **A.**   Correct.

16:04:39  15       **Q.**   Okay.  It reflects a progress note for

16:04:45  16  an individual appointment that you had on July 23rd

16:04:51  17  of 2024.  So did you have an individual appointment

16:04:55  18  with a counselor on July 23rd of 2024?

16:04:58  19       **A.**   Yes.

16:04:59  20       **Q.**   And the name of the counselor is Karie

16:05:04  21  Gower.  Is that right?

16:05:04  22       **A.**   Yes.

16:05:05  23       **Q.**   Is it Dr. Gower or Ms. Gower, if you