**Plaintiffs' Exhibit E**

### VIDEO TELECONFERENCE DEPOSITION
### NATASSIA TUHOVAK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                    Plaintiffs,

       - against -     Case No.
                       1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                    Defendant.
----------------------------------------


        Video teleconference deposition of

**NATASSIA TUHOVAK**, Plaintiff, present at 3850 North

Mississippi Avenue, Apartment A526, Portland,

Oregon, taken pursuant to the Federal Rules of

Civil Procedure, connecting to various locations on

October 3, 2024, commencing at 10:03 a.m., before

ANDREA J. DEMYAN, Notary Public.

10:41:47 1  meetings, but I wasn't really ever an active

10:41:50 2  member.

10:41:52 3       Then I mostly just worked a lot in college.

10:41:59 4  I -- I worked at Wegmans, I was a school tour guide

10:42:03 5  for Canisius, I -- I babysat, and -- and then

10:42:10 6  majority of my time was taken up by doing research

10:42:31 7  at Marineland with Dr. Noonan.

10:42:34 8       **BY MS. NAASSANA:**

10:42:43 9       **Q.**    How long were you a tour guide?

10:42:45 10      **A.**    I think I started my sophomore year and

10:42:51 11 then I technically was still a tour guide my senior

10:42:55 12 year, but I don't think I ever did any tours my

10:42:58 13 senior year.

10:42:59 14      **Q.**    Okay.  So when you were in high school,

10:43:02 15 where did you apply to college?

10:43:04 16      **A.**    I can't remember all the exact names,

10:43:11 17 but I will try my best.  There was -- the way that

10:43:21 18 I kind of remember it was just the tours that I did

10:43:24 19 because those were essentially all of the colleges

10:43:26 20 that I -- that I applied to.

10:43:28 21      So there was one that my mom and I toured

10:43:31 22 down in Austin, Texas.  It -- essentially all the

10:43:39 23 colleges that I applied for were specifically

10:43:41 1 related to animal behavior. My mom found that

10:43:47 2 major and thought it would be a good fit for me

10:43:51 3 since I wanted to study animals.

10:43:54 4 So there was a college like I think just

10:43:57 5 outside of Austin, Texas, we did a tour there.

10:44:03 6 I -- I still applied, but it wasn't my top choice.

10:44:06 7 Mainly because the program -- like their animal

10:44:09 8 behavior program seemed pretty small and didn't

10:44:10 9 really seem to have the like resources compared to

10:44:16 10 Canisius.

10:44:18 11 Then there was Amherst College, I only

10:44:24 12 remember that because it was the same name as East

10:44:28 13 Amherst, but just -- yeah. So I toured Amherst

10:44:32 14 College which was in Massachusetts and they also

10:44:41 15 had an animal behavior program.

10:44:42 16 That was the only college I ended up not

10:44:46 17 applying to that I visited mainly -- mainly because

10:44:48 18 they didn't do grades there and I wasn't sure how

10:44:50 19 that would impact my ability to apply for graduate

10:44:54 20 school.

10:44:57 21 Then there was a college in Maine. I

10:45:05 22 remember their mascot was the Nor'easter which

10:45:10 23 there's big storms that happen up in that area. So

10:45:15  1  they had a -- an animal behavior program as well

10:45:22  2  and that was probably my second choice of college

10:45:27  3  because it -- it seemed to be a bigger program.

10:45:30  4  But it was mainly focused on fish and I wanted to

10:45:34  5  really focus on studying mammals.

10:45:40  6          And then I also applied to Bucknell which is

10:45:44  7  in Pennsylvania and I was -- I was interested in

10:45:55  8  Bucknell because they seemed to have like one of

10:45:58  9  the most robust animal behavior majors along --

10:46:04 10  alongside Canisius.

10:46:06 11          And I -- I remember wanting to apply there

10:46:10 12  because they had -- I think it was like rhesus

10:46:16 13  macaque, like some -- some monkey that -- that was

10:46:19 14  on campus for research students to study.

10:46:23 15          Q.   So I'm going to move to strike the

10:46:31 16  nonresponsive portion to the answer.

10:46:34 17          Natassia, out of -- out of all the colleges

10:46:37 18  that you applied to, where were you accepted?

10:46:39 19          A.   I was accepted to the college in

10:46:46 20  Austin, Texas, the college in Maine, and then

10:46:52 21  Canisius.

10:46:54 22          Q.   So why did you choose to attend

10:47:03 23  Canisius?

11:52:57  1 really related to the course.  Even though he

11:53:03  2 wasn't teaching sex evolution that following

11:53:07  3 semester, he decided to bring up the topic of rape

11:53:13  4 in our social org class which seemed to be out of

11:53:17  5 the norm for that class specifically, that normally

11:53:20  6 was talked about in sex evolution.

11:53:23  7        And during that time, he would say that rape

11:53:26  8 is natural and showed us a very graphic video of an

11:53:34  9 orangutan -- a female orangutan getting raped by a

11:53:39 10 male orangutan.

11:53:42 11        I don't know what -- what the educational

11:53:45 12 value of that was other than to shock and awe us

11:53:51 13 and I remember feeling very uncomfortable during

11:53:54 14 that class and trying to convince myself that this

11:53:59 15 is what is -- I need to -- I need to put on a brave

11:54:04 16 face and show that I can be a professional and that

11:54:07 17 this is science.  But looking back on it now, it

11:54:11 18 should have never even been shown, that video.

11:54:18 19        **BY MS. NAASSANA:**

11:54:19 20        **Q.**   At the time you were taking the Social

11:54:22 21 Organization of Mammals course, did you share any

11:54:25 22 of this with -- with anyone?

11:54:27 23        **MS. NANAU:**  Objection to form.  You may

11:58:38 1 these little things that I didn't think were these

11:58:41 2 red flags because of the -- the image that

11:58:44 3 Dr. Noonan implanted in my head of who he was as a

11:58:47 4 person.

11:58:48 5          **BY MS. NAASSANA:**

11:58:53 6          **Q.**   I'm going to move to strike the

11:58:55 7 nonresponsive portions of the answer.

11:58:57 8          Natassia, just to clarify, did you also take

11:59:01 9 a photography class with Dr. Noonan?

11:59:03 10          **A.**   Yes.  Yeah, I did.

11:59:07 11          **Q.**   Okay.

11:59:07 12          **A.**   That was junior year spring semester I

11:59:13 13 believe.

11:59:15 14          **Q.**   Okay.  And did you ultimately accept

11:59:20 15 Dr. Noonan's invitation to be his research student?

11:59:25 16          **A.**   Yes.  I remember after that class I --

11:59:32 17 after the class where he asked me to be on his

11:59:34 18 research team, he told me before class, hey, come

11:59:40 19 talk to me about this after class.

11:59:44 20          And so I, you know, excitedly walked up to

11:59:47 21 him and we started walking up towards his office

11:59:50 22 and he was saying, okay, these are the days when I

23 go do research, I'd love to have you start right

1  away.

2       (Reporter interruption.)

12:00:04  3       **THE WITNESS:**  These were the days when they

12:00:06  4  go to Marineland for research, that his research

12:00:10  5  team goes, and that he would love to have me start

12:00:15  6  right away.

12:00:16  7       And I believe that they -- based on the

12:00:19  8  schedule, I think they went Mondays, Wednesdays,

12:00:22  9  and Fridays from like 6:00 to 10:00.  And at that

12:00:28  10  point in time for that semester, I had a class

12:00:32  11  conflict so I wasn't able to go because I had a

12:00:34  12  class at 9:00 a.m.

12:00:38  13       So then I remember telling him, oh, I can't

12:00:42  14  go and he seemed really disappointed and felt

12:00:49  15  frustrated that I would pick class and prioritize a

12:00:54  16  class over going on his research team.

12:00:58  17       And then I said I would love to come and be

12:01:01  18  on your research team next semester so I -- I ended

12:01:06  19  up going on his research team that same semester

12:01:12  20  sophomore year.

12:01:16  21       **BY MS. NAASSANA:**

12:01:16  22       **Q.**   Okay.  I'm going to move to strike the

12:01:19  23  nonresponsive portions of the answer.

12:01:26 1      Natassia, who are the other ABEC professors

12:01:37 2  with whom you interacted while you were at

12:01:40 3  Canisius?

12:01:40 4      **MS. NANAU:**  Objection to form.  You may

12:01:42 5  answer.

12:01:43 6      **THE WITNESS:**  I took classes -- so I took

12:01:50 7  that ABEC 101 class with Dr. Suchak, the ABEC 102

12:01:57 8  class with Dr. Cornellisee, and then later on for

12:02:02 9  sophomore year, I think I also -- besides the

12:02:05 10  social org classes, I took I think one other class

12:02:08 11  with Dr. Cornellisee and then another class with

12:02:12 12  Dr. Suchak.

12:02:15 13      And then my junior year I did like a summer

12:02:23 14  internship which was technically credited towards

12:02:27 15  my -- my class time like for either like fall

12:02:31 16  semester or spring semester and that was run by

12:02:34 17  Professor Workman.

12:02:36 18      And then my senior year I ended up taking a

12:02:40 19  couple of classes, like I think zoo exhibitory and

12:02:44 20  conservation biology, with Dr. Margulis.  I'd never

12:02:50 21  had any interactions with Dr. Russell.

12:02:53 22      I did have one meeting with Paul Waldau when

12:03:01 23  he was still there to talk about potentially going

12:28:32  1  trip to Hawaii?

12:28:36  2  **MS. NANAU:**  Objection to form.  You can

12:28:38  3  answer.

12:28:38  4  **THE WITNESS:**  On paper, the trip was

12:28:42  5  supposed to be learning, number one, about Hawaiian

12:28:47  6  culture along with the endemic and invasive animal

12:28:58  7  species in Hawaii.

12:29:00  8  **BY MS. NAASSANA:**

12:29:07  9  **Q.**  How many other Canisius students

12:29:10 10  participated on the trip to Hawaii?

12:29:13 11  **A.**  I would say about 10 or 12.

12:29:25 12  **Q.**  Did you have any -- any concerns on

12:29:27 13  this trip to Hawaii?

12:29:30 14  **MS. NANAU:**  Objection to form.  You may

12:29:31 15  answer.

12:29:32 16  **THE WITNESS:**  Yes.  Some concerns that came

12:29:38 17  up were, number one, again, just not giving us any

12:29:44 18  itinerary.  It was always just, oh, this is a

12:29:47 19  surprise so we weren't really able to prepare as

12:29:50 20  to, you know, what we're doing that day.

12:29:54 21  And on one of the days, I remember being so

12:29:58 22  exhausted because we had to wake up extremely early

12:30:02 23  and were not even back at the hotel at like

12:30:04 1  8 o'clock at night. I remember going into like

12:30:07 2  Safeway and getting food and coming back out and

12:30:09 3  just feeling loopy.

12:30:11 4       Dr. Noonan was -- was extremely crabby that

12:30:15 5  day and I think he -- he snapped at me and so I was

12:30:22 6  already really on edge and the way that I kind of

12:30:25 7  cope with uncomfortable situations a lot of the

12:30:28 8  times is to laugh.

12:30:30 9       And I remember getting back in the car and

12:30:31 10 just hysterically laughing until the point where I

12:30:34 11 was sobbing in the back of the van because of just

12:30:37 12 like how exhausted I was and how he was just -- his

12:30:43 13 demeanor changed. It was very different from how

12:30:46 14 he was during social org.

12:30:49 15      And so then he openly admitted and said, oh,

12:30:53 16 yeah, it probably wasn't my best decision to -- to

12:30:57 17 schedule a jam-packed day on the third day of the

12:31:02 18 trip because that's always when people get

12:31:04 19 extremely tired and I've known this from past

12:31:08 20 trips.

12:31:09 21      So, you know, if he had known that from past

12:31:13 22 trips, I think he should have planned that better,

12:31:16 23 number one. And then the biggest concern was the

12:31:18 1 girl talk in the van where Dr. Noonan rented out a

12:31:23 2 huge passenger van for all of us to fit in.

