**Plaintiffs' Exhibit F**

## CASSIDY MONTANA WOOD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                    Plaintiffs,

       - against -      Case No.
                          1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                    Defendant.
----------------------------------------


       Examination before trial of **CASSIDY MONTANA WOOD**, Plaintiff, taken pursuant to the Federal Rules of Civil Procedure, in the law offices of HODGSON RUSS LLP, The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, New York, on August 23, 2024, commencing at 9:37 a.m., before LYNNE E. DIMARCO, Notary Public.

11:44:11 1      **A.**    No.

11:44:11 2      **Q.**    Was there any kind of finished work

11:44:14 3 product that was created after this trip?

11:44:16 4      **A.**    No.

11:44:22 5      **Q.**    Was a student named XXXXXXXXXX on

11:44:27 6 this trip?

11:44:27 7      **A.**    Yes, XXXXXXXXXX was on that trip.

11:44:41 8 That was definitely another area of concern that

11:44:44 9 had come up, because I had heard from XXXXXXX

11:44:48 10 that they had like a more than professional

11:44:51 11 relationship.

11:44:52 12      But, again, I heard it secondhand.  She did

11:44:56 13 kind of get like some special treatment on the

11:44:59 14 trip.  She would get her own room when the rest of

11:45:02 15 us were sharing.  She was older than us.

11:45:05 16      And I didn't really see what role she had as

11:45:09 17 any sort of TA or anything like that.  So it was

11:45:15 18 definitely odd, but because I didn't personally

11:45:19 19 witness anything beyond his usual over invasive

11:45:25 20 like casual touching, what he saw as casual, it

11:45:30 21 didn't raise to the level of alarm that would cause

11:45:35 22 me to say anything about it beyond to my friends.

11:45:42 23      **Q.**    So at the time of the trip, were you

11:45:45 1 alarmed by their relationship, by the relationship

11:45:50 2 

11:45:53 3

11:45:55 4       **Q.**    Why were you grossed out?

11:45:57 5       **A.**    They had a massive age gap and he was

11:46:01 6 her professor and I think that's inappropriate.

11:46:03 7       So I thought it was inappropriate, but

11:46:03 8 alarming, no, because I didn't necessarily feel

11:46:07 9 like personally in peril because of it.

11:46:10 10       **Q.**    What was inappropriate about their

11:46:12 11 relationship that you saw?

11:46:14 12       **A.**    I think the fact that he was in a

11:46:16 13 position of power over her as a professor.  Like

11:46:20 14 naturally that to me is alarming.  I don't think

11:46:24 15 it's appropriate for an educator to have a

11:46:27 16 relationship with a student, period.

11:46:30 17       And as someone who worked with students for

11:46:32 18 many years like I feel very strongly about that.

11:46:33 19 Even if they are both consenting adults, they had a

11:46:36 20 relationship that naturally had a power dynamic.

11:46:40 21       And I think that is inappropriate, I thought

11:46:43 22 that it was inappropriate at the time and I still

11:46:46 23 think that's inappropriate.

11:46:47  1          **Q.**   So you're saying -- strike that.

11:46:49  2          So you heard from ▓▓▓▓▓▓ that they had a

11:46:53  3   relationship, right?

11:46:54  4          **A.**   Yes.

11:46:54  5          **Q.**   Did you see them having anything that

11:46:57  6   indicated a relationship between them?

11:46:58  7          **MS. NANAU:**  Objection to form, beyond what

11:47:02  8   she's already testified to, is that what you're

11:47:06  9   asking?

11:47:06 10          **BY MS. NAASSANA:**

11:47:07 11          **Q.**   Yes, yeah.

11:47:07 12          **A.**   He would touch her in the same way he

11:47:10 13   would touch all of his female students, so like,

11:47:14 14   you know, touch her hair, you know, touch her hips.

11:47:17 15   But, again, it was the same degree of

11:47:20 16   inappropriateness that I at that point was groomed

11:47:24 17   to think was acceptable.

11:47:27 18          And so beyond that I did not see them

11:47:31 19   explicitly kissing on the mouth or anything to that

11:47:35 20   caliber, no.

11:47:38 21          **Q.**   So if you saw Dr. Noonan touch ▓▓▓▓▓▓

11:47:41 22   ▓▓▓▓ in the same way he touched other students,

11:47:46 23   why did you think this was inappropriate?

| | | |
|---|---|---|
| 11:47:48 | 1 | **MS. NANAU:** I'm going to object to the form, |
| 11:47:51 | 2 | misstates the testimony, you can answer. |
| 11:47:54 | 3 | **THE WITNESS:** He was very open with students |
| 11:47:57 | 4 | about his escapades and his like sex life and |
| 11:48:02 | 5 | relationships. And I knew that ✗✗✗✗✗✗ as a |
| 11:48:05 | 6 | person and as my friend, that is not something he |
| 11:48:09 | 7 | would make up or say lightly. He was a very -- he |
| 11:48:12 | 8 | still is a very serious person and he was not one |
| 11:48:15 | 9 | for gossip. |
| 11:48:17 | 10 | So the fact that he said that he knew from |
| 11:48:18 | 11 | Noonan that they had a relationship, I knew that |
| 11:48:24 | 12 | was true. I took that very much as true and I |
| 11:48:28 | 13 | didn't feel like I needed to see it for myself to |
| 11:48:30 | 14 | know that it was true, because Jay was not someone |
| 11:48:33 | 15 | to sensationalize something like that or to get |
| 11:48:38 | 16 | gratification of like spreading gossip, in |
| 11:48:40 | 17 | quotations. |
| 11:48:40 | 18 | **BY MS. NAASSANA:** |
| 11:48:41 | 19 | **Q.** Did ✗✗✗✗✗✗✗ strike that. Sorry. |
| 11:48:41 | 20 | Did Dr. Noonan ever tell you that he had a |
| 11:48:43 | 21 | relationship with ✗✗✗✗✗✗✗✗? |
| 11:48:46 | 22 | **A.** He did not specifically call out |
| 11:48:49 | 23 | Courtney to me, personally. Other people I knew he |

11:48:55   1   did explicitly call out that it was her, but he

11:48:59   2   frequently in subsequent years referred to his

11:49:02   3   relationship with a 30-year-old student.

11:49:04   4         And there was not any doubt in my mind that

11:49:09   5   he was talking about ████████n.

11:49:12   6         **MS. NAASSANA:** I'm going to move to strike

11:49:13   7   the non-responsive portions of the answer. Lynne,

11:49:15   8   could you please repeat the original question.

11:49:17   9         (The above-requested question was then

11:49:17   10   read by the reporter.)

11:49:28   11         **MS. NANAU:** Objection to the form, asked and

11:49:29   12   answered, you may answer.

11:49:30   13         **BY MS. NAASSANA:**

11:49:31   14         **Q.** So yes or no, what's the answer to that

11:49:33   15   question?

11:49:34   16         **A.** No.

11:49:37   17         **Q.** Did Courtney Moran ever tell you that

11:49:41   18   she had a relationship with Dr. Noonan?

11:49:43   19         **A.** No.

11:50:06   20         **Q.** I want to turn to the Uganda trip for a

11:50:10   21   moment. The trip to Uganda, was this a Canisius

11:50:16   22   Ambassadors for Conservation trip?

11:50:17   23         **A.** Yes, it was.

12:14:24  1  that it's a really challenging -- it's a really

12:14:30  2  challenging path to pursue.  And I was still very

12:14:37  3  much interested in pursuing it, but it wasn't a

12:14:37  4  meeting that was particularly encouraging.

12:14:41  5       Q.   Did you schedule a follow-up meeting

12:14:44  6  with Dr. Suchak after that development session?

12:14:47  7       A.   Not to my knowledge.  Again, I had

12:14:53  8  regular -- well, like once a semester check-ins

12:14:57  9  with her on just like my academic progression and

12:15:00 10  class selection in general.

12:15:03 11       So, you know, I think the graduate school

12:15:04 12  session gave me enough information that I didn't

12:15:08 13  feel the need for a follow-up one-on-one.

12:15:28 14       Q.   Okay.  So at some point, Ms. Wood, you

12:15:43 15  applied for the Project Tiger trip to India, right?

12:15:47 16       A.   Correct.

12:15:47 17       Q.   What was the purpose of that trip?

