Meeting w/ DAN

1/16/18

████████████ w/ Noonan

→ discussion Mike about hours available to do retard
but suggests
→ should take another semester
her priority should be research
████████████ but Mike claims he blocked her
her priority should be
classes
→ Mike "yelling"

→ decided to completely cut Fin

**Actions**

• asked Dan to consider whether taking on
████████████ would distract him from his research
goals

• if he does do research w/ Dave, avoid
interaction w/ Mike (who plans to take over
the project)

• asked Dan to let ████████████ know that
if she feels the interaction was
unprofessional/inappropriate, she
should contact me or Linda W.

EXHIBIT
Plf 16
LED 6-19-24 bb

Canisius 00569

Canisius 00570

███████ / Noonan

1/25

Met w/ ███████

~~I~~ Expressed concern about encounter w/
Noonan/ & her old roman~~ce~~

- Asked her if she was ok w/
how situation resolved

- She feels it's best to avoid interactn
w/ Noonan + ∴ will not continue
research w/ Haeuser — "it would be
unfair to Haeuser Lau to be
exposed to tension + possible conflict"

Asked her future plans
- Internship @ SPCA
- dreamed of being a vet; but b/c of
interacting w/ Noonan cannot fathom
4 more years of schooling
- worried that this he will ~~neg~~ impact
application b/c of his contacts at Vet School

history of making her + others feeling
disrespected/
-- she has felt disrespect/ intimin.
since frosh n... Many conversatns violion
in tears
- many conversatn— "crossed the line"

→ We discussed options
{ online
  TX
  I can report
Emphasized that she would be
protected from retaliation

→ ▮▮▮▮ also mentioned other female
on team feel same but are scared to
come forward. She discussed option
situation w/ other student faculty
nothing appeared to happen, so
discouraged.

discussed w/ Linda
        — encourage her to contact
              Linda
① email
② encourage to

— Sue + al met w/ Dean on wed

2/6 ███████ Tuhovak/Noonan

Met w/ Linda + reported Students
concerns about giving names.
She indicated she had also met
w/her. She had not yet met w/
Dean and discuss situation
She encouraged students to meet directly
w/ her. Her ~~conv~~ everything will
be confidential. Her conversation
w/ Mike will be very general.


Tuhovak

Met w/ her to update her on program
+ reassure any discussions will be
very general.

She mentioned ~~Essi~~ Proj Tiger
— had a discussion w/ student.
They will make a statement about
what ~~to~~ occurred during trip to India
if needed, but are concerned
about impact on ████ (also does
research w/ Mike). They are
worried she will not be a
co-author on paper. I asked

She also said concerned about
Mike's response to conv w/ Dean + Linda.
~~She~~ I asked if ██████ ██████ are
ever alone w/ Mike. ~~She~~ ~~thought~~
they drove together + separate from
Mike to Marine Land. ~~she~~
Once there, research team ~~&~~ splits up
██████ work out Sea Lions ██████ + Mike
work w/ whales. There may be some
time in trainers team while
wait for whales to get ready
I ~~told~~ Natassia to let
know she should minimize alone
time + if she felt unsafe to let
me know.

(planned on meeting next week)

I called Pete — urged him to meet
w/ Linda ASAP to discuss situation
He suggested I talk w/ Mike — ~~who~~
~~I said~~ I can't get specific w/out revealing
who I am + him knowing who ~~I~~ ~~am~~ reported.



2/9/19 ███████████ ████████ █████ Myear italy

grad fall 20

- concern about film footage
- " about research
  { back-up
  Canisius property

- 2 hrs / 5 days week
  ~~favoritism~~ asbn what reward ████ she heard
  you'de defend my ass"

- no conversation w/ students

- Lately no Lg bender
  do you want to close door
  "obj baby"

- Cultural insensitivities
  + rude interactn w/ guide

- VERBAL ABUSE
  "pulled an ████" when someone
  did something stupid
  → Lutec → siemens █████

Canisius 00576

- Summer
  - 2 week ~ sick
  - ur a good day it, friend
  - kept prying
    - are u ok
    - is everything ok down there?
  - happened for days

- Bash my religion
  - why do u belie ur relign
  - it wouldn't Allow Can emblem
    - on poster Jesuit - de value Research

Emotional manipul/Power
  - asked for a ride from a ~ m
  - ok a ride from airport

- 30 yr old girl, would u date
  - a woman 40yrs older?
  - Have u ever been asked by girl

─────

Trav. const
  - enemal suppository
  - will u how'd use saposito
    - demonstrated position
  - seemed to get chief discussn
  - 15% can do it chief offered tu
    - do it (+ then)

Canisius 00578

- ████████ as pet name
- 15 min
- apparel massage shoulder
- no boundries
  Especially bed near India trip
- "creepy touch feely"

gave her my cell phone # in case in situation in building where

Feb 11th

Plants/Soc

████████████

Natalie Noonan research team

████████████

encour make a statement

nobody wants to ruin it for everyone else

expected people to letter of reassurance

"VERBal abuse"
when     = "stupid"
in bad
mood

unpredictable
did follow instruct even though

"not good enough"

frequently in front of research team

"CRAVE praise"
feels like "grooming"

