**Plaintiffs' Exhibit I**

**CONFIDENTIAL**

On Feb 7, 2019, at 4:22 PM, Natassia Tuhovak <tuhovakn@canisius.edu> wrote:

Ms. Walleshauser,

Monday works for me. I only have class from 10:40-11:35am, so any other time I could meet with you. Thank you.

Natassia

On Thu, Feb 7, 2019 at 2:23 PM Walleshauser, Linda M <walleshl@canisius.edu> wrote:
Natassia-thank you for reaching out to me. I am out of town until Monday but can certainly meet you on Monday. Please let me know when you are free. Thank you.

Sent from my iPhone

> On Feb 7, 2019, at 2:17 PM, Natassia Tuhovak <tuhovakn@canisius.edu> wrote:
>
> Hi Ms. Walleshauser,
>
> Would I be able to meet with you either tomorrow or some time next week to discuss some concerns I'm having with a professor? Dr. Hogan and I have met this week, and she has reccommended I set up a meeting with you. I have class tomorrow from 10:40-11:35am, but other than that I am free.
>
> I can also meet today after my 2:30-3:45pm class if that works better.
>
> If you're unable to meet this week just let me know and we can schedule something for next week.
>
> Thank you,
>
> Natassia Tuhovak