**Plaintiffs' Exhibit J**

## VIDEO TELECONFERENCE DEPOSITION
## HANNAH E. WHELAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                    Plaintiffs,

        - against -      Case No.
                         1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                    Defendant.
----------------------------------------


        Video teleconference deposition of **HANNAH
E. WHELAN**, Plaintiff, present at HODGSON RUSS LLP,
The Guaranty Building, 140 Pearl Street, Suite 100,
Buffalo, New York, taken pursuant to the Federal
Rules of Civil Procedure, connecting to various
locations on September 17, 2024, commencing at 9:39
a.m., before ANDREA J. DEMYAN, Notary Public.

10:52:30  1        **A.**    Correct.  And the ABEC department was

10:52:37  2    really the selling factor for me.  It was a

10:52:40  3    combination of --

10:52:41  4        **Q.**    Those three?

10:52:42  5        **A.**    -- those three.

10:52:45  6        **Q.**    Okay.  Ms. Whelan, the -- the ABEC

10:52:49  7    department, did you visit it during your campus

10:52:54  8    visit prior to admission to Canisius --

10:52:56  9        **MS. NANAU:**  Objection.

10:52:56 10        **BY MR. D'ANTONIO:**

10:52:56 11        **Q.**    -- or prior to attending Canisius?

10:52:58 12        **MS. NANAU:**  Objection to form.  You may

10:53:00 13    answer.

10:53:00 14        **BY MR. D'ANTONIO:**

10:53:01 15        **Q.**    Do you want me to try it again?

10:53:02 16        I know you said you went to visit the

10:53:03 17    college before you actually enrolled there, yes?

10:53:06 18        **A.**    Correct.

10:53:06 19        **Q.**    Okay.  Did you speak with anybody at

10:53:09 20    the ABEC department during that visit?

10:53:12 21        **A.**    No.

10:53:13 22        **Q.**    Okay.  Was it only one visit or did you

10:53:15 23    go more than once?

10:53:16  1           **A.**    I went more than once.

10:53:18  2           **Q.**    Okay.

10:53:20  3           **A.**    I went twice.  I went to accepted

10:53:23  4     students day after my initial visit.

10:53:25  5           **Q.**    Okay.

10:53:25  6           **A.**    On the initial visit, I had a tour

10:53:28  7     guide who was an ABEC major.

10:53:30  8           **Q.**    Okay.

10:53:30  9           **A.**    So I talked to the tour guide a lot

10:53:33 10     about the ABEC program and then we also had a sort

10:53:36 11     of meet and greet with Dr. Stuart who was a member

10:53:41 12     of the bio department and he also spoke to the --

10:53:44 13           **Q.**    Andrew Stuart?

10:53:46 14           **A.**    Handlebar mustache, yeah.

10:53:49 15           **Q.**    Andrew Stuart, right.

10:53:51 16           **A.**    And he spoke to the biology department

10:53:52 17     and the ABEC department during his kind of speech

10:53:55 18     he gave the students and the parents.

10:54:00 19           So no, I didn't speak with any staff

10:54:02 20     directly, but I was still able to kind of get a

10:54:05 21     good understanding of the program and what it had

10:54:07 22     to offer.

10:54:08 23           **Q.**    You learned a little more when you

10:54:12  1  spoke with both the student and with

10:54:14  2  Professor Stuart?

10:54:15  3      **A.**    Yes.

10:54:15  4      **MS. NANAU:**  Objection to form.

10:54:17  5      **BY MR. D'ANTONIO:**

10:54:18  6      **Q.**    Okay.  Do you remember the name of the

10:54:20  7  student who was your tour guide?

10:54:22  8      **A.**    No.

10:54:22  9      **Q.**    Okay.  What specifically attracted you

10:54:31 10  to the ABEC program, if you remember?

10:54:34 11      **A.**    So I always had a passion for wildlife

10:54:38 12  growing up.  My initial aspiration was to go into

10:54:44 13  wildlife veterinary science, but I quickly learned

10:54:47 14  in my first few weeks at Canisius that my passion

10:54:50 15  was for wildlife and not for medicine at all.

10:54:53 16      And so I was pulled towards the ABEC program

10:54:59 17  because I found that it was a way for me to focus

10:55:02 18  veterinary science through a wildlife lens and not

10:55:06 19  necessarily at a school like Cornell where it would

10:55:09 20  have been mostly focused on small animal clinics

10:55:14 21  and agriculture and livestock.

10:55:17 22      Canisius had that at the time I viewed as

10:55:20 23  like this cutting edge program that could give me a

10:55:24 1  good kind of foundation in wildlife medicine that

10:55:30 2  other schools couldn't really offer.

10:55:33 3      **Q.**   And I think you said that you were --

10:55:35 4  you were attracted -- you learned quickly you were

10:55:37 5  attracted to the wildlife side, but not to the

10:55:40 6  medicine side?

10:55:42 7      **A.**   Correct.

10:55:42 8      **Q.**   Why not?

10:55:43 9      **A.**   I think that once I started to struggle

10:55:45 10 in courses like chemistry at Canisius, I very

10:55:50 11 easily was able to just kind of let go of wanting

10:55:54 12 to be a veterinarian.

10:55:58 13     However, I was not going to let go of my

10:56:01 14 hopes and aspirations of working with wildlife and

10:56:05 15 so then I just fully leaned into ABEC and very

10:56:10 16 quickly understood that a career that fit me, my

10:56:13 17 interests, and my skills would be pursuing a degree

10:56:17 18 in animal behavior or wildlife ecology.

10:56:22 19     And going on to become a researcher in that

10:56:25 20 field and then to be able to teach people and

10:56:29 21 higher ed very quickly became my aspiration after

10:56:36 22 that first initial probably like month of school at

10:56:41 23 Canisius.

10:56:43 1      **Q.**   And I know you also majored in

10:56:49 2  environmental science?

10:56:50 3      **A.**   Studies.

10:56:51 4      **Q.**   Environmental studies.

        5      **A.**   Yes.

10:56:52 6      **Q.**   I'm sorry, there's a difference?

10:56:53 7      **A.**   Yes.  Environmental science focuses

10:56:58 8  more on hard science as where environmental studies

10:57:00 9  is more social science.

10:57:01 10      **Q.**   Okay.  And what attracted you to

10:57:02 11  environmental studies?

10:57:03 12      **A.**   I have always kind of -- or I -- I

10:57:07 13  started to really develop a strong understanding

10:57:11 14  and passion for the complicated nature of

10:57:14 15  conservation and how understanding human behavior

10:57:21 16  helps us create policy and helps us create

10:57:26 17  conservation plans that are actually successful in

10:57:35 18  the world that we live in.

10:57:36 19      So I was just really interested in not only

10:57:40 20  the ecology and the biology and the hard science,

10:57:44 21  but also where it kind of meets with social

10:57:46 22  sciences and human behavior and understanding.

10:57:57 23      Canisius's anthrozoology master's program

11:37:02  1  because he could ask you anything from the book on

11:37:06  2  the test and expect you to know the answer.

11:37:09  3        It was really just about memorization and

11:37:11  4  not about helping us grow as biologists or research

11:37:15  5  scientists in any way, shape, or form.  There was

11:37:19  6  no lab involved like I was used to with most bio

11:37:23  7  courses.

11:37:24  8        I believe there used to be a lab for

11:37:26  9  Dr. Noonan's courses and it had been removed

11:37:29 10  because of so many complaints about, for example,

11:37:33 11  him forcing students to watch male rats rape female

11:37:39 12  rats.

11:37:40 13        His strange fixations on animal behavior,

11:37:45 14  from at least my understanding, kind of got him in

11:37:48 15  trouble in his labs in the past.  I don't know if

11:37:51 16  that's why they were no longer required -- a

11:37:56 17  requirement for the course, but I know that they

11:37:59 18  used to have them.

11:38:02 19        Q.   Okay.  So these criticisms of the Sex,

11:38:20 20  Evolution & Behavior course, did you communicate

11:38:25 21  them to anybody at Canisius while you were taking

11:38:29 22  the course?

11:38:30 23        A.   I communicated amongst my friends about

11:38:34  1   it.  There was this veil that we all had when it

11:38:45  2   came to Dr. Noonan.

11:38:47  3          So during this time that I was in his

11:38:51  4   classes, I worshiped the ground he walked on.  I

11:38:54  5   thought he was truly somebody in the field of

11:38:59  6   animal behavior which he was not.

