# Plaintiffs' Exhibit K

**CONFIDENTIAL**

Message

From: Walleshauser, Linda M [/O=CC FIRST ORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALLESHL1C5]
Sent: 2/11/2019 12:50:49 PM
To: McCarthy, Margaret C [mmccarth@canisius.edu]
Subject: FW: Hannah Whelan's Statement regarding Dr. Noonan
Attachments: Untitled.docx

Peg-please see the statement from one of my meetings this AM if you have a chance to review prior to our 1:30pm meeting.

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu


From: Hannah Whelan <whelanh@canisius.edu>
Sent: Monday, February 11, 2019 8:02 AM
To: Walleshauser, Linda M <walleshl@canisius.edu>
Subject: Hannah Whelan's Statement regarding Dr. Noonan



Hannah Whelan
02/10/19

- I think it's important to start by saying that coming to the decision to report this was extremely difficult because many of us came from a place of respect for Dr. Noonan and at a time we valued our relationships with him tremendously, so this has been a very sad process for us all
- With that said, our personal and combined experiences with Dr. Noonan in India have lead us to demand that he is faced with serious consequences for his actions towards students such as myself and everyone present here today
- We all have accounts that we feel obliged to share for our sake and for the sake of future students
- The list of complaints we have is quite literally enormous, but we feel the most effective way to have a productive meeting is to share our personal accounts
- I'll start with mine
- On the ride to Toronto Airport before leaving for India, I was talking with ▮ about how when I travel, I get constipated very easily. Whatever, happens to me all the time and as a capable 20 year old woman, I know how to handle it. However, I immediately noticed a strange response from Dr. Noonan once he had heard this conversation. When we arrived at our hotel in New Delhi, he asked me to stay behind in the lobby after everyone left to go to bed. He spoke with me saying "I overheard you say you have trouble pooping when you travel?" Granted, at the time I laughed at this because I still considered my relationship with Dr. Noonan to be a healthy one... and I told him I was fine and not to worry. Dr. Noonan got a stern look on his face and said "No, this can be very serious sometimes, I've had problems like this on my trips before and it's important that you keep me in the loop. Make sure you tell me whenever you...you know." He told me to tell him every time I pooped. A red flag went off immediately for me because Cici had informed me that on a trip to Uganda last Spring, Dr. Noonan invited her roommate who was having issues with constipation to come into his room privately, and he then proceeded to offer to insert a suppository into her butt. So once Noonan was paying an odd amount of attention to my digestion, I was uncomfortable, but still had faith that this sort of interaction would not occur to me, and that Dr. Noonan was just weird but had good intentions. The next morning after our talk in the lobby, Dr. Noonan insisted I put some of his ground flax seed in my juice at breakfast, which I did. He asked me periodically about my pooping and because of my lack of interest in wanting to discuss the personal topic with him, I told him I would inform him if I was having any serious issues, but it was no longer necessary to ask all the time. After 3 days in India, I asked Cici for a laxative and she supplied me with one. Dr. Noonan found out about this, told Cici she was not allowed to handle "medical issues" on the trip and then asked me about my accepting of the laxatives and why I wouldn't tell him I was having issues. I honestly wasn't concerned, I had it under control - also I'm sure you can understand my hesitancy in informing him that I was having issues given what I had heard about Uganda. I was not the only one with digestive issues on the trip. Another student was also having problems and she also accepted laxatives from Cici. She informed Dr. Noonan that they did not work and that she would need a different form of medication. This was all occurring on our trip from New Delhi to Kahna. Noonan requested that me, the other student, ride in the van with him so he could keep a close eye on us and stop at a pharmacy. Keep in mind, I knew I was fine and never asked him for this form of assistance. He insisted he get me an enema kit in case of an emergency. Dr. Noonan got two enema kits and once arriving to Kanha, the other student did not join us for lunch because she wasn't feeling well. At lunch, Dr. Noonan informed us not to worry about the other student, but then proceeded to tell us that she could be seriously sick, but not to worry because he would handle it.
- Dr. Noonan pulled me aside after the meal and when we were away from the group he began telling me I was great, and asked me if he had ever told me how much he admired me and how I was "seriously great". He then said he had a favor to ask but also something beneficial to offer me. He asked if I would accompany him to the room where the other student was to discuss her "options". He told me it would be good for the other student to not feel alone in her troubles and it would make her feel more comfortable to know that she wasn't the only student on the trip with constipation issues. He then told me that it would be good for me to hear his "instructions" because I could have similar issues later on

during the trip. I had my suspicions of what he was going to discuss with the other student and I agreed to go so she wouldn't have to experience that alone. He praised me for accepting.

