**Plaintiffs' Exhibit L**

| | |
|---|---|
| **From:** | qualtrics@canisius.edu |
| **Sent:** | Tuesday, February 12, 2019 11:55 AM |
| **To:** | Walleshauser, Linda M |
| **Subject:** | Bias Report Form |

---

**#DistributeSection, RecipientData#:**
**#DistributeSection, TimeFinished#:** 2019-02-12 11:54:53 EST
ResponseID: R_3MKgm3lesnd5MMr
**#DistributeSection, ResultsLink#:** #DistributeSection. DefaultLinkText#
**#DistributeSection, ResultsURL#:**
http://canisius.co1.qualtrics.com/CP/Report.php?SID=SV_bvIhmZSBdLWMIMR&R=R_3MKgm3lesnd5MMr

---

**#DistributeSection, ResponseSummary#:**

Personal Information

Status on campus:
  Sophomore

Type of Bias (Check all that apply)
  Gender

Type of Incident:
  Derogatory Comments

Incident Details:
  Dr. Noonan is not the kind of man I want to be spending my money on to be teaching me. I will never take another class of his again. I would have been a great candidate for his social org class but will not be wasting my money on a pervy professor that I feel uncomfortable around. His actions are hurting my education because I can not take classes that he teaches due to his sexual comments. Professors are supposed to be respectful to their students and he is the total opposite. Here are just a few of the comments he has made over the semester, directing calling students out in front of the whole class. I will refer to a female student as Jane and a male as John in the examples.
  - "Jane, would you trade sex for a steak dinner?"
  - "Jane, if John came to your dorm room with flowers, ready to get it on, would you let him"
  -"Jane, you are looking very Native American today"
  - "John, do you know why when men over the age of 50 enjoy a finger getting stuck up their rear?"
  - "I need 3 volunteers, which 3 ladies wants to accompany John in the forest and be his wives, I need 3 volunteers"

  For a full 40 minutes, Dr Noonan put up pictures of males on the projector and made the females rate them, with a show of fingers 0-10. If someone didn't put a rating up, he would call them out and say "Jane, whats your

1

- rating I need to see your fingers, get your fingers ready". And then proceeded to put up 2 males at a time and have pick between them. Biggest waste of my time, this exercise may have been beneficial on a small scale, but Noonan made it weird and creepy, dwelling on it for almost the whole class period. Even making comments that he learned a lot about our preferences in males. I have heard multiple people in his class say how uncomfortable they feel and how unprofessional he acts.

There is even word going around that he bragged to his research team about a grad student that goes to Canisius that he had sex with over the summer. From what I have heard her name is Courtney and she is a brunette. Im sure there aren't many grad students named Courtney that are probably in the science department.

Overall Noonan is a perv, Im surprised he is still a professor here. I have talked to my advisor about this issue, telling them that I am uncomfortable and the reasons why I'm not talking social org next semester. they told me that they have actually heard this before from students but nothing is done about it. I know Noonan is very knowledgable and knows his stuff, but is it worth having your female STEM students feeling uncomfortable and on edge during every class. Canisius needs to open their eyes to this very obvious problem. How can you advocate about stopping sexual harassment/abuse, yet the head of the ABEC department says pervy sexual comments multiple times a class? I used to excuse his behavior because he is older and maybe he's losing his manners, but I know this isn't the case. He has said multiple times after making inappropriate comments "I hope no ones recording me" and telling students that they can either say to him "Its ok Dr. Noonan, or Fuck you Dr. Noonan". He clearly knows what he says is wrong, but his position and power in this school is untouchable. We aren't sexual objects he can makes inappropriate comments to, but he is abusing his power as a professor and is a dis service to our education.