# Plaintiffs' Exhibit M

# Michael Noonan

**Summary Report**
Term: Fall 2018

**Quantitative**

| Course Sections | Key | | Report Status | Enrolled Students | Responded Students | Response Rates |
|---|---|---|---|---|---|---|
| BIO 317 (317A): Sex, Evolution, & Behavior | A | | Released | 20 | 11 | 55% |
| BIO 355 (355A): Behavioral Neuroscience | B | | Released | 20 | 10 | 50% |
| Overall | | | | 40 | 21 | 52.5% |

## Please rate your level of agreement with each statement:

| | | Strongly Agree | Agree | Not Sure | Disagree | Strongly Disagree | Not Applicable | Mean | Standard Deviation | Did Not Answer | Total Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The instructor helped me to think critically, analytically, and/or creatively about the subject matter | A | 63.64% (7) | 18.18% (2) | 0% (0) | 9.09% (1) | 9.09% (1) | 0% (0) | 4.18 | 1.34 | 0 | 11 |
| | B | 60% (6) | 30% (3) | 0% (0) | 0% (0) | 10% (1) | 0% (0) | 4.3 | 1.19 | 0 | 10 |
| The instructor helped clarify difficult material | A | 45.45% (5) | 36.36% (4) | 0% (0) | 0% (0) | 18.18% (2) | 0% (0) | 3.91 | 1.44 | 0 | 11 |
| | B | 30% (3) | 40% (4) | 10% (1) | 20% (2) | 0% (0) | 0% (0) | 3.8 | 1.08 | 0 | 10 |
| The instructor's methods of teaching the course material were effective | A | 45.45% (5) | 36.36% (4) | 0% (0) | 9.09% (1) | 9.09% (1) | 0% (0) | 4 | 1.28 | 0 | 11 |
| | B | 20% (2) | 60% (6) | 10% (1) | 0% (0) | 10% (1) | 0% (0) | 3.8 | 1.08 | 0 | 10 |
| The classroom atmosphere was conducive to open communication between students and instructor | A | 72.73% (8) | 0% (0) | 9.09% (1) | 9.09% (1) | 9.09% (1) | 0% (0) | 4.18 | 1.4 | 0 | 11 |
| | B | 80% (8) | 10% (1) | 0% (0) | 0% (0) | 10% (1) | 0% (0) | 4.5 | 1.2 | 0 | 10 |
| The instructor was readily available for | A | 63.64% (7) | 27.27% (3) | 9.09% (1) | 0% (0) | 0% (0) | 0% (0) | 4.55 | 0.66 | 0 | 11 |

| | | Superior | Above Average | Average | Below Average | Poor | Mean | Standard Deviation | Did Not Answer | Total Responses |
|---|---|---|---|---|---|---|---|---|---|---|
| consultation outside of class as needed | B | 40% (4) | 50% (5) | 0% (0) | 0% (0) | 0% (0) | 10% (1) | 4.44 | 0.5 | 0 | 10 |
| For overall quality, I would rate this instructor as: | A | 45.45% (5) | 27.27% (3) | 18.18% (2) | 0% (0) | 9.09% (1) | 4 | 1.21 | 0 | 11 |
| | B | 40% (4) | 40% (4) | 10% (1) | 0% (0) | 10% (1) | 4 | 1.18 | 0 | 10 |

Qualitative

| Course Sections | Key | | Report Status | Enrolled Students | Responded Students | Response Rates |
|---|---|---|---|---|---|---|
| BIO 317 (317A): Sex, Evolution, & Behavior | A | | Released | 20 | 11 | 55% |
| BIO 355 (355A): Behavioral Neuroscience | B | | Released | 20 | 10 | 50% |
| Overall | | | | 40 | 21 | 52.5% |

Qualitative

| | | Responses |
|---|---|---|
| What would you recommend be continued in this course? - | A | • Class experience is nice<br>• Honestly the majority of it. I loved how many class discussions we had, and the many tangents that were not necessarily relevant to class material, but were still interesting and relevant to biology. And I am aware that not many students agree, but I personally enjoyed learning the phylogeny and being able to trace how animals were related.<br>• The general content. Fantastic, loved coming to class every day to learn about it.<br>• Everything<br>• I loved everything about this course. The lectures were engaging and entertaining, so I never once was bored or uninvolved during class.<br>• The material and supplementary video was extremely interesting<br>• Surveys and lectures.<br>• The course material in and of itself is very interesting. All of the topics covered should be maintained.<br>• I like learning about human behavior after animal behavior.<br>• PowerPoints, humor, video |

B
- I think having the review sessions with you is a good idea. If we could have that established earlier in the course, that may ensure that more students attend.
- I would recommend the structure of the class be continued. I like the lecture/test content and I am grateful that there aren't any BS projects or assignments.
- The tests and the lecture slides
- Having 4 exams
- The research proposals on tests
- The lecture topics were all relevant and interesting.
- All chapters, very interesting. Also, cumulative exams
- Dr. Noonan understands very well that altering the syllabus often inconveniences students who had planned for exams on certain days. For this reason, he always consults the class and asks for input before making any decisions about moving tests or the material covered on them. The vision topic was the most in-depth section of the course, for good reason. I especially enjoyed exploring the process of sight from the micro- to macroscopic level, which is impossible with other areas of behavioral neuroscience (i.e. sleep) about which far less is known. As much of a challenge as it often is to develop research proposals, I understand why Dr. Noonan asks for one on each exam. Similar to letting prized racehorses run on the track, this task demands that students think like neuroscientists and make connections of their own.
- Everything was good as it was.

