**Plaintiffs' Exhibit N**

**From:** Hurley, John J [/O=CC FIRST ORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HURLEYJ]
**Sent:** 2/12/2019 4:46:35 PM
**To:** McCarthy, Margaret C [mmccarth@canisius.edu]
**Subject:** RE: Noonan

I thought the same thing. Let's see what Linda comes up with.

John J. Hurley
President
Canisius College
2001 Main Street
Buffalo, NY 14208
(716) 888-2100
hurleyj@canisius.edu

**From:** McCarthy, Margaret C <mmccarth@canisius.edu>
**Sent:** Tuesday, February 12, 2019 2:45 PM
**To:** Hurley, John J <hurleyj@canisius.edu>
**Subject:** Noonan

Hi John-
Last week, I mentioned rising issues regarding Mike Noonan. Yesterday, Linda, Pete, Liz Hogan and I met. There are now 8 students who have met with Linda. She is managing the investigation. I was concerned this morning when I saw the video although I think that boat has already sailed.

Assuming what I heard yesterday is true, I will have to take serious action- like requiring a female faculty member to accompany him on every trip or banning him from travel with students altogether. He isn't on good terms with most faculty in either Bio or ABEC so I doubt anyone will want to travel with him. You can imagine the issues that will come up if he is banned altogether from traveling. Alumni..... other students who do not find his behavior objectionable..... etc.

Best case- I tell him I am taking Canisius Ambassadors for Conservation away from him and he retires voluntarily.

Talk about all this when we next meet-
Peg


Margaret Cain McCarthy, PhD
Vice President for Academic Affairs
Professor
Canisius College
2001 Main Street
Buffalo, New York 14208
716-888-2120
mmccarth@canisius.edu

