**Plaintiffs' Exhibit P**

**Walleshauser, Linda M**

**From:** Walleshauser, Linda M
**Sent:** Friday, February 15, 2019 3:51 PM
**To:** Hannah Whelan
**Subject:** RE: Meeting With Noonan

Hannah-I understand and no need for apologies. I know that this has been difficult and stressful for all of you. It will be best to wait to meet again until the investigation is completed on 2/21. Enjoy the long weekend.

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance Interim Title IX Coordinator Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu

-----Original Message-----
From: Hannah Whelan <whelanh@canisius.edu>
Sent: Friday, February 15, 2019 2:41 PM
To: Walleshauser, Linda M <walleshl@canisius.edu>
Subject: Re: Meeting With Noonan

Hi Linda,

CANISIUS 000353

That is a relief, and also I am very sorry. I should have clarified that for myself before emailing you. Thank you for getting back to me so quickly. I hope you can understand my concern when hearing (clearly a rumor) that he was with students.

Thank you for everything you have done. Is there anyway we can meet as a group on Wednesday? Everyone has questions they would like to talk through about what to expect after speaking with Dr. Noonan on Thursday.

Let me know, and again, so sorry about the earlier email!

Hannah

> On Feb 15, 2019, at 1:28 PM, Walleshauser, Linda M <walleshl@canisius.edu> wrote:
>
> Hello Hannah-Dr. Noonan is traveling but not with students and won't be back until next Thursday AM. I can assure you that these concerns have been taken seriously and Dr. Hogan will be following up with you all immediately following on the 21st. Please call me if you have any other concerns.
>
>
>
> Linda M. Walleshauser, SPHR, SHRM-CP
> Associate Vice President for Human Resources & Compliance Interim
> Title IX Coordinator Canisius College
> 2001 Main Street
> 100 Old Main
> Buffalo, NY 14208
> (Work) 716-888-2244
> (Fax)-716-888-2233
> (Cell)-716-949-9936
> walleshl@canisius.edu
>
>
>
>

> -----Original Message-----
> From: Hannah Whelan <whelanh@canisius.edu>
> Sent: Friday, February 15, 2019 1:12 PM
> To: Walleshauser, Linda M <walleshl@canisius.edu>
> Subject: Meeting With Noonan
>
> Hi Linda,
>
> I just had a few questions and concerns.
>
> Do you know when you will be meeting with Dr. Noonan yet? Also, is there any particular reason he wasn't spoken with before going on another trip with students?
>
> I hope I am not out of line, I just feel that the level of concern we expressed isn't being taken quite seriously enough. We came forward so action could be taken and so other students wouldn't be put in the uncomfortable position we found ourselves in.
>
> Thank you so much, I do understand these processes can be complicated.
>
> Hannah Whelan

CANISIUS 000355