# Plaintiffs' Exhibit R

CONFIDENTIAL



Message

**From:** Walleshauser, Linda M [walleshl@canisius.edu]
**Sent:** 2/13/2019 11:27:31 AM
**To:** Hogan, Elizabeth A [hogane@canisius.edu]; Schaber, Peter M [schaber@canisius.edu]
**Cc:** mmccarth@canisius.edu
**Subject:** RE: Follow Up

Beth and Peter- can you advise where we stand in the process with IT on assisting with these changes below to assist us in finalizing when we will schedule this meeting with Dr. Noonan?

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu

**From:** Hogan, Elizabeth A <hogane@canisius.edu>
**Sent:** Tuesday, February 12, 2019 8:37 PM
**To:** Walleshauser, Linda M <walleshl@canisius.edu>
**Cc:** McCarthy, Margaret C <mmccarth@canisius.edu>; Schaber, Peter M <schaber@canisius.edu>
**Subject:** RE: Follow Up

Hi Linda,

I met with one of the students who does research with Dr. Noonan- she shared with me a number of concerns that students have about this situation.

- **Requesting a no-contact clause:** The students (involved with either research or Project India) continue to be worried about retaliation. They believe that telling Dr. Noonan not to retaliate will be ineffective. They are requesting a **no-contact clause** between Dr. Noonan and themselves for a specified period of time after he is informed of their allegations. For students who perform data analysis outside his office, this could mean specified times during the day

CONFIDENTIAL

when he would not be in his office and they could work without fear of interaction. Alternatively, the data analysis can be done on any computer, they would just need to be able to transfer the data to another computer. (ie no special software for image analysis is required). For students who still go to Marineland, one possibility suggested is for Dr. Noonan to record video alone at Marineland and then subsequently transfer the data to computers for student analysis.

- **Film footage from Project India.** Students who participated in this project signed a contract that they returned to Dr. Noonan. No one has a copy of the contract and they are unsure of whether the contract stipulated the film footage was property of Dr. Noonan or CAC. If the film footage belongs to CAC, they are requesting to continue to work on the film, but not in direct collaboration with Dr. Noonan. As suggested in our meeting yesterday, perhaps the Video Institute could help mentor the process.

- **CEEP/ work study students.** A number of the students involved in these projects have work study or CEEP fellowships. The students would like to know what will happen to these positions going forward.

-
- **Backup of data:** Currently, there are 6 Dell computers in the research space outside of Dr. Noonan's office. The students' are unsure if the computers are Dr. Noonan's personal property or purchased through a grant/ Canisius budget. They do not think the computers are on the Canisius network. It will require portable HDs to back up the data- the students will get back to me on how much space is needed.

Elizabeth Hogan, Ph.D
Associate Professor
Co-Chair of Biology Department
2001 Main St.
Buffalo, NY 14208
P: 716-888-2552
F: 716-888-3157

**From:** Walleshauser, Linda M
**Sent:** Tuesday, February 12, 2019 12:21 PM
**To:** Hogan, Elizabeth A
**Subject:** Follow Up

Hello Liz-I will be finished with all student meetings tomorrow afternoon. Can we schedule an update call any time after 3:30pm tomorrow? Sue is stopping in to meet with me today as well so I will update her regarding our discussions yesterday.

Canisius