**Plaintiffs' Exhibit S**

2001 Main St.
Buffalo, NY 14208
(716) 888-2773
margulis@canisius.edu

**From:** Margulis, Susan W
**Sent:** Friday, March 15, 2019 8:38 AM
**To:**

**Cc:** Morris, Sara R <morriss@canisius.edu>
**Subject:** organizational meeting: California trip

Hello everyone,

I am emailing you because you are signed up for the California trip over easter break, which is sure to be an amazing time! Because we are still uncertain if Dr. Noonan will be able to participate, we are adding a second leader to the trip: Dr. Sara Morris. Some of you may already know Dr. Morris; she is teaching biology of birds this semester, and is the Associate Vice President for Academic Affairs – and a biologist! Dr. Morris has led many trips in the past, and is really looking forward to an opportunity to participate in this trip.

I'll be sending you all a doodle poll to see if we can find a time for you all to meet with Dr. Morris after spring break. So please check your email shortly for a doodle poll, and respond as soon as you can.

Have a great spring break!

Dr M

---

Sue Margulis, PhD
Professor and Chair, Animal Behavior, Ecology, and Conservation
Professor, Biology
Canisius College
2001 Main St.
Buffalo, NY 14208
(716) 888-2773
margulis@canisius.edu

CANISIUS 02146