# Plaintiffs' Exhibit T

CONFIDENTIAL

## RE: planning

Margulis, Susan W
Mon 3/4/2019, 4:54 PM
McCarthy, Margaret C

You forwarded this message on 3/5/2019 12:14 PM

Hello Peg,

The flights have been booked, and it looks like a van has been reserved and at least some hotels (I'm guessing all – we just haven't seen the charges hit yet) have been booked. Departure is early evening on April 16, returning April 21. If Sara wants to connect with Mary to try and confirm what has been done and what still needs to be done, that might be helpful. It looks like on the outbound flight, there is no charge to change a name on a reservation, and a $100 fee to change on the return flight. Mary is doing her best figuring things out as surreptitiously as she can. We will use the agency account $$ that Mike collected from the students until it runs out, then will presumably have to use ISHAR funds. There might be enough though, as students each paid $910. It looks like Mike booked a lot of it himself (that is, accommodations at least), though there was an email from Travel Team about the flights.

Overall, things seem to be going OK. The students in social org of mammals have adjusted pretty seamlessly. Josh and I met with the Project Tiger students late last week and are encouraging them to consider a series of podcasts as their culminating experience. I am uncomfortable with them using any of the video (even if the college does technically own it) and feel this would be a better way to go.

Sue

Sue Margulis, PhD
Professor and Chair, Animal Behavior, Ecology, and Conservation
Professor, Biology
Canisius College
2001 Main St.
Buffalo, NY 14208
(716) 888-2773
margulis@canisius.edu

CANISIUS 01992

**CONFIDENTIAL**

CANISIUS 01993

**To:** Margulis, Susan W <margulis@canisius.edu>
**Subject:** RE: planning

Hi Sue- What are the dates of the trip? I know Sara is willing to go but also sensitive about "taking over."

Thanks- How is it going over there?
Peg

Margaret Cain McCarthy, PhD
Vice President for Academic Affairs
Professor
Canisius College
2001 Main Street
Buffalo, New York 14208
716-888-2120
mmccarth@canisius.edu

**From:** Margulis, Susan W <margulis@canisius.edu>
**Sent:** Monday, March 4, 2019 9:14 AM
**To:** McCarthy, Margaret C <mmccarth@canisius.edu>
**Subject:** planning

Hi Peg,

I know you're just back, but I would like the OK to have Sara Morris "officially" take over the California trip? We are seeing some expenses hitting Center Suite now (purchases made in early February) and we need to figure out what has been paid for and/or booked and what still needs to be done. Also need to see if we can change Mike's flight to Sara's (or book a seat for Sara and eat the cost for Mike's).

I'll be at the zoo for the next few hours, but will be back on campus by 1 if you'd like to talk or meet.

I hope you had a wonderful trip!

Sue

Sue Margulis, PhD
Professor and Chair, Animal Behavior, Ecology, and Conservation
Professor, Biology