**Plaintiffs' Exhibit U**

# JOSHUA RUSSELL, PH.D.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                Plaintiffs,

  - against -     Case No.
                  1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                Defendant.

---

      Examination before trial of **JOSHUA RUSSELL, PH.D.**, taken pursuant to Subpoena, in the offices of JACK W. HUNT & ASSOCIATES, INC., 1120 Liberty Building, Buffalo, New York, on June 18, 2024, commencing at 12:56 p.m., before LYNNE E. DIMARCO, Notary Public.

| | | |
|---|---|---|
| 13:40:36 | 1 | **MS. NANAU:** Okay. So this is going to be |
| 13:40:48 | 2 | Plaintiff's 4. |
| 13:40:48 | 3 | **The following was marked for Identification:** |
| | 4 | **PLAINTIFF EXH. 4** Bates stamped Canisius2026 |
| 13:40:51 | 5 | **BY MS. NANAU:** |
| 13:40:53 | 6 | **Q.** Plaintiff's 4 is a document produced by |
| 13:40:56 | 7 | the defendant and the Bates stamp is Canisius 2026. |
| 13:41:02 | 8 | Take a moment to review and then let me know when |
| 13:41:06 | 9 | you're done. |
| 13:42:30 | 10 | **A.** Okay. |
| 13:42:30 | 11 | **Q.** Okay. So, Dr. Russell, two-thirds of |
| 13:42:37 | 12 | the page is taken up by notes and the title or |
| 13:42:43 | 13 | headline of those notes says Dr. Joshua Russell |
| 13:42:47 | 14 | 2/28/2019, correct? |
| 13:42:49 | 15 | **A.** Correct. |
| 13:42:50 | 16 | **Q.** Did you prepare these notes? |
| 13:42:52 | 17 | **A.** No. |
| 13:42:53 | 18 | **Q.** Okay. Have you seen this document |
| 13:42:56 | 19 | before? |
| 13:42:57 | 20 | **A.** Yes. |
| 13:42:57 | 21 | **Q.** Okay. In 2019 did Ms. Walleshauser |
| 13:43:05 | 22 | show you these notes? |
| 13:43:07 | 23 | **A.** No. |

```
13:43:08  1        Q.    Okay.  Do you believe that this is an
13:43:13  2   accurate summary of the issues that you discussed
13:43:16  3   with Ms. Walleshauser on February 28th, 2019?
13:43:22  4        A.    Yes.
13:43:22  5        Q.    Okay.  So I'd like to go through each
13:43:26  6   part and ask you some more information.
13:43:28  7        A.    Okay.
13:43:28  8        Q.    So the first sentence says, spoke with
13:43:32  9   Beth Gill and Dr. Suchak, dash, student issues and
13:43:37 10   misuse of funds fall of 2017, dash, purchased tree
13:43:41 11   climbing equipment, beaver trap; did I read that
13:43:44 12   correctly?
13:43:45 13        A.    Yes.
13:43:45 14        Q.    Okay.  Who is Beth Gill?
13:43:49 15        A.    Beth Gill was the dean of arts and
13:43:52 16   sciences at the time.
13:43:52 17        Q.    Okay.  So you had a reporting
13:43:57 18   relationship to her?
13:43:58 19        A.    Yes.
13:43:59 20        Q.    And Dr. Suchak in 2019 was not the ABEC
13:44:04 21   department chair, right?
13:44:05 22        A.    Correct.
13:44:05 23        Q.    Okay.  Did you ask for a meeting with
```

```
13:44:10   1  Dr. Gill?
13:44:11   2         A.    Yes.
13:44:12   3         Q.    Okay.  And did you and Dr. Suchak ask
13:44:17   4  for that meeting together?
13:44:19   5         A.    What I recall is that I -- Dr. Suchak
13:44:25   6  and I wanted to have a meeting and I asked
13:44:27   7  Beth Gill in person if we could get on her
13:44:31   8  schedule.
13:44:31   9         Q.    Okay.  And so did you provide Dr. Gill
13:44:38  10  with anything in writing prior to the meeting to
13:44:41  11  give her notice of what you wanted to discuss, or
13:44:45  12  did you just attend the meeting and discuss the
13:44:48  13  issues then?
13:44:48  14         A.    So we just attended the meeting.
13:44:51  15         Q.    Okay.  What are the student issues that
13:44:57  16  you and Dr. Suchak discussed with Dr. Gill in 2017?
13:45:01  17         A.    It would have been related to primarily
13:45:04  18  the students's trip to Antarctica.
13:45:09  19         Q.    Okay.  What happened in Antarctica?
13:45:14  20         A.    So when the students returned, two
13:45:17  21  of -- I think there were four students on the trip,
13:45:20  22  two of those students had been doing a project with
13:45:23  23  me and mentioned to me that during the trip he was
```

