# Plaintiffs' Exhibit V

CONFIDENTIAL

aware that he had touched a pregnant Biology professor's stomach without invitation and that had made her uncomfortable—knowledge of this made me worried about my own situation]. Deborah told me I could tell him I did not like hugs and ask him not to touch me but that she was sure his intentions were good and that some people like to give hugs as a way to express they are happy for someone. I guess I had been hoping HR would respond by having a conversation with him about it not being appropriate to hug or otherwise touch colleagues in the workplace. Because Deborah did not provide what I thought was a helpful response regarding unwanted touching, my understanding that HR was not the place to direct faculty-related concerns was affirmed.

### DR. JOSHUA RUSSELL-2-28-19

Spoke with Beth Gill & Dr. Suchak-student issues and misuse of funds Fall of 2017-purchase tree climbing equipment, beaver trap

Antarctica trip-not around during the trip January of 2017-left unattended-not interacting with the students-4 students on the trip two came to talk to me-he did ask them to do things-taking risks

Interactions with him-I was a student-2000-2003-two faculty during my hiring process-stating he was a bully-one female, one Paul Waldow-my senior year-did have a falling out-quit his team-asked us to sign contract regarding our behavior-2003-we talked to Paula Den-chair of department-HHMI-I was a CEEP student-if you don't sign this then you are quitting the team-we had personal issues-he told me he thought I was mentally ill and I should see someone. Hired in fall of 2014-Christy Hoffman. Several of us expressed concern about group hugs. Senior party-Josh and Paul Waldow refused to participate in the group hug. He got angry. Melini-he teased her about hugging her-while he was chair-made gestures to her-faking to go hug her. Made everyone upset.

Only time I wanted to come to HR a few years ago-student had her car stolen in ramp and was attacked. She came back to class a week later. Student told her that Dr. Noonan pulled her into her office and asked to see her bruises. The student told Mary what had happened. 2014 or 2015.

I took students-summer of 2017. With students in Costa Rica-talking about him-she received personal text messages-he was texting her pictures of his scars.

When I was a student-made friends of mine in the lab-female student-skinny-he asked her about whether or not she had irregular menstrual cycles because she was so skinny. She was hysterical.

How he has treated students throughout the years. He doesn't speak to me since he has stopped being chair-completely ignores me.

