Plaintiffs' Exhibit W

**MALINI CHRISTINE SUCHAK**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                Plaintiffs,

   - against -     Case No.
                    1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                Defendant.
-------------------------------------------

     Examination before trial of **MALINI CHRISTINE SUCHAK**, taken pursuant to Subpoena, in the offices of JACK W. HUNT & ASSOCIATES, INC., 1120 Liberty Building, Buffalo, New York, on June 19, 2024, commencing at 2:26 p.m., before LYNNE E. DIMARCO, Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

14:39:44  1  03066. And the third document runs from Canisius
14:39:51  2  03067 through Canisius 03068.
14:39:57  3      Q.   Okay. So let's talk first about the
14:40:00  4  first Document 3060 to 3062. Do you recall when
14:40:12  5  you composed this document?
14:40:15  6      A.   So the first page running up through or
14:40:20  7  above where it says inappropriate oversight
14:40:23  8  interference, that was all composed around
14:40:26  9  October 3rd, 2013. I don't think it was exactly on
14:40:29 10  this date, but it was within the next few days.
14:40:32 11      Q.   Okay.
14:40:33 12      A.   Everything else inappropriate oversight
14:40:36 13  interference through the end of the material on
14:40:40 14  page 03062 I started collecting this information in
14:40:50 15  October or November, which means that I went
14:40:52 16  backwards in time to compile some of the dates that
14:40:56 17  were listed before that. And then everything from
14:41:00 18  October, November on I wrote down
14:41:03 19  contemporaneously.
14:41:05 20      Q.   Okay. And so this document essentially
14:41:10 21  covers interactions that you had with Dr. Michael
14:41:15 22  Noonan from October of 2013 to July of 2014; is
14:41:19 23  that correct?

14:41:19  1      A.    Correct.

14:41:20  2      Q.    Okay.  So why did you keep these notes
14:41:24  3 regarding your interactions with Dr. Noonan?

14:41:31  4      A.    The first part, the trip meeting I
14:41:35  5 documented because we had raised some concerns
14:41:38  6 about the trip and I wanted some documentation of
14:41:41  7 the concerns we had raised and the response.

14:41:44  8            The second -- the rest of it, everything
14:41:48  9 after inappropriate oversight interference, I
14:41:52 10 recorded as a running record of interactions that
14:42:02 11 showed that he was behaving in an overbearing and
14:42:09 12 inappropriate way towards me.

14:42:13 13      Q.    So with regard to your notes about the
14:42:17 14 pre-Colorado trip meeting, I've reviewed them and I
14:42:26 15 believe that your notes express discussions that
14:42:34 16 you had with Dr. Noonan and Christy Hoffman
14:42:38 17 regarding an intended trip to Colorado with
14:42:42 18 Canisius students; is that correct?

14:42:43 19      A.    Correct.

14:42:44 20      Q.    Okay.  You said that you raised
14:42:49 21 concerns and you wanted to memorialize the response
14:42:53 22 in this document.  And I'm wondering were you
14:42:57 23 talking about the concerns that you and Dr. Hoffman

```
14:51:14   1  faculty?
14:51:15   2       A.   Yes.
14:51:16   3       Q.   Okay.  Are you a tenured professor now?
14:51:20   4       A.   Yes.
14:51:21   5       Q.   When did you receive tenure?
14:51:23   6       A.   August of 2019.
14:51:28   7       Q.   Prior to your time as an adjunct or a
14:51:34   8  faculty member at Canisius, did you spend time at
14:51:41   9  Canisius College?
14:51:43  10       A.   Yes.
14:51:44  11       Q.   And in what capacity did you do that?
14:51:47  12       A.   I was a student.
14:51:49  13       Q.   Okay.  And what years did you attend?
14:51:53  14       A.   2003 to 2007.
14:51:56  15       Q.   And were you an undergraduate student?
14:51:59  16       A.   Yes.
14:52:00  17       Q.   Okay.  Did you receive a degree?
14:52:02  18       A.   Yes.
14:52:02  19       Q.   What was the degree?
14:52:04  20       A.   A Bachelor of Science in biology.
14:52:10  21       Q.   Did the ABEC department exist during
14:52:13  22  your tenure as an undergraduate student?
14:52:17  23       A.   No.
```

