# Plaintiffs' Exhibit X

## Walleshauser, Linda M

**From:** Walleshauser, Linda M
**Sent:** Thursday, April 25, 2019 1:45 PM
**To:** Cassidy Wood
**Cc:** Engebrecht, Lily Alice; ▮▮▮▮▮; Boucher, Sierra E; Whelan, Hannah E; ▮▮▮▮▮
**Subject:** RE: Requesting Meeting

Hello all-just confirming our meeting for tomorrow in the Student Center Conference (SC205) Room at 8am. Connie Pileri, Interim Title IX Coordinator for Students will also be joining us. See you all tomorrow.

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu

---

**From:** Cassidy Wood <wood26@canisius.edu>
**Sent:** Monday, April 15, 2019 7:54 PM
**To:** Walleshauser, Linda M <walleshl@canisius.edu>
**Cc:** Engebrecht, Lily Alice <engebrel@canisius.edu>; ▮▮▮▮▮; Boucher, Sierra E <bouchers@canisius.edu>; Whelan, Hannah E <whelanh@canisius.edu>; ▮▮▮▮▮
**Subject:** Requesting Meeting

Good Evening Linda,

I am reaching out on behalf of the girls on the Project Tiger team to request a meeting in the upcoming week, after Easter Break. Due to the lack of updates, we have all felt extremely in the dark throughout the process concerning our speaking out about Dr. Noonan, and would like an opportunity to voice our frustrations and have them addressed. We are available Monday, April 22nd at 8am if that time would work for your schedule in

1

CANISIUS 000515

a way that would give us adequate time to speak. If that time does not work for you, we would be more than happy to meet with a supervisor instead, or find another time.

We look forward to hearing from you,
Cassidy Wood, Sierra Boucher, ███████, Lily Engebrecht, Hannah Whelan, and ███████