**Plaintiffs' Exhibit AA**

**Walleshauser, Linda M**

| | |
|---|---|
| From: | Margulis, Susan W |
| Sent: | Monday, July 1, 2019 4:37 PM |
| To: | Walleshauser, Linda M |
| Subject: | RE: Update |

OK I will email her.

Sue

Sue Margulis, PhD
Professor and Chair, Animal Behavior, Ecology, and Conservation
Professor, Biology
Canisius College
2001 Main St.
Buffalo, NY 14208
(716) 888-2773
margulis@canisius.edu

**From:** Walleshauser, Linda M <walleshl@canisius.edu>
**Sent:** Monday, July 1, 2019 4:36 PM
**To:** Margulis, Susan W <margulis@canisius.edu>
**Subject:** RE: Update

I would appreciate that. Thank you Sue.

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu

1

**From:** Margulis, Susan W <margulis@canisius.edu>
**Sent:** Monday, July 1, 2019 3:52 PM
**To:** Walleshauser, Linda M <walleshl@canisius.edu>
**Subject:** RE: Update

OK thank you Linda. That should work out then. We will give some thought about where best to set it up. Should I communicate this to ▮▮▮▮?

Sue


Sue Margulis, PhD
Professor and Chair, Animal Behavior Ecology, and Conservation
Professor, Biology
Canisius College
2001 Main St.
Buffalo, NY 14208
(716) 888-2773
margulis@canisius.edu

**From:** Walleshauser, Linda M <walleshl@canisius.edu>
**Sent:** Monday, July 1, 2019 2:24 PM
**To:** Margulis, Susan W <margulis@canisius.edu>
**Subject:** RE: Update

Sue-he is supposed to return the equipment by September 1st I believe.

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu

CANISIUS 000548

**From:** Margulis, Susan W <margulis@canisius.edu>
**Sent:** Monday, July 1, 2019 1:52 PM
**To:** Walleshauser, Linda M <walleshl@canisius.edu>
**Subject:** RE: Update

Hello Linda,

I talked with Dave Koenig, and in order for ▓▓▓ (or anyone on campus) to work on it, the editing equipment that Mike currently has would need to come back to campus. I'm not sure what the arrangement was, but if the plan is for the equipment to be returned by the start of the fall, that would work well. Sounds as if the equipment used in the Media Center would not be compatible with the type of digital files that are being used.

Can you confirm what the timeline is for the equipment being returned?

thanks,
Sue


Sue Margulis, PhD
Professor and Chair, Animal Behavior, Ecology, and Conservation
Professor, Biology
Canisius College
2001 Main St
Buffalo, NY 14208
(716) 888 2773
margulis@canisius.edu

**From:** Walleshauser, Linda M <walleshl@canisius.edu>
**Sent:** Monday, July 1, 2019 1:07 PM
**To:** Margulis, Susan W <margulis@canisius.edu>
**Subject:** RE: Update

That would be appreciated! Thank you Sue.

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233

3

CANISIUS 000549