

**Plaintiffs' Exhibit CC**

Major concern: There is a mismatch between what ISHAR says it does (for ex. on the website), and what it actually does, but also about the educational experience the students are getting in these programs. I am concerned that the school thinks they are funding one thing, but this is not what is actually happening.

https://www.canisius.edu/ishar

As stated on the website the role includes:

- It coordinates synergy among the graduate level Master's Program in Anthrozoology, the undergraduate Animal Behavior, Ecology, and Conservation major, and for three undergraduate minors (Anthrozoology, Animal Behavior, and Zoo Biology).

    --This has not happened since ANZO split from ABEC in 2015, and Sue took over ABEC in 2016

- Interdisciplinary coordination among the college's animal-related programs and our Philosophy and Religious Studies programs.

    --To my knowledge this has never happened. ANZO co-sponsored JoAnn MacArthur and Carol Adams (with ethics, I believe), but neither of those had any support from ISHAR

- An Anthrozoology Speaker Series.

    --Not since Jan 2015. We now fund this out of the ANZO budget, which is preferred by the faculty so we can get more appropriate speakers.

- Biannual Anthrozoology symposia.

    --Last one in Jan 2015. Note: Biannual=twice per year. Even prior to that, it was once every other year or so.

- Advocacy of animal welfare and conservation via:

    - The Canisius Ambassadors for Conservation

    - The Canisius Zoological Society

    - Volunteers and Interns

    -CAC is still going strong (but see below). CZS has no affiliation with ISHAR. It's simply a student club and they mostly fund their own stuff. ISHAR has never, to my knowledge coordinated volunteers and interns (see below).

Later on the page,

Internships & Volunteer Opportunities

Canisius 03063

The ISHAR serves as a central clearinghouse for coordinating internships and volunteer opportunities in the community. It systematizes these various experiences and assures a measure of quality via a rigorous assessment process.

The ISHAR provides an easy-to-navigate process for students who seek ways to get involved in serving both domestic and wild animals. This process is also accessible to faculty and staff who wish to contribute positively as pro-animal volunteers.

--Our ABEC and ANZO internships are coordinated by Miranda Workman. Many of our faculty do volunteer (for ex. At the SPCA), but this has nothing to do with ISHAR. Also assessment? It's possible this is referring to the paid positions with CAC (see below), but it's very misleading.

Regarding CAC
The formula of the CAC program is one in which our college students are trained via intensive field studies, and then brought back to Western New York to promote conservation in the college's local community. They do this by serving as public educators at local zoological institutions, by making presentations at local schools, by developing pro-conservation web pages, and by producing pro-conservation videos. It is a formula in which the enthusiasm of pro-conservation professionals spreads first to Canisius College students and then to others in the community

--CAC students do travel, although the term "field study" is not used here in the traditional way it's used in this field (which has caused problems in the past, particularly with advertising). There is no research going on in the field (or upon return to Canisius).
--They do serve as educators at the zoo and Marineland, however (1) quality is questionable, (2) the zoo has actually minimized this partnership, (3) We probably shouldn't associate Canisius' name with marineland, (4) these are separately hired paid positions and the students may or may not have gone on a trip related to their outreach. Further, there is no evidence that putting a student in front of crowds at these locations contributes to the positive image of Canisius or recruitment.
-There have not been any in-school presentations in the last 5 years (to my knowledge) and I would guess that is because the educational materials are not aligned with the curriculum
--The one aspect that was truly aligned with mission and served the campus and community--a free trip in exchange for running field trips at Iroquois--ended in 2016. Many educators have called the ABEC office this spring, disappointed that this service was no longer being offered. If anything, this is bad for Canisius' image in the community.
-This also means that the only trips left are ones that are not accessible to students with financial need, and they have gotten increasingly more extravagant (for example, Antarctica, but also Tanzania was a ridiculous amount of money--I recently traveled there for far less).
-CAC is competitive and students are required to fill out an application. Between that and the cost, we see the same several students taking the trips again and again (for example, 2 seniors

Canisius 03064

have each been on 4 trips, totally tens of thousands of dollars). Contrast that with the other three main trips in the department, in which there were XX students that overlapped.

-Trips that are listed as CZS (case in point--the current BC trip on the ABEC website, but there have been many other examples of this in the past) should be funded exclusively by the students or through the club budget. However, the costs are routinely underestimated, so they are converted over to CAC so that ISHAR can cover some of the costs. Thus CAC and CZS trips have become essentially interchangeable, despite the fact that CAC is supposed to be a course, and CZS is ecotourism. Further, this means that students who intended to sign up for ecotourism are often on the hook for various video or web projects after they get back. I have personally heard complaints about this practice because CAC students are "held hostage" to doing the work that he wants upon return.

-In terms of the "course" there is no syllabus, and when I asked for one to see if it should count as a conservation requirement, I was met with disdain. It did not meet the department standards for counting as our conservation requirement because there is no clear evidence of principles of conservation being taught on these trips. All of our other travel courses have syllabi and are treated by faculty as actual courses.

> -This also means that the students receive a grade at the end of the semester. But there are no clear grading standards (hence the "on the hook" thing) and no clear understanding of expectations.

> -It is also clear that the students do not have autonomy in the course materials. They are assigned particular web/video projects, which are scripted or heavily edited by him. The educational/learning experience is questionable at best.

> -This also leads to the questionability of counting this towards faculty load

-There are several specific complaints about the video productions: (1) new, expensive ($1000+) cameras are purchased virtually every year, (2) the students are used a pack mules to haul video/photo equipment, often at the expense of being able to bring their own carry on luggage, (3) these are more personal hobbies than scholarship (note that the institute's main webpage calls them "research institutes" but there is no research done here), (4) students have complained about having to wait around for him to photograph/film animals when they are paying for the trip, (5) students have complained that he has "ditched them" on tours, presumably to off on his own to take pictures/film, (6) all of the videos are completely scripted by him and directed by him, as mentioned above the students have no autonomy with this process, which likely limits their learning, (7) I have personally seen him compromise the well-being of wild animals and set a bad example to get a good shot, (8) even worse, the students have, on multiple occasions, seen him get chastised by park rangers and tour guides for going too far. We have had students refuse to go on future trips with him because of these experiences.


Altogether, all of the things purported to be offered by ISHAR are largely covered by other programs within the department.

-Travel: we offer quality travel courses within the department, which are well liked and well attended by the students. We also have no problem with offering trips through CZS (if faculty are available), but it should be called what it is, ecotourism. Further, we are committed to expanding these opportunities across students. For example, we are working with CZS to offer

a short, cheap, driveable trip over Fall Break. We also ran our giving day campaign, and raised nearly $5000 to fund scholarships for students with financial need.

--Further, there is no evidence that this contributes to a positive image of Canisius or recruitment of prospective students. I would argue that poor quality presentations and questionable locations could actually hurt us, but the reality is that very, very few students come to Canisius because of this program or travel in general. The #1 reason students say they chose the program is because of the courses offered (which they find via the ABEC website). In fact, only one student to date (out of ~200 asked) has said travel is the reason they chose Canisius, and families of prospective students are more likely to ask about synergy between the program and study abroad than they are to ask about our own travel options (although I always mention them).