# Plaintiffs' Exhibit DD

Appointment



From: Margulis, Susan W [/O=CC FIRST ORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARGULIS]
Sent: 3/12/2018 12:44:18 PM

Subject: Natassia Tuhovak
Location: concerns

Start: 3/13/2018 4:00:00 PM
End: 3/13/2018 4:30:00 PM
Show Time As: Busy