# Plaintiffs' Exhibit EE

CONFIDENTIAL



### DR. SUE MARGULIS-Notes on issues with MN (1/27/19)

- Students have occasionally indicated that they simply do not want to take another class with him after taking 1 class (this has been ongoing for several years). Presumably, because of difficulty and amount of memorization, but perhaps not
- Fall 18: student came to talk to me about things going on in Sex Evolution and Behavior. He often does an anonymous survey about sexual partners; apparently he excludes LGBTQ students from survey summaries. More concerning, he apparently spent a significant portion of a class showing pictures of men and asking students to rate them, oftentimes calling out the LGBTQ students for their opinions.
- January '19: "Project tiger" trip to India. Note that 6 students were only asked to pay $2000 for this trip and 2 students (film crew) $1000 each. That is, students contributed $14,000 for a trip whose total cost approached $50,000. These students are to some extent "indebted" now (Noonan "owns" them) so whatever additional work or time he asks for, they are obligated to provide. His behavior in India was concerning (based on conversation with 1 student). He was agitated and hostile to the students, and to the local staff. He expressed concern about his own health (sometimes indicating he felt faint) and generally did not eat during the trip. "the wildlife was great but Noonan was difficult" is something I've heard from several students. He apparently made >1 student cry.
- January '19: one of his research students came to talk to me because she wanted to leave his research team – taking too much of her time. I told her I thought he would not react well, but she just needed to tell him that she needed to devote more time to classes and could no longer effectively put the time into the research that it required. I advised her to tell him this, thank him, and leave. Hearsay, but I was informed that he responded with yelling and hostility.
- Other: Not sure when this occurred (this is hearsay, I was not told this directly, but I imagine it may have been on the India trip), he asked students to help him with his PT, which apparently means pushing on his legs. Most students said no, but one student (on his research team) agreed to do it.
- I believe that students, particularly those on his research team, feel obligated and unable to say no (this has been an issue with some students in the past; others have stood up to him). Similarly, with CAC trips like Project Tiger, when he adds additional trips or work, or shifts students' responsibilities, they feel there is no recourse.
- Ongoing pattern of risk-taking behavior on trips, eg. Going on closed trails, crossing barriers at zoos, etc.
- Asking to see a student's scar or bruises
- Malini and Josh met with Beth Gill about issues 2 or so years ago (he advised a trans student not to apply for a trip because she wouldn't pass the fitness test – she did, but was not selected for the trip).