**Plaintiffs' Exhibit GG**

**SUSAN MARGULIS**


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

               Plaintiffs,

     - against -     Case No.
                       1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

               Defendant.
----------------------------------------


       Examination before trial of **SUSAN
MARGULIS**, Defendant, taken pursuant to the Federal
Rules of Civil Procedure, in the offices of JACK W.
HUNT & ASSOCIATES, INC., 1120 Liberty Building,
Buffalo, New York, on September 19, 2024,
commencing at 12:00 p.m., before MEGAN TITUS,
Notary Public.


*JACK W. HUNT & ASSOCIATES, INC.*

12:24:18 1      Q.   How many people were in the room
12:24:21 2  approximately?
12:24:21 3      A.   I don't know.  Maybe 30.
12:24:23 4      Q.   Is it an obligation for you to attend
12:24:30 5  annual trainings of the sexual misconduct policy at
12:24:35 6  Canisius?
12:24:36 7      A.   Yes, either in person or online.
12:24:38 8      Q.   And who did you have to report your
12:24:41 9  attendance to once you completed the training on
12:24:45 10 sexual misconduct?
12:24:46 11     A.   Human resources tracks that.
12:24:48 12     Q.   Is there a specific person in human
12:24:51 13 resources?
12:24:52 14     A.   I don't know.
12:24:52 15     Q.   Okay.  Do you receive a certificate or
12:24:55 16 some other paper once you've completed the
12:25:00 17 training?
12:25:00 18     A.   I don't recall.
12:25:00 19     Q.   Do you have any obligations as a
12:25:03 20 faculty member under the sexual misconduct policy
12:25:06 21 at Canisius?
12:25:07 22     A.   Yes.
12:25:07 23     Q.   What is your obligation?

12:25:09 1         **A.**    I am a mandatory reporter.

12:25:11 2         **Q.**    What does that mean?

12:25:12 3         **A.**    It means if someone comes to me with an

12:25:16 4 allegation of sexual misconduct, I am obligated to

12:25:19 5 report that.

12:25:20 6         **Q.**    Who do you have to report that to?

12:25:22 7         **A.**    There's a Bias report button on our

12:25:28 8 internal portal or depending on the situation, the

12:25:33 9 Title IX coordinator or human resources.

12:25:36 10         **Q.**    Okay.  So has your obligations as a

12:25:46 11 mandatory reporter under the sexual misconduct

12:25:53 12 policy at Canisius, has that changed over time?

12:25:55 13         **A.**    I'm not sure what you mean.

12:25:56 14         **Q.**    Well, you told me that there's -- for

12:26:01 15 example, you can make the report using the Bias

12:26:03 16 report button, correct?

12:26:06 17         **A.**    Mm-hmm.

12:26:07 18         **Q.**    Yes?

12:26:07 19         **A.**    Yes.  Sorry.

12:26:08 20         **Q.**    And has the Bias report button always

12:26:13 21 existed?

12:26:14 22         **A.**    I don't think so.

12:26:15 23         **Q.**    Okay.  So when it didn't exist, then

12:26:17 1  what was your obligation under -- as a mandatory

12:26:22 2  reporter under the sexual misconduct policy?

12:26:32 3  **MR. D'ANTONIO:** Objection to form.

12:26:33 4  **THE WITNESS:** To contact the Title IX

12:26:36 5  coordinator or human resources.

12:26:40 6  **BY MS. NANAU:**

12:26:40 7  **Q.** Okay. Has there ever been a time when

12:26:43 8  you have exercised your duties as a mandatory

12:26:49 9  reporter under the sexual misconduct policy at

12:26:53 10  Canisius?

12:26:53 11  **A.** Yes.

12:26:53 12  **Q.** And can you tell me about that time or

12:26:55 13  times when you have reported complaints to -- or

12:27:02 14  rather by using the Bias reporter button or

12:27:07 15  reporting directly to the Title IX coordinator or

12:27:10 16  HR?

12:27:10 17  **A.** I had a student who was once sexually

12:27:14 18  assaulted at a party. And I reported that

12:27:17 19  immediately to the Title IX coordinator, as did the

12:27:20 20  student.

12:27:20 21  **Q.** And when was that?

12:27:21 22  **A.** 2016 or '17.

