# Plaintiffs' Exhibit II

**From:** Cassidy Wood [wood26@canisius.edu]
**Sent:** 2/21/2019 10:16:07 AM
**To:** Russell, Joshua J [russellj@canisius.edu]
**Subject:** Re: CEEP application

Dr. Russell,

No worries, my earlier meeting ran late so I just got here myself.

Thanks,
CiCi

On Thursday, February 21, 2019, Russell, Joshua J <russellj@canisius.edu> wrote:
Hi,

I won't be in until 10:20 or so, apologies.

DrE


Joshua Russell, PhD
Assistant Professor
Animal Behavior, Ecology, and Conservation
Canisius College
Buffalo, New York

---

From: Cassidy Wood [wood26@canisius.edu]
Sent: Wednesday, February 20, 2019 11:01 AM
To: Russell, Joshua J
Subject: Re: CEEP application

Dr. R,

10am is great. I have a meeting across town at 9am which should be very brief, but I figured I'd let you know just in case I am running a few minutes late!

See you then,
Cassidy Wood

On Wed, Feb 20, 2019 at 10:58 AM Russell, Joshua J <russellj@canisius.edu<mailto:russellj@canisius.edu>> wrote:
Hi,

Sounds great.

I have a meeting on main campus at 11am, so maybe something around 10am?

Dr. Russell

Canisius 03033

From: Cassidy Wood <wood26@canisius.edu<mailto:wood26@canisius.edu>>
Date: Wednesday, February 20, 2019 at 10:52 AM
To: Joshua Russell <russellj@canisius.edu<mailto:russellj@canisius.edu>>
Subject: Re: CEEP application

Dr. Russell,

I am definitely interested - I feel like it would make me hold myself more accountable for getting things done and help me better carve out time to dedicate to the research. Are you possibly available sometime tomorrow morning (I am free until 11:30)? I will be going out of town tomorrow night so sooner rather than later would be ideal for me.

Thanks,
Cassidy Wood

On Wed, Feb 20, 2019 at 10:43 AM Russell, Joshua J <russellj@canisius.edu<mailto:russellj@canisius.edu>> wrote:
Hi you two,

CEEP applications are due on Friday.

▊ I think we can adapt your application from the Fall and use that to re-apply (if you are still interested). We can discuss today.

CeCe, I wonder if you might be interested in applying for CEEP as well. It is a good opportunity to earn some money and get more in-depth research experience working on a project, and while our immigrant project is slow in getting off the ground, this might help speed the process up a bit. If you are interested, let me know, and we can set up a time to put together a proposal.

Thanks,

Dr. Russell