**Plaintiffs' Exhibit JJ**

## VIDEO TELECONFERENCE DEPOSITION

███████████████

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                    Plaintiffs,

       - against -       Case No.
                          1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                    Defendant.
------------------------------------------

      Video teleconference deposition of ███████

███████, present at 151 Washington Highway, Amherst,

New York, taken pursuant to Subpoena, connecting to

various locations on October 7, 2024, commencing at

12:02 p.m., before KELLY K. FRICANO, Notary Public.

12:03:31  1   there, that you answer my question and then we take

12:03:34  2   a break, okay?

12:03:34  3        **A.**   Yes.

12:03:35  4        **Q.**   Okay.  Great.  So ███████ you are

12:03:39  5   appearing at this deposition pursuant to a subpoena

12:03:43  6   that was issued on you, correct?

12:03:45  7        **A.**   Yes.

12:03:45  8        **Q.**   Okay.  So I'm just going to quickly

12:03:48  9   share with you my screen.  I have -- I don't have

12:03:57  10  many exhibits today, but I do want to make sure

12:04:04  11  we're on the same page.

12:04:05  12       So can you see something on the screen

12:04:09  13  besides the squares with all the attendees?

12:04:14  14       **A.**   Yes.

12:04:15  15       **Q.**   Okay.  Do you see a subpoena in front

12:04:17  16  of you?

12:04:17  17       **A.**   Yes.

         18  **The following was marked for Identification:**

         19  **EXH. 1**              **Subpoena.**

12:04:18  20       **BY MS. NANAU:**

12:04:18  21       **Q.**   Okay.  Great.  I'm happy to scroll down

12:04:23  22  to the bottom to show you the entirety of the

12:04:26  23  document.  Is this the subpoena that was issued to

| 12:04:33 | 1 | you calling for your attendance at today's |
| 12:04:35 | 2 | deposition? |
| 12:04:35 | 3 | **A.** Yes, ma'am. |
| 12:04:36 | 4 | **Q.** Okay. Great. So ████████ was there |
| 12:04:43 | 5 | a time when you attended Canisius College as an |
| 12:04:48 | 6 | undergraduate student? |
| 12:04:50 | 7 | **A.** Yes, ma'am. |
| 12:04:51 | 8 | **Q.** And When was that? |
| 12:04:52 | 9 | **A.** 2010. I believe I transferred from |
| 12:05:02 | 10 | another college in 2010. It could -- |
| 12:05:03 | 11 | **Q.** Okay. And -- go ahead, I'm sorry. I |
| 12:05:09 | 12 | don't want to cut you off. |
| 12:05:09 | 13 | **A.** It could have been 2011. I'm pretty |
| 12:05:14 | 14 | sure it was 2010. |
| 12:05:15 | 15 | **Q.** Okay. Was there a specific reason why |
| 12:05:19 | 16 | you transferred to Canisius? |
| 12:05:23 | 17 | **A.** Yes, I had learned of the ABEC Program |
| 12:05:29 | 18 | and I had done a tour with Dr. Michael Noonan where |
| 12:05:36 | 19 | he encouraged me to become a part of his personal |
| 12:05:41 | 20 | research team and I was very exited about the |
| 12:05:45 | 21 | prospects of actually specifically not having to |
| 12:05:54 | 22 | experiment with animals. |
| 12:05:56 | 23 | He promised me that that would not be part |

12:05:59 1 of the curriculum and I chose to transfer from my

12:06:07 2 current college at that time to Canisius because of

12:06:12 3 that assurance.

12:06:20 4       So that was what really drew me in. It

12:06:23 5 was I was going to be able to work with and for

12:06:26 6 animals and not have to harm them, so he said.

12:06:30 7       Q.   Were you -- what were your goals in

12:06:35 8 attending the ABEC Program at Canisius, what were

12:06:39 9 your professional goals?

12:06:41 10       A.   I wanted to continue --

12:06:43 11       **MS. NAASSANA:**  Form.

12       **THE WITNESS:**  Oh, I'm sorry.

13       **MS. NAASSANA:**  It's fine. You can answer.

14 I just wanted to document my form objection. Thank

12:06:44 15 you.

12:06:44 16       **THE WITNESS:**  I wanted to eventually get a

12:06:57 17 PhD and be able to work as someone in --

12:07:04 18 specifically for animals who are going to be killed

12:07:09 19 because of their behavior. So I was doing animal

12:07:13 20 behavior with a dog trainer and she would take

12:07:20 21 cases that, you know, these animals were going to

12:07:23 22 be put to sleep and so I would -- I wanted to get

12:07:25 23 the maximum education possible so that I could be a

12:07:30 1  foreperson on the -- in the field, field -- in the

12:07:39 2  field.  And --

12:07:39 3      **BY MS. NANAU:**

12:07:40 4      **Q.**   And do you -- I'm sorry, go ahead.

12:07:43 5      **A.**   I mean, there's also like -- there's

12:07:46 6  really no telling how many different ways I could

12:07:51 7  have gone with that.  I just intended to do the

12:07:56 8  ABEC and then a masters and then a doctorate.  That

12:07:58 9  was my -- that was my intention and I wanted to

12:08:01 10 help animals.

12:08:03 11     I was into animal liberation.  So I think I

12:08:07 12 would have been able to apply that in so many

12:08:11 13 different ways, a PhD.  But that was my goal.

12:08:14 14     **Q.**   And prior to matriculating at Canisius

12:08:18 15 as a student, did you discuss those goals with

12:08:22 16 anyone at Canisius?

12:08:23 17     **A.**   Yes, I spoke directly with Michael

12:08:27 18 Noonan and he was very enthusiastic in, again,

12:08:35 19 assuring me that this was the right place for me,

12:08:37 20 to come to Canisius from my previous college and,

12:08:40 21 you know, really selling it to me.  So I was very

12:08:46 22 excited.  I did only talk to Dr. Noonan before

12:08:50 23 transferring.

12:11:49  1   early 20s, early to mid 20s, so I wasn't fresh out

12:11:53  2   of high school like most of the young women in his

12:11:57  3   class.

