**Plaintiffs' Exhibit KK**

**Walleshauser, Linda M**

**From:** Walleshauser, Linda M
**Sent:** Tuesday, February 12, 2019 11:08 AM
**To:** 'Mangione, Terri'
**Subject:** RE: Question

Thank you for the information Terri. I may have some additional questions and will keep you posted to schedule a call perhaps tomorrow based on your schedule. Thank you.

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu



From: Mangione, Terri <Terri.Mangione@lmu.edu>
Sent: Tuesday, February 12, 2019 10:18 AM
To: Walleshauser, Linda M <walleshl@canisius.edu>
Subject: Re: Question

Hi Linda,

Hope you are doing well. No snow here. Sunny and 40-50's. And that is winter here!
I do not recall receiving any Title IX related complaints involving Dr. Mike Noonan.
I recall that in her lawsuit against Canisius, ▓▓▓▓▓▓▓▓▓▓ made accusations the Dr. Noonan inappropriately touched another student, but that alleged student never filed a complaint with me and I checked with Dr. Ellen Conley who was the Title IX Coordinator until June, 2013 and she did not recall a complaint being filed against Dr. Noonan.

Happy to have a quick conversation if you would like.

1

Terri

Terri L Mangione, PhD
Dean of Students/Vice President for Student Affairs



Malone 301
1 LMU Drive
Los Angeles, CA 90045-2659
www.lmu.edu | Privacy + Legal

**Office** 310.338.6051
**Email** terri.mangione@lmu.edu

    

---

From: Walleshauser, Linda M <walleshl@canisius.edu>
Sent: Tuesday, February 12, 2019 5:57:02 AM
To: Mangione, Terri
Subject: Question

Good morning Terri-I hope that all is well! We are in the midst of more snow here in Buffalo! Can you advise if you recall receiving any complaints regarding issues with Dr. Mike Noonan? If so, can we schedule a brief call at your convenience?

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP
Associate Vice President for Human Resources & Compliance
Interim Title IX Coordinator
Canisius College
2001 Main Street
100 Old Main
Buffalo, NY 14208
(Work) 716-888-2244
(Fax)-716-888-2233
(Cell)-716-949-9936
walleshl@canisius.edu