# Plaintiffs' Exhibit OO

## M. SUCHAK-2-12-19 FACULTY NOTES

- October 11, 2017-took notes-Dr. Gill regarding concerns regarding Dr. Noonan. Centered on quality of student experience on trips. Filming students expressed concerns
- Favoritism in selecting students
- Trip paid for so they feel obligated-no syllabus
- Favoritism-many students expressed concern
- Fitness test-won't pass-reported to Terri
- Ethic of trips-set the example
- No follow up that she was aware of


EXHIBIT
Pf 30
(ED)6-19-24

CANISIUS 000342