**Plaintiffs' Exhibit PP**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN,
and, CASSIDY WOOD,

                PLAINTIFFS,          CASE NO. 1:22-CV-00381-CCR

-against-

TRUSTEES OF CANISIUS COLLEGE,

                DEFENDANTS.
------------------------------------------------------------X

### DECLARATION OF ▉
### PURSUANT TO 28 U.S.C. § 1746 UNDER PENALTY OF PERJURY

1. I am over the age of eighteen, suffer from no legal disabilities, have personal knowledge of the facts set forth below, and am competent to testify.

2. I understand I am making the statements in this Declaration under oath. This Declaration is true and accurate to the best of my knowledge.

3. I am a trans woman.

4. I attended Canisius College as an undergraduate student from 2014 to 2018, and earned my Master of Business Administration degree there in 2019.

5. I was one of the most vocal "out" queer students in the Animal Behavior, Ecology and Conservation (ABEC) program.

6. As an undergraduate at Canisius, I majored in the ABEC program and had minors in Anthrozoology, Conservation and Zoo Biology.

7. As an ABEC program major, I had to take certain classes that were only taught by Dr. Michael Noonan.

P0001986

8. Dr. Noonan treated me differently because of my gender identity and gender expression, which made me feel uncomfortable on many occasions.

9. For example, during one class, Dr. Noonan put a picture or a woman in heels on the board and said, in a disparaging way, "Who would wear these?" and then turned to me, and said "You would!," signaling me out for wearing high-heeled shoes, which I wore every day.

10. During an experiment for the Social Organization of Mammals class, Dr. Noonan had each student wear a t-shirt for twenty-four hours and we then tested the t-shirts for pheromones and whether pheromones were influenced by gender.

11. The data collected from the t-shirt testing was supposed to be anonymous, but Dr. Noonan knew the results from my t-shirt, and could pull them up immediately when I asked for them.

12. When I asked Dr. Noonan why he knew my results, he told me that he was interested in knowing if my t-shirt would test for "male" or "female" pheromones.

13. In the Sex and Evolution class, Dr. Noonan made disparaging, inaccurate observations about same-sex relationships in animals, such as by commenting that "homosexuality is mostly a human thing and or circumstantial like in prison."

14. I tried to challenge Dr. Noonan when he would make these kinds of inaccurate, homophobic comments by using real data. For example, I reminded him that same-sex relationships have been studied in beluga whales, a species he is very familiar with.

15. Dr. Noonan did not like it when I challenged him. It was very obvious that he always believed he was the smartest person in the room.

16. I never saw anyone else try to challenge Dr. Noonan at Canisius, and I believe that students avoided getting into confrontations with him because he was the gatekeeper to research

2

P0001987

opportunities, school-funded trips, and other highly sought-after activities that many ABEC students wanted to be selected for.

17. I did not find Dr. Noonan's classes to be very intellectually challenging.

18. For example, the Social Organization of Mammals class was very basic, with reading assigned from an encyclopedia of animals, and tests that required a lot of memorization.

19. In class, Dr. Noonan would repeatedly call on the same five or six students who were his obvious favorites, and ignored the rest of us.

20. Those same students who Dr. Noonan called on all the time in class were often the same students he selected to be on his research team and to go on school-sponsored trips with him.

21. I wanted to be on Dr. Noonan's whale research team but he did not pick me.

22. I also applied for a work-study job through the Canisius Ambassadors for Conservation (CAC), which was run by Dr. Noonan.

23. The CAC job involved working at the Buffalo Zoo to do puppet shows and other environmental education activities for young visitors and other zoo guests.

24. I had worked at the Buffalo Zoo since 2014, and thought I would have a good chance of being selected for the CAC job, but Dr. Noonan did not pick me.

25. Ultimately, I became a research student for Dr. Josh Russel, who is gay and who I met at a Canisius retreat for queer students.

26. Dr. Russel took me under his wing and ultimately replaced Dr. Noonan as my advisor in the ABEC program.

27. I never discussed all of Dr. Noonan's inappropriate treatment of me with Dr. Russel because Dr. Russel had been one of Dr. Noonan's students as an undergraduate student and told me he had been subjected to mistreatment by Dr. Noonan as a student, himself.

