**Plaintiffs' Exhibit RR**

DR. SUE MARGULIS MEETING-2-12-2019

- He has very few advisees
- Change in behavior
- He talks to Mary in admin
- Physically worry about him on trips-unsafe
- Allowed to have more than 8 people in a van
- 13 people in a 12 passenger van

Dr. Margulis — Students are going to the news.