**Plaintiffs' Exhibit SS**

**DEBORAH OWENS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------
SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN, and
CASSIDY WOOD,

                    Plaintiffs,

   - against -     Case No.
                    1:22-cv-00381-CCR

TRUSTEES OF CANISIUS COLLEGE,

                    Defendant.
------------------------------------

      Examination before trial of **DEBORAH OWENS**, Defendant, taken pursuant to the Federal Rules of Civil Procedure, in the offices of JACK W. HUNT & ASSOCIATES, INC., 1120 Liberty Building, Buffalo, New York, on September 19, 2024, commencing at 9:32 a.m., before MEGAN TITUS, Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

| | |
|---|---|
| 10:10:34 1 | A. So, yes, investigations were driven by |
| 10:10:40 2 | the desire of the student. I do not know if the |
| 10:10:43 3 | institution, at that point in time, told a student |
| 10:10:47 4 | that unless there was a reason they needed to |
| 10:10:53 5 | investigate anyways without that person's consent. |
| 10:10:58 6 | I just know that became a demand or a rule with the |
| 10:11:03 7 | Final Rule 2020. |
| 10:11:05 8 | Q. Okay. So let's go to what's been |
| 10:11:13 9 | marked as Plaintiff's 34, the 2017 policy. And I'm |
| 10:11:19 10 | going to direct your attention to the page marked |
| 10:11:25 11 | Canisius 16, these little numbers on the lower |
| 10:11:30 12 | right. |
| 10:11:34 13 | And I'm going to direct your attention to |
| 10:11:37 14 | the section called A, reporting to the college. Do |
| 10:11:41 15 | you see that? |
| 10:11:41 16 | A. Yup. |
| 10:11:43 17 | Q. Yes. |
| 10:11:43 18 | A. Yes. Oh, yes. Sorry. Yes. |
| 10:11:45 19 | Q. Okay. So the second paragraph reads as |
| 10:11:49 20 | follows: The college respects an individual's |
| 10:11:52 21 | decision in regards to reporting. If an individual |
| 10:11:56 22 | chooses not to report or otherwise participate in |
| 10:12:01 23 | the college review of the incident, the college may |

10:12:04  1  pursue the matter without the individual's
10:12:08  2  participation in accordance with Title IX
10:12:12  3  requirements.
10:12:12  4      Did I read that correctly?
10:12:14  5  **A.**   Yes.
10:12:14  6  **Q.**   So the policy that was in effect as of
10:12:19  7  May 8th, 2017, at Canisius stated clearly that the
10:12:24  8  college could conduct a Title IX investigation even
10:12:28  9  if the student did not want to participate,
10:12:32 10  correct?
10:12:32 11      **MR. D'ANTONIO:**  Form.
10:12:36 12      **THE WITNESS:**  And to read further in the
10:12:38 13  paragraph, it does state exactly -- in much better
10:12:42 14  terms what I said, however, that it would -- the
10:12:45 15  Title IX coordinator would review it and make an
10:12:48 16  assessment of any risk of harm to the individual
10:12:50 17  who chose not to report and/or to the broader
10:12:54 18  college community and would take steps necessary to
10:12:58 19  address those risks.
10:12:59 20      **BY MS. NANAU:**
10:12:59 21  **Q.**   I understand that's what it says later
10:13:02 22  in the paragraph.  But I'm asking you to agree with
10:13:04 23  me that the college policy states that the college

10:13:07  1  had the authority to pursue a Title IX matter
10:13:11  2  without the individual's participation.
10:13:14  3           **MR. D'ANTONIO:** Objection to form. That's
10:13:17  4  not the entirety of the paragraph is what Ms. Owens
10:13:20  5  puts out.
10:13:21  6           **MS. NANAU:** I understand. But I'm -- I
10:13:22  7  just -- I just need us to have a basic agreement
10:13:25  8  with that sentence and what it means. Then, we can
10:13:29  9  go on into paragraph and have a wider understanding
10:13:32 10  of this section.
10:13:33 11           But I need to understand that that's what --
10:13:35 12  do we agree or not? Like, that's what I'm asking,
10:13:39 13  Ms. Owens.
10:13:40 14           **THE WITNESS:** So I would --
10:13:41 15           **MR. D'ANTONIO:** Form.
10:13:41 16           **THE WITNESS:** -- agree we have the right to
10:13:44 17  do that under certain circumstances.
10:13:47 18           **BY MS. NANAU:**
10:13:47 19       Q.  Okay.
10:13:48 20       A.  And that's explained to the person
10:13:49 21  reporting.
10:13:50 22       Q.  Okay. So your testimony today is that
10:13:52 23  then prior to implementation of this policy, which

| | |
|---|---|
| 10:13:57 1 | is Plaintiff's 34, whether or not the college would |
| 10:14:04 2 | pursue an investigation was up to the student? Is |
| 10:14:08 3 | that what you're saying? |
| 10:14:10 4 |     **MR. D'ANTONIO:** Objection mischaracterizes. |
| 10:14:14 5 |     **MS. NANAU:** I'm just trying to understand |
| 10:14:15 6 | what the testimony is. |
| 10:14:17 7 |     **THE WITNESS:** I believe at any point in |
| 10:14:20 8 | time -- and again, there was a lot of material to |
| 10:14:24 9 | review in terms of these timeframes -- but I |
| 10:14:27 10 | believe in the other policies, it still most likely |
| 10:14:30 11 | stated the same exact thing, that we like to |
| 10:14:33 12 | respect the wishes of the individual's decision, |
| 10:14:36 13 | but with the same caveat here. |
| 10:14:40 14 |     If we review the facts and we assess that |
| 10:14:43 15 | there may be continued risks to that person or the |
| 10:14:48 16 | broader college community, that the college would |
| 17 | have the right still to pursue. |
| 10:14:50 18 |     **BY MS. NANAU:** |
| 10:14:50 19 |     Q.    Okay. And that's based on your belief, |
| 10:14:52 20 | correct? We don't have the document in front of |
| 10:14:56 21 | us. |
| 10:14:57 22 |     A.    Yes, only because I don't have the |
| 10:14:58 23 | document in front of me to refer to and remember |

