**Plaintiffs' Exhibit UU**

CONFIDENTIAL

Message

**From:** Lily Engebrecht [engebrel@my.canisius.edu]
**on behalf of** Lily Engebrecht <engebrel@my.canisius.edu> [engebrel@my.canisius.edu]
**Sent:** 2/13/2019 10:54:33 AM
**To:** Walleshauser, Linda M [walleshl@canisius.edu]
**Subject:** Re: Title IX Account individual meeting time
**Attachments:** title IX account.docx; image001.png

Attached is my title IX account.

On Mon, Feb 11, 2019 at 9:24 AM Lily Engebrecht <engebrel@my.canisius.edu> wrote:
Linda,

Sounds good, I will see you then and send the list of concerns before then.

Thank you,
Lily

On Mon, Feb 11, 2019 at 9:12 AM Walleshauser, Linda M <walleshl@canisius.edu> wrote:

Lily-let's plan to meet on Wednesday morning at 9am in my office. Please plan to e-mail your documentation as well regarding your individual issues. Thank you.

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP

Associate Vice President for Human Resources & Compliance

Interim Title IX Coordinator

Canisius College

2001 Main Street

100 Old Main

Buffalo, NY 14208

(Work) 716-888-2244

(Fax)-716-888-2233

(Cell)-716-949-9936

<u>walleshl@canisius.edu</u>



**From:** Lily Engebrecht <engebrel@canisius.edu>
**Sent:** Monday, February 11, 2019 9:07 AM
**To:** Walleshauser, Linda M <walleshl@canisius.edu>
**Subject:** Title IX Account individual meeting time

Hi Linda,

I am one of the girls that was in the meeting this morning. Unfortunately, my schedule Tuesday is completely full from 7am-9pm, so would you be available Wednesday before my class at 9:30, or between 1-3:30pm.

Thank you for meeting with us,

Lily

CANISIUS 01632

CONFIDENTIAL

Lily Engebrecht
engebrel@my.canisius.edu

I need to emphasize to whoever is reading this that this is not a resentful student trying to get back at a teacher. I previously thought of Dr. Noonan as an amazing mentor, the best teacher, and someone who I could trust and respected completely. After everything that had happened in India, I was forced to rethink my relationship with him over the past couple years, and now I feel manipulated, violated, and have zero respect for this man. As a collective group that are coming forward, we are his favorite and most trusted students (he likes to collect students and gain personal relationships with them) Through this, he made us feel special, and the relationship I thought we had, I thought was unique as a student-professor relationship. Now, I have figured out that it was nothing but toxic and manipulative and I am nervous to know what his intentions have been this entire time.

The group of us coming forward understands that by going forward we are ending our relationship with him. However, we have lost all respect, feel genuinely uncomfortable, and desire justice for the situations that have occurred to us, and every student (and faculty) that has been taken advantage of in the past.

List of Concerns:
-in India he was extremely culturally insensitive to the people, women's rights, and their general personal, and a general extremely rude demeanor to most of the people we met in India that was embarrassing to all of us. He was blatantly rude in almost every interaction that we had, if he had a hard time understanding someone with a strong accent, he would say "You don't understand"
-manipulative in that he always explained things as "every professor does this", or "I am like your father", etc.
-touching us frequently when he wants to have us stand in a certain position or showing us something, very unnecessary. Also would braid and play with our hair.
-said that "if we were the same age, we would be very compatible/soul mates/kindred spirits"
-frequently discusses his own dating life with me (also stating who I should and should not be in relationships with) and asking about my dating life, including his sex life with a 30 year old, and asks for advice/if it is okay.
-While describing in great detail his dating life to me and two other students on a car ride to Kanha national park, he used terms like "I'd hit that" or the 30 year old he has been "frequenting" in reference to women he is seeing.
-he told me that I am flat chested when discussing where to put microphones for the film
-he will isolate individual students to talk with them about personal stuff without asking. Such as pulling me aside to ask if a mark on my neck is possibly related to me being pregnant.
-is not open to any sort of other opinion: he will get mad at us if we suggest something that does not agree with his idea. I.e. discussing fundraiser ideas for a school in India we wanted to donate to. He was so angry at us for suggesting to do a school supply drive in the library that he got immediately mad, said "well, I was excited about this but clearly we have different opinions, I am disappointed that this won't work out."

CONFIDENTIAL

-He told us once the film started that "I own your hair and bodies"-both Project Wolf (last year) and Project Tiger (last month)
-Between his attitude and strange comments throughout the trip, we decided to respectfully talk with him in one of our meetings (three times) halfway through the trip. We mentioned how we felt uncomfortable with the way he was talking to some of us and how he was handling interviews and interactions we had with people in India. He was unresponsive and did not change. Multiple people individually spoke with him about issues that were occurring throughout the trip in order to not bombard him (I did not, aside from trying to encourage him that we are here for him and want to help in any way that we can)

Questions:
-Can we get the rights to Project Tiger film footage so that we can continue our project?
-Will we have to still see him and meet with him after something is said? We are scared to see him after him being talked to because the meeting would become very toxic.
-What happens to our 3 credit course?
-We do not want you to just talk to him because that will just make it worse for us. If you do anything you must do something more than talk to him, or please do nothing at all. It will make our situation of being around him much more dangerous/toxic.
-can we have a non-contact clause until a decision is made?

I desperately need you to understand that by coming forward we are putting ourselves at risk for more intense manipulation, verbal abuse, and targeted anger as soon as he finds out about this. I understand that we should have expressed that we were uncomfortable in many of these situations, but it is not that simple, and anyone who has been in some sort of abusive relationship will understand that. You avoid upsetting the person involved at all costs, and it is extremely difficult to express discomfort to a professor in a power-dynamic relationship. Please take that into consideration when evaluating that we did not necessarily state that we were uncomfortable through each of these instances.

CANISIUS 01634