# Plaintiffs' Exhibit VV

Mondays - group
Wednesday - individual work - others in room
Friday - individual work - others in room    - ProjectTiger/India

List of personal grievances against Dr. Michael Noonan
Written by Sierra Boucher

year - Sophomore
Major - ABEC $(?)$

Dr. Margolis

Over two years
- Consistently speaks to me one on one about how I do not wear a bra on a day to day basis and is vocal about encouraging me in such behavior — good job for dumbshit

- Had mentioned multiple times how he has dated students or has been approached by students and normalizes these instances "it's not that weird"

- Calls me his daughter - praises you and uses language that makes you feel as if you are special and above the rest, therefor you work longer and harder hours for no outside motivation other than you feel as if you are special

Leg stretching
- Asks people to help with medical situations - ie bending hurt knee and changing bandages, normalizes the behavior so you feel as if you're strange to not help your "friend"
till last semester - stretched his leg for him

- Once her met my mother and told me afterwards "if anything ever happens to your dad, let me know" telling me he wants to DATE MY MOM
I should never feel uncomfortable mentioning my mother who I love with my whole heart to a professor. I never ever brought her up ever again in front of him in case he told me such things again.

- Is protective over his female students - a guy dropped me off at the van before we took a trip (a student which dr.n also knows well and should know is a very good guy) and he was very suspicious that we were together at all and asked to know what we were doing beforehand, and expressed disbelief at my honest answer.

- Overall- in my experience in the class Sex Evolution - is extremely rude and almost bullying to almost if not all male students.

- Asks for dating advice when one-on-one with female students

- Normalizes dating people SUBSTANTIALLY younger than him and tells stories of his dating/ sexual encounters with women throughout his life

- Has expressed to me multiple times that I need to hurry up and get pregnant because it's better to do so earlier in life

- Extremely over controlling and unable to accept suggestions. No liberties may be taken without consulting him first, no matter how often he calls you smart.

Fall 2018 - only
Had sit on floor less but - I'd push down on his leg - sit on leg - push his ankle - push down → 5-10 minutes — 5 to 10 minutes

✗ ✗ <u>Last Friday - 2\8\19</u>
Takes any problems in his life out on students, questioning our loyalty and stating that he feels they're something wrong with the group dynamic and what's wrong with all of us?

Does not communicate and then gets mad at you when you express doubt in a order - specifically -
When interviewing a local Indian Tribesman in Kanha National Park, dr. Noonan touched this man's body and scars from a tiger attack without asking. This made me extremely uncomfortable, and when dr.noonan asked me to get footage of this man's scars and body without seeming to ask consent from the man himself - I said no and that it made me uncomfortable. Dr. Noonan seemed baffled and angry at me, took the camera and did it anyway. Only later did I learn - and through another student with which dr.noonan expressed his anger towards me with, that he had asked the man prior to the interview if he could take footage of his scars and expected me to just do whatever I said. Even if verbal consent was given - the man was visibly uncomfortable and there is a clear power dynamic between a American white male and an Indian tribesman who speaks no English.

Not only did he not understand why I would be uncomfortable using this man's body for our own uses - and I cannot think of any valid reason we would need such footage - he expressed anger at the fact I would ever question his authority or overarching decisions on any matter.

Overall very culturally insensitive and impatient, assuming he knew more about India than the local people and even our guides.

Multiple times interrupted locals when they were speaking English to us to tell them "I can't understand what you're saying" in a very clipped and dismissive voice, refusing to try and work with them to communicate, and never learned a word of Hindi while we were there

2-8-19 - Update
Why did you cancel meeting? Shrugged -
Light-hearted - He was on hilltop - everyone

Project Wolf - last year → would ask are you wearing a bra ↙
Always my Guy - DI Noonan or Dr. Foster in ABEC ↩