**Plaintiffs' Exhibit WW**

**Walleshauser, Linda M**

| | |
|---|---|
| **From:** | Sierra Boucher <bouchers@canisius.edu> |
| **Sent:** | Saturday, February 23, 2019 7:59 PM |
| **To:** | Walleshauser, Linda M |
| **Subject:** | Re: Additional Questions |

Linda,

He has mentioned getting pregnant casually a few times, but the first instance was a more in-depth conversation between Dr. Noonan, another student, and I. I was filming the other student give a presentation to an elementary school group, and the three of us were waiting in a break room area before the presentation. I don't exactly remember how the conversation got started, I think the other student was telling me a story about her boyfriend, and Dr.Noonan interjected to tell her that before she knows it she will be getting married and pregnant. We were both pretty visually uncomfortable, and tried to argue that we're still very young and modern medicine is an amazing thing, we don't need to have kids at 20 for them to be healthy. He argued right back that it's still better for the baby to get pregnant earlier, and really it's better for us too. We told him that thought made us uncomfortable, and we aren't ready for kids. He kept pushing it and giving us different reasons why we should have kids soon. He has mentioned a couple other times after that, in arguably more of a "scientific" light, that we will be getting pregnant and having kids before we all know it!

I can't remember him ever asking for dating advice with me specifically one-on-one, but in larger groups he has many times. A specific incidence was on the bus ride to the Cleveland Zoo for his social org class spring 2018. He asked us for advice about what women liked these days, and he initiated this conversation. He also told us, unprompted, if i remember correctly, about a story from when he was younger about how he seduced a lifeguard at the beach (or something along those lines, I can't remember exactly) This was also the same trip where he told me that "if anything were to happen to your dad" to let him know, because he had recently met my mother and apparently found her attractive.

Another instance of him sharing stories was in India, pretty far into the trip (January 2019). We were stopped at a lunch area, and while the rest of us got lunch, Dr.Noonan started talking to a woman who was also there with her tour bus. They talked for a bit and then she left, and when he came back over, we hyped him up a bit because it was clear he had been down the whole trip, we told him it was clear she like him. He then told us a story, without us asking him about his past experiences, about how very recently he had dated a woman who was 30. He didn't give too many details about her, but told us about how he told his daughters - who are 32, 30, and 28 (if I remember right)- that he was dating a 30 year old, and their adverse reactions to that.

Let me know if you need anything else, and I will try and supply any information I can remember

-Sierra Boucher


On Fri, Feb 22, 2019 at 1:54 PM Walleshauser, Linda M <walleshl@canisius.edu> wrote:

Hello Sierra-I am looking for clarification on the following statements from our meeting-

CANISIUS 000395

The comments made regarding you hurrying up and getting pregnant-can you express when these comments were made? You noted several times and I would like to have more detail.

Asking for dating advice when one on one with you-please confirm date timeframe and location.

Telling stories of his dating/sexual encounters with women throughout his life-can you provide additional details including when, where you were and any details that he shared regarding these encounters and also confirm if he initiated these conversations or if they were initiated as a result of any questions/details you were sharing with him.

I appreciate the time taken to clarify for me. Have a good weekend.

# Canisius

Linda M. Walleshauser, SPHR, SHRM-CP

Associate Vice President for Human Resources & Compliance

Interim Title IX Coordinator

Canisius College

2001 Main Street

100 Old Main

Buffalo, NY 14208

(Work) 716-888-2244

(Fax)-716-888-2233

(Cell)-716-949-9936

walleshl@canisius.edu