UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN,
and CASSIDY WOOD,

            Plaintiffs,

-against-

TRUSTEES OF CANISIUS COLLEGE,

            Defendants.

Case No.
1:22-cv-00381-CCR

---

### Joint Motion to Modify Case Management Order

Defendant Canisius University and Plaintiffs jointly request an amendment of the Case Management Order dated August 17, 2023, 2025 (Docket No. 21), which was modified by Court Order on January 28, 2025 (Docket No. 35). We respectfully seek a brief enlargement of Defendant's deadline to file its reply in further support of its motion for summary judgment, which is necessitated by the volume of plaintiffs' submissions. The parties respectfully request that Defendant's reply shall be filed no later than **Monday, March 10, 2025.**

The parties appreciate the Court's continued time and attention to this matter, and if this enlarged deadline is acceptable to the Court, we respectfully request that it be So Ordered.

Dated: February 15, 2025

**LAW OFFICE OF DANIELA NANAU, P.C.**

*/s/ Daniela Nanau*

Daniela Nanau
89-03 Rutledge Avenue
Glendale, New York 11385
(888) 404-4975
*Attorneys for Plaintiffs*

**HODGSON RUSS LLP**

*/s/ Christine Naassana*

Thomas S. D'Antonio
Christine M. Naassana
1800 Bausch & Lomb Place
Rochester, New York 14604
(585) 454-0758

1

*Attorneys for Defendant*

**SO ORDERED.**

Dated: Feb. 18, 2025

_____
The Honorable Christina Reiss
United States District Judge