**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**SIERRA BOUCHER, LILY ENGEBRECHT,**
**NATASSIA TUHOVAK, HANNAH WHELAN,**
**and CASSIDY WOOD,**

|  |  |
|---|---|
| **Plaintiffs,** | **Case No. 1:22-cv-00381-CCR** |
| **-against-** | <u>**NOTICE OF MOTION**</u> |
| **TRUSTEES OF CANISIUS COLLEGE,** | |
| **Defendants.** | |

---

    **PLEASE TAKE NOTICE** that upon the unopposed Motion to Amend the Complaint and all pleadings and proceedings had herein, Plaintiffs move this Court, at a date and time to be set by the Court, at the United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, for leave to file an Amended Complaint, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, wherein the names of third-party students will be redacted, which will permit the Plaintiffs' pleadings to conform to the requirements of the Court's Protective Order, dated June 28, 2024, Docket No. 27.

Dated: February 19, 2025

                Respectfully submitted by:

                LAW OFFICE OF DANIELA NANAU, P.C.

                _____
                    Daniela Nanau

                ATTORNEYS FOR PLAINTIFFS