UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SIERRA BOUCHER, LILY ENGEBRECHT, NATASSIA TUHOVAK, HANNAH WHELAN, and CASSIDY WOOD, | **DECLARATION OF THOMAS S. D'ANTONIO** |
| Plaintiffs, | Case No. 1:22-cv-00381-CCR |
| -against- | |
| TRUSTEES OF CANISIUS COLLEGE, | |
| Defendants. | |

---

Thomas S. D'Antonio, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that:

1. I am an attorney admitted to practice before this Court and am a partner in the law firm of Hodgson Russ LLP, attorneys for defendant Canisius University. As such, I have personal knowledge of the facts and prior proceedings in this lawsuit.

2. I make this Declaration in further support of defendant's motion for summary judgment.

3. Attached as Exhibit 64 are true and correct copies of a January 7, 2019 email exchange between Dr. Michael Noonan and Patricia Creahan, APRN.

4. Attached as Exhibit 65 are true and correct copies of a February 15, 2019 email exchange between Dr. Susan Margulis and Dr. Elizabeth Hogan.

5. Attached as Exhibit 66 are true and correct copies of an April 5, 2019 email exchange between Dr. Christy Hoffman and plaintiff Natassia Tuhovak.

1

6. Attached as Exhibit 67 are true and correct copies of a July 2019 email exchange between and among Dr. Margulis, plaintiff Sierra Boucher, and staff of the University's Media Center and Information Technology Departments.

7. Each attachment (Exhibits 64 through 67) has been produced to counsel for plaintiffs during the course of discovery in this lawsuit.

8. Like all emails from the "canisius.edu" domain that have been produced in this case, including those submitted in support of the University's summary judgment motion, these emails are business records—contemporaneously created on the dates identified, created by persons knowledgeable of the events recorded, and created and maintained in the ordinary course of the University's affairs, pursuant to its regular practices.

Dated: March 10, 2025                    /s/ Thomas S. D'Antonio
                                             Thomas S. D'Antonio