# Exhibit 64

**CONFIDENTIAL**

### Message

| | |
|---|---|
| **From:** | Creahan, Patricia H [/O=CC FIRST ORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CREAHAN] |
| **Sent:** | 1/7/2019 11:49:07 AM |
| **To:** | Noonan, Michael [noonan@canisius.edu] |
| **Subject:** | RE: seeking advice |

Hi Michael,

Happy New Year. I am so sorry to hear that ▮ is not feeling well and that are struggling to handle this situation.

I am not sure what your department written or standard operation procedures are for emergency contact notification when you take a student to the hospital while traveling out of the US, nor am I clear if NYS or federal confidentiality laws apply.

Did ▮ complete a FERPA or other release allowing Canisius to release information to the student's designee during the trip? If so, I would locate that form and have someone at the college contact ▮ designee.

You may want to check with Brian Smith as well to see if there are any college wide procedures for Canisius students traveling outside the US and emergency contact notification.

As ▮ does have the capacity to verbally consent and to verbally rescind prior authorization which she has done, and hopefully been witnessed by someone along with you, I believe you are doing all you can.

If it were me, I would talk to ▮ again and tell her that her parents may find out about her hospital care from another source such as a friend, some one at the college or her health insurance carrier. This may trigger her to contact them.

When you get back, I would seek guidance from legal on how to handle this in the future.

Hope this helps.

P

*Patricia Creahan, APRN,BC*
Director of Student Health
Canisius College
2001 Main Street
Buffalo, New York 14208
phone 716-888-2610
fax 716-888-3217

---

**From:** Noonan, Michael
**Sent:** Monday, January 07, 2019 10:23 AM
**To:** Creahan, Patricia H
**Subject:** seeking advice

Hi Pat:

I am presently in India with a group of CAC students. We are in Kahna National Park, which is located in a quite rural area. We are 9 days in on a 17 day trip.

CONFIDENTIAL

All are doing well, most very well. But one student in particular [REDACTED] let me know that she has not moved her bowels very much so far, and pretty much not at all for 5-6 days. She tried a laxative with no effect, and yesterday she tried an enema – both with no results.

Yesterday, she also started looking "off." And she told me about abdominal pain.

So upon my recommendation, our support team and I took her to the nearest medical center (another student who also wanted antibiotics for a UTI also came with us). The setting was very rural, and third-world-ish. But a very nice, and I think very competent, doctor met with her. After examination, she (the doctor) ordered an abdominal xray. After that, she and the x-ray person reported to us that it looked like a lower bowel impact. She proscribed a stronger laxative and some pain reliever. (And since I know you like details, here goes: Mafenamic Acid and Drotavelen – if I am reading it correctly.)

If the laxative does not work by morning, the doctor wants [REDACTED] back tomorrow to do an enema in the clinic. All of this sounded appropriate to me. In fact, I don't really have a question to you about any of this.

But here is my question. As per my usual practice under circumstances like this, I suggested/requested of [REDACTED] that we telephone her parents just to let them know what was going on. But [REDACTED] was quite firm in asking that we not call them. She did not want to worry them, she said. So respecting her wishes, I did not place any call to the US.

My question is really only to confirm with you what I am sure that I already know. I have to follow [REDACTED] wishes in this regard. Right? No parent communication if [REDACTED] doesn't want it. Correct?

I am certain that her parents would want to know. But OK I can live with not telling them. But the darn thing is, following my usual practice, up until now I have sending daily group emails to all the parents in which I have shared photos, and I have reported each day that all were well.

Now I feel in a dilemma. I don't want to say all is well in an email from today. It would not be true. But I fear if I don't send my daily update it may make all the parents wonder. Darn!

Nothing to do about this I know. So maybe I am just venting my worry to a sympathetic ear.

Anyway, that's my longish email from India. Thanks for reading and for any thoughts.

CONFIDENTIAL

Mike N

---
Michael Noonan, PhD
Animal Behavior, Ecology, and Conservation
Canisius College
Buffalo, NY 14208
www.michaelnoonan.org

CANISIUS 01505