UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN,
And CASSIDY WOOD,

                        Plaintiffs,                    **NOTICE OF APPEARANCE**

     vs.

TRUSTEES OF CANISIUS COLLEGE,                Case No.: 1:22-cv-00381-CCR


                        Defendants.

---

       **PLEASE TAKE NOTICE** that Joshua M. Agins of the firm Hodgson Russ LLP, has been

retained as counsel for Defendants TRUSTEES OF CANISIUS COLLEGE in the above-captioned

matter.


Dated: February 02, 2026             **HODGSON RUSS LLP**
        Rochester, New York


                      s/Joshua M. Agins
                       Joshua M. Agins

                      *Attorneys for Defendants*
                      *TRUSTEES OF CANISIUS COLLEGE*
                      1800 Bausch & Lomb Place
                      Rochester, New York 14604
                      (585)-454-0700
                      jagins@hodgsonruss.com