UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SIERRA BOUCHER, LILY ENGEBRECHT,
NATASSIA TUHOVAK, HANNAH WHELAN,
and CASSIDY WOOD,

                Plaintiffs,                      **Case No. 1:22-cv-00381-CCR**

    -against-

TRUSTEES OF CANISIUS COLLEGE,

                Defendants.

---

## JOINT MOTION REGARDING PROPOSED TRIAL DATES

Pursuant to the Court's Order issued during the Pre-Trial Conference, which was held on February 19, 2026, Defendant Canisius College and Plaintiffs jointly request that the trial be set during one of the following time frames listed below, when the parties are all available:

- Week of October 12 and October 19, 2026; or,

- Week of November 9 and November 16, 2026.

The parties appreciate the Court's continued time and attention to this mater.

Dated: March 27, 2026

**LAW OFFICE OF DANIELA NANAU, P.C.**        **HODGSON RUSS LLP**

    /s/ Daniela E. Nanau                        /s/ Joshua M. Agins
     Daniela E. Nanau                         Joshua M. Agins

89-03 Rutledge Avenue                  1800 Bausch & Lomb Place
Glendale, New York 11385               Rochester, New York 14604
(888) 404-4975                      (585) 454-0758
*Attorneys for Plaintiffs*                 *Attorneys for Defendants*