UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SIERRA BOUCHER, LILY ENGEBRECHT, NATASSIA TUHOVAK, HANNA WHELAN, and, CASSIDY WOOD,

Plaintiffs,

vs.

TRUSTEES OF CANISIUS COLLEGE,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No. 1:22-cv-00381

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their counsel, hereby stipulate that all claims and causes of action brought by the Plaintiffs against the Defendant are dismissed, on the merits, with prejudice, and without costs or attorneys' fees to any party.

Dated: August 31, 2026

**LAW OFFICE OF DANIELA NANAU, P.C.**

By: /s/ Daniela Nanau
Daniela Nanau

89-03 Rutledge Ave.
Glendale, New York 11385
(888) 404-4975
dn@danielananau.com
*Attorneys for Plaintiffs*

Dated: August 31, 2026

**HODGSON RUSS LLP**

By: /s/ Joshua Agins
Joshua Agins

1800 Bausch & Lomb Place
Rochester, New York 14604
(585) 454-0700
jagins@hodgsonruss.com
*Attorneys for Defendant*