12:31:26 3        And Dr. Noonan is a very scary driver, is

12:31:32 4 not -- was always like speeding, was always taking

12:31:35 5 like risky turns, and a lot of us weren't even

12:31:38 6 wearing like our seat belts during that time and he

12:31:40 7 didn't make us wear our seat belts.

12:31:42 8        But the main thing was the girl talk that he

12:31:46 9 would always say it was where he would say, oh, if

12:31:48 10 you're -- would you date this kind of person, would

12:31:51 11 you date a guy with a beard, would you date a guy

12:32:09 12 that hunts.  And it was like always, number one,

13 just very focused on --

14        (Reporter interruption.)

12:32:13 15    **THE WITNESS:**  So he would -- he would ask

12:32:15 16 those questions and, again, it was always very

12:32:17 17 focused on whether or not you would date a man and

12:32:22 18 he was very -- very dismissive of, you know,

12:32:28 19 anyone -- anyone's sexuality outside of a

12:32:31 20 heterosexual framework.

12:32:34 21        I remember he would frequently bring up

12:32:37 22 Mark Evans on the trip and say who wouldn't want to

12:32:41 23 date Mark Evans, he's a hunk and kept on going on

12:32:46  1  about him because he was like one of the -- the

12:32:51  2  one -- one of the few brave men in the ABEC program

12:32:56  3  and was -- also had a beard and kind of looked

12:33:00  4  similar to Dr. Noonan.

12:33:02  5      But my -- my biggest thing was when we were

12:33:05  6  all in the van and he started talking about how

12:33:07  7  lonely he was post divorce and how he wanted to get

12:33:12  8  back on the dating scene and would -- started

12:33:20  9  saying, oh, well, I want to date people and I -- I

12:33:23 10  have a lot of options.

12:33:25 11      What do you guys think, do you guys think

12:33:28 12  that it's -- that I should be able to date someone

12:33:39 13  who was previously my student?  And I remember

12:33:45 14  automatically feeling really shocked by this and

12:33:49 15  saying absolutely not, you shouldn't be dating one

12:33:52 16  of your -- you shouldn't be dating someone that you

12:33:54 17  once taught before.

12:33:56 18      And Dr. Noonan immediately tried to -- tried

12:34:03 19  to convince me otherwise I would say.  He

12:34:06 20  immediately said, well, you know, Natassia, I've

12:34:08 21  been dating -- or well, he'd said, you know,

12:34:11 22  Natalie -- you know, Natalie, I've been dating --

12:34:17 23  well, I've been teaching -- I've been teaching for

12:34:19 1 | 40-plus years at this school.

12:34:22 2 | So all the people that have been reaching

12:34:24 3 | out to me have been students from way back when

12:34:29 4 | I -- before I -- you know, they're all adults now,

12:34:31 5 | can't I date an adult? And I -- I said, you know,

12:34:36 6 | that still makes me uncomfortable, but, you know, I

12:34:39 7 | can't really stop you, I just think it's an abusive

12:34:41 8 | power.

12:34:43 9 | And I don't think Dr. Noonan liked being

12:34:46 10 | called out for that because he rarely ever got

12:34:49 11 | called out for inappropriate behavior.

12:34:55 12 | Then the other concerns that kind of came up

12:34:59 13 | was -- would always be very focused on

12:35:03 14 | photographing us in our bathing suits and there was

12:35:05 15 | no -- no question of, hey, are you comfortable if I

12:35:10 16 | photograph you in your bathing suit. There was no

12:35:12 17 | question of, hey, are you comfortable if I post

12:35:14 18 | this on the CAC Facebook page.

12:35:17 19 | It was just this automatic thing that felt

12:35:20 20 | like you couldn't really object to, number one.

12:35:24 21 | And, number two, he would, you know, during --

12:35:28 22 | during those photos -- the photos, I think he tried

12:35:31 23 | to strategically find ways to -- to put us in

12:35:36  1  positions where our bathing suit tops were likely

12:35:39  2  to fall off.

12:35:40  3      So what happened to me was we were all -- we

12:35:44  4  were -- he took us to this cliff diving spot and he

12:35:49  5  mentioned that we weren't supposed to be there.

12:36:07  6  That this cliff diving spot wasn't a -- a spot that

12:36:13  7  most people were allowed to cliff dive at because

12:36:17  8  of the potential riptides there, but he took us

12:36:22  9  anyway.

12:36:23  10      And -- and so we -- it was a huge cliff too

12:36:27  11  where we were jumping off of and I remember he had

12:36:31  12  us jumping from the cliff and he said, okay, I'm

12:36:38  13  going to be down in the water filming you guys and

12:36:41  14  it will be a cool shot if I get you guys jumping

12:36:44  15  into the water and it will be like an underwater

12:36:47  16  photo because he had like a GoPro video so he was

12:36:52  17  taking those videos of us.

12:36:54  18      When I was cliff diving and like jumping

12:36:56  19  off, my -- I was wearing like a tankini so it

12:37:00  20  wasn't as if like my spaghetti straps or anything

12:37:04  21  fell off, but my -- my top flew up when I was

12:37:07  22  jumping off and I remember putting it down as

12:37:09  23  quickly as possible and -- and feeling very

12:37:11  1  uncomfortable because I look up and Dr. Noonan is

12:37:14  2  still filming.

12:37:16  3        And I just thought maybe he didn't see,

12:37:19  4  maybe -- maybe he didn't -- maybe he didn't even

12:37:24  5  see, it was all the bubbles.  But looking back on

12:37:26  6  it now, I think he did this on purpose so that he

12:37:30  7  could get videos of half naked students.

12:37:35  8        And then the -- the other thing that was

12:37:41  9  concerning was the fact that when he first told me

12:37:45 10  that I had made it into the -- into like the

12:37:50 11  application process where he was picking me to go,

12:37:55 12  I remember we were in social org, we were at the

12:37:58 13  Buffalo Zoo at that point in time and we were all

12:38:02 14  gathered around waiting for the social org lab to

12:38:05 15  start.

12:38:05 16        And Dr. Noonan came up to me and said, you

12:38:08 17  know, Natassia, I have to tell you that you wrote

12:38:11 18  one of the best applications out of all of the

12:38:15 19  entire students and I absolutely want to have you

12:38:18 20  on -- on the trip to Hawaii, but your swim test,

12:38:22 21  you weren't really good at your swim test.

12:38:24 22        And, you know, I knew that that was accurate

12:38:28 23  because I'm not a swimmer, never been my forte.

12:38:31 1  And so he told me I really want to take you, but if

12:38:35 2  you agree to go, I -- I need you to have a life

12:38:37 3  vest on for whenever we're in the water snorkeling

12:38:43 4  and that was going to be a majority of the trip

12:38:45 5  where we're snorkeling for most of the time.

12:38:48 6      And so I said, yeah, of course, like that

12:38:51 7  totally makes sense, I understand, and I would

12:38:53 8  love -- I would absolutely love to go.  And when we

12:38:58 9  got to Hawaii, not once had he ever provided me a

12:39:01 10 life vest and we were swimming in pretty rough

12:39:04 11 water sometimes.

12:39:05 12     The full incident was I think the first time

12:39:07 13 that we went snorkeling, we were snorkeling in a

12:39:11 14 cove and it was like you literally were on the

12:39:14 15 beach and you had to like walk into the water to go

12:39:17 16 snorkeling.

12:39:19 17     And I remember when we first did that and it

12:39:23 18 was the first time like he was seeing me swim with

12:39:27 19 snorkel gear on which I've done in the past so I

12:39:30 20 felt like I was comfortable enough to at least

12:39:32 21 snorkel, he said, okay, well, I'm going to hold

12:39:35 22 your hand instead of giving you a life vest and

12:39:38 23 just hold my hand the entire time.

12:39:40 1    And so I remember going through the reef and

12:39:42 2 just holding his hand and kind of feeling a little

12:39:45 3 bit weird because, you know, when you're holding

12:39:47 4 someone's hand while swimming, like your bodies are

12:39:49 5 kind of with like the waves accidently touching

12:39:52 6 each other.

12:39:52 7    And I just kept on thinking, okay, well,

12:39:54 8 he's just trying to keep me safe and he -- you

12:39:57 9 know, he doesn't think I need a life vest and this

12:40:07 10 is fine.  And then after that time, you know, with

12:40:13 11 the cliff diving, he didn't make me wear a life

12:40:16 12 vest, he didn't even bring one for me, didn't tell

12:40:19 13 me that I needed to bring a life vest for myself

12:40:22 14 either.  He said that he would provide one or we

12:40:24 15 would get it in Hawaii.

12:40:26 16    So automatically like we were cliff diving

12:40:29 17 and he was letting me swim without a life vest and

12:40:32 18 then we were -- the -- the last day when -- oh,

12:40:38 19 well, he did take us to -- yeah.

12:40:41 20    So the last day he took us to this beach

12:40:44 21 where he said we all -- we all need to go out deep

12:40:51 22 into the water so that you can hear the -- not

12:40:55 23 Beluga whales -- so you can hear the humpback

12:41:01 1 whales singing and doing their mating calls.

12:41:04 2      And I -- I had gone to this spot for years

12:41:07 3 and this is like a place where you can absolutely

12:41:09 4 hear them, but you have to dive down really deep in

12:41:12 5 order to like pause and hear their calls.  However,

12:41:17 6 this beach was very rough water that day.

12:41:21 7      He pointed out and said, oh, look, there's a

12:41:24 8 riptide right there so we got to be -- we got to be

12:41:26 9 careful.  You know, everyone has to -- has to be

12:41:29 10 careful when they're going out.  And of course

12:41:33 11 going -- going out into the water when you're going

12:41:35 12 towards the ocean, like that -- that was easy and I

12:41:37 13 thought, okay, this should be fine.

12:41:40 14      There was no -- there was no one-on-one talk

12:41:43 15 with me because I think I was the -- the -- the

12:41:47 16 worst swimmer, the weakest swimmer on -- on the

12:41:51 17 trip and so there was no like one-on-one discussion

12:41:53 18 with me saying, hey, if you're not feeling

12:41:56 19 comfortable or, hey, I think you should sit this

12:41:58 20 one out.

12:41:58 21      All it was was this focus on you're going to

12:42:02 22 miss out if you don't get to see the whales or --

12:42:04 23 well, if you don't get to hear the whales.  And I

12:42:07 1 went -- I wanted to not -- not make things

12:42:12 2 complicated and I also didn't want to miss out on

12:42:14 3 this like once in a lifetime experience to hear --

12:42:17 4 hear humpback whale calls and so I -- I swam out.

12:42:20 5      And getting out was fine, but then coming

12:42:24 6 back in was extremely hard because we were in the

12:42:27 7 middle of a riptide and I remember like just

12:42:30 8 exerting so much energy.  I got stung by something,

12:42:34 9 I thought it was a jellyfish at that time.

12:42:36 10      When I was trying to get back in, I felt

12:42:39 11 this like stinging pain on my leg.  I -- I finally

12:42:43 12 somehow make it up to the beach and a lifeguard is

12:42:46 13 there and at that point in time, I --

12:43:04 14      (Reporter interruption.)

12:43:04 15      **THE WITNESS:**  I'm sorry.  I think at that

12:43:10 16 point in time, they had those flags out on the

12:43:14 17 beach to tell you what the surf was that day of if

12:43:18 18 it's dangerous to go out.  And I can't remember --

12:43:21 19 like I can't remember like the scale of the flags,

12:43:23 20 but the -- the flag that was out was like in the

12:43:26 21 danger zone.

12:43:26 22      And when we went out the first time, the

12:43:29 23 lifeguard was not there, but when we got back onto

12:43:32　1　the beach, the lifeguard was there.  And I also

12:43:35　2　have sports asthma and so I -- swimming really

12:43:40　3　triggers that sports asthma.

12:43:42　4　　　　So I remember just sitting on the beach out

12:43:44　5　of breath gasping for air and the lifeguard coming

12:43:51　6　up and asking -- asking me if I was okay and then

12:43:56　7　Dr. Noonan takes over and goes, she's fine -- she's

12:43:59　8　fine, leave her alone, she's fine.