12:15:50 18       A.   The purpose of that trip was to create

12:15:53 19  a film documentary about both like wild tiger

12:15:58 20  conservation and also the issue of private tiger

12:16:03 21  ownership across the United States.

12:16:07 22       Q.   Was there a limit on the number of

12:16:10 23  students who could go on the trip?

12:21:49  1          **A.**    No.

12:21:49  2          **Q.**    So were -- strike that.

12:21:52  3          Did any other students other than Sierra and

12:21:56  4    ▨▨▨▨▨▨▨▨ work behind the camera filming?

12:22:01  5          **A.**    No.

12:22:01  6          **Q.**    Okay.  Were Sierra and ▨▨▨▨▨▨▨▨a

12:22:11  7    going to be responsible for editing that footage

12:22:15  8    after the trip?

12:22:20  9          **A.**    Yes.

12:22:21  10         **Q.**    So if I say -- strike that.

12:22:28  11         So were Sierra and ▨▨▨▨▨▨▨▨ part of

12:22:35  12   the Project Tiger video team?

12:22:37  13         **A.**    Yes.

12:22:37  14         **Q.**    Okay.  So how did your group -- how did

12:22:45  15   the Project Tiger group prepare for India?

12:22:48  16         **A.**    So as I previously mentioned, I was

12:22:52  17   deeply prepared, I had spent hundreds of hours

12:22:57  18   preparing.  But the actual India portion of the

12:23:01  19   trip, he didn't give us any reading materials until

12:23:05  20   after we had left for India.

12:23:08  21         And so there were some reading materials

12:23:11  22   very unmemorable to be honest.  I think there were

12:23:16  23   more relevant things we could have been reading.

12:23:19 1          So there was that, but there was also

12:23:22 2     preparing for like actually being on camera, which

12:23:24 3     involved he made us have a pre-meeting with him to

12:23:27 4     bring the clothes we were going to wear and try

12:23:28 5     them on to make sure he found them to be

12:23:32 6     acceptable.

12:23:33 7          We had like group meetings leading up to it

12:23:39 8     to the point of Hannah Whelan who was studying

12:23:45 9     abroad in Ireland at the time was staying up till

12:23:45 10    odd hours of the night to be able to be phoned in,

12:23:49 11    because he wanted those touch points with us.

12:23:52 12         And so, yeah, a series of group meetings of

12:23:56 13    like clothing reviews and of like conversations as

12:24:02 14    to what to expect going in.

12:24:04 15         **Q.**   How often did you meet as a group?

12:24:08 16         **MS. NANAU:**   Objection to the form, you may

12:24:10 17    answer.

12:24:10 18         **THE WITNESS:**   It was pretty ad hoc based on

12:24:15 19    availability and Noonan's whim when he felt like he

12:24:20 20    had something to talk to us about.

12:24:21 21         As a full group, I would say as we got into

12:24:24 22    like October and November we were meeting at least

12:24:28 23    two or three times a month.

| | | |
|---|---|---|
| 12:24:29 | 1 | And then like in smaller factions we would |
| 12:24:33 | 2 | be meeting with him separately.  So I know Sierra |
| 12:24:36 | 3 | and XXXXXXXXX were meeting with him |
| 12:24:38 | 4 | separately on how to prepare for the actual |
| 12:24:38 | 5 | filming. |
| 12:24:40 | 6 | Lily and I were meeting with him a lot more |
| 12:24:43 | 7 | frequently than the rest of the group pertaining to |
| 12:24:46 | 8 | all this advanced research we were doing, yeah. |
| 12:24:52 | 9 | **BY MS. NAASSANA:** |
| 12:24:53 | 10 | **Q.**   Where would your meetings happen, did |
| 12:24:58 | 11 | the location change or where did they happen? |
| 12:25:00 | 12 | **A.**   Yeah, the location would change. |
| 12:25:03 | 13 | Sometimes they would be in one of the library |
| 12:25:06 | 14 | conference rooms, sometimes they would be in the |
| 12:25:08 | 15 | smaller conference rooms above Old Main.  The |
| 12:25:12 | 16 | smaller group meetings would always be in his lab |
| 12:25:12 | 17 | or in his office. |
| 12:25:14 | 18 | **Q.**   Did you travel anywhere to prepare for |
| 12:25:17 | 19 | the Project Tiger trip? |
| 12:25:20 | 20 | **A.**   I mean, to Florida. |
| 12:25:21 | 21 | **Q.**   Other than Florida? |
| 12:25:22 | 22 | **A.**   But other than Florida, no.  At least |
| 12:25:31 | 23 | in advance of India. |

12:25:38 1          **MS. NAASSANA:**  May I this marked as

12:25:40 2  Exhibit U.

12:25:40 3  **The following was marked for Identification:**

4   **EXH. U                Bates stamped Canisius 01376**

12:26:04 5          **BY MS. NAASSANA:**

12:26:08 6          **Q.**   This is an e-mail from Dr. Noonan dated

12:26:11 7  October 18th, 2018 right?

12:26:15 8          **A.**   Uh-huh, yes.

12:26:17 9          **Q.**   This e-mail references a taping at the

12:26:23 10 Buffalo Zoo.  And it's addressed to the Project

12:26:29 11 Tiger students.  Did you attend this taping at the

12:26:32 12 Buffalo Zoo?

12:26:33 13         **A.**   Yes, I did.

12:26:34 14         **Q.**   What happened?

12:26:35 15         **A.**   I got there late because I had a work

12:26:38 16 commitment.  And so I traveled separately than the

12:26:42 17 rest of the group and parked outside of the zoo and

12:26:45 18 met Noonan and the group at one of the back gates.

12:26:50 19         We went in, we mic'd up doing Noonan's usual

12:26:56 20 style of very prescriptively putting them through

12:27:00 21 our shirts for us.

12:27:01 22         And we went into like a Buffalo Zoo

12:27:03 23 conference room.  I can't remember if we called in

12:27:06  1 Hannah Whelan or not.  And we asked interview

12:27:10  2 questions to I think it was the carnivore curator

12:27:15  3 of the zoo, yeah.

12:27:17  4       **Q.**  Okay.  And who did the taping at this

12:27:22  5 Buffalo Zoo outing?

12:27:24  6       **A.**  I want to say that one was Noonan.

12:27:27  7       **Q.**  Okay.

12:27:28  8       **A.**  Like I don't remember it being Sierra

12:27:31  9 or ██████but it could have been, but I know

12:27:34 10 Noonan was behind the camera for at least part of

12:27:38 11 that interview.

12:27:43 12       **Q.**  Okay.

12:27:48 13     **MS. NANAU:**  Do you want to have that for

12:27:49 14 your records?

12:27:55 15     **MS. NAASSANA:**  I think another few minutes

12:27:56 16 and we can take a lunch break, if you want.

12:27:59 17     **MS. NANAU:**  That would be great.  Thank you.

12:28:15 18 Off the record.

12:28:20 19       (Discussion off the record: 12:28 p.m.)

12:28:55 20     **MS. NAASSANA:**  Can I have this marked.

12:28:55 21 **The following was marked for Identification:**

       22   **EXH. V**           **Bates stamped Canisius 01379**

       23                     **through 01380**

| | | |
|---|---|---|
| 12:29:29 | 1 | **BY MS. NAASSANA:** |
| 12:29:29 | 2 | **Q.** So these are e-mails from Dr. Noonan in |
| 12:29:33 | 3 | October of 2018, right? |
| 12:29:35 | 4 | **A.** Uh-huh. |
| 12:29:36 | 5 | **MS. NANAU:** Yes? |
| 12:29:37 | 6 | **THE WITNESS:** Yes, I'm so sorry. |
| 12:29:39 | 7 | **MS. NANAU:** It's okay. |
| 12:29:43 | 8 | **BY MS. NAASSANA:** |
| 12:29:44 | 9 | **Q.** He wrote, quote, what would be your |
| 12:29:46 | 10 | availability for a Project Tiger road trip to |
| 12:29:49 | 11 | Florida with stops along the way over spring break. |
| 12:29:56 | 12 | **A.** Yes. |
| 12:30:01 | 13 | **Q.** You were interested in this potential |
| 12:30:04 | 14 | spring break trip to Florida, right? |
| 12:30:07 | 15 | **A.** I wasn't just interested in it, I had |
| 12:30:11 | 16 | planned it. I mean, I'm laughing because it says |
| 12:30:14 | 17 | I've been developing a thought, as I have been |
| 12:30:18 | 18 | further exploring the idea of visiting tiger sites |
| 12:30:22 | 19 | in the U.S. |
| 12:30:23 | 20 | He didn't do that, that was me. I was the |
| 12:30:25 | 21 | one who had a proposed itinerary of like what that |
| 12:30:28 | 22 | could look like that I had discussed with him. |
| 12:30:30 | 23 | So, yes, I was onboard with it, I suggested |

12:30:33 1  it.