Canisius 00582

crosses teacher/student relationship:

VERY personal ?'s, made feel uncmf
"~~What~~ Would u date some LaLu ?'s

'Advise on dating

Sexual JOKES

Student flirting + asks class how
he should handle

- inappropriate test touching
  • asking student to stretch knee
  • Benches in zoo
  • evry day in office

  • Braiding hair
    even though said wasn't cmft
    didn't stop

  • chipped up bra down shirt
    even when said did went to
  • too helpful
  • uses students as cane/crutch
- is it ok to go on dates w/ students
  that grad ( now divorced)

Canisius 00583

CONFIDENTIAL

Canisius 00584

VERy calculating/ psy manipulation

Knows when too flip
 sumpheonf asks to be on rose ben

▇ — after 1st semest

fotd 180 from prof in classroom
 + research wide

-Even when say dnt want to go to rese cf
 still adds

— { 1st 30 min → this is trash
 2nd 30 min → samphemnt

{ SEX EV + Beh
 questionaire      have u had sex w men↑
shared data
w chars     { how many have u be w/
 — do u use prot
 { have u done ag sex w/ animal

Canisius 00586

→ sniffing tshirts / pheromone
based on study
he keeps t-shirts

→ inappropriate ⎨ summer
shows

- if contacted Linda,
repurcussions
Ignatian Sch / CEEP
3 - yrs
Debbie Silva

⎧ plan of action to protect current
students
getting proga out, letter of recomm. ⎬

⎡ Project Tiger ⎤

Canisius 00588

→ consequences on peers/work

• Project Tiger

[ T-5
  work minimize impact
        research credit }

• Social Org of Mami
  — cant be in classroom @ sametime
    • Someone else teach class
        or transfer student

[ only to people who file complaint

  SUSPEND — across the board

Contact clause
  you must vacate area if see other
        person

→ Conditions
  or term of suspension        ↳ need to other
                                  understand
                                  retiliation

— if insist on count student,

→ {Help to get home}

→ Psy/ off

— clinically — didn't consider taking to local
health care
< these worm hare it out for me . . .

Process of suspension

Signed contract to give him medical

Men on trip?

Dr. Noonan-Next Steps-2-14-19

- Address academic backup plan for all area-class, research team, work study students and Project Tiger
- IT back up plan
- Film Footage from Project India
- Clarify document signed when students travel to India-medical authority
- Clarify if any male students participate in research, work study or Project India
- Dr. Hogan to schedule meeting with Dr. Noonan for 2/15-9am in Psychology Conference Room
- Dr. Hogan to e-mail students early Friday AM to advise them of the meeting and provide additional information on retaliation-who to contact
- Linda Walleshauser and Jennifer Skowron to meet with Dr. Noonan-LW to investigate-JS witness and notetaking
- Provision of harassment and discrimination policy and the NYS sexual harassment policy with retaliation language highlighted-stress that immediate disciplinary measures will be taken for any retaliation
- Public Safety present in building-JS to coordinate
- Advise at the end of the meeting to have him exit the building and that he will receive a phone call at noon advising him regarding next steps
- Collect keys and ID for the remainder of the investigation process
- Advise that he is to have no contact with any member of the Canisius community particularly any students during this process
- Meet with Peg immediately following to share results of the investigation
- Confirm if any other action is required based on the faculty handbook
- Dr. McCarthy/President Hurley determine decision
- Call with legal if needed
- Dr. McCarthy/LW call Dr. Noonan
- Dr. Hogan to provide general update to students-assure that they will have no interruption in academics
- LW to follow up with students via e-mail to reiterate importance of immediate notification regarding any retaliation by Dr. Noonan

Canisius 00592

1. Contact students once rece.
   text
   { grapemail
   { Xeep. Emily

Dr
Nar → Leave at this time
is

Dr. Nomas has been adviard
that any retaliation is not acceptable
Please Contact eeither Dr Mariens
Mrs Walleshashauser or myself
IMMediately if any
retaliatory contact occurs.

SN

Sue. 480-6805

faculty: 12'00
         Sorry to be so vague
         but bord on the s',
Dr. Noonan is on a Leave
at this time. More info
will be provided as
it becomes available

Effectue
this

Lily Engelbrecht

Sierra Boucher

Natassia Tuhovak

Hannah Whelan

Cassidy Wool

Sierra       ( 2/22/19 )

→ out of the loop

  · Better communication

     "Legally unable" to discuss output

## Project Tiger

  → a documentary — (25,3)   → work on this summer

  → a video series      fall/sp of project

      {   YouTube

        — 10 → 2 min → time after project

→ Mentorship

  · w/ plan, Margalis

  " Mentorship

     digital media }

     video Institute

→ Hannah { Work-study
   Sienna { — Sue will need to
      Margalis

       contract w/

        Roll out?

3/4/19

→ Natassia
- toddler meeting pushed back to 3/14
- concerned w/ lack of communication
  w/ students
- feels like students aren't interested
- requested a meeting w/ HR - LW
  denied - as felt it was not a
  good idea
- HR should HAVE contacted students
  prior to 1st meeting w/ Mike
  to let them know what
  they should (not be in lab)

- discussed having a meeting w/ HR
  you to get feedback from this