11:39:03  7          However, Canisius allowed us to believe

11:39:06  8   this.  They allowed us to believe that we were

11:39:09  9   receiving a cutting edge education from Dr. Noonan

11:39:11 10   and that this whole program was thanks to

11:39:14 11   Dr. Noonan and that he was this mastermind who was

11:39:16 12   going to lead us all to positions like

11:39:21 13   Malini Suchak.

11:39:21 14          And so I really idolized him, I idolized

11:39:26 15   her.  Dr. Russell, these students who were former

11:39:28 16   students of Dr. Noonan who were now in these

11:39:30 17   positions I wanted to be in.

11:39:32 18          And so I looked at Dr. Noonan as someone who

11:39:34 19   has been at this school for so many years and I

11:39:40 20   excused all of these things that were red flags and

11:39:43 21   would make me uncomfortable because I was told that

11:39:49 22   if you do as Dr. Noonan says, if you don't rock the

11:39:53 23   boat, he will get you to places like Dr. Suchak, he

11:39:59 1 will lead you directly to success.

11:40:01 2       And he will take you on these incredible

11:40:04 3 trips around the world to study the animals you

11:40:06 4 wish to study as long as you remain in his favor.

11:40:10 5       And so sophomore year and on, so much of my

11:40:18 6 focus as a student was remaining in Dr. Noonan's

11:40:21 7 favor.  Being a star student for Dr. Noonan,

11:40:25 8 gaining Dr. Noonan's attention and appreciation as

11:40:27 9 a student so that I could get where I wanted to be

11:40:32 10 which was in a position like Dr. Suchak.

11:40:35 11       And so no, I never complained because I

11:40:38 12 thought surely if there was any danger here -- this

11:40:42 13 man has taught here for so long.  Surely if there

11:40:46 14 was any danger here, the school would already know

11:40:49 15 about it and the school would have done something

11:40:52 16 about it.

11:40:53 17       And so -- not to mention we were all being

11:40:56 18 groomed to trust him.  So no, I never reported

11:41:02 19 anything at the time.  Inevitably I did, however.

11:41:07 20       Q.   The impression that you were given that

11:41:26 21 Dr. Noonan was I think you used the term a

11:41:29 22 mastermind, who specifically gave you that

11:41:36 23 impression and what specifically did those people

11:58:23  1        But now I can just see as the greater

11:58:28  2   pattern of him grooming us and getting us to trust

11:58:32  3   him and fully commit to our -- our liking and

11:58:37  4   relationship with him so that then he could then

11:58:40  5   get us close enough to sexually exploit us as

11:58:44  6   students.

11:58:44  7        **Q.**   Okay.  So let me just spend a minute or

11:58:50  8   two on -- on that and we'll explore that later on.

11:58:52  9   But did Dr. Noonan ever proposition you?  By that,

11:59:00 10   I mean did he ever ask you to engage in any sexual

11:59:04 11   act?

11:59:04 12        **A.**   He asked me if he could insert an enema

11:59:08 13   into my butt over and over again repeatedly which I

11:59:14 14   can only assume is a sexual fetish of his.

11:59:17 15        **Q.**   So I know that's your assumption.

11:59:19 16        **A.**   An abnormal behavior.

11:59:20 17        **Q.**   Did he ever ask you to have

11:59:22 18   intercourse?

11:59:23 19        **A.**   Define intercourse.

11:59:27 20        **Q.**   I think it's a pretty well-defined

11:59:31 21   term.

11:59:31 22        **MS. NANAU:**  Objection to form.

11:59:32 23        **BY MR. D'ANTONIO:**

11:59:32 1    **Q.**   Did he actually ask you, for example,

11:59:35 2 to allow him to put his penis into your vagina?

11:59:39 3    **A.**   No, he did not.

11:59:40 4    **Q.**   Did he ever ask you to put any part of

11:59:43 5 his body into any part of your body?

11:59:45 6    **A.**   His finger into my butt.

11:59:47 7    **Q.**   Okay.  He asked for permission to do

11:59:49 8 that?

11:59:49 9    **A.**   He asked me for permission to insert a

11:59:53 10 suppository into my butt and then described to me

11:59:57 11 exactly how he would do it and what he would need

11:59:59 12 to do in order to be successful in inserting a

12:00:03 13 suppository into my butt.

12:00:04 14    Which included I would need to push into

12:00:07 15 your butt past the tight part and then you would

12:00:10 16 relax.  That would allow the suppository to melt

12:00:13 17 and I'd hold my finger up there so it wouldn't

12:00:17 18 spill out into your cheeks.

12:00:19 19    **Q.**   Did he explain to you a concern that

12:00:28 20 would have caused you to need the suppository?

12:00:31 21    **MS. NANAU:**  Objection to form.  You may

12:00:32 22 answer.

12:00:33 23    **BY MR. D'ANTONIO:**

12:00:35 1      **Q.**   Okay.  You were constipated on the

12:00:36 2 trip?

12:00:36 3      **A.**   Did he -- was he concerned for me --

12:00:38 4      **Q.**   I'm asking -- I'll ask it a different

12:00:41 5 way.  You were constipated on the trip; is that

12:00:44 6 right?

12:00:44 7      **A.**   Correct.  In which I never --

12:00:45 8      **Q.**   Let me -- let me just -- I know --

12:00:48 9 look, I know you -- you want to talk and that's

12:00:50 10 fine, but certain times I just need answers to the

12:00:53 11 questions and then we'll follow up.  Okay?

12:00:56 12      Did you understand that he had a concern

12:01:04 13 about your constipation?

12:01:06 14      **MS. NANAU:**  Objection to form.  You may

12:01:08 15 answer.

12:01:08 16      **THE WITNESS:**  I understood very clearly that

12:01:16 17 he wanted me to believe that he was concerned about

12:01:18 18 my constipation.

12:01:19 19      **BY MR. D'ANTONIO:**

12:01:20 20      **Q.**   Okay.  All right.  That's fine.  Let me

12:01:22 21 just ask then the words he used, did he tell you he

12:01:31 22 was concerned about your constipation?

12:01:34 23      **MS. NANAU:**  Objection to form.  You may

12:01:35   1   answer.  Asked and answered.

12:01:37   2         **THE WITNESS:**  The first time he expressed

12:01:38   3   his supposed concern for my constipation was when

12:01:42   4   he pulled me aside in a hotel in New Dehli that we

12:01:47   5   had just arrived at.

12:01:49   6         I had been talking to a friend in the van we

12:01:52   7   were in on the way to the hotel about how I was so

12:01:58   8   relieved she remembered to bring laxatives because

12:02:01   9   I forgot and I normally have issues when I travel

12:02:05   10   especially to different time zones.

12:02:08   11         **BY MR. D'ANTONIO:**

12:02:08   12       **Q.**  Okay.

12:02:08   13       **A.**  I was not asking for him to be

12:02:11   14   concerned for me nor was I even aware that he

12:02:14   15   overheard our conversation.

12:02:15   16       **Q.**  I didn't ask you that question.

12:02:16   17       **A.**  Mm-hmm.

12:02:17   18       **Q.**  What I asked you was whether he

12:02:20   19   expressed concern to you about constipation.

12:02:25   20       **A.**  I would say --

12:02:26   21       **MS. NANAU:**  Objection.  Asked and answered.

12:02:29   22   You may answer.

12:02:30   23       **THE WITNESS:**  I would say he was more so

12:02:32  1  obsessed with the idea that I was constipated, less

12:02:35  2  so concerned with my constipation.

12:02:38  3          **BY MR. D'ANTONIO:**

12:02:38  4          **Q.**   And I know that's your assumption, but

12:02:40  5  I'm asking did he tell you he was concerned because

12:02:45  6  people who are constipated can have medical

12:02:49  7  problems, did he tell you that?

12:02:51  8          **MS. NANAU:**   Objection to form.  You may

12:02:52  9  answer.

12:02:52 10          **THE WITNESS:**   Oh, yes.  He -- he --

12:02:55 11          **BY MR. D'ANTONIO:**

12:02:55 12          **Q.**   Okay.

12:02:55 13          **A.**   -- made us feel like we were --

12:02:58 14          **Q.**   I didn't ask that.

12:02:59 15          **A.**   -- imperil.

12:02:59 16          **Q.**   I just asked whether he told you that

         17  and --

12:03:02 18          **A.**   That we might possibly --

12:03:02 19          **MS. NANAU:**   Okay.  I'm going to object to

12:03:07 20  the colloquy because Ms. Whelan is trying to answer

12:03:11 21  your question which words did he use to express

12:03:15 22  concern about her state.