- When we got to the room he pulled out laxatives, suppositories and enemas. He told the other student that each one was an option but insisted the enema was the best choice. He then explained how each medicine works in highly descriptive and discomforting detail, and at no point did either of us ask for instructions. The other student and I sat silently and glanced at each other, wondering how to best escape the enormously uncomfortable situation we were in. When Dr. Noonan asked the student which option she was interested in, she told him she would like him to leave all three options in the room so she could have privacy in her decision making. He ignored her request and told us that he could tell we were uncomfortable, but it is totally normal to discuss such topics with professors, that all professors have these conversations with students, and that he has performed assistance with these procedures on students before. He then described the anatomy of our excretory systems to us while telling us about his knowledge in biomedical affairs. When describing how to insert a suppository, instructions that again were never asked for, he stated, "finger it up our anus until you pass the tight portion, otherwise it could spill out and get in your crack." He said that that would be likely and he would recommend his assistance to avoid "wasting" the materials. He then told us about the enema and how it is a long tube which can be uncomfortable, especially if we had never had anything up our butts before. He then looked at me and said "I don't know if you've ever had anything put in your butt." And then stopped and waited, insisting I respond. I said "what? no." And he continued to describe how to lay on the bed when inserting an enema and motioned the process on himself. He then said if the tube is not inserted far enough, the contents could spill out and again insisted, after the student told him twice before that she could do it herself, that he perform the task for her. At this point I spoke and said "I'm pretty sure "the student" feels best doing this herself." He disregarded this comment by continuing his explanation. He said multiple times, "we'll keep it professional, I'll only have to see that little bit of butt." Referring to the other girls anus. I could see the others students sheer discomfort and she could see mine. Lily and Cici came down to the room after 20 minutes passed and Dr. Noonan went to the porch to tell them that we were in the middle of a private conversation and had not finished yet. I mouth "help" through the window to Cici and Lily. Me and the other girl were writhing in our own skin, but we didn't know what to do to escape a continuation of the talk. I didn't want to risk my relationship with Dr. Noonan in that moment and I was thinking, how do I not offend him but tell him he needs to leave. Dr. Noonan continued to talk about the options for 20 more minutes after seeing Cici and Lily. He told us he was "our father" on the trip and was looking out for us. After the student expressed to him once and for all that she would decide on her own which option to use, he told her to go to his room as soon as she was done to update him on how it went. He went up to her after the talk, and patted her on the head saying "You are handling this incredibly, you are just so mature, both of you are handling this so maturely." He then gave her the suppository and enema. The enema was in a box with clear instructions, all in English. He then left and we discussed how uncomfortable we were and then informed the other girls on the trip of what had happened.

- The next day Dr. Noonan came to our room early in the morning before Safari. The student was still having trouble and so she needed to go to the hospital, but we had decided that it was important Dr. Noonan knew he crossed a line and made us extremely uncomfortable. He came in the room and asked the other student if she wanted to go to the hospital and they decided they'd go after Safari. I then asked if I could speak with him privately. He said yes and I spoke with him in the foyer.

- I told Dr. Noonan he had made me and the other student extremely uncomfortable when describing our options to us and the level of detail and instruction he gave was unnecessary and never requested. I told him we are 20 year old women who know our bodies well, and would not need any further lecturing about our bodies and our medical options unless specifically asked for. I told him he crossed a line, and went way beyond the boundaries of a professor, student relationship. He responded by saying he was so sorry and he could tell he had clearly upset me, but he wasn't sure exactly what he could have said that would make me feel that way, but immediately followed this statement with another apology for

Hannah Whelan
02/10/19

making me uncomfortable. He then informed me that although he was sorry for making us uncomfortable, it is his job as a professor to make sure students are communicating about their health to him and he couldn't take the approach of backing off that I was suggesting. I told him I would be going to the hospital with him and the other girl because we felt that was a wise decision given the circumstances, and I had an antibiotic I needed to get as well. Afterwards, no further discussion about the incident ever came up, but my relationship with him changed dramatically and I haven't felt comfortable around him since.

- Dr. Noonan has shown a clear tendency to manipulate students in vulnerable situations. He expressed performing highly concerning acts on students in the past, and persistently requested he perform these very acts on the other student who clearly expressed she was not interested through her body language and requests to administer the medication herself. We now leave it to Canisius College to ensure that Dr. Noonan never have the opportunity to make a student feel uncomfortable in the ways he has made us all feel through this incident.
- This is one of many concerning incidents that occurred on this trip.