## Qualitative

| | | Responses |
|---|---|---|
| What would you recommend be discontinued in this course? - | A | - Quick, long winded lectures<br>- I enjoyed it all, and would not recommend discontinuing anything.<br>- The professor sexually harassing the students.<br>- Incredibly specific examples found on examinations from obscure pieces of text or class discussion. Oversimplifications of topics in the animal world that the instructor attempts to relate to humans. While I understand the point the instructor is trying to make, it can often be uncomfortable, oversimplified, and sometimes insensitive. The instructor often fails to understand the potential impact of the things that he is saying to a classroom full of different individuals coming from different life experiences. A class discussion surrounding the topic of sexual assault in the human world given by a man to a class dominated by females was uncomfortable and could have been potentially triggering to many students. I did not understand the significance such a heavy subject had on class discussion when there were no questions on the exam that required such lengthy discussion of an incredibly sensitive and delicate subject.<br>- Questions for survey.<br>- I appreciated that you took the time to go over the exams, but I didn't like that we did it right after taking them. I felt rushed and would have liked the whole period to work on the exam.<br>- N/A<br>- Nada<br>- Nothing<br>- Nothing |

| | B | |
|---|---|---|
| | | - Nothing, everything was all good. |
| | | - No more than one chapter per-exam |
| | | - Research Proposals. |
| | | - nothing |
| | | - keeping students passed the class period touching students on a regular basis without their permission personally attacking students when he is in a bad mood calling certain students his "favorite daughters" Making fun of students when they get the answers wrong going on 20 minute long tangents that cause the class to fall so far behind that he has to omit entire chapters from the class. teaching only the things he finds interesting then expecting the students to teach themselves the hardest concepts from the textbook using a PhD level textbook and then asking us to memorize and understand parts of it that he never touches on in class. |
| | | - Nothing |
| | | - I think that having 2 chapters per test is realistic. I believe that any more that is too much information to go over for one exam. |

Qualitative

| | | Responses |
|---|---|---|
| What would you recommend be implemented in this course? - | A | - Study guides and homeworks |
| | | - The only major thing I can think of is possibly having more descriptive powerpoints. I know one of the main ways a majority of students study is to review the old powerpoints, which is difficult to do if there isn't much information contained on them. But I do recognize that having the absence of more description on the powerpoints does challenge us to recall the information and help us learn more effectively. It's just that if we miss writing something down in class, we have no way to go back and see what we missed. So our notes and knowledge may contain gaps that we are not even aware of. Also, more organization when it came to what book chapters when with which lecture. |
| | | - More taxonomy! |
| | | - More taxonomy |
| | | - I would have liked to have a few more opportunities for graded assignments, but other than that it was great. |
| | | - Taxonomy practice quizzes or quizzes, to help with learning process. |
| | | - Newer reading materials. |
| | | - Make it obvious that there is review and lecture after exams. It is unfair to students with disabilities who have to take an entire class period to finish an exam. |

B

- -
- Honestly, I think this course could easily be divided into 2 parts. There is so much Dr. Noonan could talk about and the material is fascinating, plus it would allow for more time to cover the tangents we go on while staying on track. It would allow you to build in "catch-up" days and cover more material
- More neuroanatomy, we barely had to learn any parts of the brain. More sensation and perception than just vision. Actually teaching on motivation and emotion
- I feel at times the lectures were some dumbed down for a 300 level class that it sometimes made the material harder to understand. I think by having a stronger correlation between the textbook and lectures it may help with this.
- Weekly quizzes.
- Quizzes or homework to give more grades. Tough when class only has 4 grades all semester.
- Because the presentations posted on D2L could only be accessed in PDF format, they could only be printed with one slide per page. It would be helpful if students could open them in PowerPoint so that the slides could be collated before printing.
- Nothing, everything was all good.