*Joshua Russell, Ph.D. - Ms. Nanau - 06/18/2024*

42

```
13:45:29  1  missing for periods of time and that he would ask
13:45:35  2  them to get too close to animals after various
13:45:39  3  guides told them don't get close to animals.
13:45:43  4          And he would say, no, just go ahead and move
13:45:45  5  over closer to the penguin or whatever, those types
13:45:49  6  of things.
13:45:50  7          And just that they didn't see him or
13:45:53  8  interact with him much on the trip.  And that they
13:45:56  9  didn't feel like it was a very educational
13:46:00 10  experience.
13:46:00 11          Q.   Okay.  Did the two students who came to
13:46:04 12  you after the Antarctica trip, did they complain
13:46:07 13  about any inappropriate conduct by Dr. Noonan that
13:46:11 14  was sexual in nature?
13:46:13 15          A.   No.
13:46:14 16          Q.   Okay.  What were the misuse of funds
13:46:24 17  issues that you and Dr. Suchak discussed with
13:46:28 18  Dr. Gill in 2017?
13:46:29 19          A.   So from my time starting as a faculty
13:46:34 20  member it was clear to me that Mike was able to
13:46:39 21  move money around between different accounts to
13:46:42 22  spend it on things, some things that I thought were
13:46:47 23  not necessary for our department.
```

*JACK W. HUNT & ASSOCIATES, INC.*
*1120 Liberty Building*
*Buffalo, New York 14202  -  (716) 853-5600*

13:46:51  1    And he had requested some of my startup
13:46:57  2 funds, for example, when I was first starting as a
13:47:00  3 faculty member. If I didn't need to spend them
13:47:04  4 that he would find ways to spend them.
13:47:06  5    And because I didn't -- he was the chair, I
13:47:10  6 didn't have anyone telling me like, no, don't do
13:47:13  7 that, save it and spend it for yourself, it was too
13:47:19  8 late.
13:47:20  9    And I had sort of given him I don't remember
13:47:22 10 how much money, but I didn't spend all my startup
13:47:27 11 funds myself. And so we were concerned about what
13:47:31 12 he was purchasing with departmental funds or HR
13:47:34 13 funds.
13:47:36 14    Q.   What's ISHAR?
13:47:38 15    A.   ISHAR was the Institute for the Study
13:47:40 16 of Human Animal Relationships.
13:47:49 17    Q.   Dr. Noonan, is it true that he founded
13:47:55 18 the ABEC department?
13:47:56 19    A.   Yes.
13:47:56 20    Q.   Do you know when that happened?
13:47:59 21    A.   2010, 2010. I wasn't there, so I think
13:48:11 22 it was around 2010.
13:48:12 23    Q.   Okay. Did you attend Canisius because

| | |
|---|---|
| 13:48:15  1 | you wanted to be an ABEC department major? |
| 13:48:19  2 | **A.** So there was no ABEC department at the |
| 13:48:23  3 | time. |
| 13:48:23  4 | **Q.** Oh, I thought you were there -- |
| 13:48:26  5 | **MR. D'ANTONIO:** 2000 to 2003. |
| 13:48:29  6 | **THE WITNESS:** Yes. |
| 13:48:30  7 | **BY MS. NANAU:** |
| 13:48:31  8 | **Q.** Oh, I'm sorry. |
| 13:48:31  9 | **A.** Yeah. |
| 13:48:32 10 | **Q.** So you were a biology major, then? |
| 13:48:35 11 | **A.** Psychology. |
| 13:48:36 12 | **Q.** Psychology. And the Institute for the |
| 13:48:44 13 | Study of Human Animal Relationships, was Dr. Noonan |
| 13:48:49 14 | also in charge of that? |
| 13:48:50 15 | **A.** Yes. |
| 13:48:51 16 | **Q.** Okay. Was the Canisius -- you've |
| 13:49:10 17 | already told me what CAC stood for. |
| 13:49:12 18 | **A.** Canisius Ambassadors for Conservation. |
| 13:49:16 19 | **Q.** Thank you. Canisius Ambassadors for |
| 13:49:19 20 | Conservation, right? |
| 13:49:20 21 | **A.** Uh-huh, yes. |
| 13:49:21 22 | **Q.** The Canisius Ambassadors for |
| 13:49:24 23 | Conservation was that part of ISHAR? |