| | |
|---|---|
| 14:52:17 1 | Q. Did you study under Dr. Noonan when you |
| 14:52:20 2 | were an undergraduate student? |
| 14:52:22 3 | A. Yes. |
| 14:52:22 4 | Q. What was your experience studying under |
| 14:52:25 5 | Dr. Noonan as an undergraduate student? |
| 14:52:29 6 | A. I learned a lot from him, I still use |
| 14:52:33 7 | some of the skills that I gained from studying with |
| 14:52:36 8 | him. I also had, you know, a lot of experience |
| 14:52:43 9 | working with animals and field trips with him. |
| 14:52:53 10 | Q. Did Dr. Noonan ever subject you to any |
| 14:52:57 11 | conduct that you thought was inappropriate? |
| 14:53:08 12 | A. There was a time when I was an |
| 14:53:12 13 | undergraduate student where I was doing research |
| 14:53:16 14 | with him at Marineland and it was clear that a |
| 14:53:21 15 | trainer there had a crush on me. And he, Mike |
| 14:53:27 16 | Noonan, teased me mercilessly about that. |
| 14:53:33 17 | Q. Did he encourage you to go out with the |
| 14:53:37 18 | trainer? |
| 14:53:40 19 | A. No. |
| 14:53:42 20 | Q. How did he tease you about it, this |
| 14:53:45 21 | crush that the trainer had on you? |
| 14:53:48 22 | A. Like he would say that he thought it |
| 14:53:51 23 | was cute or he would mention that, you know, the |

```
15:08:59  1  survey -- actually, I asked you that question
15:09:02  2  already.
15:09:03  3          I'm going to direct your attention now to
15:09:07  4  the second document in this exhibit.  I believe you
15:09:10  5  told me it went from 3063 to 3066?
15:09:17  6      A.   Correct.
15:09:17  7      Q.   Okay.  So I have reviewed this document
15:09:27  8  and it seems to be a critique of the work that
15:09:40  9  Dr. Noonan was doing through the Canisius
15:09:46 10  Ambassadors for Conservation or the CAC program as
15:09:53 11  well as the ISHAR Institute; is that a fair summary
15:09:58 12  of this document?
15:10:00 13          MR. D'ANTONIO:  Form, you may answer, if you
15:10:10 14  know.
15:10:10 15          THE WITNESS:  I don't know that I would call
15:10:12 16  it a critique.
15:10:13 17          BY MS. NANAU:
15:10:14 18      Q.   Okay.  What would you call it?
15:10:16 19      A.   I would call it an analysis of the work
15:10:19 20  being done particularly under the umbrella of the
15:10:25 21  Institute for Human Animal Relations which included
15:10:30 22  the Canisius Ambassadors for Conservation in
15:10:30 23  relation to its purported goals as stated on the
```

```
15:10:38  1  web site which is the text that is in gray.
15:10:41  2          Q.   Okay.  When did you prepare this
15:10:44  3  document?
15:10:46  4          A.   In May of 2017.
15:10:51  5          Q.   And what was the intent behind
15:10:58  6  preparing this document?
15:10:59  7          A.   These were preparation notes for
15:11:02  8  meetings that I would later have with Dr. Beth Gill
15:11:06  9  and Peg McCarthy.
15:11:14 10          Q.   Okay.  So Dr. Beth Gill was the dean of
15:11:21 11  the school of arts and sciences; is that correct?
15:11:25 12          A.   She was the dean of the college of arts
15:11:28 13  and sciences at that time.
15:11:29 14          Q.   Thank you.  And what was Dr. McCarthy's
15:11:35 15  role at that time?
15:11:35 16          A.   Vice president for academic affairs.
15:11:39 17          Q.   And did you meet with Dr. Gill and
15:11:43 18  Dr. McCarthy about the issues memorialized in this
15:11:47 19  second memorandum, did you meet with them together
15:11:51 20  or did you meet on separate occasions with each
15:11:54 21  one, or a combination?
15:11:56 22          A.   I wouldn't call this a memorandum,
15:11:59 23  these are preparation notes.
```