12:27:26 23  **Q.** Okay. Any other reports?

12:27:30 1    **A.**    When a student came to me with concerns

12:27:34 2  about experiences in -- in India, I reported that

12:27:38 3  as well to human resources.

12:27:40 4    **Q.**    Okay.  And with regard to this report,

12:27:47 5  was the student on a Canisius Ambassadors For

12:27:56 6  Conservation trip with Dr. Noonan in India?

12:27:59 7    **A.**    Yes.

12:27:59 8    **Q.**    And who was that student?

12:28:01 9    **A.**    It's not one of the students on the

12:28:03 10 lawsuit.

12:28:03 11   **Q.**    I understand.

12:28:04 12   **A.**    ███████████████████

12:28:07 13   **Q.**    Okay.  Did you -- do you recall what

12:28:14 14 Abigail Robinson told you?

12:28:18 15   **A.**    She told me that there were some events

12:28:22 16 that were very concerning, that Dr. Noonan was rude

12:28:25 17 to local people and guides, that he would yell a

12:28:33 18 lot at students to the point of making one of them

12:28:37 19 cry.  She did not go into details, but said there

12:28:42 20 were concerning things that happened.

12:28:44 21   **Q.**    And how did you respond to

12:28:48 22 ███████████████████

12:28:49 23   **A.**    I urged her to report it.  And I

12:28:52 1  contacted human resources.

12:28:55 2       **Q.**    Is there a specific person in human

12:28:58 3  resources that you contacted regarding

12:29:02 4  Ms. Robinson's concerns?

12:29:04 5       **A.**    I believe it was Linda Walleshauser.

12:29:06 6       **Q.**    Okay.  Who -- who was Ms. Walleshauser

12:29:12 7  at that time?

12:29:12 8       **A.**    She was the VP for human resources.

12:29:15 9  And she may have also been the interim Title IX

12:29:19 10 coordinator.  I don't recall.

12:29:19 11      **Q.**    Okay.  When you met with ██████

12:29:23 12 did you take any notes?

12:29:24 13      **A.**    No.

12:29:24 14      **Q.**    Is there any reason why?

12:29:26 15      **A.**    When I'm having a conversation with

12:29:29 16 students, I don't usually take notes unless it's

12:29:33 17 about advising.

12:29:34 18      **Q.**    Okay.  Did you memorialize your meeting

12:29:38 19 with Ms. Robinson in any other way?

12:29:40 20      **A.**    I did later on include that in a sort

12:29:43 21 of summary of events at that time.

12:29:45 22      **Q.**    Okay.  Other than the sexual assault

12:29:50 23 that you reported in 2016-2017, that we've

| | | |
|---|---|---|
| 12:29:54 | 1 | discussed and ▬▬▬▬▬ complaint regarding |
| 12:29:58 | 2 | the India trip, any other complaints that you |
| 12:30:02 | 3 | reported to Title IX -- the Title IX office or |
| 12:30:05 | 4 | human resources pursuant to your duties as a |
| 12:30:09 | 5 | mandatory reporter? |
| 12:30:13 | 6 | **A.** No. |
| 12:30:13 | 7 | **Q.** Okay. Have you ever been subjected to |
| 12:30:18 | 8 | any misconduct by Dr. Noonan? |
| 12:30:20 | 9 | **A.** No. |
| 12:30:20 | 10 | **Q.** Okay. Dr. Noonan stopped being the |
| 12:30:24 | 11 | chair of the ABEC department in 2016, correct? |
| 12:30:28 | 12 | **A.** Yes. |
| 12:30:29 | 13 | **Q.** And then, you became the chair, |
| 12:30:31 | 14 | correct? |
| 12:30:31 | 15 | **A.** Yes. |
| 12:30:31 | 16 | **Q.** Is there a reason why Dr. Noonan was no |
| 12:30:34 | 17 | longer the chair in 2016? |
| 12:30:36 | 18 | **A.** I believe he was chair of the faculty |
| 12:30:40 | 19 | senate, which took a lot of time. And chairs |
| 12:30:43 | 20 | usually do rotate. |
| 12:30:44 | 21 | **Q.** To become chair of the ABEC department, |
| 12:30:50 | 22 | one has to be voted by your colleagues to that |
| 12:30:55 | 23 | position, correct? |

12:35:34 1     **A.**     Not that I'm aware of.