12:11:57  4        So I was kind of sitting back observing this

12:12:01  5   and kind of like shocked, but I didn't say

12:12:05  6   anything, but he was right off the bat, first day,

12:12:09  7   he was talking about kissing his students and how

12:12:13  8   that was totally fine and how he would take them on

12:12:17  9   trips and all the fun things that they would do but

12:12:21  10  that, you know, they would be a part of his -- like

12:12:26  11  real intimate and it was just very strange to me.

12:12:31  12       Like that was right off -- that was like day

12:12:32  13  one.  And so that in conjunction with not having my

12:12:40  14  learning accommodations observed, I just really

12:12:45  15  struggled.

12:12:46  16       I had gone from like a 4.0 at my other

         17  college and tutoring -- calculus tutoring,

12:12:54  18  chemistry -- I mean, I was excelling, to his

12:12:57  19  program, which was in my estimation, completely

12:13:01  20  impossible to get an A in his class unless you were

12:13:05  21  one of his chosen ones.

12:13:07  22       So it was just like real memorization and

12:13:12  23  just -- I think it was -- the first test we had, I

12:13:21 1   remember he had us choose like an extra credit --

12:13:26 2   like for extra credit we could -- we had to choose

12:13:29 3   if you had a group of elephants, they were on like

12:13:37 4   a reserve. He said that the extra credit was you

12:13:43 5   had to choose that the population of those

12:13:45 6   elephants was too much, that that reserve could not

12:13:50 7   handle all the elephants, so you had to choose,

12:13:53 8   would you kill an entire family group of elephants

12:13:58 9   or would you kill one elephant from each of the

12:14:02 10   family groups on the reserve and I refused to

12:14:05 11   answer that and that kind of like marked me right

12:14:09 12   off the bat as somebody who wasn't going to play

12:14:15 13   his game.

12:14:16 14       **Q.** With regard to that -- what Dr. Noonan

12:14:24 15   said during the first day of class which you

12:14:28 16   referred to that he would kiss students, do you

12:14:31 17   remember the context of those comments?

12:14:34 18       **A.** He -- okay. He said that it happened

12:14:39 19   on -- he was telling us about the trips that he

12:14:43 20   would take with his research team and that one of

12:14:48 21   the girls on his research team, he kissed on the

12:14:51 22   mouth and that he said that that was normal and

12:14:56 23   that -- you know, he said it, I don't know why he

12:14:58 1   would say it.

12:14:59 2        Now I understand it was just kind of, in my

12:15:02 3   estimation, a way of putting something out there

12:15:05 4   and seeing how people would respond to it.  No one

12:15:09 5   responded to it.

12:15:11 6        So I just remember it was the first day of

12:15:14 7   class and he was just telling us like how it would

12:15:17 8   be on a trip and it was just really disjointed from

12:15:22 9   the rest of the conversations which was all about

12:15:24 10  animals.  But he would -- he made sure to tell us

12:15:29 11  how it was appropriate that he kissed a student

12:15:32 12  once.

12:15:33 13       I don't know.  It made no sense to me why he

12:15:36 14  would say that.  It was -- really stood out to me

12:15:40 15  as strange, but no one else seemed to bat an eye.

12:15:45 16       Q.    Aside from that first day which you've

12:15:50 17  recounted for us already, did you observe

12:15:54 18  Dr. Noonan engage in any other conduct that you

         19  thought was inappropriate during the Social Org

12:16:00 20  class or the lab?

12:16:02 21       **MS. NAASSANA:**  Form.

12:16:04 22       **MS. NANAU:**  You can answer, ██████

12:16:06 23       **THE WITNESS:**  He would regularly be touching

| | |
|---|---|
| 12:16:13 1 | his female student's hair, taking their hair out of |
| 12:16:17 2 | whatever they had come to class with their hair |
| 12:16:20 3 | style in, coming behind them and taking it out and |
| 12:16:24 4 | then, you know, running his hands through their |
| 12:16:30 5 | hair and braiding it for them and redoing it the |
| 12:16:33 6 | way he liked. And often times he would do it in |
| 12:16:36 7 | really silly ways as a -- it was very humiliating |
| 12:16:40 8 | the ways that he would make their hair look. |
| 12:16:43 9 | But he was always -- I mean, I don't |
| 12:16:47 10 | exaggerate, it was every day I would see him |
| 12:16:49 11 | touching his student's hair, the females, the days |
| 12:16:52 12 | that I would have his class which I believe was two |
| 12:16:57 13 | or three times a week. And the one time, I -- you |
| 12:17:02 14 | know, he would do this to me as well, he did this |
| 12:17:05 15 | to me. |
| 12:17:08 16 | And then, also, this was on the bus, we were |
| 12:17:11 17 | going to Pittsburgh Zoo and I was sitting across |
| 12:17:16 18 | from my friend ████████████████ [phonetic], |
| 12:17:20 19 | who is now like a PhD candidate and doing great as |
| 12:17:24 20 | a primatologist. But she -- originally she |
| 12:17:28 21 | couldn't stand Noonan, but she ended up on this bus |
| 12:17:35 22 | trip, she's sitting across from me in the seat in |
| 12:17:40 23 | the school bus and Noonan comes down the hallway, |

12:17:45 1 like the walkway in the midd██████████he seats

12:17:49 2 and he stands over -- she was -- I think she was

12:17:54 3 laying down in the seat with her legs in the aisle.

12:17:59 4      Yes, she was sitting -- she was sitting --

12:18:03 5 she was definitely laying down with her legs in the

12:18:06 6 aisle and he walked over to her and I and he took

12:18:11 7 her legs and he put them up over her head.  Like I

12:18:20 8 can't -- I was just like shocked, and he stood

12:18:24 9 there in like a clear sexual position.  It was just

12:18:29 10 unreal and I don't think she like allowed him to do

12:18:31 11 that for very long, maybe like five or ten seconds.

12:18:36 12 But I mean, that was shocking to me.