3

28. No ABEC faculty member even encouraged me to go to the Title IX office to complain about Dr. Noonan's treatment of me, such as the class comments, and his refusal to select me for trips and the Buffalo Zoo work-study through CAC.

29. I did apply for several trips that Dr. Noonan offered during my time at Canisius, and did go on three ABEC department-funded trips with Dr. Noonan, although several of the trips were required by class requirements.

30. On one trip, to Florida, Dr. Noonan was supposed to take us to places where we could observe marine mammals and other wild life specific to that area.

31. During that trip, Dr. Noonan took us to Collier-Seminole State Park, and it seemed like the point of that excursion was to show us the place where Dr. Noonan said dolphins had jumped out of the ocean during his wedding many years before.

32. At the time of the Florida trip, Dr. Noonan told us he was going through a divorce.

33. During the same trip to Florida, Dr. Noonan made a comment to just me while we were canoeing together, saying: "I don't know about the rest of you, but you sure have a lot of testosterone in your arms!"

34. Although Dr. Noonan may have expressed that he was "impressed" by my upper body strength, it came off as an offensive comment because he was actually questioning my body's hormones, and my gender identity and expression, which made me feel uncomfortable.

35. During the Florida trip, Dr. Noonan also messed up the hotel reservation and made me sleep in a room full of guys, even though I had an agreement from the Canisius' Title IX office that I would be permitted to stay in a room with other women students.

4

36. I also recall that after the final exam for the class, Social Organization of Mammals, Dr. Noonan made each student take a Christmas ornament.

37. The ornaments were family heirlooms, mostly made by Dr. Noonan's children, and it seemed like he was using the exam as an opportunity to clean his home by having us, his students, take away his unwanted family possessions.

38. Dr. Noonan required students to engage in intense physical fitness tests for some trips that involved activities like swimming and snorkeling, and he would post the physical requirements before students signed up to be considered for the trip.

39. However, for one trip to the Algonquin Provincial Park in Canada, Dr. Noonan told me once directly, "I don't think this trip is for you," to discourage me from applying, mentioning a strenuous physical test, which he said I would have to take and that I would be the only student who needs to take the physical test, even though it was not a prerequisite listed before signup.

40. For that same trip, Dr. Noonan required me run up the stairs from the basement to the 13th floor in under three minutes, which I completed this task in 1.5 minutes, and for that reason, was permitted to go on the trip.

41. Dr. Noonan selected other students for the Canada trip who were not required to take any physical test and they could not keep up on hikes we took during that trip, although I did not have any problem with the hiking.

42. During one of the trips, Dr. Noonan made us play the game, "Never Have I Ever."

43. I ended up being the last student standing, and during the final round, Dr. Noonan said to me: "Never have I ever shared a needle with a transvestite."

P0001990

44. Even though Dr. Noonan made this comment in his typical goofy way, I knew that he was trying to insult me, and I just nodded and smiled in response, because I did not want to show Dr. Noonan that his comment made me angry.

45. I also remember many times when Dr. Noonan insisted on playing "Charades" with a group of students I was part of, such as when we were waiting in a hotel lobby during a trip, or waiting for a school event to begin, and he would tug on his hair or touch his chest to demonstrate his "breasts," because these are the defining characteristics of mammals, but also so that he could talk about breasts.

46. Dr. Noonan's goofy behavior was the way he tried to get away with his misconduct, which is why he always gave off the vibe of being extremely creepy and strange.

47. For example, during trips, Dr. Noonan always wanted to get up close to an animal or a habitat for a good picture, and would often hop a fence or engage, in other conduct that violated the rules, which made me and the other students present very uncomfortable.

48. During the trips, Noonan commented about the kind of woman he wanted to date, and I specifically recall him saying that any potential girlfriend would have to have large biceps to be able to carry around his camera for him.

49. On trips, Dr. Noonan often crossed the line of acceptable profession behavior by asking students for hugs, even though no one wanted to hug him, and by taking pictures of students without asking for their permission.

50. Demanding hugs and taking our picture without permission felt creepy, but neither I nor the other students on those trips ever complained because Dr. Noonan was our ride back to Canisius, so we just tolerated it.

51. This Declaration is true and accurate to the best of my knowledge.

Dated: <u>  October 11th          </u>, 2024