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 10:15:02 | 1  | from reading them all.  Yes.                             |
| 10:15:04 | 2  |         Q.    Okay.  So I'm going to now direct your    |
| 10:15:07 | 3  | attention to the page Canisius 20.  There's part --      |
| 10:15:15 | 4  | it's in the middle of the page, H, consent prior to      |
| 10:15:19 | 5  | investigation.  Do you see that?                         |
| 10:15:21 | 6  |         A.    Mm-hmm.  Yes.                             |
| 10:15:25 | 7  |         Q.    So I'm going to read the section into     |
| 10:15:29 | 8  | the record.  The college generally will seek             |
| 10:15:33 | 9  | consent from reporting individuals prior to              |
| 10:15:37 | 10 | conducting an investigation.                             |
| 10:15:40 | 11 |         Declining to consent to an investigation        |
| 10:15:42 | 12 | generally will be honored unless the college             |
| 10:15:46 | 13 | determines in good faith that failure to                 |
| 10:15:49 | 14 | investigate does not adequately mitigate a               |
| 10:15:53 | 15 | potential risk of harm to the reporting individual       |
| 10:15:55 | 16 | or other members of the community.                       |
| 10:15:57 | 17 |         Did I read that correctly?                      |
| 10:15:59 | 18 |         A.    Yes, you did.                             |
| 10:16:00 | 19 |         Q.    Okay.  So this was Canisius's policy      |
| 10:16:04 | 20 | with regard to the investigation of Title IX             |
| 10:16:08 | 21 | complaints as of May 2017, correct?                      |
| 10:16:11 | 22 |         A.    Correct.                                  |
| 10:16:11 | 23 |         Q.    They would generally seek the consent     |

| | | |
|---|---|---|
| 10:16:15 | 1 | of the reporting individual; however, the college |
| 10:16:18 | 2 | could also determine in good faith that their |
| 10:16:22 | 3 | failure to investigate would not mitigate the risk |
| 10:16:25 | 4 | of harm, correct? |
| 10:16:27 | 5 | **A.** Correct. |
| 10:16:27 | 6 | **Q.** Okay. Now, is your testimony today |
| 10:16:32 | 7 | that this portion of the sexual misconduct policy, |
| 10:16:39 | 8 | which was in effect in 2017, is very similar to the |
| 10:16:43 | 9 | policy that was in effect prior to May 8th of 2017? |
| 10:16:48 | 10 | **A.** Yes. |
| 10:16:48 | 11 | **Q.** Okay. So in essence, the -- the policy |
| 10:16:54 | 12 | states that the college would seek the consent of |
| 10:17:00 | 13 | the reporting individual to conduct an |
| 10:17:02 | 14 | investigation, but if they believed they had to |
| 10:17:07 | 15 | conduct an investigation and the reporting |
| 10:17:08 | 16 | individual did not consent, they might have to do |
| 10:17:12 | 17 | that anyway, right, conduct an investigation? |
| 10:17:16 | 18 | **MR. D'ANTONIO:** Object to the form. Policy |
| 10:17:17 | 19 | speaks for itself. You may answer. |
| 10:17:21 | 20 | **THE WITNESS:** So yes. Looking at mitigating |
| 10:17:24 | 21 | factors, yes. |
| 10:17:25 | 22 | **BY MS. NANAU:** |
| 10:17:25 | 23 | **Q.** Okay. So now, I'm going to direct your |

```
10:17:40   1  attention to No. 6 of the deposition notice that's
10:17:47   2  on page 2.
10:17:52   3         So the defendant's response to the
10:17:56   4  complaints raised in 2017 by Dr. Malini Suchak and
10:18:03   5  Dr. Joshua Russell to Dr. Elizabeth Gill, then dean
10:18:08   6  of the College of Arts and Sciences at Canisius
10:18:12   7  College regarding inappropriate conduct by
10:18:16   8  Dr. Michael Noonan during school-sponsored trips?
10:18:21   9         Did I read that correctly?
10:18:22  10     A.  Yes, you did.
10:18:23  11     Q.  Okay.  Are you aware of Canisius's
10:18:25  12  response to the complaints raised by Dr. Suchak and
10:18:31  13  Dr. Russell regarding Dr. Noonan in 2017?
10:18:33  14     A.  No.
10:18:34  15     Q.  Okay.  Now, let me ask you this:  With
10:18:40  16  regard to the sexual misconduct policy that we've
10:18:43  17  been discussing, Plaintiff's 34, is this the policy
10:18:47  18  that is still in effect, the one that's dated
10:18:50  19  May 8th, 2017?
10:18:52  20     A.  I'm sorry.  Can you repeat that?
10:18:54  21     Q.  Sure.  Plaintiff's 34 is the sexual
10:18:57  22  misconduct policy for Canisius College as of
10:19:01  23  May 8th, 2017, correct?
```