12:44:02　9　　　　And I -- I was -- I was concerned and he

12:44:12　10　didn't really seem to care that -- he wasn't taking

12:44:15　11　into consideration my -- my swimming abilities

12:44:20　12　and -- yeah.  So then the riptide -- the -- the

12:44:36　13　other thing that --

12:44:47　14　　　　　　(Reporter interruption.)

12:44:47　15　　　　**THE WITNESS:**  The other thing that concerned

12:44:49　16　me was when we were -- we booked a whale tour

12:44:59　17　with -- with a tour company and so you kind of go

12:45:04　18　out and -- on a boat and, you know, they try to

12:45:07　19　find humpback whales so you can see them out in the

12:45:13　20　wild followed along with like a snorkel expedition.

12:45:17　21　　　　And, number one, the tour -- the tour guide

12:45:25　22　said, okay, everyone, when the boat is in motion,

12:45:27　23　you all need to sit down and not get up for safety

12:45:31  1  reasons and of course Noonan did not -- did not

12:45:36  2  follow that.

12:45:37  3      He starts getting up and starts pointing to

12:45:39  4  the whales and trying to overtake the tour guide's

12:45:45  5  position and he almost ended up falling in the

12:45:48  6  water and the tour guide had to be stern with him

12:45:53  7  and say you need to sit down and I don't think

12:45:56  8  Dr. Noonan liked -- liked that.  He did not like

12:45:59  9  getting pushed back upon.

12:46:02  10      And so throughout that entire -- that entire

12:46:05  11  trip, from the time when the tour guide sternly

12:46:10  12  told -- told Dr. Noonan to sit down, from then on,

12:46:14  13  I could just feel the shift in energy where

12:46:17  14  Dr. Noonan seemed to be very angry and it -- it was

12:46:21  15  very uncomfortable.

12:46:27  16      And so at that point, we -- we spent the

12:46:33  17  entire day -- we're like hours out on this boat

12:46:37  18  with the tour guide and then when we finally come

12:46:41  19  back, you know, it's very customary in these

12:46:44  20  situations to tip your -- tip your boat driver.

12:46:49  21      And we were -- we were the -- besides the --

12:46:56  22  I think there was like a couple that were -- that

12:46:58  23  were there, but essentially because of how big our

12:47:01 1 group was, we made up a majority of the boat.

12:47:05 2      And so when we got out, Dr. Noonan refused

12:47:09 3 to tip the boat driver and I felt so embarrassed

12:47:13 4 and I think he refused to tip the boat driver

12:47:16 5 because of Dr. Noonan -- Dr. Noonan essentially

12:47:20 6 getting yelled at -- or not even yelled at, but

12:47:23 7 just talked sternly to by the boat driver about

12:47:26 8 safety.

12:47:27 9      And so Dr. Noonan wanted to punish him by

12:47:31 10 not giving him a tip even though we were the ones

12:47:34 11 that made up a majority of the boat ride and they

12:47:37 12 had given us a significant discount because we were

12:47:41 13 making up such a big group.

12:47:43 14      And I -- at that point, I felt really awful

12:47:46 15 and I -- I almost was about to like go to an ATM

12:47:50 16 and pull out cash so that I could give the boat

12:47:53 17 driver a tip myself, but I -- I was afraid that

12:47:57 18 Dr. Noonan would start yelling at me for going

12:47:59 19 against his wishes and so I didn't.

12:48:04 20      And then the final concern was when -- when

12:48:10 21 we -- when we were flying back, we were supposed to

12:48:14 22 fly back on the 23rd and Dr. Noonan told us, oh,

12:48:18 23 yeah, I'm spending my holiday -- my Christmas

12:48:21 1 holiday with my daughter who lives in Hawaii so you

12:48:26 2 guys are going to be going back home by yourself.

12:48:32 3      And at that point in time, you know, there

12:48:34 4 were -- there were some like junior and seniors on

12:48:37 5 the trip and then there were -- I would say

12:48:41 6 including myself, there was three sophomores and

7 one --

8      (Reporter interruption.)

12:48:52 9   **THE WITNESS:** Including myself and one

12:48:55 10 freshman and so we were all supposed to have

12:49:07 11 connecting flights going in -- from Hawaii to LA

12:49:10 12 and then the proceeding connecting flights were

12:49:13 13 just kind of based off of whether people wanted to

12:49:16 14 go directly home for Christmas or if they wanted to

12:49:22 15 stop back in Buffalo to grab their things and then

12:49:25 16 head home that way.

12:49:27 17      And I think a majority of us were living in

12:49:30 18 the Buffalo area and so we were just going to all

12:49:33 19 fly back to Buffalo together and we were all mainly

12:49:39 20 booked on the same flight.

12:49:40 21      But then on that day we got into LA, it was

12:49:44 22 one of the rare instances in LA where it started

12:49:47 23 downpouring after a significant drought and that

12:49:53  1  messed up all of the flights.  And so we were

12:50:09  2  all --

         3          (Reporter interruption.)

12:50:09  4      **THE WITNESS:**  It messed up our connecting

12:50:11  5  flights because the flights got either delayed or

12:50:14  6  canceled and, you know, at this point, there were

12:50:19  7  not a lot of girls on the trip that -- that had

12:50:26  8  flown before by themselves.

12:50:28  9          And I think there was a lot of stress

12:50:33 10  because of the situation where we didn't really

12:50:37 11  have a professor to help us figure out connecting

12:50:41 12  flights, we didn't have someone to kind of take

12:50:44 13  charge.

12:50:44 14          And so I remember having to call my mom who

12:50:58 15  had flown significantly for her work and -- and so

12:51:10 16  I remember asking her for help, if she could call

12:51:13 17  the airline and help us figure out how to -- sorry,

12:51:19 18  I'm also hearing the feedback as well so I'm trying

12:51:22 19  to like pause for you.

12:51:35 20          So then I was having to call my mom on

12:51:38 21  someone else's phone because my phone even though I

12:51:42 22  had like a waterproof case on it, ended up on one

12:51:46 23  of like our snorkeling expeditions when I was like

12:51:50 1  trying to film cool underwater fish, the case ended

12:51:54 2  up leaking and my -- my phone got completely

12:52:01 3  drenched.

12:52:01 4      So I had no phone on the flight back that

12:52:04 5  was working so I'm like trying to -- luckily I had

12:52:10 6  my mom's cell phone number memorized so I was

12:52:13 7  trying to call -- trying to call her and we all

12:52:17 8  ultimately ended up being able to get home, but we

12:52:22 9  all kind of had to go on separate flights.

12:52:24 10     I ended up having to go on a flight by

12:52:27 11 myself to Rochester because there were no available

12:52:32 12 flights going to Buffalo where I could make it back

12:52:36 13 Christmas Eve and Christmas Eve is an important

12:52:40 14 date for my family because that's when we spend

12:52:45 15 Christmas with -- with my dad's side of the family.

12:52:48 16     So I -- I was trying really hard to make it

12:52:51 17 back in time and I ended up having to fly through

12:52:56 18 Rochester and asking the person next to me sitting

12:53:00 19 next to me when I got on the flight -- because I

12:53:03 20 was a standby and so I luckily got on a flight.

12:53:07 21     I remember asking if I could use their phone

12:53:10 22 to call -- call my family, hey, I'm on this flight

12:53:13 23 to Rochester, can you guys, you know, please come

12:53:18  1   pick me up here because I had no other means of

12:53:23  2   communicating at that point in time and Noonan just

12:53:27  3   was not -- not able to like help us in any way.

12:53:32  4        I -- I think some students did try to

12:53:35  5   contact him and he just didn't really either -- to

12:53:40  6   my memory, they either didn't -- he either didn't

12:53:45  7   respond or he just wasn't very helpful in that

12:53:51  8   situation.

12:53:55  9        **BY MS. NAASSANA:**

12:54:01 10        **Q.**   Okay.  So backing up for a moment.

12:54:03 11   Natassia, you mentioned swimming in the ocean on

12:54:06 12   the trip to Hawaii, did you ask Dr. Noonan to not

12:54:12 13   participate in that activity?

12:54:16 14        **MS. NANAU:**  Objection to form.  There were

12:54:18 15   many -- there's testimony about many instances of

12:54:21 16   swimming.  Is there any particular one that you're

12:54:23 17   referring to?

         18        **BY MS. NAASSANA:**

12:54:25 19        **Q.**   At any -- at any time, did you ask

12:54:28 20   Dr. Noonan if -- to not have to participate in

12:54:30 21   swimming in the ocean?

12:54:34 22        **A.**   Not that I recall.  I wanted -- I -- I

12:54:40 23   felt like I couldn't say no because I wanted to

13:51:19  1    I was already spring semester of my junior

13:51:22  2  year and I, you know, only had senior year left and

13:51:27  3  for law school you have to get around three

13:51:30  4  recommendation letters from professors.  And I felt

13:51:32  5  like I did not have enough professors that knew me

13:51:36  6  well enough to have someone write me a

13:51:38  7  recommendation letter.

13:51:39  8    Mainly because all of my time if it wasn't

13:51:42  9  working, it was being on the research team with

13:51:45 10  Dr. Noonan or going to class and I -- I didn't have

13:51:49 11  time to establish another relationship with a

13:51:51 12  professor in -- in ABEC or just in general with any

13:51:57 13  other professor.

13:51:58 14    And that's when I went to Margulis down --

13:52:01 15  up -- well, sorry.  I went to Margulis, what, March

13:52:06 16  of my junior year.  So that would be March of 2018,

13:52:11 17  April of 2018, somewhere around that time when I --

13:52:16 18  I essentially could not take it anymore.

13:52:18 19    My -- my roommate ███████████ who became

13:52:22 20  my roommate again junior year, ████████████ and I

13:52:28 21  think a couple of other like ABEC students when

13:52:31 22  they heard I was struggling on the team with

13:52:34 23  Dr. Noonan, suggested that I talk to Margulis

13:52:36 1 because she's great, she listens, and she's this

13:52:39 2 person that really cares about students.

13:52:40 3      And of course if you tell her that you're

13:52:42 4 having problems, you're going to -- you're -- you

13:52:45 5 are going to get the problem resolved, you know.

13:52:50 6 People were saying I wouldn't be surprised if she

13:52:52 7 put you on her research team to like help protect

13:52:54 8 you.

13:52:54 9      And so I went to Dr. Margulis to talk about

13:52:57 10 the harassment that I was -- I was facing and it

13:53:01 11 was not a good meeting.  I remember it was a lot of

13:53:04 12 downplaying of what I was saying, it was me talking

13:53:07 13 about how I was screamed at, getting verbally

13:53:12 14 abused every day on the research team.

13:53:15 15      That I was being made an example of a

13:53:17 16 student -- of -- of a type of student that other

13:53:21 17 research students wouldn't want to be and I think

13:53:23 18 partially it was because I pushed back on

13:53:25 19 Dr. Noonan.

13:53:26 20      And I -- I told her, I said I could not -- I

13:53:29 21 was not doing well mentally, I was having panic

13:53:32 22 attacks going into the research lab every day, was

13:53:36 23 just like waiting for Dr. Noonan to scream at me.

13:53:40 1  I would frequently go and sob in the back stairwell

13:53:42 2  of health science because I knew no one would be

13:53:45 3  over there.

13:53:46 4       And I told Dr. Margulis all of this and she

13:53:49 5  just looked at me and said what do you want me to

13:53:51 6  do about it?  You know he's difficult to work with,

13:53:53 7  that's just the way he is.

13:53:54 8       And then when I tried to tell her, you know,

13:53:57 9  I -- I feel like I'm trapped, I can't leave his

13:53:59 10 research team, there's no possibility for me to get

13:54:02 11 into like graduate school or law school without --

13:54:06 12 without his recommendation letter or some other --

13:54:10 13 some other -- some other research team or research

13:54:15 14 project that I could do outside of Noonan, she just

13:54:17 15 essentially said, well, either you can stay on the

13:54:20 16 team and be miserable and get your recommendation

13:54:22 17 letter or you can leave.