12:30:35 2       **Q.** When did you suggest this to

12:30:38 3  Dr. Noonan?

12:30:38 4       **A.** Late September, early October. Around

12:30:41 5  the same time I was developing that institutions

12:30:45 6  list, I realized that most of them are in the

12:30:48 7  southern U.S.

12:30:49 8       And there was a cluster in Florida but there

12:30:52 9  was also a cluster in areas like Louisiana and more

12:30:56 10  towards like the Midwest. And we couldn't do them

12:30:59 11  all at once.

12:31:01 12       So there had been a lot of discussion

12:31:03 13  between him, Lily and I about whether it made sense

12:31:06 14  to do like one big trip or if like a smaller trip

12:31:10 15  to one area and then another trip to another area

12:31:14 16  would make sense.

12:31:16 17       So this was really just an early scoping of

12:31:18 18  whether it would be possible to have other people

12:31:21 19  join that, and, yeah.

12:31:22 20       **Q.** Okay. But and you confirmed your

12:31:25 21  availability for that potential trip to Dr. Noonan,

12:31:28 22  right?

12:31:28 23       **A.** Correct.

12:31:29 1          **Q.**   Okay.  Thank you.  When you arrived in

12:31:37 2   India, where did you land?

12:31:41 3          **A.**   We landed in Delhi.

12:31:54 4          **Q.**   Who drove you from the airport to your

12:31:58 5   next location?

12:32:00 6          **A.**   When we first got there it was late and

12:32:04 7   we went to a hotel to just kind of crash for the

12:32:09 8   night.  And I think that night it was some generic

12:32:14 9   prearranged transportation.

12:32:18 10         And then the following day from that point

12:32:23 11  on it was -- generally it was a mix between Manjeet

12:32:28 12  who was our guide in India and Noonan himself.

12:32:31 13         **Q.**   Did Dr. Noonan do any driving at all in

12:32:35 14  India?

12:32:35 15         **A.**   Yes, he did.

12:32:38 16         **Q.**   What -- did any concerns or issues

12:32:41 17  arise during that trip to India?

12:32:44 18         **MS. NANAU:**  Objection to form, you may

12:32:46 19  answer.

12:32:46 20         **THE WITNESS:**  Yes.  I mean, he constantly

12:32:53 21  would do what he would call girl talk.  He always

12:32:56 22  wanted to know about our dating lives, our sex

12:32:59 23  lives, if we would date someone older, what our

12:33:03 1 physical type was, would we like a guy who would

12:33:06 2 get in a fist fight or bar or not. I mean, you

12:33:10 3 name it, he asked it.

12:33:12 4      He would talk about his own personal

12:33:15 5 relationships, his divorce with his wife, who he

12:33:19 6 always called his wife in spite of their divorce.

12:33:23 7      He would talk about his 30-year-old graduate

12:33:29 8 student girlfriend, and don't we think that's

12:33:32 9 normal. Anything and everything under the sun

12:33:35 10 regarding any sort of like sexual or romantic

12:33:39 11 interaction.

12:33:40 12      There was nothing off base for him. Do we

12:33:43 13 want kids, do we want to be pregnant, when would we

12:33:49 14 want to be pregnant. Yeah, there was nothing

12:33:51 15 off-limits in his eyes.

12:33:53 16      And one specific instance I remember is when

12:33:57 17 we were driving to I think it was our second

12:34:03 18 location which was near Kuno National Park, and he

12:34:07 19 brought up previous complaints that had been made

12:34:10 20 against him specifically by I think other

12:34:14 21 professors and one student who had gotten really

12:34:20 22 agitated with him and made accusations towards him

12:34:23 23 at like some sort of forum.

12:34:25   1       And honestly, I mean, he droned on for a

12:34:30   2 while and it had been a long day and I was just --

12:34:33   3 I knew with him sometimes you just had to let him

12:34:35   4 yap, because otherwise he would never shut up.

12:34:38   5       And I remember him specifically lamenting

12:34:41   6 how silly it was that they would come up against

12:34:46   7 him.

12:34:46   8       And that he was very close be President

12:34:50   9 Hurley and he can't -- you know, he's untouchable.

12:34:52 10 He said the words I'm untouchable.  And really just

12:34:58 11 like drove home what I had already gathered at that

12:35:01 12 point, which is that he was a golden child of the

12:35:05 13 administration, he was untouchable, and that his

12:35:08 14 behavior was pervasively accepted day in and day

12:35:12 15 out by the faculty he worked with and by the

12:35:16 16 administration.  But, again, it was just like

12:35:19 17 another drop in the bucket.

12:35:20 18       **BY MS. NAASSANA:**

12:35:20 19       **Q.**    Did he make these comments in India?

12:35:23 20       **A.**    Yes.

12:35:24 21       **Q.**    Okay.  You mentioned you were going to

12:35:27 22 a second location and he brought up previous

12:35:30 23 complaints.  What was the nature of those

12:35:34 1 complaints that he said that others had brought

12:35:38 2 about him?

12:35:38 3     **A.**   Well, he had talked about the Me Too

12:35:40 4 Movement. And so while he didn't talk about any

12:35:44 5 specific like harassing or sexual allegations

12:35:47 6 against him, that was my assumption is that there

12:35:51 7 was a nature of that there.

12:35:52 8     And then he brought up one for sure that was

12:35:55 9 someone accusing him of being sexist. And then

12:36:03 10 with the other one it was complaints about the

12:36:05 11 quality of his science and, you know, what he did

12:36:09 12 with rats at the university, and that's really all

12:36:13 13 I remember.

12:36:31 14     **Q.**   When you say the Me Too Movement, what

12:36:36 15 do you mean, did somebody complain -- strike that.

12:36:38 16     Did Dr. Noonan tell you that somebody had

12:36:41 17 complained about something related to Me Too

12:36:46 18 Movement and him?

12:36:46 19     **A.**   He had talked about how good men, good

12:36:51 20 men were being put on blast because people these

12:36:59 21 days are so sensitive. And that, you know, implied

12:37:03 22 to me that he was likening himself as one of those

12:37:09 23 good men who was just getting complaints because

12:37:12  1  people were too sensitive and not because they were

12:37:16  2  merited.

12:37:16  3       And he specifically referenced Bill Cosby

12:37:20  4  and how he didn't think what Bill Cosby did was

12:37:24  5  that bad.

12:37:25  6       **Q.**  Did he say somebody complained about

12:37:28  7  something he said about the Me Too Movement or --

12:37:31  8       **A.**  No, he was just broad stroke talking

12:37:34  9  about the Me Too Movement and likening it to his

12:37:38 10  experience of having complaints raised against him.

12:37:42 11       **Q.**  Okay.  You mentioned that he was

12:37:44 12  accused of being sexist or -- strike that.

12:37:48 13       You mentioned that he told you he was

12:37:51 14  accused of being sexist, right?

12:37:54 15       **A.**  Yes.

12:37:55 16       **Q.**  Who, if you know, did he -- strike

12:37:55 17  that.

12:37:59 18       Did he tell you who accused him of being

12:38:02 19  sexist?

12:38:02 20       **A.**  If he did, I don't remember.

12:38:08 21       **Q.**  Did he use the word complaints in that

12:38:12 22  conversation?

12:38:13 23       **A.**  Yes.

12:40:42 1 these complaints?

12:40:42 2        **A.**    Not that I recall.

12:40:43 3        **Q.**    Okay.  How did this conversation get

12:40:58 4 brought up?

12:41:00 5        **MS. NANAU:**  Objection to form, you can

12:41:02 6 answer.

12:41:05 7        **THE WITNESS:**  I couldn't tell you the

12:41:07 8 specific segue into this conversation.  All I can

12:41:10 9 say is that this was constantly the nature of

12:41:14 10 conversations with him was like overly

12:41:16 11 inappropriate sexualized in nature, sharing way

12:41:21 12 more than anyone should share with a student.