12:03:16 23          **MR. D'ANTONIO:**   Can we have just have the

12:07:01 1 spring.  So like the weather was nicer, it was

12:07:04 2 towards the end of the semester, it was on a

12:07:07 3 weekend.

12:07:09 4          **Q.**    Spring 2018?

12:07:10 5          **A.**    Yes.

12:07:11 6          **Q.**    Okay.  So you would have been a

12:07:12 7 sophomore?

12:07:13 8          **A.**    Yes.

12:07:13 9          **Q.**    Okay.  Any other trips?

12:07:17 10          **A.**    That is the only one I can recall.

12:07:25 11          **Q.**    I'm only asking for your best

12:07:26 12 recollection.

12:07:27 13          **A.**    That wasn't -- there were other trips

12:07:29 14 related to coursework other than the wolf callers.

12:07:33 15          **Q.**    And tell me about those, where were

12:07:35 16 those trips?

12:07:36 17          **A.**    One of them was to go see an artist in

12:07:41 18 Canada and that was after we had planned to report

12:07:45 19 Dr. Noonan to Title IX so that was a very

12:07:49 20 uncomfortable trip.

12:07:50 21          That was him monopolizing our time once

12:07:53 22 again.  It was a man who painted wildlife.  It

12:07:57 23 really had nothing to do with our project and the

12:07:59 1  focus of it whatsoever and he was very angry at us

12:08:04 2  when we told him that.

12:08:07 3         He doesn't -- he never likes when you

12:08:09 4  question his authority and we were basically like

12:08:13 5  what are we doing here and he didn't have a good

12:08:16 6  reason and truly I believe he just wanted to

12:08:18 7  monopolize our time because he knew something was

12:08:21 8  going on.

12:08:21 9         He knew he was losing our favor and so he

12:08:24 10 was really desperate to spend as much time with us

12:08:26 11 as he possibly could.

12:08:28 12        **Q.**   So when was this trip to visit the

12:08:31 13 artist in Canada?

12:08:32 14        **A.**   My recollection, it was sometime after

12:08:35 15 we all decided to report him to -- it could have

12:08:41 16 been after we actually reported him to Title IX or

12:08:44 17 after we all decided to report him to Title IX.

12:08:48 18        Because in my memory, we were all very

12:08:50 19 uncomfortable and fearful of what he knew at that

12:08:56 20 point, but I don't have an exact recollection of

12:09:00 21 when it was other than in that general time period.

12:09:03 22        **Q.**   So this trip, was this part of the

12:09:11 23 course or a course?

12:09:14  1        **A.**    It was technically part of Project

12:09:17  2   Tiger.

12:09:19  3        **Q.**    And this artist in Canada, do you

12:09:21  4   remember the name of the person --

12:09:22  5        **A.**    No.

12:09:22  6        **Q.**    -- do you remember where it was?

12:09:23  7        **A.**    It was Niagara-on-the-Lake.  I don't

12:09:25  8   remember his name.  He wasn't even affiliated with

12:09:29  9   tiger related artwork, it was just wildlife in

12:09:33 10   general.  It was really random.

12:09:38 11        **Q.**    And did all of the students in the

12:09:40 12   class -- or did all the students who were on the

12:09:44 13   Project Wolf trip then go to this -- on this trip

12:09:47 14   to Canada?

12:09:48 15        **A.**    My memory is most of us being there.  I

12:09:51 16   can't remember if there was anyone missing, but I

12:09:56 17   do know ██████████████ was there, Cici Wood,

12:10:00 18   ████████████, Lily Engebrecht, Sierra -- I don't

12:10:05 19   know her last name -- and then maybe ████████████

12:10:11 20   I'm not totally positive, but it was all Project

12:10:15 21   Tiger girls.

12:10:15 22        **Q.**    And were you told that that trip was

12:10:18 23   mandatory?

12:10:18  1      **A.**    Yes.

12:10:18  2      **Q.**    Okay.  By Professor Noonan?

12:10:20  3      **A.**    Yes.  And he took us there in the

12:10:22  4  evening.  I remember it being very dark on the

12:10:24  5  drive back.  It was most certainly during the

12:10:31  6  school week.  We probably all had really important

12:10:33  7  things to be doing at that time like other

12:10:36  8  coursework.

12:10:44  9          And I remember him in the car expressing to

12:10:45 10  us that we were trying to overthrow him and none of

12:10:49 11  us knew what that meant and he had told us multiple

12:10:51 12  times in India, you are all ganging up on me,

12:10:54 13  you're trying to overthrow me.

12:10:56 14          And we weren't totally positive where this

12:10:59 15  fear of being overthrown was coming from or -- I

12:11:06 16  mean, I can place it as classic manipulation, but I

12:11:11 17  remember him thinking we were going to overthrow

12:11:13 18  him.

12:11:13 19          Because we -- we were just questioning his

12:11:15 20  ideas, like why -- why were we being asked to spend

12:11:18 21  our school time interviewing an artist who has

12:11:21 22  nothing to do with tiger conservation.

12:11:23 23      **Q.**    Okay.  So this -- this comment about

13:20:32  1  modest when you were in India?

13:20:34  2      **A.**    Yes.

13:20:35  3      **Q.**    Okay.  And -- and you -- I know you

13:20:38  4  said that you thought that it was because he was

13:20:40  5  trying to be controlling, he didn't say that,

13:20:43  6  correct, that was your surmise?

13:20:44  7      **A.**    He said I own your bodies.

13:20:47  8      **Q.**    Okay.

13:20:47  9      **A.**    So you cannot dye your hair or wear

13:20:49 10  things that I tell you you can't and he

13:20:52 11  specifically told us in India that he owned our

13:20:55 12  bodies while we were on these projects.

13:20:57 13      **Q.**    Okay.

13:20:57 14      **A.**    Because we technically were his

13:21:00 15  property because we were in his films so he did

13:21:04 16  actually specifically say that.

13:21:06 17      **Q.**    Okay.

13:21:06 18      **A.**    And that's also why he would touch us

13:21:09 19  and fix our bra straps and comment on like whether

13:21:14 20  or not we had too much like cleavage.

13:21:19 21      Like he'd basically say like we don't look

13:21:21 22  flat-chested enough or we look too flat-chested and

13:21:25 23  recommend -- like ask us if we needed to like wear

13:21:28  1  different undergarments.  Like he'd just make

13:21:32  2  strange comments about like the size of our

13:21:33  3  breasts.

13:21:33  4       In no way was he saying like you need to

13:21:36  5  make them look bigger, but he would comment like

13:21:38  6  you look awfully flat-chested, things of that

13:21:40  7  nature to my friends.  So he would make those

13:21:44  8  strange comments about --

13:21:46  9       **Q.**   I'm sorry, go ahead.

13:21:47 10       **A.**    -- about just our general -- it was

13:21:50 11  very bra and chest focused, his concerns about

13:21:54 12  modesty.  It wasn't -- that's all -- that's just my

13:21:58 13  recollection of it.

13:22:01 14       **Q.**   Okay.  In terms of -- of the -- of

13:22:05 15  the -- I think you said he touched your bra straps,

13:22:08 16  how would he do that?

13:22:09 17       **A.**   He'd come up and point to it and then

13:22:13 18  he'd kind of like look at you like put that away.

13:22:16 19       **Q.**   Okay.  All right.  And then you would

13:22:18 20  tuck it in?

13:22:18 21       **A.**   Correct.

13:22:19 22       **Q.**   All right.  And when you say pointed,

13:22:21 23  it looked to me you had your finger by your

13:49:31 1  reflection, I have a different --

13:49:32 2          **A.**   Yeah.

13:49:32 3          **Q.**   -- somewhat different understanding.

13:49:35 4          **A.**   Right.

13:49:36 5          **Q.**   Okay.  So how long would the -- would

13:49:39 6  the meetings last where you would reconvene after

13:49:41 7  you had gotten yourselves ready to go to sleep?

13:49:44 8          **A.**   An hour max.

13:49:45 9          **Q.**   Okay.  And was -- was there food or

13:49:49 10 anything like that or was it just conversation?

13:49:51 11         **A.**   It was just conversation.

13:49:52 12         **Q.**   Okay.  And did you ever express to

13:49:56 13 Dr. Noonan any objection to those meetings where

13:50:01 14 you would reconvene at the end of the -- end of the

13:50:04 15 day?