## Qualitative

| | | Responses |
|---|---|---|
| Would you recommend this course and instructor to other students? - | A | - Yes to both<br>- Never. I will never take another class with Dr. Noonan. I struggle everyday to even go to this class due to the sexual harassment experienced in this class. He is degrading to his female and male students and makes the most inappropriate comments.<br>- Absolutely<br>- No<br>- Yes<br>- Absolutely<br>- Definitely<br>- Yes<br>- Absolutely<br>- Yes, it is not intimidating as many people told me it would be. I feel as though I effectively gained a lot of knowledge through this course and that it exceeded my expectations in that regard.<br>- Undecided |

| B | |
|---|---|
| | - Yes, the course was very interesting and Dr. Noonan was very knowledgeable about everything. Dr. Noonan is a great professor! |
| | - Dr. Noonan warns on the first day of class that Behavioral Neuroscience requires serious dedication and hours of studying each week. Though this my frighten off some students, the reward for sticking with this course is (as excepted) a comprehensive overview of human behavior and (unexpectedly) several major philosophical quandaries with which one could grapple the rest of his life. |
| | - Yes |
| | - Yes, probably. If an interest in Neuro |
| | - It is a very interesting course but is very difficult. |
| | - yes and yes |
| | - absolutely not. He is rude and unprofessional and it is very clear he hasn't brushed up on anything related to neuroscience in the last 20 years. a lot of the information he teaches is very outdated and there were at least four times where I looked stuff up after class to find that he gave us completely false information. |
| | - Yes I would |
| | - Absolutely, if you're willing to put in the work it's a great course. |
| | - Yes. Overall, the course is interesting and pact with information that is not taught in other courses. |

**Qualitative**

| | *Responses* |
|---|---|

*Other comments about the course and/or instructor:* - A

- Great professor Bad class structure
- Best Class Ever
- Great professor. Not nearly as scary as everyone makes him out to be
- Made me want to come to class and it was evident that he had lots of experience and was knowledgeable in the field.
- Overall, amazing course and even better instructor!
- The course is very interesting, however some of the topics we discuss seem off topic and inappropriate.
- Dr. Noonan is not the kind of man I want to be spending my money on to be teaching me. I will never take another class of his again. I would have been a great candidate for his social org class but will not be wasting my money on a pervy professor that I feel uncomfortable around. His actions are hurting my education because I can not take classes that he teaches due to his sexual comments. Professors are supposed to be respectful to their students and he is the total opposite. Here are just a few of the comments he has made over the semester, directing calling students out in front of the whole class. I will refer to a female student as Jane and a male as John in the examples. - "Jane, would you trade sex for a steak dinner?" - "Jane, if John came to your dorm room with flowers, ready to get it on, would you let him" -"Jane, you are looking very Native American today" - "John, do you know why when men over the age of 50 enjoy a finger getting stuck up their rear?" - "I need 3 volunteers, which 3 ladies wants to accompany John in the forest and be his wives, I need 3 volunteers" For a full 40 minutes, Dr Noonan put up pictures of males on the projector and made the females rate them, with a show of fingers 0-10. If someone didn't put a rating up, he would call them out and say "Jane, whats your rating I need to see your fingers, get your fingers ready". And then proceeded to put up 2 males at a time and have pick between them.Biggest waste of my time, this exercise may have been beneficial on a small scale, but Noonan made it weird and creepy, dwelling on it for almost the whole class period. Even making comments that he learned a lot about our preferences in males. I have heard multiple people in his class say how uncomfortable they feel and how unprofessional he acts. There is even word going around that he bragged to his research team about a grad student that goes to Canisius that he had sex with over the summer. From what I have heard her name is Courtney and she is a brunette. Im sure there aren't many grad students named Courtney that are probably in the science department. Overall Noonan is a perv, Im surprised he is still a professor here. I have talked to my advisor about this issue, telling them that I am uncomfortable and the reasons why I'm not talking social org next semester. they told me that they have actually heard this before from students but nothing is done about it. I know Noonan is very knowledgable and knows his stuff, but is it worth having your female STEM students feeling uncomfortable and on edge during every class. Canisius needs to open their eyes to this very obvious problem. How can you advocate about stopping sexual harassment/abuse, yet the head of the ABEC department says pervy sexual comments multiple times a class? I used to excuse his behavior because he is older and maybe he's losing his manners, but I know this isn't the case. He has said multiple times after making inappropriate comments "I hope no ones recording me" and telling students that they can either say to him "Its ok Dr. Noonan, or Fuck you Dr. Noonan". He clearly knows what he says is wrong, but his position and power in this school is untouchable. We aren't sexual objects he can makes inappropriate comments to, but he is abusing his power as a professor and is a dis service to our education.

B
- Though we got off track more than usual in class this semester, I think that keeping things lighthearted in the classroom decreases the stress of taking this course.
- It amazes me how this professor has not been fired. He is a perfect example of what is wrong with the tenure system. He abuses his power on a regular basis and acts unprofessionally. He acts like a toddler and has intense mood swings that make is such that very few people want to participate.
- Dr. Noonan is great! His enthusiasm for neuroscience made this course both an interesting and fun course to take!
- N/A
- Very interesting class covering a wide range of topics. Professor delivers information in an entertaining way. A little unprofessional and off topic sometimes
- As long as you work hard and like the topic, the class is amazing!
- N/A

© 2024 Anthology Inc.