| | | |
|---|---|---|
| 13:49:27 | 1 | **A.** Yes. |
| 13:49:28 | 2 | **Q.** Okay. And as the chair of the ABEC |
| 13:49:36 | 3 | department and as the head of ISHAR, then, |
| 13:49:39 | 4 | Dr. Noonan had control over significant resources, |
| 13:49:44 | 5 | correct? |
| 13:49:44 | 6 | **A.** He had control over the budgets, yes. |
| 13:49:49 | 7 | **Q.** How much were you afforded in startup |
| 13:49:54 | 8 | funds when you first were hired as a faculty |
| 13:49:58 | 9 | member? |
| 13:49:58 | 10 | **A.** $10,000. |
| 13:49:59 | 11 | **Q.** And what's the purpose of the startup |
| 13:50:02 | 12 | funds? |
| 13:50:03 | 13 | **A.** So that you can start research |
| 13:50:07 | 14 | projects. So if you need to buy equipment or if |
| 13:50:10 | 15 | you need to set up a laboratory or buy software or |
| 13:50:14 | 16 | anything like that. |
| 13:50:15 | 17 | **Q.** And is the research that you do with |
| 13:50:19 | 18 | the startup funds, is that then considered Canisius |
| 13:50:23 | 19 | property because they are funding the research? |
| 13:50:28 | 20 | **A.** So intellectual property at Canisius is |
| 13:50:33 | 21 | the research is ours, the equipment belongs to |
| 13:50:36 | 22 | Canisius. I don't think that they would say that |
| 13:50:42 | 23 | the research belonged to them. |

```
13:50:43  1           Q.    Okay.  So if you, for example, do
13:50:47  2   research and write a paper and get it published,
13:50:51  3   the paper is yours?
13:50:52  4           A.    Yes.
13:50:52  5           Q.    It's not Canisius's property?
13:50:54  6           A.    Yes.
13:50:55  7           Q.    That's your intellectual property,
13:51:00  8   right?
13:51:00  9           A.    Yes.
13:51:03 10           Q.    How much of your $10,000 in startup
13:51:07 11   funds did you end up giving to Dr. Noonan?
13:51:10 12           A.    I don't remember.
13:51:13 13           Q.    Did you -- what happens when the
13:51:20 14   initial 10,000 is exhausted, do you then have to
13:51:23 15   develop funding on your own as a Canisius faculty
13:51:29 16   member?
13:51:29 17           A.    So in our department we have -- I think
13:51:33 18   it's changed over the years, it's gotten smaller,
13:51:36 19   but there's a certain amount of money that we get
13:51:39 20   as individual faculty members for research every
13:51:44 21   year.
13:51:44 22           Q.    Okay.  If the money was insufficient
13:51:52 23   for what you wanted to do in a certain year, would
```

```
13:51:55  1  you then go to Dr. Noonan for additional funds, was
13:51:59  2  that a possibility?
13:52:01  3       A.   That was a possibility.
13:52:02  4       Q.   Okay.  Your tone suggests to me that
13:52:09  5  the additional funds were not forthcoming from
13:52:13  6  Dr. Noonan?
13:52:13  7       A.   No.
13:52:14  8       Q.   No.  Okay.  What did Dr. Gill do when
13:52:21  9  you and Dr. Suchak raised these concerns about the
13:52:24 10  quality of the student trips and the misuse of
13:52:27 11  funds?
13:52:27 12       A.   I don't know.  She took notes in the
13:52:31 13  meeting, but...
13:52:34 14       Q.   Did you ever follow-up with her?
13:52:37 15       A.   Not formally.
13:52:42 16       Q.   We'll talk about that in a second, the
13:52:46 17  follow-up, but let's go through all of this before
13:52:49 18  us.
13:52:52 19       Do you know if Dr. Gill ever interviewed the
13:52:55 20  two Antarctica trip students who came to you and
13:53:00 21  complained about Dr. Noonan's conduct on that trip?
13:53:05 22       A.   I don't know.
13:53:05 23       Q.   Okay.  Did you provide her with their
```

```
15:16:18  1  did I read that correctly?
15:16:19  2          A.    Correct.
15:16:19  3          Q.    Did Ms. Engebrecht ever follow up on
15:16:22  4  your offer of assistance?
15:16:24  5          A.    I believe we had a meeting and I gave
15:16:28  6  her some recommendations for citations and things
15:16:31  7  to read.  I offered to be her supervisor or second
15:16:37  8  reader, I don't -- I wasn't her supervisor and I
15:16:40  9  don't recall being her second reader.
15:16:42 10          So I don't know who she did that with, but,
15:16:45 11  yeah, we had a meeting.
15:16:46 12          Q.    Okay.  Did Ms. Engebrecht ever discuss
15:16:51 13  with you any future plans she had, anything that
15:16:57 14  she thought she might do with the thesis
15:17:02 15  afterwards?
15:17:02 16          A.    I don't recall.
15:17:03 17          Q.    Okay.  Does everyone have to write a
15:17:05 18  thesis at Canisius?
15:17:06 19          A.    No.
15:17:07 20          Q.    Do you elect to write a thesis if you
15:17:10 21  want to?
15:17:10 22          A.    If you're an honors student.  So for
15:17:13 23  undergraduate students if you're an honors student,
```