| | | |
|---|---|---|
| 15:12:00 | 1 | **Q.** Okay. Sorry. |
| 15:12:02 | 2 | **A.** And I met with Dr. Beth Gill and then |
| 15:12:05 | 3 | later Dr. Gill and Dr. McCarthy together. |
| 15:12:10 | 4 | **Q.** And when you met with Dr. Gill |
| 15:12:13 | 5 | initially, did you meet with her and anyone else? |
| 15:12:16 | 6 | **A.** Joshua Russell was there. |
| 15:12:19 | 7 | **Q.** Okay. And do you recall when that |
| 15:12:22 | 8 | meeting was with Dr. Gill and Dr. Russell? |
| 15:12:25 | 9 | **A.** October of 2017. |
| 15:12:27 | 10 | **Q.** Okay. And beyond the issues raised in |
| 15:12:34 | 11 | this you preparation memorandum, did you raise any |
| 15:12:40 | 12 | other issues with Dr. Gill at that time? |
| 15:12:47 | 13 | **A.** Me, personally, not that I remember. |
| 15:12:53 | 14 | **Q.** Okay. |
| 15:12:54 | 15 | **A.** I mean, there were other -- Josh was |
| 15:12:58 | 16 | there, so he probably raised issues that aren't |
| 15:13:01 | 17 | listed here. |
| 15:13:02 | 18 | **Q.** Do you recall if Dr. Russell raised any |
| 15:13:05 | 19 | issues other than what is memorialized in your |
| 15:13:09 | 20 | preparation memorandum? |
| 15:13:11 | 21 | **A.** Give me a second to read what's in |
| 15:13:14 | 22 | here. |
| 15:13:14 | 23 | **Q.** Yeah, take your time, I'm not in a |

```
15:13:17  1  rush.
15:13:38  2       A.   One thing that I remember that is not
15:13:41  3  in here that I believe Josh brought up was the use
15:13:45  4  of fitness tests for some of the trips.
15:13:51  5       Q.   So by fitness test are we talking about
15:13:55  6  physical fitness or mental fitness?
15:13:58  7       A.   Physical fitness.
15:13:59  8       Q.   And what was Dr. Russell's objection to
15:14:02  9  the fitness tests for the trips?
15:14:04 10       A.   I don't remember his precise objection
15:14:08 11  to the fitness test except that they were pretty
15:14:13 12  rigorous relative to the actual needed physicality
15:14:18 13  of the trip.
15:14:20 14       There is legitimate reason to ensure that
15:14:24 15  folks traveling into remote areas of the field
15:14:28 16  especially mountainous areas can do the physical
15:14:33 17  work.  However, it seemed disproportionate to
15:14:36 18  sometimes what they would be doing.
15:14:38 19       Like they might have to run up and down 10
15:14:38 20  flights of stairs and that some students were
15:14:41 21  getting excluded from the trip because they
15:14:44 22  couldn't pass the physical fitness test.
15:14:48 23       Q.   Is there anything else that you recall
```

```
15:14:50   1  that Dr. Russell brought up during the meeting with
15:14:54   2  Dr. Gill?
15:14:57   3       A.    Not off the top of my head.
15:15:00   4       Q.    Okay.  With regard to the meeting with
15:15:08   5  Dr. McCarthy, do you recall when that happened?
15:15:10   6       A.    I think it was April of 2018.
15:15:13   7       Q.    And what were the issues that you
15:15:15   8  discussed with Dr. McCarthy?
15:15:18   9       A.    It was -- I use these notes for both
15:15:21  10  meetings, so it was similar issues although my
15:15:24  11  recollection is with Dr. McCarthy we focused a
15:15:28  12  little bit more on money going to ISHAR.
15:15:32  13       Q.    From your preparation memorandum I took
15:15:40  14  it that you were questioning the legitimacy of some
15:15:44  15  of the expenses that Dr. Noonan made with ISHAR
15:15:50  16  money or the use of ISHAR money on certain
15:15:55  17  expenses.
15:15:55  18             For example, you questioned whether a
15:16:04  19  thousand dollar plus cameras had to be purchased
15:16:06  20  every year, correct?
15:16:07  21       A.    Yes.
15:16:08  22       Q.    And that he used students as pack mules
15:16:12  23  to haul video and photo equipment often at the
```