12:35:40 2     **Q.**     You had a colleague by the name of

12:35:44 3  Dr. Paul Waldau in the ABEC department, correct?

12:35:47 4     **A.**     Yes.

12:35:47 5     **Q.**     How did you get along with Dr. Waldau?

12:35:51 6     **A.**     Just fine.

12:35:52 7     **Q.**     Okay.  Are you aware that Dr. Waldau

12:36:00 8  informed Dr. Noonan that he was not to try to hug

12:36:03 9  his colleagues in the ABEC department?

12:36:06 10     **A.**     No.

12:36:07 11     **MR. D'ANTONIO:**  Objection to form.

12:36:09 12     **THE WITNESS:**  No.

12:36:09 13     **BY MS. NANAU:**

12:36:11 14     **Q.**     Are you aware that Dr. Waldau made a

12:36:14 15  complaint to the Title IX office regarding

12:36:18 16  Dr. Noonan's misconduct with a student named

12:36:23 17  ███████████████

12:36:25 18     **MR. D'ANTONIO:**  Objection to form.

12:36:26 19     **THE WITNESS:**  No.

12:36:27 20     **BY MS. NANAU:**

12:36:28 21     **Q.**     Prior to Ms. Walleshauser being the

12:36:32 22  interim Title IX coordinator, Terri Mangione was

12:36:37 23  the Title IX coordinator; is that true?

12:36:40   1      **A.**    I believe so.

12:36:40   2      **Q.**    Okay.   Did Dr. Waldau ever tell you

12:36:43   3   that he made a complaint to Ms. Mangione regarding

12:36:48   4   Dr. Noonan?

12:36:49   5      **A.**    No.

12:36:49   6      **Q.**    How often did you talk to Dr. Waldau?

12:36:54   7      **A.**    He was usually on campus only a couple

12:36:57   8   of days a week.   During department meetings maybe.

12:37:01   9      **Q.**    Okay.   And Dr. Waldau -- did he teach

12:37:05 10   undergraduate classes or was it only graduate

12:37:08 11   classes in the anthrozoology master's program?

12:37:12 12      **A.**    He taught both.

12:37:15 13      **Q.**    Okay.   Did there come a time when a

12:37:31 14   student at Canisius by the name of Natassia Tuhovak

12:37:37 15   came to you to complain about Dr. Noonan's conduct?

12:37:40 16      **MR. D'ANTONIO:**   Objection to form.

12:37:42 17      **THE WITNESS:**   She came to talk to me.   It

12:37:44 18   wasn't about his conduct.

12:37:46 19      **BY MS. NANAU:**

12:37:46 20      **Q.**    Okay.   What was the meeting about?

12:37:48 21      **A.**    She wanted to leave his research team

12:37:52 22   because she was too overwhelmed.   She was a triple

12:37:55 23   major.   She was overwhelmed with school work.   And

12:38:00  1  she was concerned about how he would react.

12:38:03  2      **Q.**   Okay.  And what did you tell

12:38:09  3  Ms. Tuhovak in response to her concerns that she

12:38:13  4  raised regarding Dr. Noonan?

12:38:15  5      **A.**   I told her a lot of students leave

12:38:18  6  research teams.  He probably wouldn't be happy.  He

12:38:23  7  might yell, but to just tell him that she doesn't

12:38:25  8  have the time to put into him -- to put into it.

12:38:27  9  To thank him and leave.

12:38:29  10      **Q.**   Okay.  And did you memorialize that

12:38:32  11  conversation anywhere?

12:38:33  12      **A.**   Just when I tried to summarize events

12:38:37  13  for the purposes of this proceeding.

12:38:39  14      **Q.**   Do you know when this meeting with

12:38:44  15  Ms. Tuhovak took place?

12:38:45  16      **A.**   2018-2019.  The dates are there, I just

12:38:54  17  don't recall --

12:38:55  18      **Q.**   Okay.

12:38:56  19      **A.**   -- approximate dates.