12:18:40 13      The things that -- the things that he would

12:18:43 14 get away with, I think were just always so shocking

12:18:49 15 and appalling to me and I think it was because his

12:18:54 16 students were so young.  The young women didn't

12:18:58 17 know any better or thought that like they were

12:19:01 18 excited to be his chosen ones so they would let him

19 do this stuff sometimes.  I mean, that's what I

12:19:06 20 observed.

12:19:06 21      **BY MS. NANAU:**

12:19:06 22      **Q.**     Is there -- so aside from, you know,

12:19:12 23 the braiding hair, the comment about kissing the

12:19:18  1  student, simulated sex with ██████ is there

12:19:25  2  anything else that stands out regarding

12:19:27  3  Dr. Noonan's conduct, either during the Social Org

12:19:30  4  class or the lab that you can recall?

12:19:35  5      **MS. NAASSANA:**  Form.

12:19:38  6      **THE WITNESS:**  By standing -- by standing --

12:19:39  7  anything that stood out to me, if you're talking

12:19:42  8  about like physical contact?

12:19:44  9      **BY MS. NANAU:**

12:19:44  10      **Q.**   Physical contact or comments.

12:19:46  11      **A.**   Oh, okay.

12:19:49  12      **MS. NAASSANA:**  Form.

12:19:50  13      **THE WITNESS:**  So comments, I can certainly

12:19:56  14  tell you that there was a constant influx of really

12:20:02  15  disturbing comments and just his way about being in

12:20:09  16  control of the students.  In the lab, we were

12:20:15  17  forced to -- despite his assurances that I would

12:20:19  18  not have to experiment on animals or partake in any

12:20:27  19  kind of harm to animals if I transferred, I would

12:20:30  20  actually be required as a part of his Social

12:20:31  21  Organization of Mammals course to observe and

12:20:33  22  partake in the daily abuse and torture of a colony

12:20:40  23  of rats.

12:20:41  1        He said that it was a Jane Goodall

12:20:46  2    experience and that anybody who was a part of this

12:20:49  3    lab was lucky because he said that there were grad

12:20:54  4    students who would wish that they could have an

12:21:00  5    opportunity to be part of this Jane Goodall

12:21:04  6    experience, which was a steel cage where eight

12:21:08  7    female rats and eight male rats were put in to --

12:21:12  8    with nowhere to escape to.

12:21:15  9        All the females who could naturally like

12:21:19  10   escape in nature were, you know, cornered and -- I

12:21:23  11   mean, they were clearly being raped.  And then when

12:21:28  12   they started giving birth, the babies would be

12:21:33  13   eaten alive.  Every morning we'd come in and they

12:21:39  14   would be cleaning off the blood and the guts and

12:21:42  15   the legs and the arm from the steel.

12:21:46  16       And when I would complain and say, you know,

12:21:48  17   somebody -- like one particular animal was being

12:21:53  18   picked on and I would call him and I would try to

12:21:55  19   get him to come and help this animal because it was

12:21:59  20   not natural, what we were witnessing.  These

12:22:03  21   animals in nature would be able to run away from

12:22:08  22   the colony or find another colony to live with or

12:22:11  23   they -- I'm not sure what would happen, right, but

12:22:14  1  it wasn't going -- it wasn't going to be like this

12:22:18  2  torturous experience.

12:22:18  3      So he would make me wait for like three

12:22:22  4  hours where I was only -- I was only required to

12:22:25  5  spend an hour a day sitting and observing the

12:22:28  6  torture of the animals, but because I wanted him to

12:22:33  7  come and help the animals who were acutely

12:22:36  8  suffering under my observation, he would have me

12:22:40  9  wait and I would have to watch that for like three

12:22:44  10  hours while he took his time coming down.

12:22:47  11      And then his suggestion -- solution would be

12:22:50  12  that he would just take them out in front of me and

12:22:54  13  break their necks, which I of course said, no, no,

12:22:58  14  don't do that.  So they would just stay and remain

12:23:01  15  being attacked and it was just terrible.

12:23:06  16      I would take pictures of the animals -- I

12:23:09  17  would take pictures of the animals' injuries and he

12:23:15  18  would try -- he would try to get me to delete the

12:23:20  19  pictures on my phone and make me go through and

12:23:25  20  delete -- and actually, yeah, that's what -- sorry.

12:23:26  21  I completely forgot, but that's when he -- I took a

12:23:31  22  picture of him standing over ████████ on the

12:23:37  23  bus with her legs up over her head.

12:29:06  1  captivity and it was big news all over the world, I

12:29:10  2  think, and he was called to comment on it and he

12:29:13  3  refused and he was like -- he told us, yeah, they

12:29:17  4  called me and I told them no.

12:29:20  5       So he was just not -- he was not ever there

12:29:22  6  to help the animals.  It was always the animals

12:29:26  7  were there as a means to him.  And his persona as a

12:29:33  8  researcher, he just exploited every animal and

12:29:39  9  human and non-human and human alike in his mitts to

12:29:45  10 get what it was that he wanted.  That's my personal

12:29:50  11 perspective.

12:29:50  12      **BY MS. NANAU:**

12:29:50  13      **Q.**    ████████    with regard to the

12:29:52  14 treatment of the rats during the Social Org lab,

12:29:57  15 did you ever discuss your concerns with a faculty

12:30:02  16 member at Canisius or an administrator?

12:30:06  17      **A.**    Yes, I would share my feelings about

12:30:11  18 the rat torture.  I talked at length to

12:30:20  19 Dr. Margulis, who was his right hand man.  I mean,

12:30:24  20 she was just no better than he, but like she -- I

12:30:30  21 felt she was intimidated by him and I just wanted

12:30:34  22 somebody to help.

12:30:35  23      So I would try to reach out to her and have

12:30:38 1   her come and help the animals and she would

12:30:44 2   just -- she was -- acted completely, whatever the

12:30:51 3   word is.  I can't recall -- I can't remember what

12:30:55 4   word I'm trying to use, but basically --

12:30:58 5   inadequate.  She couldn't do anything about it.

12:31:00 6   She was just so meek, it was pathetic.