13:54:23 18       That's all I can tell you.  What do you want

13:54:24 19 me to do?  So yeah, I didn't feel like I had an

13:54:28 20 option to leave and I wanted to, but I couldn't.

13:54:32 21       **Q.**   I'm going to move to strike the

13:54:51 22 nonresponsive portions of the answer.

13:54:52 23       Natassia, when was the first time you shared

13:54:55  1  your concerns about Dr. Noonan with Dr. Margulis?

13:54:58  2          **A.**     During that April, March 2018 meeting.

13:55:09  3          **Q.**     Where was that meeting?

13:55:12  4          **A.**     It was in her office.  I remember

13:55:17  5  after -- after my -- after a couple of the ABEC

13:55:21  6  students were trying to talk up Margulis and

13:55:23  7  telling me that I -- I should go talk to her, I --

13:55:27  8  I think I went after one of my classes to

13:55:30  9  Mary Fiorella because that's where you normally

13:55:34 10  book a meeting.

13:55:35 11          And I asked Mary to schedule me with

13:55:39 12  Dr. Margulis on whatever day that she had available

13:55:42 13  and that it was a private conversation that I

13:55:45 14  needed to have with her.

13:55:46 15          When I went into her office, I made sure

13:55:48 16  that the door was shut because I was really scared

13:55:50 17  of divulging what was going on on the research team

13:55:54 18  because Dr. Noonan made it seem like -- made it

13:55:58 19  seem like, you know, he had all of this power.

13:56:04 20          And he had a lot of -- of students, number

13:56:09 21  one, that -- that were kind of mesmerized by the

13:56:16 22  myth of Dr. Noonan, the -- the mask that he would

13:56:17 23  like to put on, the people that did not get to know

13:56:21  1  him that were not on his research team, but were

13:56:23  2  his students.

13:56:25  3        I was -- I was really scared to divulge

13:56:27  4  anything because that -- that feeling and knowing

13:56:31  5  that he's a very volatile person and if he knew

13:56:34  6  that I was going to talk to Margulis, that -- that

13:56:37  7  I would be in really big trouble.

13:56:39  8        I could get screamed at, I could -- I

13:56:42  9  could -- I was scared for my physical safety as

13:56:44  10  well and I remember specifically asking

13:56:48  11  Dr. Margulis to close the door because this was a

13:56:50  12  private meeting and yeah, I was in her office.

13:56:53  13        Q.   I'm going to share my screen just for a

13:57:15  14  moment.  Can you see my screen, Natassia?

13:57:19  15        A.   Yes.

13:57:19  16        Q.   So I'm showing you what will be marked

13:57:23  17  as Exhibit BU, it's Bates stamped Canisius 01106.

13:57:33  18  Take a moment and look at this, please, and let me

13:57:37  19  know when you're done.

13:57:44  20        A.   Yep.

13:57:44  21        Q.   Okay.  Does this calendar invite refer

13:57:46  22  to the meeting that you just mentioned with

13:57:48  23  Dr. Margulis?

13:57:49  1        **A.**    Yes.

13:57:49  2        **Q.**    Okay.  So it happened on March 12th,

13:57:53  3  2018; is that correct?  Oh, sorry.  Sorry, strike

          4  that.

13:57:55  5        So the meeting happened on March 13th, 2018;

13:58:00  6  is that correct?

13:58:00  7        **A.**    Correct.

13:58:01  8        **Q.**    Okay.  And -- so what specifically did

13:58:27  9  you say to Dr. Margulis at this meeting?

13:58:30 10        **MS. NANAU:**  Objection to form.  Are you

13:58:33 11  asking in addition to what she's already testified

13:58:35 12  or you just want her to do it again?

         13        **BY MS. NAASSANA:**

13:58:38 14        **Q.**    Well, I haven't asked the question yet

13:58:40 15  so please answer this question.  What specifically

13:58:43 16  did you tell Dr. Margulis at this meeting?

13:58:46 17        **MS. NANAU:**  Objection to form.  Asked and

13:58:47 18  answered.  You may answer.

13:58:48 19        **THE WITNESS:**  I talked to her about the

13:58:54 20  harassment that I was receiving on nearly a daily

13:58:56 21  basis of either going into the research lab and --

13:59:02 22  yeah, I think at that point in time it was just me

13:59:05 23  going into the research lab at that point.

13:59:07 1    So I was talking to her about the most

13:59:10 2 recent verbal harassment that I was experiencing

13:59:15 3 and -- and the -- essentially the sex

13:59:21 4 discrimination that I was experiencing based on my

13:59:23 5 gender of -- of not being the type of woman that

13:59:26 6 Dr. Noonan wanted.

13:59:27 7    He wanted a submissive, quiet person and I

13:59:33 8 tried to talk about how, you know, when I would

13:59:34 9 push back on him or I would be doing my best to --

13:59:38 10 to meet his expectations, it was just never enough.

13:59:41 11    And looking back on it now, I realize it was

13:59:43 12 because I -- I -- I was not fitting his expectation

13:59:47 13 of what he -- he thought a woman should be and did

13:59:50 14 not like that I called him out on stuff.

13:59:53 15    But at that point in time, I told

13:59:55 16 Dr. Margulis that -- that I -- I was not doing well

14:00:01 17 mentally going into the research lab every day, I

14:00:05 18 didn't think I could take it much longer, and I

14:00:07 19 felt trapped because I couldn't leave the research

14:00:11 20 team without losing the opportunity to get a

14:00:14 21 recommendation letter from Noonan.  And then, you

14:00:17 22 know, miss out on my research project that I was

14:00:20 23 really passionate about that I -- that I wanted

14:00:23   1   to -- that I wanted to continue researching and --

14:00:25   2   and getting that research credit.

14:00:28   3       And that ended up with her saying, you know,

14:00:37   4   what do you want me to do about this?  That's just

14:00:41   5   the way he is, you know he's difficult to work

14:00:43   6   with.  And it felt like it was this blame placed on

14:00:48   7   me of I should have known better even though I

14:00:51   8   would have never entered his research team if I

14:00:53   9   knew everything that was going to happen from the

14:00:57 10   moment, you know, I started taking his class to the

14:01:01 11   moment that the Title IX happened.

14:01:04 12       I would have never gone on the team and I

14:01:06 13   did not know the full extent of how difficult he

14:01:08 14   was to work with.

14:01:09 15   **BY MS. NAASSANA:**

14:01:10 16       **Q.**   Did you use the term verbal harassment

14:01:13 17   during this meeting with Dr. Margulis?

14:01:14 18       **A.**   I believe so or just like talking about

14:01:19 19   how he screams at me, how every little thing I do

14:01:25 20   is wrong.  It -- it just -- yeah.  I can't remember

14:01:31 21   the exact words that I used so I think it was just

14:01:35 22   me talking to her about my experience and very

14:01:38 23   likely said verbal harassment.

14:01:41  1      **Q.**   Did you use the word sex discrimination

14:01:44  2  during this meeting?

14:01:45  3      **A.**   Not at that time because I didn't

14:01:49  4  connect those two together.  I didn't realize

14:01:52  5  that -- I didn't have the vocabulary at that point

14:01:54  6  in time.

14:01:55  7      I was in a very -- it should have been -- it

14:02:05  8  shouldn't have been on me to say that this was sex

14:02:08  9  discrimination.  It should have been on Margulis

14:02:10 10  who has a duty to report to the Title IX office and

14:02:13 11  be able to pick up on these little tells.

14:02:16 12      Because she knew Dr. Noonan for a very long

14:02:18 13  time and it shouldn't have been on me to say I'm

14:02:20 14  being sexually discriminated against.  It should

14:02:23 15  have been obvious.

14:02:24 16      **Q.**   Have you testified about everything

14:02:27 17  that Dr. Margulis told you at this meeting or are

14:02:30 18  there additional things that she said at the

14:02:32 19  meeting?

14:02:33 20      **A.**   That's all I can really recall.  She

14:02:38 21  just was not helpful, made it -- again, put the --

14:02:41 22  the onus on me to -- to make a decision and did not

14:02:45 23  give me any options of saying, hey, if you leave

14:02:48  1  the research team, I'll help you get a

14:02:51  2  recommendation letter.

14:02:51  3      Like there was just no options.  It was just

14:02:53  4  either stay on the research team and get your

14:02:55  5  recommendation letter or leave the research team

14:02:57  6  and you're screwed essentially for any graduate or

14:03:00  7  law school program that you want to enter into.

14:03:02  8      **Q.**  So at the time of this meeting, were

14:03:06  9  you a triple major?

14:03:07  10      **A.**  Yes.

14:03:08  11      **Q.**  Did Dr. Margulis advise you to leave

14:03:16  12  Dr. Noonan's research team?

14:03:17  13      **A.**  No.

14:03:19  14      **MS. NANAU:**  Objection to form.  You may

14:03:20  15  answer.

14:03:20  16      **THE WITNESS:**  No.  She just said those are

14:03:24  17  my options.  Didn't even say, hey, I'm really

14:03:27  18  concerned about this, this is worrisome, nothing.

14:03:30  19  She did not say any of that.  She just said what I

14:03:33  20  have said previously.

14:03:36  21      **BY MS. NAASSANA:**

14:03:37  22      **Q.**  So did you -- did you stay on

14:03:39  23  Dr. Noonan's research team after this meeting?

14:03:41 1          **A.**    Yeah, I felt forced to.  I -- I got to

14:03:46 2     a point where I felt like the school was not going

14:03:50 3     to help me and I had to just succumb to the

14:03:55 4     realization that -- that I was going to go through

14:03:57 5     another year of -- of abuse and harassment.

14:04:01 6          And the best way I could just think of it

14:04:04 7     was just to put my head down and try to distance

14:04:07 8     myself as much as possible from Dr. Noonan and hope

14:04:10 9     that he didn't continue to yell at me and harass

14:04:14 10    me, come up to my -- come up to my computer and

14:04:18 11    start braiding my hair.

14:04:19 12         I was hopeful that like he wouldn't make me

14:04:22 13    stretch his knee even though I've always told him

14:04:26 14    no.  Like I had to -- I had to mentally prepare

14:04:28 15    myself that that was going to be the rest of my

14:04:30 16    year.

14:04:36 17         **Q.**    After this meeting with Dr. Margulis,

14:04:39 18    did you speak to anyone else on the faculty about

14:04:44 19    Dr. Noonan?

14:04:45 20         **MS. NANAU:**  Objection to form.  At any time?

14:04:50 21         **MS. NAASSANA:**  Yes.

14:04:50 22         **THE WITNESS:**  I spoke to Dr. Hogan and that

14:04:57 23    mainly came about during my -- my spring semester

14:05:02  1  of -- of my senior year.  So like in January,

14:05:09  2  Leanne Walker who was a research student on

14:05:13  3  Noonan's team, I was good friends with ▨▨▨

14:05:19  4  we -- we, you know, always had like a good

14:05:23  5  friendship during Marineland and we liked to hang

14:05:25  6  out outside of -- of Marineland when we saw each

14:05:30  7  other in the library and stuff.

14:05:31  8      So when we were taking conservation biology

14:05:34  9  together that spring semester, we sat next to each

14:05:37 10  other.  ▨▨▨ was actually like sitting catty

14:05:42 11  corner, kitty-corner, whatever you want to call it,

14:05:45 12  next to us because like the research --

14:05:48 13  Dr. Noonan's research students were all kind of --

14:05:50 14  they liked to stick together.

14:05:53 15      So I was sitting next to ▨▨▨ and ▨▨▨

14:05:57 16  was -- had plans to become a vet so she was an ABEC

14:06:04 17  and a biology major, she was a double major.  And

14:06:11 18  Dr. Noonan created this research project for her

14:06:14 19  because she was the only one on the research team

14:06:17 20  that was taking -- was -- was majoring in biology.