12:41:26 13        And so it just felt like par for the course.

12:41:29 14 It felt like any other regular conversation with

12:41:31 15 him, because that was always the nature of how we

12:41:35 16 interacted with him on any given day.

12:41:38 17        **BY MS. NAASSANA:**

12:41:39 18        **Q.**    So and during this entire conversation

12:41:42 19 was Lily asleep?

12:41:44 20        **A.**    Yes.

12:41:44 21        **Q.**    And did anyone else hear this

12:41:47 22 conversation, or no?

12:41:48 23        **A.**    Again, not that I recall.  I'm pretty

12:41:51 1 sure she was the only one in the car. Nobody

12:41:54 2 wanted to sit back with her in case she yacked.

12:41:59 3 **Q.** Poor Lily. Did he tell you at all who

12:42:10 4 the -- I think you sort of answered this already,

12:42:12 5 but did he tell you at all the name of the

12:42:14 6 professor or the name of anyone who had complained

12:42:18 7 about him, or you just can't remember?

12:42:21 8 **A.** I was going to say I can't answer that

12:42:24 9 with any confidence.

12:42:25 10 **Q.** Okay. Did he tell you when these

12:42:34 11 complaints had occurred?

12:42:39 12 **A.** He said over the years.

12:42:41 13 **Q.** Okay. Okay.

12:42:43 14 **A.** But he didn't tell me any specific

12:42:46 15 dates.

12:42:46 16 **Q.** After you had this conversation with

12:42:49 17 Dr. Noonan, did you share it with any of the other

12:42:52 18 students on the trip?

12:42:53 19 **A.** Yes.

12:42:54 20 **Q.** Who?

12:42:54 21 **A.** Honestly, probably all of them, because

12:42:57 22 later on that trip is when he -- I mean, early on

12:43:02 23 in the trip he was being problematic, but as the

12:43:05 1 trip progressed, he became increasingly like in an

12:43:10 2 escalating way more and more problematic.

12:43:13 3      And we were spending every -- every day and

12:43:15 4 every night and every waking moment we could get

12:43:16 5 away from him talking about him and what to do

12:43:20 6 about his behavior.  And so it was a hundred

12:43:23 7 percent relevant to those conversations.

12:43:25 8      And I'm sure I mentioned it at some point,

12:43:29 9 because, again, we were already trying in India to

12:43:34 10 come to terms with who he was as a person and what

12:43:39 11 we needed to potentially do about it.

12:43:42 12      Q.   When you were in India, did you share

12:43:45 13 that conversation that you had with Dr. Noonan with

12:43:47 14 your parents or siblings?

12:43:48 15      A.   We didn't have connectivity to do so,

12:43:53 16 so, no, you know.  The first place we stayed for

12:43:58 17 any significant length of time was Tiger Don

12:44:05 18 (phonetic) which is outside of Ranthambhore

12:44:05 19 National Park, and I think we had some Wi-Fi there.

12:44:08 20      But the -- as he progressed and got worse,

12:44:10 21 we had gone at that point to some lodge outside of

12:44:14 22 Kuno National Park and our only form of

12:44:17 23 connectivity was like one desktop computer in the

12:44:22 1 lobby of the lodge that had like a 10-minute time

12:44:26 2 limit, was really slow, so we were really isolated.

12:44:29 3 There wasn't a way to really communicate what was

12:44:33 4 going on at that point to anyone.

12:44:35 5     **Q.**  Okay.  You mentioned that Dr. Noonan's

12:44:47 6 behavior on the trip was problematic.  What do you

12:44:50 7 mean by that?

12:44:52 8     **A.**  I mean he was rude and racist to the

12:44:55 9 guides and the locals, you know.  For example, our

12:45:01 10 guide, Manjeet, actually took it upon himself to

12:45:06 11 start tipping like our drivers and such on game

12:45:08 12 drives, because the amount that Noonan was giving

12:45:11 13 was so insulting that he was afraid it was going to

12:45:13 14 impact his professional relationships with them.

12:45:16 15     And would constantly, you know, say like,

12:45:19 16 oh, I don't understand what you're saying to

12:45:21 17 someone who was very articulate, it's not that hard

12:45:25 18 to understand someone who has English as a second

12:45:29 19 language.

12:45:30 20     And, honestly, it's really impressive for

12:45:31 21 anyone to have learned English as a second

12:45:31 22 language.  So just to begin with he was terrible

12:45:35 23 and I was embarrassed to be with him in that

13:54:21 1  cried on the floor of the bathroom, that's

13:54:21 2  something I carried but it was not a rape that

13:54:24 3  happened to me, no.

13:54:35 4      **Q.**   And this information that you heard

13:54:37 5  about the cross country team, that was information

13:54:42 6  that you heard secondhand?

13:54:44 7      **A.**   Correct, through Lily, yes.

13:54:46 8      **Q.**   Did you, yourself, participate on the

13:54:49 9  cross country team?

13:54:50 10     **MS. NANAU:**  Objection, asked and answered,

13:54:52 11 you may answer.

13:54:52 12     **THE WITNESS:**  No, I did not.

13:54:52 13     **MS. NAASSANA:**  I never asked if she

13:54:53 14 participated on the cross country team.

13:54:53 15     **MS. NANAU:**  You asked about activities.

13:54:55 16     **BY MS. NAASSANA:**

13:54:56 17     **Q.**   Did you -- just to clarify.  Have you

13:54:58 18 ever at any point participated as a member of the

13:55:01 19 cross country and track and field team at Canisius?

13:55:05 20     **A.**   No, I have not.

13:55:22 21     **Q.**   Okay.  The meeting with the Title IX

13:55:30 22 office, that was with Ms. Walleshauser, right?

13:55:34 23     **A.**   Correct.

13:55:34 1      **Q.**    With Ms. Linda Walleshauser, right?

13:55:37 2      **A.**    Correct.

13:55:37 3      **Q.**    About how long was that meeting?

13:55:39 4      **A.**    Less than 30 minutes.

13:55:41 5      **Q.**    Did you speak up at that meeting?

13:55:44 6      **A.**    I'm sure I chipped in, but we had

13:55:47 7  decided going into the meeting that again we wanted

13:55:50 8  to have a strategy of how we approached it and we

13:55:54 9  wanted Hannah Whelan to kind of be representing the

13:55:55 10 experience as the whole and then the rest of us add

13:55:58 11 to that as needed.

13:56:02 12     **Q.**    Where did that meeting take place?

13:56:06 13     **A.**    In the Title IX, HR, whatever that

13:56:09 14 office was.

13:56:10 15     **Q.**    And what did Ms. Walleshauser say at

13:56:14 16 that meeting?

13:56:14 17     **A.**    I couldn't tell you one thing she said.

13:56:18 18 I could tell you what she didn't say, which was

13:56:22 19 sorry that happened to you, that's really messed

13:56:22 20 up.

13:56:24 21     I do remember leaving knowing that she would

13:56:25 22 be following up with us individually to get more

13:56:29 23 information.

13:56:30 1      **Q.**    Did you record this meeting with

13:56:33 2  Ms. Walleshauser?

13:56:34 3      **A.**    Not that day, no.

13:56:36 4      **Q.**    Do you know if anyone else recorded

13:56:38 5  that meeting?

13:56:39 6      **A.**    To my knowledge, no one did.

13:56:41 7      **Q.**    Do you remember Ms. Walleshauser's

13:56:44 8  reaction during that meeting?

13:56:47 9      **A.**    I would say she was pretty impassive,

13:57:01 10  apathetic.

13:57:01 11      **Q.**    Did you provide any documents to

13:57:05 12  Ms. Walleshauser at that meeting as a group?

13:57:07 13      **A.**    Not that I remember.

13:57:08 14      **Q.**    Were you living on or off campus during

13:57:11 15  that semester, spring 2019 semester?

13:57:15 16      **A.**    I was living off campus.

13:57:17 17      **Q.**    Where?

13:57:17 18      **MS. NANAU:**  Objection, asked and answered,

13:57:19 19  you may answer.

13:57:19 20      **MS. NAASSANA:**  I was 1 Blain Avenue, which

13:57:22 21  was like a street over from Canisius.  It was just

13:57:26 22  a house, student housing.  I mean, not owned by

13:57:31 23  Canisius but student housing.