13:50:04 16         **A.**   No.  It seemed like this was a pretty

13:50:07 17 normal occurrence on his trips so I naturally

13:50:11 18 didn't see anything necessarily wrong with it at

13:50:15 19 the time.  Like I felt like, oh, this is just --

13:50:17 20 again, this is just how Dr. Noonan does things,

13:50:19 21 this is how it goes.

13:50:21 22         **Q.**   Right.  Did any of your colleagues on

13:50:25 23 the trip to Colorado express a concern, an

13:50:31 1  objection to those meetings at the end of the

13:50:34 2  day --

13:50:36 3         **MS. NANAU:**  Objection to form.

13:50:36 4         **BY MR. D'ANTONIO:**

13:50:36 5    **Q.**    -- that you heard or learned of?

13:50:38 6    **A.**    I remember specifically Megan Miller

13:50:41 7  and Jasil being like uncomfortable coming back in

13:50:45 8  their pajamas and not knowing like do we have to

13:50:49 9  change in our pajamas.

13:50:50 10        Like I don't know if they ultimately decided

13:50:54 11 not to or any details, but I do remember there

13:50:56 12 being a like general discomfort around like feeling

13:50:58 13 this pressure, like, okay, now everyone has to go

13:51:01 14 put their pajamas on.

13:51:03 15        It was just kind of like, okay -- like yeah,

13:51:04 16 there was definitely expressed to me some people

13:51:07 17 didn't want to put their pajamas on.  I think

13:51:09 18 ultimately everyone did though.

13:51:11 19    **Q.**    I was going to ask, was that reluctance

13:51:16 20 on the part of Megan and Jasil --

13:51:19 21    **A.**    Mm-hmm.

13:51:20 22    **Q.**    -- was that expressed to Dr. Noonan or

13:51:23 23 was that expressed to you -- to you?

13:51:24 1      **A.**   To me.

13:51:25 2      **Q.**   Okay.

13:51:25 3      **A.**   Yeah, to the students.  It was amongst

13:51:27 4 the students.

13:51:28 5      **Q.**   Okay.  And -- and in terms of -- of --

13:51:35 6 the same questions I asked you before, prior to

13:51:37 7 January of 2019, do you know if that reconvening at

13:51:41 8 the end of the day ritual, was reported to anyone

13:51:44 9 at Canisius faulty or staff?

13:51:46 10      **MS. NANAU:**  Objection to form.  You can

13:51:47 11 answer.

13:51:47 12      **THE WITNESS:**  Not to my knowledge.

13:51:49 13      **BY MR. D'ANTONIO:**

13:51:51 14      **Q.**   Okay.  Did there come a time when the

13:52:11 15 video from your Project Wolf trip was -- was

13:52:15 16 created, was assembled?

13:52:17 17      **A.**   Yes.

13:52:17 18      **MS. NANAU:**  Objection to form.

13:52:19 19      **MR. D'ANTONIO:**  Okay.

13:52:22 20      **MS. NANAU:**  You can answer.

13:52:23 21      **BY MR. D'ANTONIO:**

13:52:23 22      **Q.**   And when did that occur, if you

13:52:25 23 remember?

14:26:12  1   direct.

14:26:12  2       Or, for example, I wanted to go into a

14:26:18  3   graduate program or a Ph.D and something that

14:26:22  4   focused on anthrozoology and so eventually I wanted

14:26:28  5   to then end up as a professor.

14:26:30  6       But my aspirations at the time were really

14:26:32  7   to just get into a graduate program or a Ph.D

14:26:40  8   program and then I was open to the possibilities

14:26:43  9   that that would open up to me.

14:26:45 10       **Q.**   Okay.

14:26:45 11       **A.**   But most interested in becoming to some

14:26:49 12   capacity an environmental educator, whether that

14:26:52 13   was in the field of research or in a college

14:26:55 14   setting.

14:26:56 15       **Q.**   Either -- either way, that would

14:26:59 16   require additional education beyond the bachelor's

14:27:02 17   degree, right?

14:27:03 18       **A.**   Correct.

14:27:03 19       **Q.**   Okay.  And I think I know the answer to

14:27:08 20   this question, but I want to make sure.  You've

14:27:11 21   never applied for either admission to a master's

14:27:18 22   program or a Ph.D program that would have led to

14:27:21 23   that career path, right?

14:27:23  1        **A.**    Correct.

14:27:23  2        **Q.**    Okay.  And tell me why.

14:27:27  3        **A.**    So essentially I was very driven.  I

14:27:36  4  think you can tell from my responses to the Project

14:27:39  5  Tiger application, I was very passionate about this

14:27:42  6  field of study and I really put all my eggs in one

14:27:48  7  basket which was Dr. Noonan.

14:27:50  8        He was my mentor, he was my -- he was the

14:27:55  9  one who provided me access to field work, he was

14:28:00 10  going to be my recommendation.  And once I lost my

14:28:06 11  relationship with him and recognized how horrible

14:28:10 12  and manipulative that relationship was, it was just

14:28:15 13  very disheartening, disorienting.

14:28:20 14        I no longer was finding myself to have

14:28:22 15  passion for what I once had and I tried to cling to

14:28:26 16  it.  I by no means wanted to let my dream go, but

14:28:34 17  it wasn't bringing me the same happiness and

14:28:37 18  passion it once was.

14:28:39 19        And so I ended up leaving school with no

14:28:43 20  plan to apply to a graduate program because I no

14:28:47 21  longer had any idea what I wanted to do

14:28:50 22  professionally.

14:28:52 23        I needed to pivot, I knew that.  I didn't

14:28:56  1  know exactly what direction I was going to go in.

14:28:59  2  I was hoping that I could find my passion again in

14:29:05  3  which I never have found it.

14:29:09  4          **Q.**    Did you ever discuss your potential

14:29:14  5  career path in the period after your relationship

14:29:19  6  with Dr. Noonan ended?  With say Dr. Suchak or --

14:29:26  7  we'll start with that.

14:29:27  8          **A.**    No.  I didn't have a close relationship

14:29:29  9  with any of the other ABEC faulty and after my

14:29:33 10  relationship with Dr. Noonan ended, it was very

14:29:36 11  hostile in the ABEC department.

14:29:39 12          I didn't feel comfortable going to any of

14:29:42 13  the ABEC professors.  I didn't even go to

14:29:44 14  Dr. Russell who was my academic advisor.

14:29:48 15          We were very much met with the attitude of

14:29:54 16  why did you guys report him, this is an

14:29:56 17  inconvenience for us and now we have so much more

14:30:00 18  work to do.

14:30:00 19          So I completely pivoted to my environmental

14:30:05 20  studies department and I became a research student

14:30:07 21  for Dr. Erin Robinson in environmental studies and

14:30:10 22  I was going to see the rest of my -- I was going to

14:30:14 23  see -- you know, I was going to get the ABEC

14:30:17 1    degree, but that was only because I only had my

14:30:20 2    senior year left.

14:30:21 3         As far as my interests went, I completely

14:30:23 4    pivoted and wanted to see if there was something I

14:30:26 5    could maybe get published in in research for

14:30:31 6    environmental studies.

14:30:34 7         Nothing came to fruition there especially

14:30:38 8    because COVID hit and so it really just disrupted

14:30:41 9    any research processes we had laid out.  But, yeah,

14:30:44 10   so I did not reach out to Dr. Suchak.

14:30:48 11        Q.   Okay.  In terms of your -- of your

14:30:54 12   perception that there was hostility in the ABEC

14:30:58 13   department, did anyone ever say to you that they

14:31:07 14   were upset with you for having reported Dr. Noonan?

14:31:10 15        A.   Not in those words, no.

14:31:14 16        Q.   Did they ever say anything to you in

14:31:20 17   other words that caused you to believe that they

14:31:24 18   felt that your reporting was an inconvenience?

14:31:31 19        A.   Yes.

14:31:31 20        Q.   What were the words or were the -- what

14:31:32 21   was the context of that communication?

14:31:34 22        MS. NANAU:  Objection to form.  You can

14:31:35 23   answer.

14:31:35  1        **THE WITNESS:**  When we would meet with

14:31:39  2   Dr. Margulis, she made it very clear that she

14:31:41  3   didn't have a lot of time, it was difficult to set

14:31:43  4   up meetings with her.

14:31:44  5        And she was having to now -- and she wanted

14:31:48  6   us to be understanding of that because she had so

14:31:54  7   much other stuff going on and now it was her

14:31:57  8   responsibility to have to pick up the

14:32:01  9   responsibilities of Dr. Noonan.