15:16:16  1  expense of being able to bring on their own
15:16:19  2  luggage?
15:16:20  3      **A.**    Yes.
15:16:21  4      **Q.**    And that he treated these trips more as
15:16:26  5  an extension of his personal hobbies rather than
15:16:30  6  actually doing research?
15:16:35  7      **A.**    That was my opinion at the time was
15:16:38  8  that he was pursuing a hobby. However, my
15:16:42  9  understanding of scholarship has evolved over time
15:16:46 10  and I now believe that he and the university both
15:16:52 11  believed that this was a scholarly endeavor.
15:16:54 12      **Q.**    Do you believe that it was a scholarly
15:16:54 13  endeavor, I think you referred to these trips as
15:16:59 14  echo tourism and not real research trips in this
15:17:02 15  memorandum, correct?
15:17:04 16      **A.**    The field experience itself does not
15:17:08 17  align with the principals of field research, which
15:17:12 18  would involve a set of methods that you would use,
15:17:15 19  for example, to evaluate habitat or presence of
15:17:18 20  certain animals or something like that.
15:17:20 21      So in that sense it is not the same thing as
15:17:25 22  field research and that is why I would call it echo
15:17:25 23  tourism.

15:23:26  1  it would be a legitimate form of scholarship, I
15:23:29  2  have questions about the quality of that work.
15:23:31  3  **BY MS. NANAU:**
15:23:31  4  Q.  Thank you.  I appreciate that
15:23:33  5  clarification.
15:23:34  6  A.  Yeah.
15:23:34  7  Q.  Did you articulate that to Dr. McCarthy
15:23:39  8  and Dr. Gill when you met with them in 2017 and
15:23:46  9  2018?
15:23:46 10  A.  Those two meetings have blended
15:23:49 11  together.  I have articulated my concerns about the
15:23:53 12  quality or experience in one or both of those
15:23:56 13  meetings.  I don't know for sure it was both.  I
15:23:59 14  was using the same notes and it blended together.
15:24:01 15  Q.  Did you take any handwritten notes or
15:24:05 16  did you type any written notes up after either
15:24:08 17  meeting with Dr. Gill or Dr. McCarthy?
15:24:11 18  A.  Not to my knowledge.
15:24:13 19  Q.  What was the follow-up of these
15:24:15 20  meetings with Dr. Gill and Dr. McCarthy?
15:24:18 21  A.  I don't know.
15:24:21 22  Q.  So you didn't meet with them again?
15:24:24 23  A.  No.

```
15:24:27  1        Q.   How did Dr. McCarthy react to your
15:24:33  2   presentation in the April 2018 meeting?
15:24:38  3        A.   I didn't give a presentation, it was
15:24:40  4   just a discussion.
15:24:41  5        Q.   Okay.  How did she react to the
15:24:44  6   information that you were providing to her about
15:24:47  7   these trips that Dr. Noonan was taking with the
15:24:50  8   students?
15:24:53  9        A.   I don't remember any specific response
15:24:56 10   from her except perhaps general concern about the
15:25:00 11   points we were bringing up.
15:25:03 12        Q.   What does general concern mean?
15:25:06 13        A.   I feel like I have a vague memory that
15:25:09 14   to mean she said, oh, that's concerning basically.
15:25:15 15   I don't have any specific memory of the back and
15:25:18 16   forth with her.
15:25:19 17        Q.   Okay.  And with Dr. Gill, what was her
15:25:23 18   reaction to the concerns that you and Dr. Russell
15:25:25 19   raised about the use of resources and the quality
15:25:30 20   of the educational experience on these trips with
15:25:34 21   Dr. Noonan and the students?
15:25:35 22        A.   I believe it was much the same.