20  **The following was marked for Identification:**

21    **PLAINTIFF'S EXH.**     **Calendar appointment with**

22    **37**                **Natassia Tuhovak, 3/13/18**

23

12:39:03  1      **BY MS. NANAU:**

12:39:03  2          **Q.**    So, Dr. Margulis, I show you what's

12:39:52  3  been marked as Plaintiff's 37.  It's a document

12:39:55  4  with the Bates stamp Canisius 1106.  This is a

12:40:04  5  document that reflects an appointment on your

12:40:08  6  calendar, correct?

12:40:10  7          **A.**    Yes.

12:40:10  8          **Q.**    And the date of this appointment is

12:40:16  9  March 12th, 2018, correct?

12:40:19  10         **A.**    It says March 13th.  Oh, it was sent on

12:40:24  11  the 12th, yes.  The appointment is on the 13th.

12:40:27  12         **Q.**    And the appointment is on March 13th,

12:40:30  13  correct?  And the subject of the meeting is

12:40:33  14  Natassia Tuhovak, correct?

12:40:34  15         **A.**    Yes.

12:40:34  16         **Q.**    And under location, it says:  Concerns,

12:40:38  17  correct?

12:40:39  18         **A.**    Correct.

12:40:39  19         **Q.**    And you prepared this calendar

12:40:48  20  appointment, correct?

12:40:50  21         **A.**    Yes.

12:40:50  22         **MR. D'ANTONIO:**  Objection to form.

12:40:52  23         **BY MS. NANAU:**

12:44:16   1       **Q.**     Okay.   Is there anything else that

12:44:23   2   Dr. Suchak told you about the sex survey in the Sex

12:44:29   3   Evolution and Behavior class taught by Dr. Noonan?

12:44:30   4       **A.**     Not that I recall.

12:44:31   5       **Q.**     What did Dr. Russell tell you about the

12:44:33   6   sex survey?

12:44:35   7       **A.**     I don't think he told me anything about

12:44:39   8   it.

12:44:39   9       **Q.**     Did you believe that Dr. Noonan's use

12:44:42 10   of a sex survey in Sex Evolution and Behavior as

12:44:48 11   described to you by  ████████  was appropriate?

12:44:53 12       **A.**     I think it could've been done better.

12:44:56 13   But in the context of that class, it's a very

12:44:59 14   relevant topic of discussion.

12:45:01 15       **Q.**     Can you tell me to me how a student's

12:45:05 16   sexual history is relevant?

12:45:06 17       **A.**     From an evolutionary perspective, it's

12:45:09 18   important to consider not just how human sexual

12:45:12 19   behavior happens, but also put in the context of

12:45:13 20   non human species.   And there are many parallels.

12:45:17 21   And it helps to highlight the biological basis of

12:45:22 22   certain behaviors.

12:45:23 23       **Q.**     Are you aware that Dr. Noonan would

12:45:28   1   inform the students in the Sex Evolution and

12:45:32   2   Behavior class that rape is natural?

12:45:34   3           **MR. D'ANTONIO:** Objection to form.

12:45:38   4           **THE WITNESS:** Forced copulation is a not an

12:45:41   5   uncommon mating strategy amongst other species. It

12:45:46   6   would be fair to say that forced copulation in some

12:45:50   7   species is an adaptive strategy. The term "rape"

12:45:54   8   is a loaded term that I would not choose to use in

12:45:59   9   that context. But it's not inaccurate.

12:46:01   10           **BY MS. NANAU:**

12:46:01   11         **Q.** Okay. I -- I -- I understand your

12:46:03   12   position as an academician. But I'm wondering if

12:46:08   13   you could just answer my question, which is: Were

12:46:12   14   you aware that Dr. Noonan would say in the Sex

12:46:17   15   Evolution and Behavior class that rape is natural?

12:46:19   16           **MR. D'ANTONIO:** Objection to form. I think

12:46:20   17   she did answer your question, but you may answer.

12:46:23   18           **THE WITNESS:** I don't recall if any specific

12:46:25   19   student ever specifically said that.

12:46:25   20           **BY MS. NANAU:**

12:46:25   21         **Q.** You would agree with me that rape is a

12:46:26   22   loaded term and perhaps not appropriate to use in

12:46:31   23   that setting, correct?

12:46:31  1    **MR. D'ANTONIO:**  Objection to form.

12:46:35  2    **THE WITNESS:**  It's not inaccurate.