12:31:04 7        Q.   Anyone other than Dr. Margulis that you

12:31:09 8   raised your concerns about Dr. Noonan's treatment

12:31:13 9   of the rats during the Social Org lab?

12:31:16 10        **MS. NAASSANA:**  Form.

12:31:17 11        **THE WITNESS:**  I reached out to the college

12:31:20 12   newspaper and they did an investigation of some

12:31:23 13   manner.  They did an article where they interviewed

12:31:31 14   me, they tried to interview Noonan about the rat

12:31:32 15   torture and I believe that was published in one of

12:31:36 16   the newspapers.  I can't -- I can't remember

12:31:38 17   exactly.

12:31:40 18        I -- no, I think it was a video.  They

12:31:43 19   did -- there may have been a written component,

12:31:46 20   like a written article, but it was actually a

12:31:50 21   video.  It was a video -- what's it called -- a

12:31:57 22   video by the reporter.

12:32:00 23        And he showed like the laboratory where it

12:32:04 1   happened. He couldn't get into the lab, but I took

12:32:07 2   him up and showed him where it -- where the

12:32:11 3   laboratory was on the third floor of the science

12:32:16 4   complex and yeah.

12:32:20 5        And then also, so -- so I mean everybody on

12:32:25 6   the campus became aware after that, you know,

12:32:29 7   anybody who had seen that video that was made by

12:32:32 8   the newspaper team for the college, everybody was

12:32:38 9   aware of what was going on.

12:32:40 10       And I know I had mentioned the Social Org

12:32:47 11   class with the rat situation. I made like a

12:32:52 12   Facebook page about it so people would have known

12:32:55 13   through that. And then also, I think I -- I

12:32:57 14   definitely mentioned just the torture of the

12:33:01 15   animals and the way that he was so proud of hurting

12:33:05 16   animals and desensitizing students.

12:33:08 17       I know I told that to the Dean of Students,

12:33:13 18   doctor -- gosh, I can't remember her name right

12:33:18 19   now. Shit. But, yeah.

12:33:20 20       **BY MS. NANAU:**

12:33:20 21       **Q.**   Was it Dr. Erickson who you spoke to?

12:33:24 22       **A.**   No, I don't think so. That

12:33:27 23   doesn't -- that could have been -- that could have

12:33:30 1 been the man that I talked to. I talked to a man

12:33:34 2 once and then I talked to -- after my arrest at the

12:33:36 3 college, I also spoke to a woman dean.

12:33:41 4     **Q.**    Pat Erickson, I believe, was a woman.

12:33:45 5     **A.**    Oh, is it?

12:33:46 6     **Q.**    Yeah.

12:33:47 7     **A.**    Yeah, that wasn't the name of the woman

12:33:49 8 that I met with, I don't -- I don't believe. I

12:33:53 9 mean it wasn't. I can't remember her name right

12:33:55 10 now.

12:33:57 11     **Q.**    Did anything come of the newspaper

12:34:00 12 article regarding the poor treatment of the rats in

12:34:06 13 the Social Org lab; do you know?

12:34:07 14     **A.**    Yeah, the -- because of the amount of

12:34:11 15 pressure I put on him, he did discontinue that

12:34:17 16 experiment after 30 years of doing it every other

12:34:20 17 semester. He just, he stopped doing it.

12:34:25 18     **Q.**    Did there come a time when you

12:34:28 19 complained to any faculty member or Canisius

12:34:33 20 administrator about Dr. Noonan's claim that he

12:34:36 21 kissed a woman student on the mouth or his

12:34:40 22 treatment of Allie Hoffner during the trip to the

12:34:46 23 Pittsburgh Zoo?

12:34:48　1　　　　**A.**　　Yes, I recall mentioning that to the

12:34:51　2　woman dean when -- after my arrest, they were going

12:34:58　3　to be doing an investigation to see if they wanted

12:35:02　4　to pursue further -- I don't know, like just to see

12:35:05　5　what happened on that date.

12:35:06　6　　　　　And that was -- I definitely told them then.

12:35:11　7　I told them in like -- that was probably 2011, and

12:35:16　8　I told them months prior -- or no, I'm sorry.

12:35:22　9　Months after I stopped being in his program at all,

12:35:26　10　so that would have been like 20 -- late 2011 or

12:35:32　11　2012, if I was still at that school.

12:35:34　12　　　　　I was not there for very long.  Maybe like a

12:35:37　13　year or two.  But yeah, I told two different -- two

12:35:42　14　different school officials and both of them, I

12:35:43　15　believe, were deans.  One was a male and one was a

12:35:46　16　female.

12:35:46　17　　　　**Q.**　　And do you remember what specifically

12:35:48　18　you told them about Noonan's comments about kissing

12:35:52　19　a student or his treatment of ████████ during

12:35:56　20　that school trip?

12:35:57　21　　　　**A.**　　Yeah, I just told him like that there

12:36:01　22　were -- I said that they were worried about the

12:36:01　23　wrong things when they were reprimanding me for

12:36:06 1  taking a pencil and writing on a piece of paper
12:36:10 2  that was taped to the wall, like giving directions
12:36:15 3  to where Dr. Noonan was having some talk and it had
12:36:19 4  an arrow and it said, Dr. Noonan this way.  I just
12:36:23 5  wrote in pencil, in parentheses, fossil, like that
6  he was a fossil.

12:36:30 7  And then, you know, they saw me on the
12:36:33 8  camera and brought me into to -- to the Dean's
12:36:38 9  office, this is when I was talking to the male
12:36:41 10 dean, and I just remember saying, you're really
12:36:45 11 concerned about the wrong thing.

12:36:48 12 You know, like how many times have you been
12:36:50 13 warned about this man because at that time I had
12:36:54 14 become aware that other professors had complained
12:37:01 15 about him, about him physically pushing them up
12:37:03 16 against walls and trying to intimidate and yell at
12:37:07 17 them.  So I was like real surprised that they would
12:37:13 18 have the audacity to bring me in for writing on a
12:37:14 19 piece of paper with pencil.