14:06:22 21      And he needed someone that was majoring in

14:06:25 22  like biology and was taking like chemistry classes

14:06:28 23  and stuff to do a project -- a research project

14:06:32  1  where they were trying to determine the paternity

14:06:34  2  of all the whales that were born in Marineland.

14:06:37  3  So, you know, they were taking vials of the -- of

14:06:40  4  the blood of the Belugas that were born there to

14:06:43  5  determine who -- who was the father.

14:06:46  6       And so then she was doing that research

14:06:50  7  project and I remember from -- from talking to her

14:06:55  8  and then also talking to ▨ who was also an

14:07:01  9  ABEC bio double major, that junior year was always

14:07:05 10  a very hard -- a very hard year to -- to go through

14:07:10 11  for biology.

14:07:12 12       You were taking like, you know, bio chem

14:07:14 13  which was extremely difficult and it's a year where

14:07:17 14  you don't -- you're -- you're just very focused on

14:07:20 15  school.  And -- and so then when I -- I was talking

14:07:25 16  to ▨ about like, oh, how's it going with, you

14:07:29 17  know, bio chem, how's your research project going

14:07:32 18  with Noonan.

14:07:33 19       Since we both weren't going to Marineland

14:07:35 20  and if you're not going to Marineland you're not

14:07:37 21  really seeing the research students at research

14:07:40 22  because everyone has a different time because there

14:07:42 23  was only a limited number of computers and a lot of

14:07:44 1 us used the same computer for our data.

14:07:47 2 So I really didn't get to see ▨ at

14:07:49 3 research or get to see her really outside of

14:07:54 4 conservation bio so I was asking some updates and

14:07:57 5 she said, oh, yeah, well, Dr. Noonan really wants

14:08:00 6 me to do like 20-plus hours of work for research

14:08:02 7 each week and it's just something that like I can't

14:08:05 8 really keep up with.

14:08:06 9 It's not something that can be sustainable

14:08:08 10 for me and I'm really thinking about quitting and

14:08:11 11 then she said that Noonan was working with

14:08:18 12 Dr. Haeusser who was part of the biology department

14:08:21 13 on this research project because Noonan wasn't

14:08:24 14 really experienced in bio chem so he needed

14:08:28 15 Haeusser who I think specialized in microbiology.

14:08:32 16 So Noonan and Haeusser who was a fairly new

14:08:37 17 faculty member at that point in time and really had

14:08:40 18 not ever experienced Noonan and I think that's why

14:08:42 19 he ended up trying to collaborate with him because

14:08:45 20 he didn't know better.

14:08:46 21 When he started -- when they started going

14:08:50 22 into the lab together to -- with ▨ to do these

14:08:54 23 samples, that's when Noonan started screaming at

14:08:58  1      ▨▨▨ saying that she's not committed from what

14:09:02  2      ▨▨▨ told me at least that like that was a really

14:09:04  3   bad interaction, but it wasn't unusual of the

14:09:08  4   things that we've experienced on the research team.

14:09:11  5        But what was kind of novel about it was that

14:09:14  6   it was in front of Dr. Haeusser and Dr. Haeusser

14:09:19  7   got very concerned with it and apparently brought

14:09:21  8   it up to Dr. Hogan who was the biology chair at

14:09:24  9   that point in time.

14:09:26 10        And so then when he brought it up,

14:09:28 11   apparently Dr. Hogan had reached out to ▨▨▨ and

14:09:34 12   asked to have a meeting because she was concerned

14:09:37 13   about what was going on and so that was like early

14:09:43 14   January.

14:09:44 15        I remember -- at that point in time, I can't

14:09:46 16   remember if it was like before she met with Hogan

14:09:48 17   or if it was afterwards that -- that she ended up

14:09:54 18   deciding to quit Dr. Noonan's research team and I

14:09:57 19   remember she texted me about it.

14:09:58 20        And I said, you know, I think you should

14:10:00 21   talk to Dr. Margulis about this at least and she

14:10:05 22   responded and said, you know, I've already talked

14:10:08 23   to her and she told me to leave the team.  And, you

14:10:11 1  know, when I'd talked to ▨▨▨ she -- you know,

14:10:14 2  in person later on when I saw her in conservation

14:10:16 3  bio, she essentially said, yeah, Margulis just told

14:10:19 4  me to leave.

14:10:20 5        She didn't give me any options.  She just

14:10:22 6  said, oh, I think this is for the best and that was

14:10:25 7  very similar to my experience.  And so then -- so

14:10:30 8  then Leanne apparently went up and talked to

14:10:32 9  Dr. Noonan, said that she was leaving the team.

14:10:35 10       And then sometime in like -- I think this

14:10:41 11 was all happening in the span of maybe like a week,

14:10:44 12 two weeks.  Somehow during conservation bio after

14:10:47 13 Leanne left the team and was -- had already met

14:10:51 14 with Dr. Hogan or was going to meet with Dr. Hogan,

14:10:55 15 during conservation bio before class, she was

14:10:58 16 talking to me and saying, you know, I think I'm

14:11:00 17 going to report Dr. Noonan to the Title IX office.

14:11:03 18       That's what Hogan wants me to do, that's

14:11:05 19 what she's recommending that I do, but I'm like

14:11:10 20 scared or that she was like worried of retaliation

14:11:14 21 and -- and so then she knew just based on, you

14:11:19 22 know, our time in research together, that

14:11:21 23 Dr. Noonan was really awful to me.

14:11:24  1       We did not have a -- Dr. Noonan and I did

14:11:27  2   not have a good relationship at that point in time

14:11:29  3   and she said do you want to go to Hogan with me,

14:11:34  4   maybe we can meet with Hogan together and I think

14:11:37  5   at that point in time she had already met with

14:11:39  6   Hogan one-on-one.

14:11:40  7       And so I said, okay, yeah, like let's do it

14:11:42  8   and I remember trying to be very quiet about this

14:11:46  9   because everything -- because of how small the

14:11:48 10   school is and how small the ABEC program is, word

14:11:54 11   travels fast.

14:11:55 12       And I -- I remember trying to like sneakily

14:11:59 13   look at Margulis to make sure that she wasn't

14:12:01 14   listening.  I was looking over at Hannah Whelan and

14:12:06 15   Lily Engebrecht -- sorry, can't remember how to

14:12:08 16   pronounce her last name -- and at that point in

14:12:12 17   time, you know, I was under the assumption that

14:12:14 18   those were Noonan's new golden girls.

14:12:17 19       And I was really scared of them overhearing

14:12:22 20   us talking about this because I was afraid that

14:12:25 21   they were going to report it back to Noonan because

14:12:27 22   I had no knowledge at that time about what was

14:12:29 23   going on on the India trip and -- and stuff like

14:12:33 1   that.

14:12:34 2       So when I -- I remember talking very quietly

14:12:39 3   to Leanne and just saying, okay, let's -- let's

14:12:41 4   schedule this.  And I think ▨ was the one to

14:12:43 5   schedule the meeting with Hogan, ▨ and I.

14:12:48 6   And before the meeting, I remember we met I think

14:12:51 7   in the library and we were like, okay, we want to

14:12:55 8   be as organized as possible.

14:12:56 9       And ▨ said, okay, this is what I told

14:12:59 10  Dr. Hogan so far about like the yelling and the

14:13:01 11  screaming and stuff, but you have more experience

14:13:03 12  with like the sexual harassment that Dr. Noonan did

14:13:07 13  so like do we want to talk about that?

14:13:08 14      And that was a decision that we were really

14:13:11 15  trying to determine, like do we want to talk about

14:13:13 16  this, do we want to -- to bring this up because it

14:13:16 17  was a pretty well-known thing.

14:13:19 18      Like he would have research students

14:13:21 19  stretching his knee in -- in the research lab and

14:13:23 20  we weren't sure -- we weren't sure if we should

14:13:26 21  bring it up or if it was just a very well-known

14:13:29 22  kind of thing throughout the ABEC department and

14:13:31 23  probably the school.

14:13:32  1        And so we were like, okay, let's -- let's

14:13:33  2   try.  Like let's first start talking about all

14:13:37  3   of -- all of the like harassment and the ways where

14:13:41  4   he's screaming at us, all the harassment in the

14:13:44  5   ways that he -- that he, you know, had such high

14:13:50  6   expectations for us which were just not reasonable

14:13:54  7   as a professor.

14:13:54  8        We started off with those and then we

14:13:56  9   finally got to the bottom of the page and said,

14:13:58 10   okay, let's put in the sexual harassment stuff and

14:14:00 11   let's keep it very minimal because we don't want a

         12   paper trail, number one because we were still

         13   very --

         14        (Reporter interruption.)

14:14:15 15        **THE WITNESS:**  Because we were very paranoid

14:14:17 16   at that point in time of not knowing if this was

14:14:19 17   going to go anywhere, if we were going to be taken

14:14:22 18   seriously.

14:14:23 19        And so I -- I remember typing it up on my

14:14:27 20   laptop and we brought a copy to our meeting with

14:14:33 21   Dr. Hogan and we started off with the very top part

14:14:36 22   of our concerns on the -- on the sheet of paper.

14:14:40 23        And Dr. Hogan, we were trying to feel her

14:14:44 1 out and then she -- she seemed very concerned with

14:14:47 2 just the -- the sex discrimination, general

14:14:50 3 harassment kind of activities that were -- that we

14:14:56 4 were listing off.

14:14:56 5 And then we finally were like, okay, we're

14:14:59 6 going to talk about the sexual harassment now and

14:15:01 7 then I think that's when her eyes really just

14:15:04 8 like -- I remember her eyes going just really wide

14:15:06 9 and I think she realized that she opened a can of

14:15:09 10 worms that she was not -- she was not expecting.

14:15:14 11 And so that's when she really recommended

14:15:17 12 that we go to the Title IX office and I was still

14:15:22 13 trying to decide whether or not I was comfortable

14:15:24 14 doing so.

14:15:26 15 So I had that meeting with her and then

14:15:29 16 somehow -- even though we were trying to be quiet

14:15:32 17 about it, somehow word spread and ▨▨▨▨▨▨

14:15:43 18 she was working on Project Tiger and also Project

14:15:46 19 Wolf while I was in the research lab during my

14:15:49 20 senior year and she -- you know, we were leaving

14:15:51 21 the research lab at the same time one day.

14:15:54 22 And ▨▨▨▨ came up to me and just said,

14:15:58 23 hey -- we were like walking back from health

14:19:40 1 how big this was getting. And then, you know,

14:19:43 2 Linda I think kind of stopped us and said, okay,

14:19:46 3 like I want to talk to each of you individually and

14:19:48 4 then she set up meetings with us.

14:19:49 5 I met with Linda maybe even that same day,

14:19:52 6 the next day. It was fairly shortly afterwards and

14:19:56 7 that meeting lasted like 15 minutes where Linda

14:20:01 8 was -- was very -- I got the vibe of she was very

14:20:05 9 dismissive, wasn't really asking -- looking back on

14:20:11 10 this now, when I'm an attorney where I am dealing

14:20:14 11 with domestic violence, I'm dealing with child

14:20:17 12 abuse on a daily basis, I -- I have to be very

14:20:20 13 careful in how I'm asking my questions to, you

14:20:23 14 know, potential new clients that are doing

14:20:25 15 consults.

14:20:25 16 Because I don't want them to feel like they

14:20:28 17 are being blamed in any way and I think when you

14:20:32 18 are in a field where there's a lot of traumatizing

14:20:38 19 and very sensitive topics, you have to be very

14:20:42 20 careful in how you are wording your questions and

14:20:45 21 how you are coming off to make it seem -- or not

14:20:48 22 make it seem -- to actually show the person that

14:20:51 23 you care, number one, and that you're taking this

14:20:54 1 seriously.

14:20:54 2      And I believe it gets more information out

14:20:57 3 of -- out of people when you are saying, hey, I --

14:21:01 4 you know, I don't want you to think that I'm

14:21:03 5 blaming you, I have to ask this question just to be

14:21:05 6 thorough.  That was never any caveat Linda

14:21:09 7 provided.