13:57:36 1          **BY MS. NAASSANA:**

13:57:36 2          **Q.**   Was it like an apartment building or a

13:57:39 3     house?

13:57:39 4          **A.**   No, it was a house.

13:57:41 5          **Q.**   So you didn't have like an RA or

13:57:44 6     resident director or something like that?

13:57:46 7          **A.**   No.

13:57:47 8          **Q.**   Okay.  Were you aware of any concerns

13:57:54 9     about Dr. Noonan being reported to any Canisius

13:57:58 10    employee prior to February 11th, 2019?

13:58:00 11         **MS. NANAU:**   Objection to form, other than

13:58:01 12    what she's testified?

13:58:03 13         **MS. NAASSANA:**   Yes.

13:58:03 14         **MS. NANAU:**   Other than what you've already

13:58:06 15    testified to.

13:58:06 16         **THE WITNESS:**   At the time of the first

13:58:09 17    meeting with Linda, I knew that Tassia had been in

13:58:15 18    communication with Dr. Hogan and that Leanne Mason

13:58:21 19    had also been in communication with Dr. Hogan, and

13:58:21 20    as a result had been connected with Title IX.

13:58:57 21    ⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯⨯

13:58:58 22    aware that they had gone to Dr. Hogan.

13:59:02 23         **BY MS. NAASSANA:**

13:59:02  1          **Q.**   Any other concerns about Dr. Noonan

13:59:05  2   that you're aware of being reported to any Canisius

13:59:08  3   employee prior to February 11, 2019 other than what

13:59:13  4   you've already talked about?

13:59:14  5          **A.**   No, only what I heard through him.

13:59:16  6          **Q.**   Okay.  -- strike that.

13:59:19  7          So after this group meeting on February

13:59:32  8   11th, 2019, did you meet with Ms. Walleshauser

13:59:36  9   individually?

13:59:37 10          **A.**   Yes, I did.

13:59:42 11          **Q.**   Do you remember when you next met with

13:59:45 12   her?

13:59:46 13          **A.**   Yeah, it was like within a day or two,

13:59:50 14   February 12th I think.

13:59:54 15          **Q.**   And what happened at that February 12th

13:59:57 16   meeting with Ms. Walleshauser?

13:59:59 17          **A.**   In advance of that meeting she had

14:00:02 18   asked us to prepare like individual accounts of

14:00:08 19   like instances, specific instances with him, which

14:00:14 20   was pretty difficult.

14:00:15 21          Because, again, we had a tight turnaround

14:00:20 22   time.  We were trying to get this done quickly.

14:00:23 23   And also I didn't really have like much to go off

14:00:26  1   of for like the specific behaviors that she was

14:00:29  2   looking for us to account.

14:00:31  3        I didn't have a great understanding of what

14:00:32  4   like what sexual harassment truly entailed at that

14:00:35  5   point, but I did, I produced a document for her and

14:00:38  6   shared it with her leading into that meeting.

14:00:42  7        And, yeah, I went in and I met with her.

14:00:46  8   And I remember she was -- I was expecting an

14:00:51  9   opportunity to share to tell my story, like this

14:00:56 10   was years of my life that I had spent with him.

14:00:59 11        And she was unsupportive, I would say --

14:01:09 12   what's the word I'm looking for.  I guess I'll say

14:01:15 13   apathetic again, frigid, that's the word I'm

14:01:17 14   looking for, she was frigid.

14:01:19 15        The questions she asked me I didn't feel

14:01:22 16   like really were getting at the meat of what I had

14:01:25 17   gone through.  And they were -- felt to me like to

14:01:28 18   be very victim blaming such as asking like why I

14:01:34 19   hadn't said that I was uncomfortable to him.

14:01:37 20        It was short.  Again, this was years that I

14:01:39 21   had gone through and the meeting with Linda took

14:01:42 22   like 15 or 20 minutes total.  And I left it feeling

14:01:48 23   very -- I had been optimistic before.  I left

14:05:56  1          **A.**    Me, I did.

14:05:57  2          **Q.**    When?

14:05:59  3          **A.**    The night of February 11th.

14:06:02  4          **Q.**    Did anyone help you in drafting this

14:06:06  5     statement?

14:06:06  6          **A.**    No.

14:06:07  7          **Q.**    Did you send the statement to anyone

14:06:10  8     before sending it to Ms. Walleshauser?

14:06:13  9          **A.**    Not that I recall.

14:06:15  10         **Q.**    Did you see the statement that any

14:06:18  11    other students had submitted to Ms. Walleshauser?

14:06:21  12         **A.**    I mean, I have now, but at the time,

14:06:24  13    not that I recall.

14:06:30  14         **Q.**    Is there anything in this statement

14:06:32  15    that you feel you left out?

14:06:35  16         **MS. NANAU:**  I'm going to object to the form

14:06:38  17    of the question, you can answer.

14:06:40  18         **THE WITNESS:**  Yes.

14:06:41  19         **BY MS. NAASSANA:**

14:06:42  20         **Q.**    What do you feel you left out?

14:06:44  21         **A.**    I think this is a snapshot of what I

14:06:50  22    experienced.  I think when I wrote this, you know,

14:06:53  23    these categories, lack of boundaries, culturally

14:06:57 1  incompetent, inappropriate touching, toxic

14:07:00 2  masculinity, I made those up as like my own

14:07:03 3  categorizations.

14:07:04 4        Looking back I would do more to stress how

14:07:09 5  pervasive this behavior was.  And I think I wrote

14:07:12 6  it this way because Linda stressed that they needed

14:07:16 7  like kind of specific instances.  But it's

14:07:21 8  difficult to pick out specific instances of like a

14:07:24 9  serial predator.

14:07:26 10       And, again, I think this provides a good

14:07:30 11 snapshot, but I think it was something that I

14:07:33 12 pulled together quickly and without much guidance

14:07:37 13 as to what should be included.

14:07:43 14       **Q.**   The last sentence of the first

14:07:46 15 paragraph states, I do not wish to see him dragged

14:07:51 16 through the mud nor do I wish to discredit any of

14:08:01 17 the good he has done in his years as an educator,

14:08:01 18 but he is at the point where he should no longer be

14:08:05 19 allowed in the presence of students.

14:08:07 20       Ms. Wood, what did you mean when you wrote I

14:08:11 21 do not wish to see him dragged through the mud?

14:08:14 22       **A.**   As I previously mentioned, at that time

14:08:18 23 even when coming forward against him, I really

14:12:04  1  that ultimately after whatever process or whatever

14:12:10  2  they talked about that they decided that he needed

14:12:14  3  to be removed from campus and not contact us about

14:12:18  4  it.

14:12:18  5       So in that way I do believe they took

14:12:22  6  relatively quick correction action, but there was

14:12:26  7  still a period of time where I was continuing to

14:12:28  8  have to engage with him and uphold the charade that

14:12:32  9  everything was fine.

14:12:34 10       And he was hyper attune to us and he knew

14:12:38 11  something was up.  In that time he e-mailed us

14:12:39 12  about canceling spring break, which had already

14:12:43 13  been determined as something that would proceed.

14:12:45 14       And that took a toll.  Like having to engage

14:12:49 15  with him in the time that -- in the time after we

14:12:54 16  reported it, it took a toll.

14:12:57 17       But I was -- I was ultimately pleased that

14:13:01 18  he was removed from campus in the immediate

14:13:05 19  short-term.

14:13:13 20       **BY MS. NAASSANA:**

14:13:14 21       **Q.**   Did you ever see Dr. Noonan in person

14:13:17 22  after you raised your concerns with the Title IX

14:13:20 23  office on February 11th, 2019?

14:13:24  1        **A.**   I remember in February 2019, the exact

14:13:30  2   date escapes me, we went to Canada to interview an

14:13:35  3   artist for Project Tiger.  And it was -- I

14:13:39  4   distinctly remember feeling stressed about it and

14:13:43  5   the fear that he was going to know that like a

14:13:46  6   report, something was imminent in terms of his

14:13:49  7   behavior.

14:13:50  8        And he told me during that interview to fix

14:13:55  9   my face, because I was scowling the whole time,

14:13:59 10   scowling because I was so just angry and stressed.

14:14:05 11   And so I do recall that, but I can't recall the

14:14:08 12   specific date.

14:14:09 13        **Q.**   When you say you met with an artist in

14:14:11 14   Canada, with whom did you go?