14:32:04 10        And then she also made reference to other

14:32:07 11   professors, not directly, but saying that other

14:32:10 12   professors in the department were also going to

14:32:11 13   have to teach his course and whatnot and her

14:32:17 14   attitude was very inconvenienced is how I would

14:32:24 15   describe it.

14:32:26 16        **BY MR. D'ANTONIO:**

14:32:26 17        **Q.**    That's your perception?

14:32:28 18        **A.**    You could call it that.

14:32:30 19        **Q.**    Okay.

14:32:30 20        **A.**    That was my reality, but --

14:32:33 21        **Q.**    Okay.  When you say it's your reality,

14:32:36 22   I guess what I'm trying to understand is, did in

14:32:41 23   fact the other professors -- strike that.

14:37:28  1          **BY MR. D'ANTONIO:**

14:37:29  2          **Q.**    Yes.  Yeah.

14:37:30  3          **A.**    You mean like when we reported to Title

14:37:33  4    IX?

14:37:33  5          **Q.**    Yeah.

14:37:34  6          **A.**    No.

14:37:34  7          **Q.**    Okay.  So -- well, let's do it this

14:37:41  8    way.  When you were on the trip, did you reach out

14:37:47  9    to anyone at Canisius?

14:37:50  10         **A.**    No, I was very fearful of doing that.

14:37:54  11   I was alone with him, there were no other

14:37:56  12   chaperones.  So we did actually come together as a

14:37:59  13   group and consider that option.

14:38:00  14         We had a computer where we had access to the

14:38:03  15   internet to communicate with Canisius, but we all

14:38:05  16   agreed that it was too risky.  We didn't know how

14:38:10  17   Canisius would handle that.

14:38:11  18         We didn't know if -- again, we just -- we

14:38:13  19   didn't know how things would unfold, there was a

14:38:16  20   lot of uncertainty.  So we considered it.

14:38:19  21         We honestly wanted to, but we felt like it

14:38:23  22   was in our best -- it was our best to protect each

14:38:28  23   other at that point and then decide what to do once

14:38:32  1  we got home.

14:38:33  2          **Q.**   And how many students were on the trip?

14:38:34  3          **A.**   Eight.

14:38:35  4          **Q.**   Okay.

14:38:35  5          **A.**   All women.

14:38:36  6          **Q.**   Was that a group decision that was

14:38:38  7  made?  In other words, did all eight of you --

          8          **A.**   Yes.

14:38:40  9          **Q.**   -- agree?  Okay.  Did you reach out to

14:38:48 10  your parents?

14:38:48 11          **A.**   No.

14:38:48 12          **Q.**   Okay.  Do you know if any of the others

14:38:50 13  did, reach out to their parents?

14:38:52 14          **A.**   I'm not aware.

14:38:53 15          **Q.**   Okay.  Did you discuss as a group

14:38:59 16  whether to contact your parents?

14:39:00 17          **A.**   We discussed that we supported each

14:39:05 18  other in any, way, shape or form that anything

14:39:08 19  needed to be communicated.  So -- but no we never

14:39:10 20  said --

14:39:12 21          **Q.**   Okay.  Try my question.

14:39:13 22          **A.**   No, we did not -- sorry, can you repeat

14:39:16 23  the question?

14:42:15  1  and discussed that.

14:42:16  2          **Q.**   Where did that happen?

14:42:18  3          **A.**   That happened at 15 Hughes.

14:42:21  4          **Q.**   At your house?

14:42:22  5          **A.**   It wasn't my house at the time, it was

14:42:24  6  Lily Engebrecht's house.  I was living up the road

14:42:26  7  on Hughes at the other address.

14:42:28  8          **Q.**   I see.  Okay.  And -- and did all of

14:42:30  9  you get together?

14:42:31 10          **A.**   To my recollection, everyone from

14:42:36 11  Project Tiger was there.  I can't remember anyone

14:42:39 12  who was missing.

14:42:40 13          **Q.**   And -- and when did this happen?

14:42:44 14          **A.**   This happened -- the day I can't

14:42:48 15  remember, but I remember that school had been --

14:42:51 16  all classes had been canceled for the rest of the

14:42:54 17  day.

14:42:54 18          So we had been planning to meet -- it was

14:42:56 19  sometime in the first week of February I want to

14:42:59 20  say around that time period.  All classes had been

14:43:03 21  canceled.

14:43:04 22          We'd been planning to meet like either later

14:43:06 23  that evening and then once classes were canceled,

14:43:09 1  we were all like, hey, if we're all free, let's

14:43:13 2  meet at Lily's house.

14:43:14 3      And so everyone was free and so yeah, that's

14:43:16 4  when we really sat down and had a discussion

14:43:19 5  because I think there was this period of time when

14:43:20 6  we came back from India where we were all kind of

14:43:25 7  still in shock.

14:43:26 8      Like, okay, now we're home, let's process

14:43:29 9  this, what happened, how do we feel about it, and

14:43:33 10 then we all wanted to get together because we all

14:43:36 11 had different things at stake.

14:43:38 12      People had research at stake, we had -- we

14:43:41 13 all had our relationship with Dr. Noonan and what

14:43:44 14 value that was going to bring to us at stake, and

14:43:48 15 people like myself had previously dealt with Title

14:43:51 16 IX and I wasn't necessarily excited about having to

14:43:55 17 go through that process again.

14:43:56 18      So we all had different things to discuss

14:43:59 19 and so we wanted to be really respectful of each

14:44:02 20 other through the process.  We didn't want to make

14:44:05 21 anyone feel forced to come forward if they were not

14:44:07 22 comfortable.  And yeah, so not -- I think everyone

14:44:12 23 did end up coming forward to Title IX.

14:58:45  1        **MS. NANAU:**  Objection to form.

14:58:46  2        **BY MR. D'ANTONIO:**

14:58:46  3        **Q.**    If you know.

14:58:47  4        **A.**    I believe we were asked by

14:58:54  5   Ms. Walleshauser to prepare statements.

14:58:58  6        **Q.**    Before -- before your meeting with her

14:59:01  7   on the -- on the 11th?

14:59:04  8        **A.**    This could have been -- okay.  So I

14:59:07  9   believe what this is was I was asked to kind of

14:59:12 10   speak on behalf of us at the meeting we had with

14:59:16 11   Ms. Walleshauser.

14:59:17 12        **Q.**    Okay.  All right.

14:59:17 13        **A.**    And so I was thinking maybe this was

14:59:20 14   what she had asked of me after the initial meeting,

14:59:23 15   but I think now that I am recalling, this was kind

14:59:28 16   of the introduction.

14:59:29 17        So I was going to basically read this to

14:59:32 18   her.  We all as a group decided that the instance

14:59:35 19   that occurred with me and █████████  in the room

14:59:40 20   was something we wanted to lead with because we

14:59:43 21   really wanted the school to take us seriously and

14:59:46 22   we felt like this instance was certainly the most

14:59:51 23   dangerous instance as students we were in with him

14:59:55   1  on that trip.

14:59:57   2        So yes, so my intention with this was to

15:00:00   3  really grab Ms. Walleshauser's attention and really

15:00:08   4  try to right off the bat get the school to listen

15:00:10   5  to our concerns and understand like the severity of

15:00:15   6  them.

15:00:15   7        But that is why I point out a couple of

15:00:18   8  times -- I think I say the list of complaints we

15:00:21   9  have is quite literally enormous and then I think I

15:00:25  10  say at the very end, this is one of many concerning

15:00:28  11  incidents that occurred on the trip to kind of open

15:00:29  12  up the conversation to the fact that this wasn't

15:00:31  13  the only behavior we wanted to report.

15:00:33  14        **Q.**   Okay.  But this was in your mind

15:00:37  15  anyway, the most serious of the behaviors?

15:00:38  16        **A.**   Yes.

15:00:42  17        **Q.**   Okay.  So the -- the sixth bullet down,

15:00:58  18  which is the largest paragraph on page 1, I'm going

15:01:02  19  to read a couple of things from it and then ask you

15:01:04  20  some questions.

15:01:07  21        On the ride to Toronto airport before

15:01:16  22  leaving for India, I was talking with, and there's

15:01:19  23  a redaction there, and it was -- would that have

15:01:22  1  been Emily Began?

15:01:24  2        **A.**   I think it's Cici.

15:01:25  3        **Q.**   Cici Wood?

15:01:27  4        **A.**   But she would have been included so

15:01:30  5  maybe Abby Robinson.

15:01:31  6        **Q.**   But anyway, you were talking with

15:01:33  7  another student about how when you travel --

15:01:34  8        **A.**   Yeah.

15:01:35  9        **Q.**   -- I get constipated very easily.