15:25:43 23        Q.   So now I'm turning to the third
```

```
15:51:27  1  primates?
15:51:27  2       A.   Yes, I did know that.
15:51:39  3       Q.   With regard to this exhibit,
15:51:47  4  Plaintiff's 30, the last bullet point is no
15:51:52  5  follow-up that she was aware of.  Do you know what
15:51:55  6  that is regarding?
15:51:56  7       A.   So I believe I probably told Linda that
15:52:00  8  there was no follow-up that I, the she is me in
15:52:03  9  this case, was aware of from Beth Gill.
15:52:06 10       Q.   Okay.  Did you also tell
15:52:09 11  Ms. Walleshauser that you had a meeting in 2018
15:52:12 12  with Dr. McCarthy regarding similar issues that you
15:52:15 13  raised with Dr. Gill?
15:52:16 14       A.   I don't remember whether I told her
15:52:18 15  that or not.
15:52:19 16       MS. NANAU:  Okay.  So I'm going to show you
15:52:39 17  what's marked as Plaintiff's 31.
15:52:39 18  The following was marked for Identification:
         19     PLAINTIFF EXH. 31     Bates stamped Canisius 424
         20                           to 442
15:52:42 21       BY MS. NANAU:
15:52:43 22       Q.   Plaintiff's 31 is document with the
15:52:47 23  Bates stamp range Canisius 424 to 442.  I'm going
```

```
15:52:52  1   to direct your attention to page Canisius 431.
15:53:22  2          So at the bottom of 431 there is a heading
15:53:26  3   that says Dr. Malini Suchak statement 2/26/2019 and
15:53:32  4   I believe your first name is misspelled?
15:53:34  5       A.   Correct.
15:53:35  6       Q.   I would like you to read the statement,
15:53:38  7   it goes to the next page, and then I'm going to ask
15:53:43  8   you a couple questions.
15:53:44  9       A.   As a former student of Dr. Noonan's --
15:53:47 10       MR. D'ANTONIO:  She wants you to read it to
15:53:51 11   yourself.
15:53:52 12       MS. NANAU:  I mean, you can read it out loud
15:53:55 13   if you want.
15:53:55 14       MR. D'ANTONIO:  Otherwise she has to take it
15:53:57 15   down.
15:53:58 16       THE WITNESS:  Yeah, I thought that was
15:54:00 17   weird.  I'm reading from here.
15:54:32 18       BY MS. NANAU:
15:54:35 19       Q.   Dr. Mil ani Suchak's statement, yes.
15:54:37 20       A.   Okay.  I'm done.
15:54:40 21       Q.   Okay.  So my question is, did you
15:54:43 22   prepare the body of this statement and provide it
15:54:51 23   to someone at Canisius, or is this something else?
```

```
15:54:55  1        A.    I did not prepare this.
15:54:57  2        Q.    Okay.  So this is not your statement as
15:55:00  3   you prepared it, correct?
15:55:02  4        A.    Correct.
15:55:03  5        Q.    The date 2/26/2019, does that refresh
15:55:08  6   your recollection as to when you may have met with
15:55:11  7   Ms. Walleshauser or someone else regarding
15:55:14  8   Dr. Noonan?
15:55:14  9        A.    Yes, I met with Linda Walleshauser that
15:55:18 10   day.
15:55:18 11        Q.    Does the information under the heading
15:55:21 12   Dr. Malini Suchak's statement 2/26/2019, does it
15:55:25 13   fairly summarize the information that you provided
15:55:28 14   to you Dr. -- I mean to Ms. Walleshauser on
15:55:34 15   February 26th, 2019?
15:55:36 16        A.    I believe this is a good summary of
15:55:39 17   what I reported.
15:55:39 18        Q.    Okay.  One of the things that is
15:55:45 19   reported in this statement that you and I haven't
15:55:49 20   discussed is Dr. Noonan hugging you and encouraging
15:55:58 21   group hugs all the time?
15:56:00 22        A.    Yes.
15:56:01 23        Q.    Can you tell me about that, when did
```