12:46:38  3    **BY MS. NANAU:**

12:46:38  4    **Q.**    Okay.  Do you think that it's

12:46:40  5  appropriate?

12:46:40  6    **A.**    Would I chose to use that term?  No.

12:46:44  7    **Q.**    Okay.

12:46:44  8    **A.**    But different instructors have

12:46:47  9  different teaching styles.

12:46:49  10    **Q.**    And some teaching styles are more

12:46:52  11  problematic than others, correct?

12:46:54  12    **MR. D'ANTONIO:**  Objection to form.

12:46:55  13    **THE WITNESS:**  To some people; not to

12:46:57  14  everyone.

12:46:58  15    **BY MS. NANAU:**

12:46:58  16    **Q.**    Okay.  So it's your position that rape

12:47:00  17  is natural, that statement could be unobjectionable

12:47:04  18  to some people?

12:47:07  19    **MR. D'ANTONIO:**  Objection to form.

12:47:08  20    **THE WITNESS:**  I don't know the context in

12:47:09  21  which it was used.  I don't know whether he was

12:47:12  22  referring to humans or non human.

12:47:16  23    **BY MS. NANAU:**

12:47:16 1       **Q.**   Okay.  So you think the context is

12:47:17 2  important in understanding whether the statement

12:47:18 3  "rape is natural" is appropriate in the classroom

12:47:20 4  setting?

12:47:21 5       **MR. D'ANTONIO:**  Form.

12:47:23 6       **THE WITNESS:**  I -- I really am not sure what

12:47:25 7  you're asking about this.

8       **MS. NANAU:**  Can you repeat the question?

9       (The above-requested question was then read

12:47:49 10  by the reporter.)

12:47:49 11       **THE WITNESS:**  I am not really sure how to

12:47:51 12  answer that.

12:47:56 13       **BY MS. NANAU:**

12:47:57 14       **Q.**   Did you report ███████████ concerns

12:48:01 15  regarding Dr. Noonan's conduct in the Sex Evolution

12:48:08 16  and Behavior class to anyone at Canisius?

12:48:11 17       **A.**   No.

12:48:11 18       **Q.**   Why?

12:48:12 19       **A.**   It was the context of a class.

12:48:14 20       **Q.**   Yes.

12:48:14 21       **A.**   And the context in which those

12:48:16 22  activities occurred was appropriate given the

12:48:20 23  class.  It wasn't a calculus class.  It was a class

|   |   |   |
|---|---|---|
| | 1 | PLAINTIFF'S EXH.      Document entitled:   Dr. Sue |
| | 2 | **39**                Margulis - Notes on issues |
| | 3 |                   with M.N. |

13:07:34   4

5       **BY MS. NANAU:**

13:11:32   6       **Q.**    Dr. Margulis, you have reviewed now

13:11:34   7   Plaintiff's Exhibit 38, which has the Bates stamp

13:11:40   8   Canisius 1732, correct?

13:11:42   9       **A.**    It says 39. Is that --

13:11:45   10       **Q.**    Oh, is that 39? Okay. Thank you for

13:11:48   11   letting me know.

13:11:50   12       So the top of this document says: Dr. Sue

13:11:53   13   Margulis, notes on issue with M.N., 1/27/19,

13:11:58   14   correct?

13:11:58   15       **A.**    Yes.

13:11:59   16       **Q.**    Did you prepare this document on

13:12:02   17   January 27th, 2019?

13:12:03   18       **A.**    Yes.

13:12:03   19       **Q.**    And why did you prepare this?

13:12:06   20       **A.**    I believe this was after █████████

13:12:09   21   ████████ had come to see me. And I felt it was

13:12:14   22   important to try to summarize events that could

13:12:17   23   have led up to this issue.

13:12:19  1          **Q.**    Did anyone direct you to prepare this
13:12:22  2    document?

13:12:22  3          **A.**    No.

13:12:22  4          **Q.**    So is it fair to say that █████████
13:12:26  5    came to you before January 27th, 2019?

13:12:28  6          **A.**    I'd have to check my calendar, but I
13:12:33  7    believe that is the case.

13:12:33  8          **Q.**    So you made a calendar notation when
13:12:37  9    Ms. Robinson came to see you?