12:37:14 20 Q.  Do you recall when that happened, was
12:37:17 21 it the same semester when you were in the Social
12:37:21 22 Org class or lab with Dr. Noonan or was that after?

12:37:25 23 A.  Yeah, this was all after.  I didn't

12:37:29  1    have any conversations with anybody other than

12:37:35  2    Dr. Margulis and the -- there was also a

12:37:39  3    Dr. Putnam, Susan Putnam.  I believe she was in

12:37:44  4    biology.  She used to have to work directly with

12:37:48  5    Noonan until he was given his own entire program,

12:37:51  6    when she had had terrible experiences with him as

          7    well.

12:37:55  8        So I talked to Dr. Putnam, Dr. Susan Putnam,

12:37:59  9    and I talked to Dr. Margulis when I was actually in

12:38:02 10    his Social Org class and then when I decided to

12:38:07 11    leave his program and go into the philosophy

12:38:10 12    program, then I started to talk to many other

12:38:14 13    different professors.  In the philosophy department

12:38:16 14    I would talk about him all the time.

12:38:18 15        And then, the two deans and that was after I

12:38:23 16    talked to these different deans, after I left the

12:38:28 17    program -- his program and went into philosophy.

12:38:32 18        **Q.**   With regarding to Dr. Putnam, did she

12:38:36 19    tell you what terrible experiences she had with

12:38:40 20    Noonan?

12:38:40 21        **MS. NAASSANA:**  Form.

12:38:44 22        **THE WITNESS:**  She would not elaborate.  She

12:38:50 23    said that she was witness to him being

12:38:54 1 inappropriate with students and physically

12:39:03 2 aggressive towards a male student.

12:39:08 3        But that, you know, she wouldn't tell me

12:39:11 4 what exactly happened, though.  But she just said

12:39:15 5 that she was -- she had to work with him for a long

12:39:20 6 period of time and then they just ended up giving

12:39:23 7 him his own program where he could just run -- run

12:39:27 8 wild.

12:39:28 9        **BY MS. NANAU:**

12:39:28 10        **Q.**    With regard to the complaints you were

12:39:31 11 aware of Noonan physically pushing people and

12:39:37 12 yelling at them, what is the source of that

12:39:40 13 information?

12:39:41 14        **A.**    I don't know that he pushed anybody.

12:39:44 15 Like he -- like his physical presence, like he was

12:39:50 16 yelling at doctor -- she's a philosophy professor,

12:39:56 17 oh, my goodness, oh, Lordy.

12:39:59 18        She definitely had multiple run-ins with

12:40:03 19 Noonan and it would have been well documented,

12:40:06 20 so -- about the person I'm talking about.  She had

12:40:09 21 made complaints to the school at least a

12:40:12 22 number -- like various occasions, but she said that

12:40:15 23 he was yelling at her and like -- I don't think he

12:40:20 1    pushed her, although, that might have happened, I'm

12:40:23 2    not sure.  She said that he had her like pinned up

12:40:27 3    against a wall yelling at her.

12:40:33 4           That was -- oh, my gosh, I cannot

12:40:37 5    believe -- oh, my goodness.  I don't know.  I think

12:40:41 6    I've just put a lot of this out of my mind.

12:40:44 7           **Q.**    It's no problem.  I totally understand.

12:40:45 8    If that name comes to you, you'll --

12:40:47 9           **A.**    She's a tenured philosophy professor

12:40:51 10   there.

12:40:51 11          **Q.**    Okay.  Is it Dr. Loughead?

12:40:55 12          **A.**    Yes, that's it.  Tanya, Tanya Loughead,

12:41:00 13   yes.

12:41:01 14          **Q.**    Is there any other faculty other than

12:41:04 15   Dr. Loughead and Dr. Putnam who reported to you,

12:41:10 16   either their own experiences or the experiences of

12:41:13 17   others being subjected to misconduct by Dr. Noonan?

        18           **MS. NAASSANA:**  Form.

12:41:20 19          **THE WITNESS:**  Not that I recall.

12:41:22 20          **BY MS. NANAU:**

12:41:22 21          **Q.**    Okay.  You also mentioned during this

12:41:27 22   deposition that you were arrested.  Is -- were you

12:41:29 23   arrested at Canisius?

12:41:32  1        **A.**    Yes, ma'am.

12:41:33  2        **Q.**    And can you tell me why you were

12:41:36  3    arrested at Canisius?

12:41:37  4        **A.**    There was a -- okay.  There was a

12:41:44  5    speaker event where Dr. James Ha, who's the

12:41:50  6    Director of the National Primate -- some -- some --

12:41:55  7    I can't recall all the details now, but he was a

12:41:59  8    primatologist -- no, that's not correct at all.

        9    Hold on.

12:42:02  10       Sorry.  He was a breeder of primates for

12:42:09  11   experimentation and he worked out of the University

12:42:11  12   of Washington, I believe, and he was the first

12:42:15  13   speaker that Dr. Noonan organized to have speak to

12:42:21  14   a brand new incoming class.

12:42:22  15       So these kids came from wherever they came

12:42:26  16   from, wanting to become animal behaviorists and

12:42:31  17   help animals and the first thing that he made them

12:42:34  18   do, which is mandatory, was to go to this

12:42:40  19   extracurricular speaker event, which was called a

12:42:41  20   symposium, and listen to this man talk about like,

12:42:47  21   you know, whitewashing, the torture of primates

12:42:50  22   and -- for experimentation.

12:42:53  23       So I -- I had written to Dr. Noonan prior to

12:42:58 1 the event and I just told him, you know, since it's

12:43:03 2 a symposium, it's being advertised as a symposium,

12:43:07 3 that suggests -- you know, since I was in the

12:43:10 4 philosophy program at the time and symposium

12:43:13 5 suggests a myriad of different opinions and ideas.

12:43:19 6 And so I said, I would be happy to organize for an

12:43:24 7 opposing viewpoint to be present at the talk where

12:43:28 8 somebody that I was working with and familiar with

12:43:31 9 within the animal liberation movement, who had --

12:43:35 10 who had worked in laboratories with primates and

12:43:39 11 was a whistleblower, he was happy to come, Michael

12:43:45 12 Budkie, from the group Stop Animal Exploitation

12:43:50 13 Now.