14:21:09 8      It was just, well, what was the harassment

14:21:13 9 that you experienced and I -- I told her about the

14:21:18 10 knee stretching which happened over the summer of

14:21:22 11 junior year going into senior year when I was a

14:21:27 12 like -- it was for CAC, but it wasn't for -- it

14:21:32 13 wasn't for credit.  It was just like a summer job

14:21:35 14 where I was doing puppet shows at the Buffalo Zoo.

14:21:38 15      During those prep sessions where we were in

14:21:42 16 Dr. Noonan's lab like writing out the script of --

14:21:45 17 you know, of the puppet show and getting our

14:21:48 18 uniforms, that's when, you know, he made -- made us

14:21:54 19 stretch his knee in the lab.

14:21:55 20      And I remember saying no and that I didn't

14:22:00 21 feel comfortable and he -- he made me -- he just

14:22:03 22 like kept on pressuring me until I had to say yes

14:22:06 23 and I remember having -- the way that he wanted us

14:22:08 1  to do it was to put our one hand right below his

14:22:12 2  knee near his shin and then the other hand like mid

14:22:16 3  thigh and push down.

14:22:17 4       And he would make this groaning sound and it

14:22:20 5  was a mixture of like either pain or pleasure and I

14:22:23 6  got very uncomfortable with it and I didn't want to

14:22:26 7  do it again.  But then when we went to the Buffalo

14:22:30 8  Zoo when we were like trying to set up for the --

14:22:33 9  the puppet shows, there was like these benches on

14:22:38 10 the puppet shows for, you know, everyone to sit in

14:22:40 11 the audience.

14:22:41 12      And they were empty at that time because we

14:22:43 13 weren't doing the puppet show yet, we were just

14:22:45 14 trying to get it all set up and Noonan was sitting

14:22:49 15 on one of the benches with his knee up -- with his

14:22:51 16 leg up and asked me to stretch his knee again.

14:22:54 17      And, again, I told him no, that I didn't

14:22:56 18 feel comfortable and, again, he just kept on

14:22:58 19 pressuring and saying, come on, it really hurts and

14:23:01 20 I don't have -- you know, I don't have a wife

14:23:03 21 anymore and I don't have anyone, I live alone, so I

14:23:05 22 need -- I need you to stretch my knee for me, you

14:23:08 23 need to do this.

14:35:12 1  Dr. Hogan on Tuesday, February 5th, 2019?

14:35:17 2       **A.**   If that's what the message says, then

14:35:21 3  yeah.  I don't remember the exact date, but from

14:35:24 4  the e-mails, it looks like that's when we met.

14:35:26 5       **Q.**   Okay.  So what questions and concerns

14:35:28 6  did you and Leanne discuss with Dr. Hogan at that

14:35:34 7  meeting on February 5th, 2019?

14:35:37 8       **A.**   We discussed the -- essentially we

14:35:42 9  discussed the verbal harassment and the -- the

14:35:48 10  verbal harassment and the dynamics on Dr. Noonan's

14:35:51 11  research team with his overly high expectations as

14:35:55 12  a professor.

14:35:56 13       And then we also brought up the concerns

14:36:03 14  regarding Noonan -- Noonan's crossing boundaries

14:36:08 15  of -- of him -- of him asking sexual -- sexual

14:36:14 16  questions, which he normally called girl talk.

14:36:19 17       I remember talking to Hogan specifically

14:36:23 18  about some of the comments that he made during the

14:36:27 19  photography class since we were going, you know, on

14:36:30 20  these day field trips together where I was recently

14:36:35 21  dating my current fiancé at that time.

14:36:37 22       And I told Dr. Hogan that he made a comment

14:36:43 23  while we were all walking around and he heard -- he

14:36:46  1  overheard that I was dating someone and that we --

14:36:49  2  we met on Tinder.  He -- he made this comment of,

14:36:52  3  oh, well, you know, that's a hookup app and maybe I

14:36:55  4  should start going on Tinder to find -- to find

14:36:59  5  dates.

14:36:59  6      And that made me really uncomfortable

14:37:02  7  especially since it felt like he was insinuating

14:37:05  8  that -- like he was kind of hinting at that I was

14:37:11  9  being sexual with my -- with my partner at the time

14:37:14  10  which I didn't think was really appropriate.

14:37:17  11      I remember we talked about some comments

14:37:22  12  that -- that Dr. Noonan made to ▨▨▨▨ specifically

14:37:27  13  during her bio lab -- not bio lab, but like her

14:37:32  14  research in the bio lab with Noonan.  There was

14:37:34  15  like something about like a pipet getting squirted

14:37:39  16  somewhere, like just not in the -- like the correct

14:37:41  17  place.

14:37:42  18      And then I think Dr. Noonan made like a -- a

14:37:45  19  squirting joke or like a sexual kind of joke about

14:37:48  20  like squirting or about -- I can't remember if it

14:37:53  21  was about squirting or if it was about like

14:37:55  22  ejaculation, but that was the joke he made.

14:38:00  23      Yeah, I think we brought up the knee

14:38:03  1  stretching, we talked -- I believe we talked about

14:38:08  2  the microphones going through -- I don't think

14:38:12  3  ▨ experienced this, but I remember bringing up

14:38:14  4  the microphone that Noonan would put through my

14:38:18  5  shirt when I was doing the puppet shows with him.

14:38:25  6  Yeah, I think that was the gist of our meeting on

14:38:32  7  that day.

14:38:33  8       Q.   Okay.  Thank you.  Okay.  So what --

14:38:42  9  what did Dr. Hogan say in response?

14:38:44 10       A.   I can't remember exactly what she said.

14:38:47 11  I just remember her body language just looking to

14:38:49 12  be very concerned and overwhelmed.  And I think

14:38:58 13  that was the meeting where when I told her about

14:39:00 14  the knee stretching, she made this comment of,

14:39:03 15  wait, I -- I went into his office this past

14:39:06 16  semester and saw someone stretching his knee, I

14:39:08 17  thought that was a physical therapist.

14:39:10 18       And I think she was starting to put the dots

14:39:14 19  together that no, it wasn't a physical therapist,

14:39:16 20  it was a student that was stretching his knee.

14:39:22 21       Q.   Okay.

14:39:22 22       A.   So I think she was kind of shocked by

14:39:24 23  learning this new information and I think during

14:39:29  1   that meeting, she -- she recommended that we get in

14:39:33  2   contact with the Title IX office, specifically

14:39:37  3   Linda Walleshauser.

14:39:39  4        **Q.**   Okay.  So before -- strike that.

14:39:44  5   Strike that.

14:39:45  6        After this February 5th meeting with

14:39:46  7   Dr. Hogan but before you reported to the Title IX

14:39:49  8   office, did you meet again with Dr. Hogan?

14:39:52  9        **A.**   Sorry, you said -- could you just --

14:39:59 10        **Q.**   Sure.  So after that meeting you just

14:40:01 11   described but before you went to Linda and the

14:40:04 12   Title IX office, in that period, did you meet again

14:40:08 13   with Dr. Hogan?

14:40:10 14        **A.**   I don't believe so.  I know that I met

14:40:16 15   with her a couple more times, but I think it was

14:40:19 16   solely after meeting with Linda and having the

14:40:23 17   Title IX investigation opened.  I -- I believe I

14:40:25 18   did reach out to possibly Hogan via e-mail --

14:40:29 19        **Q.**   Okay.

14:40:29 20        **A.**   -- after I found out more girls wanted

14:40:31 21   to -- to come forward, but I don't think there was

14:40:34 22   ever like an in person meeting.

14:40:36 23        **Q.**   Okay.  I'm going to stop sharing my

14:40:41 1 screen. Okay. So when was the first time you

14:40:52 2 raised your concerns regarding Dr. Noonan with

14:40:54 3 anyone in the -- in the Title IX office?

14:40:56 4     **A.** I think that was like in early February

14:41:05 5 is when I reached out to Linda and sent that first

14:41:08 6 e-mail saying that I wanted to set up an

14:41:10 7 appointment with her.

14:41:11 8     And then after I found out and got

14:41:13 9 confirmation from the other Project Tiger girls

14:41:19 10 that -- that they were in agreement of coming

14:41:21 11 forward, I think I sent Linda a second e-mail and

14:41:23 12 said, you know, there's actually more girls that

14:41:27 13 want to come forward, can we try to set up a better

14:41:30 14 place to meet because I think offices are kind of

14:41:33 15 tiny with, you know, 10-plus people there.

14:41:36 16     **Q.** So where -- where did that meeting take

14:41:39 17 place?

14:41:39 18     **A.** I believe it was -- I know it was in

14:41:47 19 Old Main, but for some reason Old Main 101, that

14:41:50 20 number is ringing a bell.

14:41:52 21     **Q.** And what -- what happened at that -- at

14:41:54 22 that group meeting with Linda?

14:41:56 23     **A.** So during that group meeting, I think

14:41:57  1  it was a pretty short meeting.  I do remember -- I

14:42:04  2  feel like looking through just trying to like get

14:42:07  3  my memory back, I remember that Hannah Whelan --

14:42:12  4  the girls -- we wanted to be very united and we

14:42:16  5  wanted to not really talk over each other all at

14:42:18  6  once.

14:42:19  7      We wanted to have one kind of like

14:42:20  8  spokesperson at that meeting and so I think the --

14:42:23  9  the Project Tiger girls ultimately chose

14:42:29 10  Hannah Whelan to kind of do that speaking role for

14:42:31 11  them and I think we all kind of met and very

14:42:35 12  generally started talking about our concerns with

14:42:37 13  Noonan.

14:42:38 14      I just remember -- I don't remember a lot

14:42:43 15  that was said.  I think it was just very general

14:42:45 16  concerns because Linda was saying I want to talk

14:42:48 17  with you all individually before I get any more

14:42:51 18  details.

14:42:52 19      **Q.**   Do you remember how long that meeting

14:42:55 20  was?

14:42:56 21      **A.**   No, not that I can recall.  Maybe like

14:43:01 22  half an hour.

14:43:02 23      **Q.**   Do you remember anything else that --

15:06:56 1 complaint about this.

15:06:57 2      **BY MS. NAASSANA:**

15:07:11 3      **Q.** Okay. Okay. Let's go back to February

15:07:12 4 of 2019. After the group meeting you had with --

15:07:18 5 with Linda on February 11th, 2019, did you meet

15:07:21 6 with her individually?

15:07:22 7      **A.** Yes.

15:07:25 8      **Q.** Do you know when you met with her?

15:07:27 9      **A.** I think it was like shortly after that

15:07:31 10 group meeting. Maybe that same day, maybe the day

15:07:35 11 following. I can't remember the exact day.

15:07:42 12      **Q.** What happened at that individual

15:07:44 13 meeting with Linda?

15:07:45 14      **A.** I felt very rushed. I think I met with

15:07:52 15 her a total of 15 minutes and during that time, she

15:07:57 16 was asking questions that really seemed to put

15:08:02 17 blame and insinuate blame on me.

15:08:04 18     When I told her -- and I do just want to

15:08:08 19 make this correction. I believe that I did the

15:08:12 20 puppet show with Dr. Noonan my sophomore year going

15:08:15 21 into junior year, that summer, so the summer of

15:08:21 22 2018.

15:08:22 23     So when I was -- that -- when I told her

15:08:28  1  about the knee stretching and what occurred at --

15:08:33  2  you know, in the research lab along with at the

15:08:37  3  Buffalo Zoo, the response that I would get was do

15:08:45  4  you have any more recent instances.

15:08:47  5      Or it would be, well, did you tell him no

15:08:51  6  and I would respond and say, yeah, I did tell him

15:08:54  7  no and then it would just be this kind of move on

15:08:59  8  from that question.

15:09:01  9      And I didn't feel -- like during that

15:09:09 10  meeting, I -- I think I was still processing all of

15:09:19 11  the -- all of like the all-encompassing harassment

15:09:27 12  Dr. Noonan did to me and I didn't really have a lot

15:09:30 13  of time to really sit and think of every single

15:09:36 14  instance because at a point it got so normal,

15:09:42 15  normalized to me.