14:14:14 15        **A.**   It was the full Project Tiger team and

14:14:18 16   it was with Edward Spera.

14:14:20 17        **Q.**   Was this before or after you raised

14:14:23 18   your complaints with the Title IX office on

14:14:26 19   February 11th, 2019?

14:14:26 20        **A.**   Again, I don't recall the specific date

14:14:29 21   of it, but I remember the fear around having

14:14:32 22   reported.

14:14:34 23        **Q.**   Where in Canada was this?

14:14:36 1      **A.**   It was just across the border, it was

14:14:39 2  like within 30 minutes from the border.  And it was

14:14:42 3  just like a night trip like out and back.

14:14:47 4      **Q.**   Was this after you had returned from

14:14:50 5  India?

14:14:51 6      **A.**   It was after we had returned from

14:14:53 7  India, I know it was in February, I just can't

14:14:56 8  recall the specific date.  And I can't recall if it

14:14:59 9  was after like Tassia and ██████reports and we

14:15:04 10  had discussed moving forward or if it was

14:15:06 11  specifically after February 11th.

14:15:08 12      **Q.**   Is it your testimony that you saw

14:15:11 13  Dr. Noonan in person after you met with the Title

14:15:14 14  IX office on February 11th, 2019?

14:15:17 15      **A.**   Again, I can't recall the specific

14:15:20 16  date, but I feel like I continued to engage with

14:15:23 17  him.

14:15:23 18      **Q.**   You feel like you continued to engage

14:15:26 19  with him or you did engage with him?

14:15:28 20      **MS. NANAU:**  Objection to form, you can

14:15:30 21  answer the question if you can.

14:15:34 22      **MS. NAASSANA:**  Do you need the question

14:15:36 23  repeated?

| | | |
|---|---|---|
| 14:15:38 | 1 | **THE WITNESS:** Yeah, that would be great. |
| 14:15:38 | 2 | (The above-requested question was then |
| 14:16:00 | 3 | read by the reporter.) |
| 14:16:00 | 4 | **MS. NANAU:** Same objection, you can answer |
| 14:16:03 | 5 | if you can. |
| 14:16:03 | 6 | **BY MS. NAASSANA:** |
| 14:16:04 | 7 | **Q.** And we're talking about after your |
| 14:16:06 | 8 | reports to the Title IX office. |
| 14:16:10 | 9 | **A.** My memory is that we did engage with |
| 14:16:13 | 10 | him. |
| 14:16:13 | 11 | **Q.** What do you mean by engage with him? |
| 14:16:16 | 12 | **A.** Again, like we would constantly be |
| 14:16:19 | 13 | dropping by his office. He would e-mail us and |
| 14:16:22 | 14 | expect us to drop by. We were e-mailing |
| 14:16:25 | 15 | constantly, so that's my memory of the engagement. |
| 14:16:43 | 16 | **Q.** Where did you go on this trip to |
| 14:16:46 | 17 | Canada? |
| 14:16:47 | 18 | **MS. NANAU:** Objection to form, asked and |
| 14:16:50 | 19 | answered, you may answer. |
| 14:16:51 | 20 | **THE WITNESS:** It was Edward Spera's studio |
| 14:16:54 | 21 | in Canada. I can't tell you a specific town. |
| 14:16:58 | 22 | **BY MS. NAASSANA:** |
| 14:16:58 | 23 | **Q.** And why did you go there as a group? |

14:27:26 1  don't have any recollection.

14:27:27 2        **BY MS. NAASSANA:**

14:27:28 3        **Q.**   Okay.  After you reported your concerns

14:27:32 4  to the Title IX office on February 11th, 2019, did

14:27:36 5  you ever attend a class with Dr. Noonan?

14:27:41 6        **A.**   I wasn't in any of his classes at the

14:27:45 7  time, so, no.

14:27:45 8        **Q.**   Did you ever speak with him after

14:27:48 9  February 11th, 2019?

14:27:50 10       **A.**   I don't know.  He called us all the

14:27:53 11 time.  I couldn't tell you whether I did or didn't.

14:28:02 12       **Q.**   After you reported your concerns to the

14:28:04 13 Title IX office February 11th, 2019, do you

14:28:08 14 remember e-mailing Dr. Noonan about a speaker that

14:28:10 15 was coming to campus?

14:28:11 16       **A.**   Yes.

14:28:29 17       **MS. NAASSANA:**  Okay.  May I have this

14:28:30 18 marked.

14:28:30 19 **The following was marked for Identification:**

20  **EXH. Y**            **Bates stamped Canisius 05020**

21                      **through 05023**

14:29:18 22       **BY MS. NAASSANA:**

14:29:19 23       **Q.**   So on February 12th, 2019 Dr. Noonan

14:29:22  1   invited you and other Project Tiger students to a

14:29:27  2   breakfast and reception with a speaker.  Is that

14:29:30  3   correct?

14:29:30  4        **A.**   Yes.

14:29:30  5        **Q.**   Okay.  And on the last page marked

14:29:37  6   Canisius 05023 you responded, Dr. N, I am available

14:29:42  7   for the breakfast, right?

14:29:43  8        **A.**   Correct.

14:29:44  9        **Q.**   So you sent this e-mail after your

14:29:47 10   group meeting with Ms. Walleshauser with the Title

14:29:50 11   IX office, right?

14:29:51 12        **A.**   Correct.

14:29:52 13        **Q.**   Did you report this communication from

14:29:55 14   Dr. Noonan to anyone?

14:29:57 15        **MS. NANAU:**  Objection to form, you may

14:30:01 16   answer.

14:30:02 17        **THE WITNESS:**  No.  Again, because again we

14:30:04 18   had no instruction to.

14:30:04 19        **BY MS. NAASSANA:**

14:30:05 20        **Q.**   Did you ask whether your could or

14:30:08 21   should respond to it after you received this

14:30:11 22   e-mail?

14:30:11 23        **MS. NANAU:**  Objection to the form, asked and

14:30:13 1 answered, you may answer.

14:30:15 2          **THE WITNESS:**  No.

14:30:16 3          **BY MS. NAASSANA:**

14:30:16 4          **Q.**   Did you tell Dr. Noonan that you didn't

14:30:18 5 want to communicate with him?

14:30:21 6          **A.**   Do you understand like everything I've

14:30:24 7 said about him.  Absolutely not, of course I did

14:30:27 8 not.

14:30:29 9          **Q.**   Okay.  So you -- so you sent this

14:30:43 10 e-mail on February 12th, 2019, even though you had

14:30:48 11 already requested to have no contact with

14:30:50 12 Dr. Noonan on February 11th, 2019, right?

14:30:54 13          **A.**   Correct, the most I was told was

14:30:57 14 retaliation is not acceptable.  There was no -- no

14:31:04 15 information given whatsoever of like what

14:31:06 16 retaliation would consist of, like I had no concept

14:31:12 17 of what would be appropriate or inappropriate

14:31:14 18 contact with him in this time before he was put on

14:31:18 19 leave.  I was never told anything.

14:31:22 20          **Q.**   Did you want to report this

14:31:24 21 communication at the time?

14:31:30 22          **A.**   I didn't feel like it had any relevance

14:31:33 23 beyond what we had already reported.

14:42:43   1   had no illusion that this podcast would have any

14:42:49   2   sort of an impact or mean anything to anyone, but

14:42:50   3   we had to.

14:42:51   4        We were told we had to complete something to

14:42:55   5   get credit.  That what we had done up to that point

14:42:58   6   wasn't enough to receive credit for the

14:43:02   7   three-credit class and we had to produce something

14:43:02   8   and Margulis was very set on it being a podcast.

14:43:21   9        **Q.**   So take me back to when Dr. Noonan was

14:43:25  10   placed on leave.  When he was placed on leave, how

14:43:28  11   often did you meet with Dr. Margulis with the

14:43:34  12   Project Tiger group?

14:43:36  13        **A.**   It was very ad hoc.  I think ultimately

14:43:41  14   after some time had passed we were aiming for

14:43:44  15   weekly, because that's what we were supposed to be

14:43:48  16   doing with Noonan.

14:43:49  17        But it was difficult to find a time that

14:43:52  18   would work for everyone.  Margulis it was difficult

14:43:54  19   to at times to find a time that would work for her.

14:43:57  20   And so it was kind of like, yeah, ad hoc.