15:01:38  10       **A.**   Correct.

15:01:38  11       **Q.**   Did I read that correctly?

15:01:39  12       **A.**   Yep.

15:01:39  13       **Q.**   Okay.  Do you remember which student

15:01:42  14  you were talking with on that?

15:01:43  15       **A.**   I believe it was Abby Robinson.

15:01:45  16       **Q.**   Okay.  And then a few -- a few lines

15:01:53  17  down, when we arrived at our hotel in New Dehli,

15:01:55  18  he, meaning Dr. Noonan, asked me to stay behind in

15:01:59  19  the lobby after everyone left to go to bed.

15:02:01  20       He spoke with me saying, quote, I overheard

15:02:07  21  you say you have trouble pooping when you travel,

15:02:12  22  close quote.  Did I read that correctly?

15:02:14  23       **A.**   Yes.

15:02:15 1     **Q.**   Okay.  It looks like yours said that

15:02:23 2 you were fine and not to worry and he responded,

15:02:27 3 quote, no, this can be very serious sometimes.

15:02:30 4     I've had problems like this on my trips

15:02:32 5 before and it's important that you keep me in the

15:02:36 6 loop.  Make sure you tell me whenever you, dot,

15:02:41 7 dot, dot, you know, close quote.

15:02:42 8     I read that correctly?

15:02:44 9     **A.**   Correct.

15:02:44 10     **Q.**   And Dr. Noonan was asking you to tell

15:02:47 11 him if you defecated?

15:02:50 12     **A.**   Yes.

15:02:53 13     **Q.**   Okay.  And then you said a red flag

15:02:58 14 went off immediately for me because Cici, and

15:03:02 15 that's C-I-C-I, is that Cassidy Wood, Cici?

15:03:07 16     **A.**   Yes.

15:03:07 17     **Q.**   Okay.  Had informed me that on a trip

15:03:10 18 to Uganda last spring, Dr. Noonan invited -- or

15:03:13 19 Dr. Noonan invited her roommate who was having

15:03:17 20 issues with constipation, to come into his room

15:03:20 21 privately and he then proceeded to offer to insert

15:03:23 22 a suppository into her butt, close quote.

15:03:29 23     I read that correctly?

15:03:33   1     **A.**    Yes.

15:03:33   2     **Q.**    Did Ms. Wood tell you who that student

15:03:36   3  was?

15:03:37   4     **A.**    Yes.

15:03:37   5     **Q.**    Who was it?

15:03:38   6     **A.**    █████ was her name. I'm not sure what

15:03:41   7  her last name was.

15:03:42   8     **Q.**    Do you know whether █████ made a report

15:03:45   9  to anyone at Canisius about that exchange?

15:03:48 10     **A.**    No, she did not. We reached out to

15:03:51 11  her, she didn't want to report anything to the

15:03:53 12  school.

15:03:54 13     **Q.**    Did Ms. Wood report anything to

15:03:59 14  Canisius about Kelly's interaction with Dr. Noonan

15:04:02 15  prior to February of 2019?

15:04:04 16     **A.**    Not to my knowledge. I don't think she

15:04:07 17  would have felt comfortable without Kelly's

15:04:09 18  consent.

15:04:15 19     **Q.**    Okay. The next morning after our talk

15:04:16 20  in the lobby, Dr. Noonan insisted I put some of his

15:04:20 21  ground flaxseed into my juice at breakfast.

15:04:23 22     **A.**    Correct.

15:04:24 23     **Q.**    He did that?

15:38:19  1   it looks like February 15th, 2019, was a Friday,

15:38:23  2   correct?

15:38:23  3        **A.**    Correct.

15:38:24  4        **Q.**    And Ms. Walleshauser indicated that

15:38:28  5   Dr. Noonan would be back in town -- would not be

15:38:32  6   back in town until next -- quote, next Thursday,

15:38:35  7   close quote, and that would be, if I did the math

15:38:38  8   right, February 21st?

15:38:39  9        **A.**    Yeah.

15:38:39 10        **Q.**    Okay.  Did there come a time when you

15:38:48 11   heard further about Dr. Noonan?

15:38:53 12        **MS. NANAU:**  Objection to form.

15:38:54 13        **BY MR. D'ANTONIO:**

15:38:55 14        **Q.**    Okay.  Did you get any communications

15:38:56 15   about Dr. Noonan on or around February 21st, 2019?

15:39:02 16        **A.**    I'm not sure --

15:39:07 17        **Q.**    Okay.

15:39:08 18        **A.**    -- if -- yeah.

15:39:09 19        **Q.**    Ms. Whelan, let me ask a different

15:39:13 20   question.  Between the time that you went to

15:39:19 21   Ms. Walleshauser on February 11th and the end of

15:39:26 22   February 2019, did you see Professor Noonan?

15:39:31 23        **A.**    I may have gone on a trip with him.

15:39:34  1  Again, I cannot remember if that was before or

15:39:36  2  after reporting to Canada to see the artist.

15:39:41  3       **Q.**   Okay.

15:39:42  4       **A.**   If I did see him, that would have been

15:39:44  5  the only time.

15:39:44  6       **Q.**   Okay.  Do you believe that that trip to

15:39:49  7  Canada was sometime after you reported him to the

15:39:53  8  Title IX office?

15:39:54  9       **A.**   I wouldn't be surprised if it wasn't

15:39:57 10  and I wouldn't be surprised if it was.  I really

15:40:00 11  don't know.

15:40:01 12       **Q.**   Okay.  You just don't know?

15:40:02 13       **A.**   Yeah, I really cannot remember.

15:40:05 14       **MR. D'ANTONIO:**   Okay.  This is AR.

15        **The following was marked for Identification:**

16         **EXH. AR**                **E-mail dated 2/21/19.**

15:40:22 17       **BY MR. D'ANTONIO:**

15:40:24 18       **Q.**   Handing you what's been marked Exhibit

15:40:26 19  AR for identification.  Have you seen that document

15:40:32 20  before?

15:40:32 21       **A.**   Yes.

15:40:33 22       **Q.**   Okay.  That's an e-mail from

15:40:36 23  Professor Hogan?

15:46:20  1  responses.

15:46:21  2          **Q.**   Let me ask you this question.  I know

15:46:24  3  you said the concern -- one of the concerns that

15:46:27  4  you had was essentially Noonan's whereabouts?

15:46:31  5          **A.**   Mm-hmm.

15:46:31  6          **Q.**   Okay.  We've just seen an e-mail where

15:46:35  7  you were told that he was out of town until the

15:46:37  8  21st, right?

15:46:38  9          **A.**   Correct.

15:46:39 10          **Q.**   Okay.  And it sounds like you also were

15:46:44 11  away on February 21st and you weren't going to be

15:46:51 12  returning until the 25th, right?

15:46:58 13          If you look at your e-mail on February 21st

15:47:00 14  which is a Thursday, I'm out of town right now, but

15:47:03 15  will be back Monday.

15:47:05 16          **A.**   Right.

15:47:05 17          **Q.**   Okay.  So you were off campus as well?

15:47:08 18          **A.**   Right.  My concerns were preceding

15:47:12 19  February 21st.

15:47:12 20          **Q.**   Okay.

15:47:13 21          **A.**   Yeah, of his whereabouts.  Not after

15:47:15 22  the fact.  After I received that e-mail that he had

15:47:19 23  been put on a leave of absence, that's when my

15:47:23 1  concerns about him being around subsided.

15:47:26 2       It was the moment between February 11th when

15:47:30 3  we reported him up until that moment where they

15:47:32 4  asked him to take a leave of absence that we were

15:47:35 5  most concerned.

15:47:36 6       **Q.**   Well, you knew from an e-mail exchange

15:47:38 7  on February 15th that he was out of town, right,

15:47:42 8  and he wouldn't be back until the 21st?

15:47:45 9       **A.**   We were told that, but there was still

15:47:49 10 a lot of strange information coming to us from

15:47:53 11 other students on campus who were saying he was

15:47:55 12 going on trips still or they didn't know if he was

15:47:58 13 or is he in his office.

15:48:00 14      **Q.**   So those were all -- those were all

15:48:05 15 reports from students?

15:48:07 16      **A.**   Yes.

15:48:08 17      **Q.**   Okay.  And would you characterize those

15:48:10 18 as rumors?

15:48:12 19      **MS. NANAU:**  Objection to form.  You may

15:48:13 20 answer.