15:56:04  1  that start that Dr. Noonan would try to hug you or
15:56:09  2  encourage group hugs?
15:56:11  3      A.   So he would try to hug me, that started
15:56:17  4  when I became a full-time faculty member in 2013.
15:56:22  5  Encouraging group hugs, I don't know when that
15:56:26  6  started, but that was something that he would do
15:56:31  7  kind of in celebration or, you know, after an event
15:56:36  8  or something and that was going on when I started
15:56:41  9  in 2013.
15:56:42 10      Q.   Okay.  It looks like in 2015 there was
15:56:48 11  a staff student event and Dr. Noonan came up behind
15:56:53 12  you, shoved you from behind and tried to make you
15:56:59 13  participate in a group hug; is that correct?
15:57:01 14      A.   Yes.
15:57:02 15      Q.   And you got very upset?
15:57:05 16      A.   Yes.
15:57:06 17      Q.   And then in response my understanding
15:57:10 18  from this is that Dr. Paul Waldau told Dr. Noonan
15:57:17 19  that the hugging was inappropriate and needed to
15:57:20 20  stop, correct?
15:57:20 21      A.   Yes.
15:57:21 22      Q.   Did the hugging stop after Dr. Waldau
15:57:25 23  approached Dr. Noonan about the hugging and how it

had to stop after the 2015 event?

**A.** Yes.

**Q.** Did Dr. Noonan ever object to your objections to his hugging?

**A.** He didn't -- no, he didn't object to it.

**Q.** Okay. So he didn't say anything like everyone likes a hug or students like hugs or I like to hug, so nothing like that?

**A.** No.

**Q.** Okay. It's also reported here that in future interactions or meetings with you, Dr. Noonan would tease you and gesture to you that he was going to hug you which made you very uncomfortable?

**A.** Yes.

**Q.** How long did the gesturing of hugging go on for?

**A.** I would say it wasn't long after that that it stopped completely. Like maybe -- I mean, this was in like April or May of 2015 so then we went on summer. And my recollection is by like 2016 it had fully stopped.

| | | |
|---|---|---|
| 15:58:40 | 1 | Q. Okay. Did you ever report to anyone in |
| 15:58:44 | 2 | Canisius's administration either during your |
| 15:58:48 | 3 | meeting with Dr. Gill in 2017, your meeting with |
| 15:58:53 | 4 | Dr. McCarthy in 2018, or at any other time that |
| 15:58:58 | 5 | Dr. Noonan subjected you to these hugs that you |
| 15:58:58 | 6 | objected to? |
| 15:59:01 | 7 | A. No. |
| 15:59:02 | 8 | Q. Is there any reason why not? |
| 15:59:04 | 9 | A. When I started in 2013 and it started |
| 15:59:07 | 10 | happening, I reviewed the policies and at the time |
| 15:59:12 | 11 | I really could only find a sexual harassment |
| 15:59:17 | 12 | policy, not a general harassment policy. |
| 15:59:18 | 13 | And it was very clear to me that it was not |
| 15:59:22 | 14 | sexual in nature and did not fall under that policy |
| 15:59:25 | 15 | so I didn't feel that he was violating any policy |
| 15:59:30 | 16 | that I could find. |
| 15:59:30 | 17 | Q. Why was it clear to you that it was not |
| 15:59:34 | 18 | a violation of the sexual harassment policy? |
| 15:59:36 | 19 | A. Because it was never when we were |
| 15:59:39 | 20 | alone, it was only in front of other people. It |
| 15:59:43 | 21 | was a power move. I pushed back against him and it |
| 15:59:47 | 22 | was a way that he was able to assert power over me. |
| 15:59:52 | 23 | And so I felt that based -- like I read the |