13:12:39 10          **A.**    I might have.  She was on my research
13:12:42 11    team, so she came in to see me often.

13:12:46 12          **Q.**    Okay.  Do you recall specifically
13:12:48 13    looking for a calendar appointment reflecting your
13:12:52 14    meeting with ██████████████?

13:12:54 15          **A.**    I would have sent all my calendar
13:12:57 16    information, yes.

13:12:58 17          **Q.**    Okay.  With regard to the second point,
13:13:11 18    the first sentence is:  Fall '18, student came to
13:13:17 19    talk to me about things going on in Sex Evolution
13:13:22 20    and Behavior.  He often does an anonymous survey
13:13:26 21    about sexual partners.  Apparently, he excludes
13:13:32 22    LGBTQ students from survey summaries.

13:13:37 23          Did I read that correctly?

13:13:39   1      **A.**     Yes.

13:13:39   2      **Q.**     This point, the second one, reflects

13:13:42   3   your conversation with █████████ which we've

13:13:45   4   already discussed, correct?

13:13:47   5      **A.**     Yes.

13:13:48   6      **Q.**     Okay. Then, the third point is:

13:13:52   7   January '19, Project Tiger trip to India. Note

13:13:57   8   that six students were only asked to pay $2,000 for

13:14:02   9   this trip; and two students, film crew, 1,000 each.

13:14:07 10   That is students contributed $14,000 for a trip

13:14:12 11   whose total cost approached $50,000.

13:14:17 12      These students are to some extent

13:14:22 13   indebted -- which is in quotes. Now, Noonan owns

13:14:27 14   them -- and owns is in quotes. So whatever

13:14:31 15   additional work on time he asks for --

13:14:33 16      **MR. D'ANTONIO:** Or time.

         17      **BY MS. NANAU:**

13:14:33 18      **Q.**     -- work or time -- thank you -- he asks

13:14:35 19   for, they are obligated to provide. His behavior

13:14:40 20   in India was concerning based on conversation with

13:14:43 21   one student. He was agitated and hostile to the

13:14:50 22   students and to the local staff.

13:14:52 23      He expressed concern about his own health.

13:14:56 1    Sometimes, indicating he felt faint and generally

13:15:01 2    did not eat during the trip.  The wildlife was

13:15:05 3    great, but Noonan was difficult is something I've

13:15:08 4    heard from several students.  He apparently made

13:15:12 5    more than one student cry.

13:15:14 6         Did I read that correctly?

13:15:15 7         A.    Yes.

13:15:15 8         Q.    Is this third point reflecting your

13:15:21 9    conversation with ██████████ which we've already

13:15:25 10   discussed?

13:15:25 11        A.    Yes.

13:15:25 12        Q.    The wildlife was great, but Noonan was

13:15:29 13   difficult is something I've heard from several

13:15:31 14   students.  Who are the other students you heard

13:15:34 15   that from?

13:15:34 16        A.    I don't recall.  And it relates to

13:15:38 17   multiple trips, I think.

13:15:39 18        Q.    When a student would make that kind of

13:15:45 19   comment to you about Dr. Noonan on a trip, would

13:15:48 20   you engage with them to understand what they were

13:15:51 21   talking about?

13:15:51 22        A.    If they were open to discussion, I'd

13:15:55 23   say, so, you know, what was going on?

13:18:30  1  yelling and hostility.

13:18:32  2          Did I read that correctly?

13:18:34  3      **A.**    Yes.

13:18:34  4      **Q.**    What does hearsay mean in this context?

13:18:37  5  What are you trying to convey?

13:18:39  6      **A.**    The student never came and talked to me

13:18:42  7  about what happened.  I think one of the other

13:18:44  8  students on the research team might have said, oh,

13:18:48  9  yeah; I heard that he yelled, but I don't recall.

13:18:50  10     **Q.**    So someone -- so another student other

13:18:51  11  than Natassia Tuhovak told you that Dr. Noonan

13:18:56  12  yelled at Natassia Tuhovak when she said she didn't

13:18:59  13  want to be on his research team anymore?

13:18:59  14     **A.**    That is correct.  However, she never

13:19:03  15  left his research team.

13:19:06  16     **Q.**    Okay.  What is the point that you

13:19:09  17  wanted to make with that statement?