12:43:50 14 And I just was trying to offer to help set

12:43:53 15 that up and he was like, wow, ███ it hasn't

12:43:58 16 even happened yet and you're already complaining.

12:44:02 17 That's what his e-mail in response to my suggestion

12:44:06 18 said, trying to help him set that up.

12:44:09 19 But he basically said, you know, I invite

12:44:10 20 you to come and just, you know, be open minded or

12:44:14 21 whatever.  So he invited me in writing to attend

12:44:18 22 the event.

12:44:20 23 I -- you know, I was organizing a protest

12:44:26 1 prior to the event, which was on public property

12:44:28 2 where we, you know, did nothing out of the

12:44:32 3 ordinary. We had some like theatrical stuff where

12:44:39 4 we had, you know, people dressed up as primates in

12:44:41 5 cages and people dressed up as lab workers and we

12:44:50 6 just, you know, raising awareness about what's

12:44:50 7 going on inside the lab.

12:44:52 8 That ended when this talk began. We shut

12:44:56 9 down the demonstration and some of the protesters

12:44:59 10 turned into attendees to went in to listen to the

12:45:03 11 talk and we listened. I was part of that, I

12:45:06 12 listened to the talk. It was like an hour and a

12:45:08 13 half or whatever and didn't interrupt anything and

12:45:12 14 there was a question and answer session and I asked

12:45:17 15 a question about the, you know, millions of dollars

12:45:21 16 that go from tax payer money into, you know -- from

12:45:27 17 the NIH to these facilities that breed animals and

12:45:33 18 experiment on animals.

12:45:35 19 And I just said, you know, as a tax payer,

12:45:39 20 we'd like to believe that our money is being well

12:45:43 21 spent, but how can we trust you with our hard

12:45:48 22 earned money when you can't even remember to feed

12:45:51 23 your animals and I then procured, you know, the

12:45:56 1 USDA violations in printed form, showing the

12:46:00 2 multiple USDA violations where animals had lost

12:46:02 3 upwards of 30% of their body weight before they

12:46:07 4 died. And you know, these pristine labs where

12:46:12 5 Dr. Ha worked and so he was the best person to

12:46:15 6 answer that question.

12:46:16 7 He didn't -- you know, he didn't look like

12:46:19 8 he wanted to answer the question, was kind of

12:46:22 9 surprised by my question, but he was interrupted

12:46:27 10 from answering by Dr. Noonan who said, James or

12:46:31 11 Jim, you don't need to answer that, you know, he's

12:46:34 12 trying to interject himself -- Dr. Noonan is trying

12:46:37 13 to interject himself. And he said I'm the mediator

12:46:41 14 and I said this doesn't require your mediation,

12:46:44 15 he's happy to answer the question.

12:46:47 16 And he just would not let Dr. Ha speak and

12:46:50 17 then when Dr. Ha said, no, I got this Mike, he

12:46:56 18 said -- and he was answering and -- I'm trying to

12:47:07 19 think how exactly it went down.

12:47:10 20 But basically -- oh, I -- I said, okay. I

12:47:14 21 remember. So Dr. Noonan kept interrupting him and

12:47:18 22 then I said, well, it's clear that you're not going

12:47:22 23 to let him answer the question, so I turned, you

12:47:26  1  know, kind of more towards the audience and I said,

12:47:29  2  if anybody would like to hear the other side of

12:47:33  3  things that's being denied to you here today, I

12:47:37  4  have set up an event with Michael Budkie, the

12:47:43  5  director of Stop Animal Exploitation Now, SAEN, and

12:47:46  6  he will be coming to campus on -- and then they cut

12:47:50  7  my microphone and I kept talking.

12:47:53  8       And then the next thing you know, I've got

12:47:56  9  like two officers grabbing me and dragging me out

12:48:01  10  of the auditorium and everybody's like, (audible

12:48:05  11  gasp), like I have a sound -- like an audio

12:48:09  12  recording of this happening and it's like everybody

12:48:13  13  like as soon as they grabbed me, you can hear

12:48:16  14  everybody in the audience go (audible gasp) like

12:48:20  15  that.  It was like this huge committal gasp of

12:48:23  16  shock that somebody was just asking a question, was

12:48:26  17  forcibly removed and I just said, you know, I --

12:48:29  18  while they're dragging me out.

12:48:32  19       They were so forceful that like my shirt

12:48:37  20  came off a little bit, I had a tank top on and my

12:48:42  21  bra was showing.  They threw me up against the wall

12:48:49  22  in the vestibule, which is like the entrance to the

12:48:50  23  place -- the auditorium, and they -- I just kept

12:48:57  1  repeating, I'm not resisting, I'm not resisting.

12:49:00  2  They were just manhandling me.

12:49:02  3      It was crazy.  They handcuffed me.  They're

12:49:06  4  just a really, really, brute force these two

12:49:13  5  grown-ass men with guns, and --

12:49:13  6      Q.    ███████    can I just interject, were

12:49:16  7  the two individuals who were removing you from the

12:49:19  8  symposium, were they Canisius security or were they

12:49:22  9  police from Buffalo; do you know?

12:49:24  10     A.    Yeah, they were public safety officers,

12:49:27  11 but they were also employed by -- I believe, they

12:49:30  12 were also employed by the police department.

12:49:36  13     Well, that was a point of contention in my

12:49:41  14 lawsuit against Canisius.  But basically, they were

12:49:45  15 public safety officers for Canisius, but they were

12:49:48  16 working under the color of law because they -- you

12:49:51  17 know, they're talking to the Buffalo Police

12:49:55  18 Department trying to organize where I would be

12:49:58  19 taken after my arrest.

12:49:59  20     And people were like, where's Morgan and

12:50:03  21 they like had me somewhere on a side street in the

12:50:08  22 back of the car -- in the back of the patrol car.