15:09:44 16      And so I -- you know, I felt like when I was

15:09:49 17  telling her the biggest incidences in my head at

15:09:54 18  the time of the sexual harassment and her saying,

15:09:57 19  well, do you have any more recent incidences, it

15:09:59 20  just felt like if I told her more about the smaller

15:10:03 21  things or more about the dynamic of this being a

15:10:11 22  very intentional relationship that Dr. Noonan --

15:10:14 23  that Dr. Noonan specifically planned out with each

15:10:17 1 and every student that he came into contact with,

15:10:20 2 that, you know, his plan to -- it wasn't just this

15:10:27 3 0 to 100 kind of thing.

15:10:30 4     It was a very slow and small boundary

15:10:35 5 crossing of -- of incidences and it just felt like

15:10:40 6 since the big sexual harassment stuff occurred, you

15:10:47 7 know, two -- two years prior or like a year and a

15:10:50 8 half prior to when I was reporting it, it didn't

15:10:52 9 matter at that point in time.

15:10:53 10     That was the -- the -- that was the takeaway

15:11:00 11 from -- from that meeting and so I didn't feel like

15:11:05 12 I could really open up more about just how

15:11:10 13 insidious this dynamic was and I -- I don't think I

15:11:15 14 really had the vocabulary to verbalize all of it

15:11:19 15 because I was still so in it at that point in time.

15:11:24 16     **Q.**   So what else did Linda say to you

15:11:26 17 during this meeting?

15:11:27 18     **A.**   I think I expressed to her immense fear

15:11:35 19 about Dr. Noonan finding out about the Title IX

15:11:37 20 investigation and from what I recall, that was a

15:11:41 21 big thing that we talked about in the group meeting

15:11:46 22 with the girls as well with all, you know, eight of

15:11:48 23 us, 10 of us.

15:11:50  1    So when I talked to her one-on-one and I

15:11:53  2  think also during the group meeting now that I'm

15:11:55  3  like kind of having this all come back, Linda just

15:11:59  4  kept on reiterating over and over and over again

15:12:03  5  that retaliation is not acceptable or like is not

15:12:06  6  tolerated.  There was no discussion of what, number

15:12:10  7  one, retaliation would look like and there was no

15:12:15  8  discussion about the process.

15:12:18  9    I remember in both meetings asking about the

15:12:21 10  process of what this Title IX investigation is

15:12:24 11  going to look like and the answer that I just kept

15:12:28 12  on getting back was, well, every case is different

15:12:31 13  and I can't really tell you because it's a

15:12:33 14  different process each time.

15:12:34 15    And I just felt even more scared then

15:12:40 16  because I didn't know what was going to come out of

15:12:44 17  this case, what was it -- what it was going to

15:12:46 18  entail.  All I knew is that they were going to have

15:12:49 19  a meeting with Dr. Noonan and I didn't know what

15:12:53 20  was going to happen from there.

15:12:56 21    It was just that they were going to have an

15:12:57 22  investigation, it was going to be open, and that

15:13:00 23  retaliation is prohibited.  That -- that was it.

15:13:05 1 And it didn't feel like a sufficient explaining of,

15:13:09 2 number one, the Title IX and, number two, what

15:13:12 3 retaliation looks like and there was absolutely no

15:13:14 4 discussion about potential accommodations that I

15:13:17 5 could get during this time.

15:13:18 6      **Q.** You just mentioned something about the

15:13:20 7 investigation, how you knew it was going to be

15:13:23 8 opened. What do you -- what do you mean by that?

15:13:26 9      **A.** I don't know. They just kept on

15:13:29 10 referring to it as an investigation. That the

15:13:33 11 Title IX investigation is now open and that they're

15:13:38 12 fact gathering and then once they have met with

15:13:42 13 everyone, then that's when they're going to talk to

15:13:45 14 Dr. Noonan.

15:13:49 15      So that was the extent of what I knew. I

15:13:52 16 didn't know what was going to happen following

15:13:54 17 after they talked to Dr. Noonan. Was he going to

15:13:57 18 be on campus, was he going to stay on campus, did

15:14:00 19 we have to go in the research lab with him every

15:14:03 20 single day after he -- he found out? It was really

15:14:12 21 unclear.

15:14:15 22      **Q.** And this meeting was in Linda's office,

15:14:17 23 right?

15:14:18  1          **A.**    Yes.

15:14:20  2          **Q.**    Okay.  Did you ask any questions to

15:14:29  3  Linda at this meeting?

15:14:31  4          **A.**    I think it was just asking about the

15:14:34  5  process and, you know, already what I testified

15:14:36  6  about of not having really any solid answers.

15:14:52  7          Oh, and I think -- I think I also talked

15:14:54  8  about research and what -- what was going to happen

15:14:56  9  with research.  I don't remember the exact answer

15:15:00 10  Linda gave me, but I do think that that was, you

15:15:03 11  know, one of my concerns at the time was, number

15:15:05 12  one, you know, my research project, but also for

15:15:09 13  Emily Began and Maddie Blackwell's research

15:15:12 14  projects.

15:15:13 15          Who, you know, they -- they wanted to get

15:15:16 16  published and I was afraid for them losing out on

15:15:19 17  that opportunity to -- to get published if Noonan

15:15:23 18  ended up leaving.

15:15:24 19          **Q.**    Did Ms. Walleshauser tell you to submit

15:15:38 20  a written statement?

15:15:39 21          **A.**    Yes.

15:15:39 22          **Q.**    Did you provide a written statement to

15:16:00 23  Linda after that individual meeting with her?

15:16:02 1     **A.**     No.  I started drafting one.  I

15:16:08 2  remember being in the library and starting to draft

15:16:10 3  it and then I kept on getting all of these text

15:16:12 4  messages from the Project Tiger girls that I was

15:16:17 5  hoping that it was just a fluke meeting with --

15:16:20 6  mine and Linda's meeting, individual one-on-one

15:16:23 7  meeting.

15:16:23 8         But as I heard back more and more from the

15:16:29 9  Project Tiger girls, I got scared of this was just

15:16:32 10 going to -- this investigation was not going to go

15:16:34 11 anywhere and I -- I don't think I was really even

15:16:43 12 ready to write about my experience.

15:16:46 13        So I started it and then I shut my laptop

15:16:49 14 and never tried to open it back up again and

15:16:53 15 restart it.  I just -- at that point in time, I

15:16:56 16 felt -- I felt really exhausted and it felt like I

15:17:04 17 was already struggling enough in school.

15:17:08 18        That I just -- I couldn't -- I couldn't

15:17:10 19 handle having to like write about all of this

15:17:13 20 traumatic stuff happening to me and feeling like

15:17:17 21 I -- I'm begging the administration to take my --

15:17:20 22 my concerns seriously and take my experience

15:17:24 23 seriously.

15:43:24　1　　　**Q.**　Okay.　Let me just get the Bates

15:43:26　2　number, sorry.　So it's Bates stamp Canisius 01815.

15:43:31　3　Okay.　So these are e-mails between you and

15:43:36　4　Dr. Hogan on February 21st, 2019.

15:43:42　5　　　Did you meet with Dr. Hogan as its indicated

15:43:46　6　here in this e-mail?

15:43:47　7　　　**A.**　I believe so, yes.

15:43:56　8　　　**Q.**　Okay.　So what did you discuss with --

15:43:58　9　with Dr. Hogan?

15:43:58　10　　　**A.**　I think this was the meeting where I

15:44:02　11　brought up with her putting in a no contact clause.

15:44:08　12　I could be mixing it up with another meeting, but I

15:44:11　13　think at that point in time when we knew that

15:44:17　14　Dr. Noonan wasn't going to be at Canisius teaching,

15:44:21　15　we were still worried that he was going to be

15:44:24　16　hostile to us and try to reach out to us.

15:44:29　17　　　So I believe that was the meeting where I

15:44:30　18　just like shortly asked her if we could include a

15:44:33　19　no contact clause.

15:44:44　20　　　**Q.**　What do you mean by you were worried

15:44:46　21　that he would be hostile to you?

15:44:47　22　　　**A.**　Because we didn't know what the process

15:44:52　23　was going to look like.　All we knew was that

15:44:55 1  Dr. Noonan was going to be interviewed or have a --

15:44:59 2  have a meeting with -- I don't even know who it all

15:45:03 3  was with.

15:45:04 4      I just remember it was -- I think, you know,

15:45:08 5  Linda said that it was going to be her at the

15:45:10 6  meeting, but we had no idea who else was there and

15:45:14 7  we had no idea what was going to be said at the

15:45:16 8  meeting.

15:45:17 9      You know, we had given Linda all of that

15:45:21 10 information, you know, either in individual

15:45:24 11 meetings or through written statements, but we

15:45:27 12 didn't know if they were going to say our names, if

15:45:30 13 they were going to give out identifying

15:45:32 14 information.

15:45:32 15     But, again, it is very easy if you're on a

15:45:36 16 research team made up of three students at that

15:45:40 17 point in time, to figure out who exactly was making

15:45:43 18 a complaint about Dr. Noonan.  And so I think we

15:45:50 19 were -- we were worried that once he was confronted

15:45:54 20 because of how volatile he was with us, we were

15:46:00 21 unsure what -- what his reaction was going to be.

15:46:04 22     If it was going to be aggressive, if he was

15:46:08 23 going to yell at us, if he was going to harass us,

15:46:13  1  like we had -- we had no knowledge of what was

15:46:15  2  going to happen.  And even though Linda kept on

15:46:20  3  saying, well, retaliation is prohibited, it -- it

15:46:23  4  didn't really -- it didn't really meet our concerns

15:46:29  5  of, well, how can we prevent retaliation in the

15:46:31  6  first place?

15:46:32  7       Like at that point in time, we didn't even

15:46:34  8  really know when they were having this meeting with

15:46:36  9  him, if he was still going to be on campus

15:46:41 10  following all of this happening.  So all of that

15:46:48 11  happening and going on, if -- if this is like the

15:46:51 12  time when they actually had that meeting with him,

15:46:54 13  I do remember when I talked to Hogan asking her

15:47:01 14  what happened during that meeting, like how did he

15:47:04 15  react, and Dr. Hogan said I can't really say, but

15:47:10 16  all I can say was that he was upset.

15:47:11 17       And when she said that he was upset, I felt

15:47:14 18  that that could be interpreted in many different

15:47:18 19  ways.  Was he crying, was he -- was he apologetic,

15:47:20 20  was he angry, was he yelling?  I -- that's --

15:47:24 21  that's all that she would tell me and, you know, at

15:47:27 22  that point in time with that anxiety and fear being

15:47:31 23  so high of not knowing how he would react, I

15:47:34 1    assumed the worst.

15:47:35 2        **Q.**   Were you talking a class with

15:47:39 3    Dr. Noonan during the spring 2019 semester?

15:47:41 4        **A.**   Besides my CEEP credit, no.

15:47:46 5        **Q.**   Did you ultimately receive your CEEP

15:47:52 6    credit?

15:47:52 7        **A.**   Yes.

15:47:52 8        **Q.**   And it was one credit, right?

15:47:55 9        **A.**   I believe so, yeah.

15:47:59 10       **Q.**   Who filled Dr. Noonan's role after

15:48:10 11   he -- after he left in terms of supervising your

15:48:17 12   CEEP project?

15:48:18 13       **A.**   I -- I believe the role was given to

15:48:22 14   Dr. Hoffman, but I had never really had a working

15:48:25 15   relationship with her.  I never had taken any of

15:48:28 16   her classes and so I -- I remember not really -- I

15:48:36 17   had -- I just had also heard from -- from other

15:48:40 18   people in animal behavior that -- that they had bad

15:48:47 19   experiences with Dr. Hoffman.

15:48:49 20       Not in like the harassment context, but more

15:48:53 21   of her telling students that they weren't -- that

15:48:56 22   they weren't cut out for veterinary school.  And so

15:49:02 23   I -- having that knowledge in my head, I -- I

15:49:06  1    didn't really feel comfortable talking to her.