14:44:46  21        **MS. NANAU:**   If we could take a little break,

14:44:49  22   is that okay?

14:44:50  23        **MS. NAASSANA:**   Yeah.

15:13:13  1  answer if you can.

15:13:14  2      **THE WITNESS:**  I don't remember any other

15:13:15  3  options that we discussed.

15:13:18  4      **BY MS. NAASSANA:**

15:13:19  5      **Q.**  So it's possible you discussed

15:13:21  6  alternate arrangements, but you just don't

15:13:24  7  remember?

15:13:24  8      **MS. NANAU:**  Objection to the form, you may

15:13:25  9  answer.

15:13:26  10      **THE WITNESS:**  Yes.

15:13:39  11      **BY MS. NAASSANA:**

15:13:40  12      **Q.**  Did you receive a grade -- strike that.

15:13:42  13      What grade did you receive for the Project

15:13:46  14  Tiger course?

15:13:46  15      **A.**  I don't remember, probably an A.

15:13:52  16      **Q.**  Have you ever identified that podcast

15:13:54  17  work on your CV at any time?

15:13:58  18      **A.**  Yeah, I mentioned it in passing on

15:14:02  19  different résumés.

15:14:18  20      **Q.**  Did the podcasts continue after this

15:14:22  21  course related work ended?

15:14:23  22      **MS. NANAU:**  Objection to the form, you can

15:14:24  23  answer if you can.

15:36:57  1          **MS. NANAU:**  Objection to the form of the

15:36:58  2  question, you may answer.

15:36:59  3          **THE WITNESS:**  I obtained credit, I just

15:37:02  4  disagree about the definition of complete.

15:37:20  5          **BY MS. NAASSANA:**

15:37:21  6          **Q.**    Were you able to graduate on time?

15:37:25  7          **A.**    Yes, I graduated in May of 2020.

15:37:28  8          **Q.**    What was the degree that you obtained?

15:37:31  9          **A.**    An animal behavior ecology and

15:37:35 10  conservation degree.

15:37:36 11          **Q.**    Was that a Bachelor's of Science?

15:37:39 12          **A.**    Yes.

15:37:39 13          **Q.**    Were you a double major or just ABEC?

15:37:43 14          **A.**    I graduated as just ABEC.

15:37:46 15          **Q.**    Okay.  Did you ask for any academic

15:37:58 16  accommodations during or after February 2019?

15:38:02 17          **A.**    I did ask for an extension on a paper

15:38:08 18  in a course I had with Professor Workman.  She gave

15:38:11 19  me 24 hours, 24 hours in an extension.

15:38:16 20          After that I didn't feel particularly

15:38:19 21  welcome to ask for any others, so that was the only

15:38:23 22  extension I asked for.

15:38:25 23          **Q.**    How much time did you ask for, how much

15:38:29  1  additional time did you ask for?

15:38:31  2       **A.**   I just asked for an extension.

15:38:33  3       **Q.**   Do you remember how much time you asked

15:38:35  4  for?

15:38:35  5       **MS. NANAU:**  Objection to the form, misstates

15:38:36  6  the prior testimony, you may answer.

15:38:40  7       **THE WITNESS:**  I didn't ask for a specific

15:38:42  8  amount of time.

15:39:04  9       **MS. NAASSANA:**  You didn't ask for -- okay.

15:39:05 10  Strike that.  May I have this marked.

15:39:05 11  **The following was marked for Identification:**

     12   **EXH. AG**          **Bates stamped Canisius 01871**

15:39:38 13       **BY MS. NAASSANA:**

15:39:39 14       **Q.**   I'm showing you what's been marked as

15:39:41 15  Exhibit AG.  Do you recall receiving these e-mails,

15:39:45 16  exchanging these e-mails?

15:39:50 17       **A.**   Yes, I do.

15:39:51 18       **Q.**   So on Thursday, February 21st you wrote

15:39:54 19  to Miranda Workman.  Professor Workman was your

15:40:00 20  professor, right?

15:40:01 21       **A.**   Yes, that's correct.

15:40:03 22       **Q.**   For which course?

15:40:05 23       **A.**   Social movements in social change or

15:40:08  1  something like that.

15:40:09  2          Q.    Okay.  You wrote, hello, Professor

15:40:12  3  Workman, I am e-mailing to ask if a day extension

15:40:14  4  on my biography of an activist paper would be

15:40:19  5  possible.

15:40:19  6          So you did, in fact, ask for a day

15:40:24  7  extension, right?

15:40:25  8          A.    Yeah, that's correct.

15:40:26  9          Q.    And Professor Workman granted you that

15:40:30 10  one day extension, right?

15:40:31 11          A.    Yes, that's correct.

15:40:45 12          Q.    Okay.  So Professor Workman granted the

15:40:50 13  extension that you asked for, right?

15:40:52 14          MS. NANAU:  Objection, asked and answered,

15:40:54 15  you may answer.

15:40:54 16          THE WITNESS:  Yeah, correct.

15:40:55 17          BY MS. NAASSANA:

15:40:56 18          Q.    Okay.  Did you ask for any personal

15:41:14 19  supports or accommodations during or after

15:41:18 20  February 2019?

15:41:21 21          MS. NANAU:  Objection to the form, you may

15:41:24 22  answer if you can.

15:41:28 23          THE WITNESS:  No, I did not.  I never felt

15:41:32  1  like -- I didn't know what to ask for and I didn't

15:41:38  2  feel like if I did that it would be met with -- met

15:41:42  3  with any enthusiasm or warmth.

15:42:00  4      **BY MS. NAASSANA:**

15:42:00  5      **Q.**   Who did you feel would not respond to

15:42:04  6  you with enthusiasm or warmth?

15:42:07  7      **A.**   For starters, Professor Margulis,

15:42:11  8  because, again, at that point we had been reaching

15:42:14  9  out to her for support, support in getting the film

15:42:19 10  footage.

15:42:19 11      And we were constantly shut down and met

15:42:23 12  with frustration.  Support from the Title IX office

15:42:27 13  because we were constantly asking for meetings and

15:42:30 14  communication and constantly shut down.

15:42:32 15      There was at least two meetings that we had

15:42:35 16  requested, one before he was put on leave because

15:42:38 17  we were terrified and didn't understand what that

15:42:42 18  would look like, no one told us that there would be

15:42:45 19  campus security there, no one told us, you know,

15:42:49 20  that his access to the campus would be cut off.

15:42:51 21      It was just this big question mark, no one

15:42:53 22  told us to stay away from the health science

15:42:57 23  building.  It was just we're going to talk to him

15:43:01  1   on Thursday or whatever day it was.

15:43:04  2         Oh, my goodness, can you repeat the

15:43:07  3   question.

15:43:07  4         (The above-requested question was then

15:43:07  5   read by the reporter.)

15:43:20  6         **THE WITNESS:**  Yeah, so the Title IX office

15:43:22  7   told us over and over again with their actions and

15:43:25  8   their complete ignorance to requests to meet with

15:43:29  9   them that they didn't really care about our

15:43:32 10   experience throughout this case.

15:43:34 11         We were never explicitly told that we could

15:43:38 12   access the campus counseling or anything like that

15:43:42 13   if we needed it.

15:43:44 14         And above all else it was just this like big

15:43:47 15   dirty thing that felt like an evil elephant in the

15:43:47 16   room that no one would talk about.

15:43:51 17         I knew that our professors were talking

15:43:53 18   about us but never once did anyone say I'm so sorry

15:43:57 19   you're going through this.

15:43:59 20         Yeah, so it was -- I didn't feel like anyone

15:44:03 21   in the faculty or the Title IX office would be

15:44:08 22   receptive or supportive.

15:44:08 23         **BY MS. NAASSANA:**

15:48:02 1          **A.**    It was my senior year, yeah.

15:48:06 2          **Q.**    Was it both semesters of your senior

15:48:10 3    year or just one?

15:48:11 4          **A.**    It was both, but the pandemic hit, so

15:48:15 5    it kind of tapered off the second semester.

15:48:20 6          **Q.**    Did you ultimately end up applying for

15:48:23 7    this job?

15:48:24 8          **A.**    I did apply for the job.

15:48:26 9          **Q.**    And did you just have to submit this

15:48:30 10   lesson plan as part of that job?

15:48:32 11         **MS. NANAU:**    Objection to the form of the

15:48:33 12   question, you may answer.