15:48:15 21      **BY MR. D'ANTONIO:**

15:48:15 22      **Q.**   Well, none of them turned out to be

15:48:17 23 factually accurate, right, he was in fact away?

15:48:20 1         **A.**    But they're --

15:48:20 2         **MS. NANAU:**  Objection to form.

15:48:21 3         **THE WITNESS:**  But whether they're rumors or

15:48:23 4  not, they're a representation of the concern that

15:48:27 5  not only the Project Tiger kids had, but also

15:48:28 6  the -- the general ABEC students had about whether

15:48:31 7  or not they were going on a trip with Dr. Noonan

15:48:32 8  because we were not being communicated with.

15:48:34 9         We were told, oh, he's on a trip, don't

15:48:36 10 worry.  Well, what if he wants to come back early

15:48:39 11 from that trip, what are his rights right now?

15:48:42 12 Like can he come into his office, can be he there,

15:48:45 13 will we be around him?

15:49:02 14        And yes so really can he come back to campus

15:49:06 15 right now, is it just a matter of convenience that

15:49:09 16 he's on a vacation or is that something that the

15:49:13 17 school is requiring, is he not allowed back?

15:49:17 18        Are we just supposed to be okay with, oh,

15:49:20 19 Dr. Noonan's on a vacation so you guys have nothing

15:49:22 20 to worry about?  There was no clear communication

15:49:26 21 and then when we expressed concern -- like for

15:49:29 22 instance, these were all things that I wanted to

15:49:31 23 talk about Linda -- I wanted to talk to Linda

15:49:34  1  about.

15:49:34  2        And if you saw in the last e-mails in the --

15:49:36  3  in the previous document that we had, I said to her

15:49:40  4  can we set up a meeting and she just dismissed that

15:49:43  5  and said I think it would be best if we met after

15:49:46  6  February 21st.

15:49:47  7        So in our efforts to reach out and get more

15:49:51  8  information and to kind of be put at ease because

15:49:55  9  these e-mails were not doing that for us, we were

15:49:58 10  kind of refused those opportunities.

15:50:01 11        **BY MR. D'ANTONIO:**

15:50:01 12        **Q.**   When you say you were refused those

15:50:03 13  opportunities, did you ever send a communication to

15:50:06 14  Ms. Walleshauser in words or substance between

15:50:10 15  February 11th and February 21st asking, for

15:50:14 16  example, that she clarify Professor Noonan's status

15:50:17 17  or that she tell you whether he was coming back

15:50:24 18  early, planning to come back early, could come back

15:50:27 19  early?

15:50:28 20        **A.**   I was --

15:50:28 21        **Q.**   Did you ever ask that?

15:50:29 22        **A.**   I was aware of other girls in Project

15:50:32 23  Tiger who had.

15:56:22  1       **A.**    Yeah.

15:56:22  2       **Q.**    Okay.  And did you have an

15:56:26  3   understanding as of March 5th, the date of this

15:56:30  4   e-mail, that they had been stepping into -- to play

15:56:35  5   some role in the absence of Dr. Noonan?

15:56:41  6       **MS. NANAU:**  Objection to form.  You may

15:56:42  7   answer.

15:56:42  8       **THE WITNESS:**  I don't recall Dr. Russell's

15:56:46  9   involvement.

15:56:47  10       **BY MR. D'ANTONIO:**

15:56:48  11       **Q.**    Okay.

15:56:48  12       **A.**    I only recall Dr. Margulis being

15:56:51  13   involved.

15:56:51  14       **Q.**    Okay.  Did Dr. Russell, if you know,

15:56:57  15   wind up assisting the group with the podcast?

15:57:00  16       **A.**    Not to my recollection.

15:57:03  17       **Q.**    Okay.  Did Dr. Russell provide some

15:57:09  18   academic advisement for people who previously had

15:57:13  19   been advised by Dr. Noonan, if you know?

15:57:16  20       **A.**    I'm not -- I'm not aware if we had.

15:57:18  21       **Q.**    Okay.  Did Dr. Russell provide some

15:57:20  22   opportunities for working in his lab for students

15:57:27  23   who previously had worked with Dr. Noonan in his

15:57:29 1  lab, if you know?

15:57:30 2          **A.**     Not to my knowledge.

15:57:31 3          **Q.**     Okay.  Do you know whether Dr. Russell

15:57:33 4  maintained a lab?

15:57:34 5          **A.**     I'm not sure.

15:57:37 6          **Q.**     Okay.  I think -- and you -- I think

15:57:40 7  you told me, but tell me -- this may just be my

15:57:42 8  missrecollection.  You didn't have much interaction

15:57:47 9  with Dr. Russell?

15:57:48 10         **A.**     No.  The only interaction I had with

15:57:56 11 him was he was my -- I'm blanking on what the term

15:57:59 12 is -- he was my advisor.

15:58:00 13         **Q.**     Okay.

15:58:00 14         **A.**     So I would really just go in for

15:58:02 15 meeting with him and we'd decide what courses I was

15:58:04 16 going to take, but that was like the extent of our

15:58:07 17 relationship.  We didn't really have one other

15:58:12 18 than --

15:58:12 19         **Q.**     And I take it as a -- by the time you

15:58:14 20 get to your junior year, you probably have somewhat

15:58:17 21 less need for an academic advisor?

15:58:19 22         **A.**     Yeah.  I think the last time I met with

15:58:21 23 him was my sophomore year.  So --

16:06:33  1          **Q.**   And that was?

16:06:34  2          **A.**   Sierra.

16:06:35  3          **Q.**   Okay.  And I think you told me that

16:06:38  4   that's because Sierra was the only one who had the

16:06:41  5   skill set?

16:06:42  6          **A.**   So she was a dual major.

16:06:44  7          **Q.**   Okay.  I understand.

16:06:45  8          **A.**   Yeah.

16:06:45  9          **Q.**   So I think you said none of the rest of

16:06:48 10   you --

16:06:48 11          **A.**   Right.

16:06:49 12          **Q.**   -- had the skill set to be able to

16:06:52 13   create the video, the documentary?

16:06:55 14          **A.**   Right.  To actually create a

16:06:59 15   documentary.  We -- yes.  We didn't have access to

16:07:01 16   the equipment.

16:07:02 17          **Q.**   Okay.  I understand.  At some point

16:07:05 18   Sierra had both access to the equipment and access

16:07:08 19   to the footage, right?

16:07:09 20          **A.**   Correct.

16:07:09 21          **MS. NANAU:**  Objection to form.

16:07:10 22          **BY MR. D'ANTONIO:**

16:07:10 23          **Q.**   Okay.  And if the group wanted to

16:07:14   1   create a documentary, you could have worked with

16:07:17   2   Sierra to create the documentary, right?

16:07:19   3   **MS. NANAU:** Objection. Misstates the

16:07:21   4   record.

16:07:22   5   **BY MR. D'ANTONIO:**

16:07:23   6   **Q.** Could you have worked with Sierra to

16:07:24   7   create a documentary using the footage and the

16:07:26   8   equipment?

16:07:26   9   **A.** So we no longer were going to be

16:07:29 10   receiving credit and she would not be being paid.

16:07:31 11   So we couldn't all just -- we then had to go

16:07:35 12   forward with our academics in other ways.

16:07:37 13   Like we didn't have the time or the

16:07:39 14   compensation. That ship had sailed and Canisius

16:07:43 15   had failed us in that way.

16:07:44 16   **Q.** Okay.

16:07:45 17   **A.** So it wasn't just like going to fix

16:07:48 18   everything that we got access to the video footage

16:07:50 19   in the summer long after we ever needed it in the

16:07:53 20   first place.

16:07:53 21   And also ▮▮▮▮▮▮▮▮▮▮ was one of the

16:07:56 22   students who worked with Sierra and would have

16:07:58 23   produced the video and so now she was gone and so

16:08:01  1  that would have left Sierra to create the entire

16:08:03  2  video herself and at this point, she didn't have

16:08:08  3  the time or the money to do so.

16:08:10  4       **Q.**   Okay.  Let's -- let's unpack that a

16:08:14  5  bit.  Sierra I think you testified did actually

16:08:19  6  access both the equipment and the footage, right?

16:08:22  7       **A.**   To my knowledge, yes.

16:08:23  8       **Q.**   Okay.  Did any of you reach out to

16:08:29  9  Sierra and ask to participate in creation of a

16:08:35 10  documentary or some product?  That's a yes or no.

16:08:40 11       **MS. NANAU:**  Objection to form.

16:08:42 12       **BY MR. D'ANTONIO:**

16:08:42 13       **Q.**   Did you or did you not?