13:19:13  18     **MR. D'ANTONIO:**  Other than what she just

13:19:16  19  said?

13:19:16  20     **MS. NANAU:**  Yes.  I want to know --

13:19:16  21     **THE WITNESS:**  She never left the research

13:19:19  22  team even though I advised her to do so.

13:19:21  23     **BY MS. NANAU:**

13:19:21 1      **Q.**    Okay.  Did she suggest to you that if

13:19:23 2  she left Dr. Noonan's research team, then she would

13:19:24 3  have to give up the opportunity to research?

13:19:29 4      **A.**    That didn't come up.  Research was not

13:19:31 5  very important given her career path.

13:19:34 6      **Q.**    Well, how do you know that?  Is that

13:19:37 7  what Natassia Tuhovak told you?

13:19:38 8      **A.**    Well, she was prelaw.

13:19:40 9      **Q.**    Okay.  But is that what Natassia

13:19:44 10 Tuhovak told you --

         11     **A.**    No.

13:19:44 12     **Q.**    -- was her opinion?

13:19:45 13     **A.**    No.

13:19:46 14     **Q.**    Okay.  That's your opinion?

13:19:47 15     **A.**    That's my opinion.

13:19:49 16     **Q.**    Okay.  Natassia never told you that she

13:19:52 17 didn't want to complete the research, correct?

13:19:54 18     **A.**    She said she wanted to leave the

13:19:57 19 research team.

13:19:58 20     **Q.**    She wanted to go to someone else,

13:20:00 21 correct?

13:20:00 22     **A.**    I don't recall if she said that.

13:20:03 23     **Q.**    Okay.  The fifth point is:  Other, not

13:48:09 1          **Q.**   Okay.  Do you believe that these notes

13:48:14 2   accurately reflect your meeting with

13:48:18 3   Ms. Walleshauser on February 12th, 2019?

13:48:20 4          **A.**   Yes.

13:48:21 5          **Q.**   Okay.  So during that meeting, you

13:48:25 6   advised Ms. Walleshauser that students are going to

13:48:31 7   the news?

13:48:31 8          **A.**   I don't recall, but I assume if that's

13:48:34 9   written there, that I probably did.

13:48:35 10         **Q.**   Okay.  Do you recall how you -- you

13:48:38 11  know, what the basis for this statement is?

13:48:41 12         **A.**   Probably ███ told me.

13:48:43 13         **Q.**   Abby told you that the students who

13:48:47 14  complained were thinking about going to the press?

13:48:50 15         **A.**   Yes.

13:48:51 16         **Q.**   What was the context of that

13:48:53 17  conversation?  What did ███ tell you about why the

13:48:56 18  students were going to go to the press?

13:48:58 19         **A.**   I don't recall.

13:48:59 20         **Q.**   Okay.  Were you concerned about that?

13:49:01 21         **A.**   Somewhat, yes.

13:49:02 22         **Q.**   Is that why you related it to

13:49:05 23  Ms. Walleshauser?

13:49:05  1        **MR. D'ANTONIO:**  Objection to form.

13:49:07  2        **THE WITNESS:**  I don't recall.

13:49:08  3        **BY MS. NANAU:**

13:49:08  4        **Q.**    Okay.  Is it true that you also told

13:49:11  5    Ms. Walleshauser than Dr. Noonan has very few

13:49:14  6    advisees?

13:49:15  7        **A.**    Apparently, yes.

13:49:16  8        **Q.**    Do you recall that independent of this

13:49:18  9    document?

13:49:19 10        **A.**    I would have to look at the number of

13:49:22 11    advisees we assign.

13:49:23 12        **Q.**    You don't recall today?

13:49:26 13        **A.**    No.

13:49:28 14        **Q.**    Is it true that you told

13:49:30 15    Ms. Walleshauser that you had noticed a change in

13:49:33 16    Dr. Noonan's behavior?

13:49:34 17        **A.**    Yes.

13:49:34 18        **Q.**    And do you recall what you told her

13:49:38 19    today?

13:49:39 20        **A.**    It was -- if I could guess what I told

13:49:44 21    her, it's that --

13:49:44 22        **MR. D'ANTONIO:**  Don't guess.

         23        **BY MS. NANAU:**