12:50:10  23     Nobody knew where I was and they were going

12:50:13 1 to take me down to like Booking or whatever

12:50:18 2 downtown and then they were asking me questions and

12:50:20 3 I said, you know I'm a student and they said, what,

12:50:24 4 you're a student?  And I was like, yeah, I'm a

12:50:28 5 student at Canisius, like I was invited to come

12:50:32 6 here and they did not know that.

12:50:35 7      So at that point, the arresting officer got

12:50:39 8 on the phone with somebody and he was standing

12:50:42 9 outside the car and he comes back in the car and

12:50:45 10 he's like, do you -- you want the air conditioning

12:50:50 11 on, are you good?  You know, he's just realizing,

12:50:52 12 oh, shit, we have an issue.  This isn't just some

12:50:57 13 outside agitator which was obvious that that is

12:51:01 14 what the public safety officers had been made

12:51:03 15 aware, that there was some outside agitator that

12:51:07 16 they had to be on the lookout for, but Noonan

12:51:12 17 forgot to mention I was a student and I was

12:51:16 18 invited.

12:51:17 19      So then, you know, they were just trying to

12:51:20 20 kind of like back up things and just say, you know,

12:51:23 21 just -- they had me -- they had my mother come and

12:51:25 22 get me, even though I was like in my mid 20s, I

12:51:29 23 didn't need my mommy to come pick me up.

12:51:34  1        They had a conversation with her and they

12:51:36  2  said we'll release her -- we'll release your

12:51:37  3  daughter to you if you promise not to sue us. And

12:51:44  4  like, my mom's an attorney and so that was like

12:51:45  5  laughable. And she's like, well, you know, she

12:51:47  6  can't make agreements for me, you know, and she

12:51:50  7  said, no, we're not agreeing to anything.

12:51:53  8        So she came and got me and they let me go

12:51:56  9  and they said, well, before you leave, could you --

12:51:58 10  would you be willing to sign this saying that

12:52:01 11  you're -- you know, we've gone through this and

12:52:04 12  everything is okay and you're not, you know, you're

12:52:06 13  not unhappy with how things went or some weird

12:52:10 14  crazy shit like that. And me and her were just

12:52:14 15  like, no, we're not signing anything, we're going

16  home.

12:52:18 17        And I came back like a day later to have my

12:52:22 18  bruises photographed and to write a complaint about

12:52:28 19  my treatment and they said that there were no

12:52:32 20  complaint forms, that they had all been used by

12:52:35 21  other people from that evening who witnessed my

12:52:40 22  treatment. There were, I know, a number of people

12:52:43 23  that did take out complaints. But you know, it

shouldn't have been difficult to print out a blank
form.

And then I said, well, now that I'm here, I
need somebody to take photographs with your camera
of my bruises, so I made sure that they did that.

Q.    Let me ask you a question, who was the
person who released you to your mother the day of
the symposium who said we'll release her if you
promise not to sue us, was that a Canisius
employee?

A.    Yeah, there was the director of public
safety.  He was actually at dinner, I think he was
at like Olive Garden or something with his wife for
their anniversary.  I don't know.  Maybe it wasn't
Olive Garden.  I just remember it was some
restaurant for his anniversary with his wife and
they called him to the school to handle this
situation.

So he talked to my mother on the phone
before I think he even got to the college himself.
He was talking to my mom on the phone trying to get
a feel for what the situation was going to be.  But
yeah, it was the director of public safety.

12:53:56 1      **Q.**    And was it -- who was -- who -- what

12:53:59 2  office did you go to the next day to request that

12:54:03 3  your bruises were photographed and then you were

12:54:05 4  told there are no more complaint forms?

12:54:10 5      **A.**    The Public Safety Office.

12:54:13 6      **Q.**    So did there come a time, ultimately,

12:54:16 7  when public safety or someone else at Canisius took

12:54:20 8  pictures of the bruises?

12:54:23 9      **A.**    Yes, they did take -- the officer that

12:54:25 10  was on staff there the day that I came to file my

12:54:30 11  complaint did -- he went and got a camera and he

12:54:34 12  had me come into the back room and took pictures of

12:54:38 13  my bruises that very day.

12:54:39 14      **Q.**    And were you permitted ultimately to

12:54:42 15  submit a complaint to the Public Safety Office

12:54:45 16  regarding this incident at the symposium?

12:54:48 17      **A.**    No, I don't believe so.

12:54:50 18      **Q.**    So you mentioned a lawsuit.  Did there

12:54:52 19  come a time when you sued Canisius College

12:54:54 20  regarding the mistreatment you were subjected to

12:54:58 21  during the symposium with Dr. Ha and Dr. Noonan?

12:55:04 22      **MS. NAASSANA:**  Form.

12:55:05 23      **THE WITNESS:**  Yes, ma'am.

12:55:08 2    Q.    And when was that, ████████; do you

3  recall?

12:55:11 4    A.    I think it was in 2016.  It was

12:55:14 5  after -- I think it was after my son was killed, so

12:55:18 6  that would have been 2016.  Yeah, I'm not exactly

12:55:23 7  sure.

12:55:24 8    Q.    I'm sorry to hear about your loss.

12:55:27 9    A.    Thank you.

12:55:28 10    Q.    Was that lawsuit ultimately resolved?

12:55:32 11    A.    Yes.

12:55:34 12    Q.    Do you recall the venue where that

12:55:37 13  lawsuit was filed?

12:55:40 14    A.    It would have just been the Supreme

12:55:44 15  Court, Erie County District, the civil -- I can't

12:55:52 16  remember what like section it was or anything.

12:55:54 17    Q.    Okay.  You said that you transferred to

12:55:58 18  the philosophy department at Canisius.  Did you

12:56:00 19  transfer to the philosophy department because you

12:56:04 20  did not want to work with Dr. Noonan after you took

12:56:10 21  the Social Org class and the lab?

12:56:12 22    MS. NAASSANA:  Form.

12:56:12 23    THE WITNESS:  Yes, yes.