15:49:08  2         I do remember her coming to the research lab

15:49:11  3    one day when I was working on my CEEP Ignatian

15:49:17  4    Scholarship Day poster and -- and her looking

15:49:23  5    over -- like I think I was telling her about my

15:49:27  6    research project and telling her about my past

15:49:30  7    posters.

15:49:32  8         And when -- when I was explaining it to her,

15:49:36  9    she -- she asked a question, well, have you ever

15:49:40 10    done any research on this to see if -- if any -- if

15:49:46 11    any -- if there's been any studies on this already

15:49:49 12    that have been done and I remember telling her no.

15:49:54 13         Essentially, you know, Dr. Noonan just

15:49:58 14    would -- for every Ignatian Scholarship Day

15:50:02 15    poster -- there was also a time we had to make

15:50:04 16    posters for like a Rochester conference as well.

15:50:06 17    For all of those posters, Dr. Noonan just told me

15:50:09 18    what to write, dictated it for me, and I wrote it

15:50:12 19    down.

15:50:14 20         He never told -- told me that I should be --

15:50:18 21    I should be doing research into other research

15:50:22 22    studies.  It -- it wasn't focused -- it wasn't

15:50:25 23    focused on teaching of like how to be a researcher.

15:50:30  1   And I remember Dr. Hoffman kind of being silent and

15:50:35  2   looking at me incredulously and I just felt in that

15:50:40  3   moment -- I felt really stupid.

15:50:42  4        I felt like after that interaction, I didn't

15:50:45  5   feel comfortable going up to talk to her because,

15:50:49  6   number one, the way that she kind of reacted to me

15:50:53  7   when I was talking to her and then, number two,

15:50:57  8   there was just like a general air following the

15:51:02  9   Canisius like Title IX investigation with Noonan.

15:51:09  10       It felt like this very subtle frustration

15:51:13  11  with the students who came forward and how much

15:51:15  12  extra work all of the other Canisius professors had

15:51:19  13  on their plates now that Noonan was gone and it --

15:51:24  14  it just felt as if the way that they were talking

15:51:28  15  about it was this frustration of like we were to

15:51:32  16  blame.

15:51:32  17       We were being the squeaky wheels, you're

15:51:34  18  being the cogs in the machine for reporting to the

15:51:37  19  Title IX office, and it was more focused around the

15:51:42  20  professors being concerned with their own load of

15:51:44  21  work rather than checking in on us to see if we

15:51:47  22  were okay and if we needed any accommodations.

15:51:55  23       **MS. NAASSANA:**  Just as a kind of a reminder,

15:57:24  1   during freshman year my courses were mapped out for

15:57:28  2   that entire year.

15:57:29  3         And then at the spring semester of my

15:57:32  4   freshman year, that's when like we would register

15:57:34  5   for the following year.  But I can't remember from

15:57:37  6   like freshman year going into sophomore year if it

15:57:42  7   was just by semester or if it was just by -- if it

15:57:47  8   was just for the entire year.  I -- I can't exactly

15:57:49  9   remember.

15:57:50 10         So it could have either been -- when I

15:57:53 11   registered for those classes, it could have either

15:57:55 12   been, you know, the end of, what, spring of 2018 or

15:58:00 13   it could have been the fall of -- of 2018.

15:58:06 14         **Q.**     Okay.  And just to clarify, you

15:58:13 15   mentioned Dr. Klump, you were taking a class with

15:58:17 16   him in spring 2019.

15:58:18 17         What -- what specifically did you say to

15:58:20 18   Dr. Klump after you handed in your -- your paper

15:58:24 19   late -- your poster late?  Sorry.

15:58:26 20         **A.**     No, it was -- it was a paper.

15:58:28 21         **Q.**     Oh, a paper?  Okay.

15:58:29 22         **A.**     Yeah.

15:58:30 23         **MS. NANAU:**   Objection to form.  Asked and

15:58:31 1 answered.  You may answer.

15:58:34 2      **MS. NAASSANA:**  It hasn't been asked.  That

15:58:35 3 question has not been asked.

15:58:37 4      **MS. NANAU:**  Right.  But she provided the

15:58:40 5 answer to this question in response to another

15:58:42 6 question.

15:58:42 7      **MS. NAASSANA:**  You can't mix and match the

15:58:44 8 answers to questions, Daniela.

15:58:47 9      **MS. NANAU:**  You're asking her to testify

15:58:49 10 again to the same question so I'm going to make my

15:58:51 11 objection.

15:58:52 12      **MS. NAASSANA:**  Okay.  Andrea, could you --

15:58:57 13 could you read back the question again, please?

15:58:59 14           (The above-requested question was then

15:59:16 15 read by the reporter.)

15:59:16 16      **MS. NANAU:**  Same objection.  You can answer.

15:59:18 17      **THE WITNESS:**  I -- so I handed in -- I

15:59:24 18 handed in the paper -- I don't think I actually

15:59:30 19 handed in the paper at that point in time, but

15:59:32 20 essentially I walked into class, the papers were

15:59:36 21 due.

15:59:36 22      With everything going on, just having the

15:59:41 23 Title IX investigation starting, I -- I felt really

| | | |
|---|---|---|
| 15:59:43 | 1 | overwhelmed.  So I waited until the end of class |
| 15:59:46 | 2 | and normally for Dr. Noonan's -- sorry, Dr. -- or |
| 15:59:51 | 3 | Professor Klump's class, he would -- he would |
| 15:59:55 | 4 | normally have like 30 minutes of -- of time |
| 16:00:01 | 5 | after -- after his class to have like office hours. |
| 16:00:05 | 6 | So I went up to Professor Klump following |
| 16:00:09 | 7 | class ending and I said, hey, can I talk to you |
| 16:00:12 | 8 | about my paper, can we -- can we go to your office |
| 16:00:15 | 9 | to talk somewhere private? |
| 16:00:18 | 10 | And then that's when I disclosed that there |
| 16:00:21 | 11 | was currently a Title IX investigation going on and |
| 16:00:25 | 12 | that -- I didn't say names because I -- I wasn't |
| 16:00:30 | 13 | sure -- I wasn't sure the parameters around that |
| 16:00:34 | 14 | and if that would impede the investigation. |
| 16:00:38 | 15 | And so I talked to him about it and -- and I |
| 16:00:43 | 16 | said, you know, the Title IX investigation is going |
| 16:00:45 | 17 | on, this is what's kind of happening.  I'm sorry |
| 16:00:47 | 18 | that this is late, can I -- can I get it to you at |
| 16:00:51 | 19 | a later date or like later tonight? |
| 16:00:54 | 20 | And he said yes, but I'm still docking a |
| 16:00:59 | 21 | half letter grade off for being late regardless of |
| 16:01:02 | 22 | the reason. |
| 16:01:03 | 23 | **BY MS. NAASSANA:** |

16:01:07 1      **Q.**    Where was this meeting with Dr. Klump?

16:01:10 2      **A.**    It was in his office.  So it was in

16:01:12 3  Lyons Hall, second floor in the like political

16:01:16 4  science offices.  And I -- I remember asking if we

16:01:21 5  could close the door because I didn't want the

16:01:24 6  receptionist who was literally right across from

16:01:27 7  Dr. Klump's office to overhear what was going on

16:01:30 8  and he was very hesitant of that and like still had

16:01:34 9  the door open a crack.

16:01:37 10     **Q.**    What grade did you ultimately receive

16:01:41 11 on that paper?

16:01:42 12     **A.**    I think it was an A minus, maybe B

16:01:48 13 plus.  I can't remember.

16:01:49 14     **Q.**    And what grade did you ultimately

16:01:51 15 achieve in the -- in the course with Dr. Klump?

16:01:55 16     **A.**    An A.

16:02:01 17     **Q.**    Did you ask for any personal supports

16:02:03 18 or accommodations during or after February 2019?

16:02:07 19     **MS. NANAU:**  Objection to the form of the

16:02:08 20 question.  You can answer, if you can.

16:02:11 21     **THE WITNESS:**  No.  I -- I didn't even really

16:02:15 22 know that there were mainly accommodations

16:02:19 23 especially after, you know, Professor Klump

16:02:21  1  still -- like he -- he's an attorney and I thought,

16:02:23  2  okay, well, if he's still taking -- taking letter

16:02:27  3  grades off of my paper, then I likely don't have

16:02:31  4  that right.

16:02:32  5       And it was never told to me by Linda and

16:02:37  6  even when I was doing my CEEP poster, I didn't want

16:02:41  7  to do it.  I didn't want to go into the research

16:02:43  8  lab, I didn't feel like I -- I could continue, but

16:02:46  9  I didn't realize that I could -- I could ask for an

16:02:48 10  accomodation of asking to -- to see if I could not

16:02:52 11  have to do CEEP.  It just felt like it was this

16:02:55 12  thing that absolutely had to happen.

16:03:04 13       **BY MS. NAASSANA:**

16:03:04 14       **Q.**   When was your paper for Dr. Klump due?

16:03:06 15       **A.**   I can't remember.  It -- it was like

16:03:09 16  a -- a mid semester paper so probably like sometime

16:03:13 17  in February of -- of 2019 because I think it was

16:03:18 18  like shortly after the Title IX case just opened or

16:03:29 19  investigation or whatever you want to call it.

16:03:30 20  Just the case going on at the school specifically.

16:03:35 21       **Q.**   Did you share that -- that meeting that

16:03:43 22  you had with Dr. Klump with another professor?

16:03:45 23       **A.**   Not that I recall.

16:13:41  1  of 2022 if she would -- if you could list her as a

16:13:48  2  reference for your character and fitness

16:13:51  3  application; is that correct?

16:13:52  4  **A.**  Yeah.

16:13:53  5  **Q.**  Okay.  And she agreed to be a reference

16:14:00  6  for you, correct?

16:14:01  7  **A.**  Yes.

16:14:03  8  **Q.**  Okay.  Okay.  Okay.  Natassia, I want

16:14:18  9  to talk a little bit about the Canisius counseling

16:14:21 10  center.

16:14:27 11  Did there come a time when you received

16:14:28 12  counseling support at the Canisius counseling

16:14:30 13  center?

16:14:31 14  **A.**  Briefly, yes.

16:14:32 15  **Q.**  What does briefly mean?

16:14:35 16  **A.**  I think I went to a total of like four

16:14:38 17  or five sessions.

16:14:39 18  **Q.**  How did you learn about the

16:14:48 19  availability of those on campus counseling

16:14:51 20  services?

16:14:52 21  **A.**  It was from that like weird kind of

16:14:56 22  elective that I had to do freshman year.  It wasn't

16:14:59 23  like all of these weird elective classes where, you

17:31:08  1  least.

17:31:17  2          **BY MS. NAASSANA:**

17:31:18  3      **Q.**  Okay.  And in terms of your personal

17:31:19  4  viewpoint, Natassia, do you feel like your Canisius

17:31:22  5  degree is of any value?

17:31:27  6      **MS. NANAU:**  Objection to form.  You can

17:31:27  7  answer, if you can.

17:31:30  8      **THE WITNESS:**  I think in regards to any of

17:31:36  9  the classes that I took with Dr. Noonan and any --

17:31:42 10  any knowledge that I had -- that I could have

17:31:46 11  potentially had to do research, that education was

17:31:50 12  very poor.

17:31:52 13      Dr. Noonan really focused more on -- on how

17:31:58 14  he could include ways to sexually harass students

17:32:03 15  and make them uncomfortable and -- you know, for

17:32:06 16  his own titillization [phonetic] I guess.

17:32:11 17      In regards to other -- other classes, even

17:32:15 18  though a majority of my ABEC classes at the time

17:32:18 19  were with Dr. Noonan, I did -- I did learn some

17:32:22 20  things.  I particularly enjoyed taking classes with

17:32:25 21  Dr. Suchak because I believe that she -- she really

17:32:29 22  did try to have us think critically at times where

17:32:34 23  we were writing papers.