15:48:33 13         **BY MS. NAASSANA:**

15:48:35 14         **Q.**    Strike that, that was a bad question.

15:48:37 15         What was -- what did the job application to

15:48:40 16   that job entail?

15:48:42 17         **A.**    Yeah, so this was -- if I recall

15:48:43 18   correctly, this was after -- I can't remember if

15:48:48 19   this was expected in the initial application or if

15:48:52 20   it was something they followed up and requested

15:48:54 21   sort of after they had whittled down candidates,

15:48:59 22   but I believe a wrote a cover letter, I had a

15:49:02 23   résumé.

15:49:03 1          And then, yeah, either at that initial point

15:49:06 2     or in advance of doing an interview the lesson plan

15:49:11 3     that I needed to create.

15:49:13 4          **BY MS. NAASSANA:**

15:49:13 5          **Q.**   Tell me again what WMNC stands for?

15:49:17 6          **A.**   Walking Mountain Science or Nature

15:49:21 7     Center.

15:49:21 8          **Q.**   Where is that located?

15:49:22 9          **A.**   Avon, Colorado.

15:49:25 10          **Q.**   Okay.  Did you ultimately apply for

15:49:27 11     that job at WMNC?

15:49:30 12          **A.**   Yes, I did.

15:49:31 13          **Q.**   Okay.  Were you accepted for that job

15:49:36 14     or were you hired?

15:49:36 15          **A.**   No, I got through I think the first

15:49:39 16     round of interviews.  I did a faux lesson to them,

15:49:44 17     but I ultimately did not get the job.

15:49:46 18          **Q.**   Why did you reach out to Dr. Russell

15:49:50 19     for help?

15:49:51 20          **MS. NANAU:**  Objection to form, asked and

15:49:53 21     answered, you may answer.

15:49:54 22          **THE WITNESS:**  He had specific expertise as

15:49:57 23     a -- his specialty was conservation education.  It

15:50:01  1  was the nature of the research I did with him.

15:50:03  2          And I knew he was a subject matter expert in

15:50:06  3  that area.  So I reached out to him, because I

15:50:11  4  thought he would be able to give me impactful

15:50:16  5  feedback.

15:50:16  6          **BY MS. NAASSANA:**

15:50:17  7          **Q.**   Do you think he gave you impactful

15:50:20  8  feedback?

15:50:20  9          **A.**   Yeah, I think his feedback was helpful.

15:50:38 10          **MS. NAASSANA:**  Do you mind if we take a

15:50:41 11  five-minute break.

15:50:42 12              (A recess was then taken at 3:50 p.m.)

15:55:19 13          **BY MS. NAASSANA:**

15:55:22 14          **Q.**   Ms. Wood, did there come a time when

15:55:24 15  you received counseling support at Canisius?

15:55:30 16          **A.**   I went to the counseling center once my

15:55:34 17  freshman year, so my first -- I think it was my

15:55:39 18  first semester at Canisius.

15:55:42 19          I was going through like a rough breakup and

15:55:45 20  wanted to talk to someone.  It was underwhelming.

15:55:52 21  I went back for a follow-up the following week and

15:55:57 22  the man I talked to, whose name I can't even

15:56:00 23  remember, he completely forgot me.

15:56:03 1        And like I went in with him.  He wasn't like

15:56:07 2  so how have you been.  He introduced himself again

15:56:09 3  and so that was the last time I went there.

15:56:14 4        **Q.**  How many appointments did you go to?

15:56:17 5        **A.**  That would be two.

15:56:24 6        **Q.**  Do you remember the name of the

15:56:26 7  counselor or therapist that you saw?

15:56:30 8        **A.**  No.

15:56:32 9     **MS. NAASSANA:**  We previously requested an

15:56:34 10  authorization for the release of Ms. Wood's

15:56:37 11  records, if any, from the Canisius Counseling

15:56:40 12  Center and we have not received them, so...

15:56:42 13     **MS. NANAU:**  Right, there's no treatment in

15:56:42 14  that testimony, right.  She wasn't treated.  She

15:56:44 15  went to an initial session, she went back and he

15:56:46 16  didn't even recognize her.

15:56:48 17        She doesn't recall the name of the

15:56:50 18  therapist, there was no therapy provided.  So if

15:56:55 19  you want the HIPAA, then we'll give you a HIPAA,

15:56:58 20  but there was no treatment.

15:57:00 21     **MS. NAASSANA:**  I don't understand what you

15:57:02 22  mean by no treatment.  You visited the Canisius

15:57:03 23  Counseling Center your freshman year, correct?

16:30:20  1          **Q.**   And you'd be able to use your Americorp

16:30:25  2  education grant towards business school, right?

16:30:27  3          **A.**   Yeah, depending when or if I go.  I

16:30:32  4  think there's an expiration on it.

16:30:34  5          **Q.**   Okay.  In terms of your personal

16:30:39  6  viewpoint, do you feel your Canisius degree is of

16:30:43  7  any value?

16:30:47  8          **A.**   In terms of like what it's brought me

16:30:50  9  professionally, no.  I think that my work

16:30:54 10  experience while I was an undergraduate has been

16:30:58 11  much more applicable and is where I've learned the

16:31:03 12  most.

16:31:03 13          So, for example, I worked for the Girl

16:31:06 14  Scouts of Western New York.  When I was at

16:31:10 15  Canisius, I started working for them the summer

16:31:14 16  after my freshman or sophomore year.

16:31:19 17          So I worked for them for almost three years.

16:31:22 18  And that was my first introduction into the kind of

16:31:26 19  work I do now.  I would compute demographic data

16:31:29 20  for the girls in our programs.  I would plan

16:31:29 21  curriculum.

16:31:33 22          I would manage our supplies.  I would help

16:31:36 23  manage partnerships with different schools and

16:31:40 1    community centers.  And that work experience and

16:31:43 2    being able to talk about it really gave me a leg up

16:31:48 3    and the experience I needed for the job that I do

16:31:51 4    now and for the Americorp role that I got, because

16:31:55 5    you know, I very much believe I was selected

16:31:58 6    because I already had experience working with

16:32:01 7    students which was the bulk of what that job was

16:32:04 8    going to entail.

16:32:05 9           And, again, the work I do day-to-day now

16:32:09 10   it's a lot more adjacent to the work I did at Girl

16:32:11 11   Scouts.  My hiring manager who hired me, Jessica

16:32:16 12   Weedman, she was an amazing boss and was the deputy

16:32:19 13   chief of staff at the time, I'm still very close

16:32:22 14   with her.

16:32:23 15          And she told me that -- I mean, after I was

16:32:25 16   hired, she would like ask me what school I went to,

16:32:28 17   because she did not look at it or care about it at

16:32:32 18   all on the résumé.  If anything maybe it was a

16:32:36 19   checked box, but it certainly was irrelevant that

16:32:40 20   my degree was in animal behavior, ecology and

16:32:43 21   conservation in terms of like obtaining my job.

16:32:46 22          I think it was more so the work experience,

16:32:49 23   internships I did such as through the Alaska

16:33:02 1  Sealife Center and the National Park Service.

16:33:06 2      The fact that I was able to articulate the

16:33:10 3  outcomes of those experiences really clearly on my

16:33:15 4  résumé I think is ultimately what gave me a leg up

16:33:19 5  and the fact that I write a damn good cover letter

16:33:23 6  and I was told that my cover letter is really what

16:33:26 7  got me an interview.

16:33:27 8      **Q.**   An interview for what job?

16:33:29 9      **A.**   The operations program assistant role.

16:33:33 10      **Q.**   This Alaska Sealife Service internship,

16:33:33 11  when did you do that?

16:33:34 12      **A.**   It was the summer after my sophomore

16:33:40 13  year, I believe.  Yeah, because it wasn't right

16:33:46 14  after I started at Canisius, it had been some time.

16:33:50 15      So, yeah, it was the summer of, what would

16:33:54 16  that have been, 2018, summer of 2018.

16:33:57 17      **Q.**   How did you get that internship?

16:34:00 18      **A.**   Yeah, so I applied independently, it

16:34:04 19  wasn't something I applied to through Canisius.

16:34:07 20  Again, my schtick, my thing at the time was marine

16:34:10 21  mammals and I wanted to work with them more in the

16:34:17 22  wild environments and explore -- yeah, explore that

16:34:24 23  and -- what was question, how I applied?