16:08:44 14       **A.**   Not to my recollection.

16:08:47 15       **Q.**   Okay.  Did you ever ask Canisius

16:08:52 16  whether it would be willing to supply you with

16:08:58 17  someone who could help Sierra and fill the shoes

16:09:04 18  that ████████████ apparently had -- had vacated?

16:09:09 19       **MS. NANAU:**  Objection to form.

16:09:09 20       **THE WITNESS:**  The course was over.

16:09:10 21       **BY MR. D'ANTONIO:**

16:09:10 22       **Q.**   That's not the question.  A different

16:09:12 23  question.  My question is, did you ask Canisius?

16:22:23  1      **Q.**   Ignatian Study Day.

16:22:23  2      **A.**   Yes, that's exactly what it is.  Yes.

3      **Q.**   Okay.

16:22:26  4      **A.**   Thank you.

16:22:27  5      **Q.**   Okay.  I've heard of it too.

16:22:29  6      **A.**   Yes.

16:22:34  7      **Q.**   Thank you.  Did there come a time,

16:22:38  8  Ms. Whelan, when you sought out counseling from the

16:22:44  9  college's counseling center?

16:22:45 10      **A.**   Yes.

16:22:46 11      **Q.**   Okay.  And when did that happen, if you

16:22:50 12  remember?

16:22:50 13      **A.**   That was in the winter into spring so

16:22:57 14  it was the spring semester of 2019.  Exactly when

16:23:04 15  like what month, I'm not sure.  I want to say like

16:23:07 16  March maybe.

16:23:08 17      **Q.**   Okay.

16:23:09 18      **A.**   Yeah.  It was still cold out and there

16:23:11 19  was snow on the ground I remember.

16:23:13 20      **Q.**   And how did you learn about the

16:23:16 21  counseling services available at the counseling

16:23:19 22  center?

16:23:21 23      **A.**   So I had kind of stopped -- I started

16:23:25 1  to develop an issue with disordered eating.  I

16:23:29 2  started to become extremely depressed.  I was not

16:23:32 3  someone who previously had dealt with depression

16:23:35 4  prior to that year.

16:23:38 5         I was having what now I realize is suicidal

16:23:42 6  ideation and so I was reaching out to my mom and I

16:23:48 7  was explaining to her what I was experiencing, how

16:23:53 8  I believed that the -- the loss of this professor

16:23:59 9  was also the loss of this passion I had that was

16:24:07 10  really fueling me as a student at Canisius.

16:24:09 11         And I just felt very hopeless and very lost

16:24:12 12  and she told me I had to see a doctor so I went to

16:24:15 13  the Canisius -- the nurse's office there and the

16:24:20 14  doctor --

16:24:20 15         Q.    I think it's called health services.

16:24:21 16         A.    The health center or services.

17         Q.    Yep.

16:24:24 18         A.    And the doctor had me fill out a mental

16:24:26 19  health questionnaire and she was very concerned.

16:24:29 20  She told me that she would like me to get blood

16:24:31 21  work done and then she would also like me if I was

16:24:34 22  willing to set up a meeting with Canisius

16:24:36 23  counseling center.  So that's how I was initially

16:24:39  1  referred to the counseling center.

16:24:41  2      **Q.**  Okay.  And did you identify when you --

       3  strike that.

16:24:47  4      You went to the counseling center at some

16:24:50  5  point?

16:24:51  6      **A.**  Yes.

16:24:51  7      **Q.**  Okay.  And you were assigned a

16:24:53  8  counselor?

16:24:53  9      **A.**  Yes.

16:24:53 10      **Q.**  And do you remember the name of that

16:24:55 11  person?

16:24:56 12      **A.**  I want to say Alice, but I could

16:25:03 13  totally be wrong.

16:25:04 14      **Q.**  Okay.

16:25:04 15      **A.**  Yeah.  She was a blonde -- blonde lady.

16:25:08 16  That's kind of my memory of her.

16:25:10 17      **Q.**  Maybe -- maybe Alison?

16:25:11 18      **A.**  Yeah, Alison.

16:25:12 19      **Q.**  Okay.

16:25:12 20      **A.**  Yeah.

16:25:13 21      **Q.**  And did you subsequently meet with

16:25:15 22  another counselor named Eileen?

16:25:17 23      **A.**  I did meet with Eileen once, yes.

16:25:20 1    **Q.**   Okay.  When you met with them, did you

16:25:27 2  describe other issues that were of concern to you

16:25:31 3  besides the loss of your passion for the study?

16:25:37 4    **A.**   It was my first time in therapy ever

16:25:39 5  and so I definitely -- you know, they ask you

16:25:43 6  questions about your entire life.

16:25:44 7    So I definitely talked about, you know, what

16:25:49 8  had occurred to me freshman year.  I was also on

16:25:54 9  the outs of a relationship I had had when I was

16:25:56 10  studying abroad so that was something I was

16:25:59 11  struggling with at the time as well.

16:26:04 12    But the thing I remember struggling with the

16:26:06 13  most was Dr. Noonan and I remember not being very

16:26:08 14  communicative or very hesitant about can I tell the

16:26:14 15  Canisius counselors about my issues with Canisius

16:26:20 16  College.

16:26:20 17    And so I don't remember being very

16:26:22 18  forthright.  I remember very lightly mentioning

16:26:24 19  Dr. Noonan to my counselor and gauging her reaction

16:26:27 20  and then one session I remember really talking to

16:26:30 21  her about the whole experience.

16:26:32 22    But I also remember being very concerned and

16:26:38 23  worried about what my rights were in that

| | | |
|---|---|---|
| 16:26:43 | 1 | circumstance. Like I -- I guess I was afraid that |
| 16:26:46 | 2 | the information could be used against me. |
| 16:26:56 | 3 | **MR. D'ANTONIO:** Okay. AV. |
| 16:27:17 | 4 | **MS. NANAU:** So I believe these have not been |
| 16:27:20 | 5 | previously produced, right? |
| 16:27:21 | 6 | **MR. D'ANTONIO:** I believe they have been. |
| 16:27:24 | 7 | My understanding is that -- is that these were sent |
| 16:27:27 | 8 | along to you when we got them in from the health |
| 16:27:31 | 9 | center. So -- |
| 16:27:32 | 10 | **MS. NANAU:** Okay. Is there a Bates stamp? |
| 16:27:34 | 11 | **MR. D'ANTONIO:** Because you sent us -- yeah, |
| 16:27:36 | 12 | there is at the top right, HR. Do you see the HR |
| 16:27:39 | 13 | numbers? |
| 16:27:39 | 14 | **MS. NANAU:** Okay. I didn't know that this |
| 16:27:40 | 15 | was a Bates stamp. |
| 16:27:42 | 16 | **MR. D'ANTONIO:** I believe it is. |
| 16:27:43 | 17 | **MS. NANAU:** Okay. I -- I have never seen |
| 16:27:46 | 18 | these records before. I went through the entire |
| 16:27:49 | 19 | Canisius production within the last few days so |
| 16:27:54 | 20 | maybe we can confer later about productions with an |
| 16:27:58 | 21 | HR Bates stamp. |
| 16:27:59 | 22 | **MR. D'ANTONIO:** Sure. |
| 16:28:05 | 23 | **MS. NANAU:** Are you going to then ask |

16:28:07 1 Ms. Whelan specific questions about these records?

16:28:09 2         **MR. D'ANTONIO:** I am.

16:28:09 3         **MS. NANAU:** Okay. So then, Hannah, you

16:28:11 4 should review the records.

16:28:13 5         **MR. D'ANTONIO:** Oh, of course. Do you want

16:28:14 6 a few minutes to --

16:28:15 7         **THE WITNESS:** Yeah, that would be great.

16:28:17 8 Thank you.

16:28:18 9         **MR. D'ANTONIO:** Okay. Sure.

10 **The following was marked for Identification:**

11  **EXH. AV**            **Canisius College Counseling**

12                       **Center Client Notes for**

13                       **Hannah Whelan.**

16:34:01 14         **BY MR. D'ANTONIO:**

16:34:06 15      **Q.** Have you had a chance to look through

16:34:07 16 that?

16:34:07 17      **A.** Yes.

16:34:08 18      **Q.** Okay. So I'm going to go to the last

16:34:14 19 page which you'll see the little numbers at the top

16:34:18 20 is HR68. It's actually HR67 onto 68.

16:34:25 21      That appears to be your notes of your first

16:34:28 22 visit to the Canisius counseling center. Do you

16:34:31 23 agree with that?