BY MS. NANAU:

Q.   Did you obtain your bachelor's degree in philosophy from Canisius?

A.   Eventually, yes.

Q.   So you were able to go back to the school and complete your degree?

A.   Yes.

Q.   Okay.

A.   I didn't go back.  They let me -- it was very strange because I was never told that I couldn't return to the school.  I was never told that I was not allowed on campus or that I was not allowed to take classes.

But in the -- in the agreement, they basically said that I could -- I could graduate if I completed, you know, a couple last classes.  I would be allowed to graduate, but that I had to take them online and I was not allowed to go to the graduation in-person.

Q.   So when did you -- when did you obtain your degree from Canisius by completing the classes you had to take online?

A.   I received my degree in 2020 and it was

12:57:38 1 a very difficult time between the time I left

12:57:41 2 Canisius and the time I got my degree.  It was just

12:57:48 3 like terrible, terrible because that was my dream

12:57:53 4 was to be a PhD, it was to be a functional

12:57:59 5 researcher and help -- and just helping animals in

12:58:02 6 the capacity of like the highest level of education

12:58:05 7 you can have.  I was just so capable and all of my

12:58:10 8 dreams were just shit all over.  Can't really say

12:58:14 9 it in any other way.

12:58:15 10      So I'm glad I ended up getting a bachelor's

12:58:21 11 degree, at least.  It was not at all in anything I

12:58:25 12 would have chosen, but philosophy made sense.  At

12:58:29 13 least there I could question things and not get

12:58:33 14 arrested.

12:58:33 15      **Q.**  So you filed the lawsuit in 2016 and

12:58:43 16 when did that lawsuit get resolved, do you recall

12:58:48 17 the year?  Was it the year that you obtained your

12:58:52 18 bachelor's degree from Canisius?

12:58:54 19      **A.**  I believe it was 2019.  I'm not sure,

12:59:00 20 but it was not for some time -- it was for -- yeah,

12:59:07 21 I think it was 2019.  The lawsuit went on for a

12:59:11 22 long time.

12:59:12 23      **Q.**  I'm wondering, do you know if Canisius

12:59:19 1  conducted any investigation in response to your --

12:59:25 2  response to the Complaint that you filed in the

12:59:28 3  Supreme Court of Erie County?

12:59:30 4      **MS. NAASSANA:**  Form.

12:59:32 5      **THE WITNESS:**  Could you repeat the question?

12:59:35 6      **BY MS. NANAU:**

12:59:36 7      **Q.**  Yeah, I guess I'm just wondering if you

12:59:40 8  are aware of any investigation that Canisius

12:59:42 9  conducted into your allegations that were part of

12:59:47 10 your lawsuit against the school in 2016?

12:59:50 11     **MS. NAASSANA:**  Form.

12:59:51 12     **THE WITNESS:**  I know that Ms. -- well, I

12:59:55 13 can't remember her name -- Ms. -- I can't recall

12:59:58 14 the dean's name, but the dean who was there when I

13:00:03 15 was arrested, they -- she did conduct some kind of

13:00:08 16 an investigation of my arrest and -- but that was

13:00:13 17 not in response to my lawsuit, that was like at the

13:00:17 18 time that the arrest happened.

13:00:20 19     I would imagine that they -- that -- I mean,

13:00:25 20 I gave them everything they asked for, obviously,

13:00:29 21 in discovery, so that was some kind of

13:00:33 22 investigation.  I suppose you could consider that

13:00:34 23 an investigation.

13:00:34 1    **BY MS. NANAU:**

13:00:35 2        **Q.**    Did you ever receive either during the

13:00:37 3    time you were at Canisius right after the symposium

13:00:41 4    with Dr. Ha and Dr. Noonan or at any other time,

13:00:46 5    any documentation demonstrating that Dr. Noonan

13:00:49 6    received discipline for his part in, you know, in

13:00:55 7    your arrest at Canisius at the symposium?

13:00:59 8        **MS. NAASSANA:**  Form.

13:01:00 9        **THE WITNESS:**  Definitely not.

13:01:09 10       **BY MS. NANAU:**

13:01:10 11       **Q.**    Ms. Dunbar, I'm wondering if

13:01:15 12   there -- if we have discussed all of the misconduct

13:01:18 13   that you are aware of that Dr. Noonan has engaged

13:01:23 14   in during his tenure as a faculty member at

13:01:28 15   Canisius, is there anything else that we have not

13:01:32 16   discussed?

13:01:32 17       **MS. NAASSANA:**  Form.

13:01:34 18       **THE WITNESS:**  No, I think we've covered

13:01:38 19   everything that I'm aware of.  Just that situation

13:01:43 20   where he was physically aggressive towards

13:01:47 21   Dr. Loughead and then Dr. Putnam, she had terrible

13:01:54 22   experiences and then my experiences and then what

13:01:58 23   he admitted to doing with kissing a student.  I

13:02:08 1 think that is it.

13:02:08 2     **BY MS. NANAU:**

13:02:08 3     **Q.**   With regard to Dr. Loughead being

13:02:11 4 screamed at by Dr. Noonan and physically

13:02:14 5 intimidated by him, did Dr. Loughead tell you about

13:02:20 6 that -- about those experiences with Dr. Noonan

13:02:22 7 herself?

13:02:22 8     **MS. NAASSANA:**  Form.

13:02:23 9     **THE WITNESS:**  Yes, ma'am, yes.

13:02:25 10     **BY MS. NANAU:**

13:02:25 11     **Q.**   Okay.  And did Dr. Loughead tell you

13:02:29 12 that she reported Dr. Noonan's misconduct, which

13:02:33 13 she experienced herself, to Canisius'

13:02:36 14 administration?

13:02:37 15     **A.**   Yes, ma'am.

13:02:38 16     **Q.**   And what about Dr. Putnam, do you know

13:02:43 17 if Dr. Putnam reported the misconduct that she was

13:02:47 18 aware of that Dr. Noonan subjected students to, did

13:02:53 19 she report that to the Canisius' administration?

13:02:55 20     **A.**   Yes, she said she did and that their

13:02:59 21 response was to give him his very own program where

13:03:04 22 he could not have to -- not have to have run-ins

13:03:07 23 with his critics.